Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachulski@pszjlaw.com
jfiero@pszjlaw.com
jlucas@pszjlaw.com

Proposed Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SEDGWICK, LLP,<br><br>Debtor. | Case No.: 18-31087<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER APPROVING DESIGNATION OF CURTIS D. PARVIN, GREGORY C. READ, AND BRUCE D. CELEBREZZE AS RESPONSIBLE INDIVIDUALS PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1**<br><br>**[No Hearing Required]** |

Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California (the "**Local Rules**"), Sedgwick LLP, the debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), hereby applies for entry of an order approving the designation of Curtis D. Parvin, Gregory C. Read, and Bruce D. Celebrezze as its designated responsible individuals during the chapter 11 case. In support thereof, the Debtors respectfully represent as follows:

1. On the date hereof, the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code.

2. By this application, the Debtor seeks to approve the appointment of Curtis D. Parvin ("**Mr. Parvin**"), Gregory C. Read ("**Mr. Read**"), and Bruce D. Celebrezze ("**Mr. Celebrezze**" and together with the Mr. Parvin and Mr. Read, the "**Responsible Individuals**"), each members of the

Debtor's dissolution committee, as the designated individuals with primary responsibility to administer this case on behalf the Debtor.

3. Local Rule 4002-1 permits the Debtor to designate more than one responsible individual. Here, the Debtor believes that it will be more efficient to have each member of the Debtor's dissolution committee to fulfill this role. While the members of the dissolution committee will collectively make decisions regarding the administration of this case, they have attempted to divide the responsibilities and tasks to wind down the firm since their appointment. Now that the case has been filed, they intend to continue dividing labor among them during the pendency of the Debtor's chapter 11 case. The Responsible Individuals will endeavor to each attend the necessary hearing but in the event a conflict arises one or more of the others will be able to attend and make the necessary decisions to the extent necessary.

4. The Responsible Individuals' contact information is:

- Gregory C. Read
  2646 Dupont Drive, Suite 60 #503
  Irvine, CA 92612
  gregory.read@sedgwickdissolution.com

- Curtis D. Parvin
  2646 Dupont Drive, Suite 60 #503
  Irvine, CA 92612
  curtis.parvin@sedgwickdissolution.com

- Bruce Celebrezze
  2646 Dupont Drive, Suite 60 #503
  Irvine, CA 92612
  Bruce.celebrezze@sedgwickdissolution.com

**WHEREFORE**, the Debtor respectfully request the Court to enter an order designating Mr. Parvin, Mr. Read, and Mr. Celebrezze as the natural persons to be responsible for the duties and obligations of the Debtor during the chapter 11 case pursuant to Local Rule 4002-1. A proposed form of order is annexed hereto as **Exhibit A**.

Dated: October 2, 2018    PACHULSKI STANG ZIEHL & JONES LLP

By: _/s/ John Lucas_
John W. Lucas

Proposed Attorneys for Sedgwick, LLP

# **EXHIBIT A**

(Proposed Order)

Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachulski@pszjlaw.com
       jfiero@pszjlaw.com
       jlucas@pszjlaw.com

Proposed Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SEDGWICK, LLP,<br><br>Debtor. | Case No.: 18-31087<br><br>Chapter 11<br><br>**ORDER APPROVING DESIGNATION OF CURTIS D. PARVIN, GREGORY C. READ, AND BRUCE D. CELEBREZZE AS RESPONSIBLE INDIVIDUALS PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1** |

The Court having considered the *Application for Order Approving Designation of Curtis D. Parvin, Gregory C. Read, and Bruce D. Celebrezze as the Responsible Individuals Pursuant to Bankruptcy Local Rule 4002-1* (the "**Application**") filed by Sedgwick LLP, the above-captioned debtor and debtor in possession, and good cause existing for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. *Curtis D. Parvin, Gregory C. Read, and Bruce D. Celebrezze* are appointed as the responsible individuals for the Debtor for purposes of the chapter 11 case pursuant to Bankruptcy Local Rule 4002-1.

***END OF ORDER***