1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
   Assistant United States Trustee
2  LYNETTE C. KELLY (SBN 120799)
   Trial Attorney
3  United States Department of Justice
   Office of the United States Trustee
4  450 Golden Gate Ave., Ste. #05-0153
   San Francisco, CA 94102
5  Telephone: (415) 252-2065
   Facsimile: (415) 705-3379
6  Email: lynette.c.kelly@usdoj.gov

7  Attorneys for Tracy Hope Davis
   United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 18-31087 HLB |
| Sedgwick, LLP, | Chapter 11 |
| Debtor. | |

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

| | |
|---|---|
| 1. BMO Harris Bank<br>Attn: Janet Goodroe, Vice President<br>9333 N 90th Street, Suite 200<br>Scottsdale, AZ 85258 | Represented by:<br>Candice Korkis<br>BMO Internal Counsel<br>111 W Monroe St.<br>Chicago, IL 60603 |
| 2. CPF 801 Tower LLC<br>c/o Kelly Kinnon<br>Barings<br>2321 Rosecrans Ave., Suite 4225<br>El Segundo, CA 90245 | Represented by:<br>Alan M. Feld, Esq.<br>Sheppard Mullin<br>333 S. Hope St., 43rd Floor<br>Los Angeles, CA 90071 |

3. One North Wacker Drive LLC
   c/o Martin B. Greenbaum, Esq.
   Greenbaum Law Group, LLP
   170 Newport Center Drive, Suite 130
   Newport Beach, CA  92660

Dated:  October 14, 2018  TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Timothy S. Laffredi
Assistant United States Trustee
Office of the United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS