


FILED
OCT 15 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**Effective September 1, 2018**

**Wide Angle Photographic Enterprises**
**DBA the Evidence Store**/Garden State Legal
**1761 Morris Avenue**
**Union NJ 07083**

**We are up and running:**

**Our new address is:**
**2444 Morris Avenue**
**Second Floor Suite 203**
**Union NJ 07083**

**Phone:** 908 687 7205
**Fax:** 908 686 7516
         908 687 5499