```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                          Case No. 18-31087-HLB
Sedgwick LLP                                                    Chapter 11
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0971-3            User: bgapuz                Page 1 of 1                Date Rcvd: Oct 15, 2018
                                Form ID: pdfeoc             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
rspi           +Bruce Celebrezze,    2646 Dupont Drive, Suite 60 #503,     Irvine, CA 92612-7651
rspi           +Curtis D. Parvin,    2646 Dupont Drive, Suite 60 #503,     Irvine, CA 92612-7651
rspi           +Gregory C. Read,     2646 Dupont Drive, Suite 60 #503,     Irvine, CA 92612-7651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Alan M. Feld    on behalf of Creditor    CPF 801 Tower, LLC afeld@sheppardmullin.com,
               sfarzan@sheppardmullin.com
              Cathrine M. Castaldi    on behalf of Interested Party Cathrine M Castaldi
               ccastaldi@brownrudnick.com
              Howard J. Steinberg    on behalf of Creditor    WFP Tower B Co. L.P. steinbergh@gtlaw.com,
               pearsallt@gtlaw.com
              John William Lucas    on behalf of Debtor    Sedgwick LLP jlucas@pszjlaw.com,   ocarpio@pszjlaw.com
              Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               lynette.c.kelly@usdoj.gov,    ustpregion17.oa.ecf@usdoj.gov
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
              William W. Huckins    on behalf of Creditor    333 Bush, L.L.C. whuckins@allenmatkins.com
                                                                                             TOTAL: 7


Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergh@gtlaw.com

*Attorneys for Creditor
WFP Tower B Co. L.P.*

**Signed and Filed: October 15, 2018**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 3:18-bk-31087 |
| SEDGWICK LLP, | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

1

Heath B. Kushnick, whose business address and telephone number is Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Tel: (212) 801-9200 and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing WFP Tower B Co. L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

END OF ORDER

COURT SERVICE LIST

Bruce Celebrezze
2646 Dupont Drive, Suite 60 #503
Irvine, CA 92612

Curtis D. Parvin
2646 Dupont Drive, Suite 60 #503
Irvine, CA 92612

Gregory C. Read
2646 Dupont Drive, Suite 60 #503
Irvine, CA 92612