PILLSBURY WINTHROP SHAW PITTMAN LLP
CECILY A. DUMAS (111449)
cecily.dumas@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:   415.983.1000
Facsimile:    415.983.1200

WILLIAM J. HOTZE (24087754) (*pro hac vice pending*)
william.hotze@pillsburylaw.com
900 Fannin, Suite 2000
Houston, TX 77010
Telephone:   713.276.7634
Facsimile:    713.276.7673

Proposed Counsel to the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:**<br>SEDGWICK LLP<br><br>           Debtor. | No. 18-31087 (HLB)<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE OF PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

**TO THE DEBTORS, THEIR COUNSEL AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") appears in the above-captioned Chapter 11 case ("Case") as proposed counsel on behalf of the Official Committee of Unsecured Creditors ("Committee") and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Rules 2002 and 9007, and hereby requests that it be placed on any and all mailing lists established in this Case, and that copies of all notices and pleadings given or filed in this Case be given and served on the following:

PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415.983.1000
Facsimile:  415.983.1200
Attn: Cecily A. Dumas
cecily.dumas@pillsburylaw.com

and

PILLSBURY WINTHROP SHAW PITTMAN LLP
900 Fannin, Suite 2000
Houston, TX 77010
Telephone:  713.276.7634
Facsimile:  713.276.7673
Attn: William J. Hotze
william.hotze@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtor, the property of the Debtor or its chapter 11 estate.

Dated: October 22, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Cecily A. Dumas*
     CECILY A. DUMAS

     Proposed Counsel to the Official Committee of Unsecured Creditors