Marcus O. Colabianchi, Esq. (208698)
**DUANE MORRIS LLP**
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: MColabianchi@duanemorris.com

Wendy M. Simkulak, Esq.
Drew S. McGehrin, Esq.
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020
Email: WMSimkulak@duanemorris.com
DSMcGehrin@duanemorris.com

Attorneys for the Chubb Companies

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 18-31087 (HLB) |
| SEDGWICK LLP | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**TO THE CLERK OF THE COURT, THE DEBTORS AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears for Federal Insurance Company and its affiliates (collectively, the "Chubb Companies"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, *et seq*. ("Bankruptcy Code"), hereby requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office,

1

post office address and telephone number as set forth:

**DUANE MORRIS LLP**
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Attn: Marcus O. Colabianchi, Esq.
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: MColabianchi@duanemorris.com

-and-

**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Attn: Wendy M. Simkulak, Esq.
Drew S. McGehrin, Esq.
Telephone: 215.979.1000
Facsimile: 215.979.1020
Email: WMSimkulak@duanemorris.com
DSMcGehrin@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Documents is neither intended as, nor is it a consent of, the Chubb Companies to the jurisdiction of the Bankruptcy Court, and this Notice of Appearance and Request for Service of Documents shall not be deemed to be a waiver of the right of the Chubb Companies (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction pursuant to the United States Supreme Court's decision in *Stern v. Marshall*, 131 S. Ct. 2594 (2011); or (5) to any other rights, claims, actions, setoffs, or recoupments to which the Chubb Companies are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Chubb Companies expressly reserve. Nor shall this Notice of Appearance and Request for Service of Documents be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way of the Chubb Companies' rights or interests or which affects or pertains to the Debtor, the property of the Debtor or its chapter 11 estate.

Dated: October 24, 2018        DUANE MORRIS LLP

By: */s/* Marcus O. Colabianchi (208698)
    Marcus O. Colabianchi
    Attorneys for the Chubb Companies