

Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
 jfiero@pszjlaw.com
 jlucas@pszjlaw.com

**Signed and Filed: October 31, 2018**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Attorneys for Sedgwick, LLP

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>　　　　　　　Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON EMERGENCY EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON MOTION FOR APPROVAL OF SETTLEMENT PROCEDURES FOR COMPROMISING ACCOUNTS RECEIVABLE**<br><br>Date:　　November 8, 2018<br>Time:　　10:00 a.m.<br>Place:　　450 Golden Gate Avenue<br>　　　　　Courtroom 19<br>　　　　　San Francisco, CA 94102<br>Judge:　　Honorable Hannah L. Blumenstiel |

　　　　Upon the *Emergency Ex Parte Application for Order Shortening Time and Setting Hearing on Motion for Approval of Settlement Procedures for Compromising Accounts Receivable* [Docket No. 78](the "**Application**") of Sedgwick, LLP., the debtor and debtor-in-possession herein (the "**Debtor**"), for an order shortening time for a hearing on the *Motion for Approval of Settlement Procedures for Compromising Accounts Receivable* [Docket No. 76] (the "**Motion**"); and upon the Declaration of John W. Lucas filed in support of the Application:

**IT IS HEREBY ORDERED THAT:**

1. The hearing on the Motion [Docket No. 41] shall be held on **November 8, 2018 at 10:00 a.m. (Pacific)**.

2. Any opposition to the Motion must be filed with the Court and served on the above-captioned counsel for the Debtor prior to the hearing, or presented orally at the Hearing.

3. The Court authorizes that any response by the Debtor to any opposition to the Motion may be raised at the hearing.

4. The Debtor shall serve this Order on the UST, counsel to the Committee, and those parties who have requested to receive notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, by e-mail or facsimile to the extent known or overnight delivery **by close of business on Thursday, November 1, 2018. Debtor shall file a certificate of service by close of business on Friday, November 2, 2018.**

**\*\*\* END OF ORDER \*\*\***