Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
       jfiero@pszjlaw.com
       jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP**,<br><br>                Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE FORMER CLIENT FILE DISPOSITION LETTER** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 19-21, 2018, I caused to be served the following documents in the manner stated below:

- *FORMER CLIENT FILE DISPOSITION LETTER*

| | |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 26, 2018 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF SERVICE

Case: 18-31087    Doc# 121    Filed: 12/26/18    Entered: 12/26/18 13:54:47    Page 2 of 5
DOCS_SF:98656.1 77998/002

1

| SENT DECEMBER 19, 2018 VIA US MAIL | | |
|---|---|---|
| Travelers Companies, Inc.<br>Attn: Legal Department<br>485 Lexington Avenue<br>New York, NY 10017 | Allianz Underwriters Insurance Company<br>Attn: Legal Department<br>2350 West Empire Avenue<br>Burbank, CA 91504 | American Arbitration Association<br>Attn: Legal Department<br>1633 Broadway, 10th Floor<br>New York, NY 10019 |
| American Hardware Mutual Insurance<br>Attn: Legal Department<br>5605 Green Circle Drive<br>Hopkins, MN 553463 | AIG<br>Attn: Legal Department<br>175 Water Street<br>New York, NY 10038 | AIG<br>Pollution Claims Department<br>P.O. Box 25942<br>Shawnee Mission, KS 66225 |
| AIG<br>Attn: Legal Department<br>1000 Washington Street, 4th Floor<br>Boston, MA 02118 | AIG<br>Financial Lines, Claims Coverage Department<br>175 Water Street, 11th Floor<br>New York NY 10038 | AIG<br>Attn: Legal Department<br>100 First Stamford Place<br>Stamford, CT 06902 |
| Commercial Union Insurance Company<br>Attn: Legal Department<br>St Helen's<br>1 Undershaft<br>London, EC3P 3DQ<br>UNITED KINGDOM | CNA Insurance Companies<br>Attn: Legal Department<br>1249 South River Road, Suite 300<br>Cranbury, NJ 08512 | CNA Insurance Companies<br>Attn: Legal Department<br>125 Broad Street, 8th Floor<br>New York, NY 10004 |
| CNA Insurance Companies<br>Attn: Legal Department<br>2300 Main Street, Ste. 800<br>Kansas City, MO 64108 | CNA Insurance Companies<br>Attn: Legal Department<br>333 South Wabash Avenue, 21st Floor<br>Chicago, IL 60604-4107 | CNA Insurance Companies<br>Attn: Legal Department<br>40 Wall Street, 8th Floor<br>New York, NY 10005 |
| CNA Insurance Companies<br>Attn: Legal Department<br>Cranbury Executive Center<br>1249 South River Drive<br>Cranbury, NJ 08512-3603 | CNA Insurance Companies<br>Attn: Legal Department<br>Midwest Division<br>79 West Monroe, 7th Floor<br>Chicago, IL 60603 | CNA Insurance Companies<br>Attn: Legal Department<br>PO Box 8317<br>Chicago, IL 60680 |
| Cravens Dargan & Company<br>Attn: Legal Department<br>1209 Orange Street<br>Wilmington, DE 19801 | Electric Insurance Company<br>Attn: Legal Department<br>75 Sam Fonzo Drive<br>Beverly, MA 01915 | Elite Insurance Company<br>Attn: Legal Department<br>2206 Eglinton Avenue East<br>Scarborough, Toronto<br>ON M1L 4S8 CANANDA |
| Fidelity and Deposit Company of Maryland<br>Attn: Legal Department<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 | Fidelity and Deposit Company of Maryland<br>Attn: Legal Department<br>Western Regional Claim Office<br>11410 N.E. 122nd Way, Suite 304<br>Kirkland WA 98034 | Fidelity and Deposit Company of Maryland<br>Attn: Legal Department<br>PO Box 968032<br>Schaumburg, IL 60196 |
| Family Bridges, Inc.<br>Attn: Legal Department<br>168 11th Street<br>Oakland, CA 94607 | Geico<br>Attn: Legal Department<br>1 Geico Plaza<br>Washington, DC 20076-0001 | Harbor Insurance Company<br>Attn: Legal Department<br>2222 Colonial Road, Ste. 100<br>Fort Pierce, FL 34950-5309 |
| Houston General Insurance Group<br>Attn: Legal Department<br>2222 Colonial Road, Ste. 100<br>Fort Pierce, FL 34950-5309 | Gulf Insurance Group<br>Attn: Legal Department<br>1 State Street Plaza, 9th Floor<br>New York, NY 10004 | Interstate Insurance Group<br>Attn: Legal Department<br>55 East Monroe Street, Ste. 3300<br>Chicago, IL 60603-5713 |

| Kemper Insurance Companies<br>Attn: Legal Department<br>1 East Wacker Drive, Ste. 1500<br>Chicago, IL 60601 | Kemper Insurance Companies<br>Attn: Legal Department<br>1 Kemper Drive, Building 4-K7<br>Long Grove, IL 60049-0001 | Kemper Insurance Companies<br>Attn: Legal Department<br>PO Box 4133<br>Concord CA 94524-4133 |
|---|---|---|

| SENT DECEMBER 20, 2018 VIA US MAIL | | |
|---|---|---|
| Lumberman's Mutual<br>Attn: Legal Department<br>1 Corporate Drive, Ste. 200<br>Lake Zurich, IL 60047-8945 | Martin, Pringle, Oliver, Wallace & Bauer, LLP<br>Attn: Legal Department<br>100 North Broadway, Ste. 500<br>Wichita, KS 67202 | Martin, Pringle, Oliver, Wallace & Bauer, LLP<br>Attn: Legal Department<br>10511 East Central<br>Wichita, KS 67206 |
| Martin, Pringle, Oliver, Wallace & Bauer, LLP<br>Attn: Legal Department<br>125 Broad Street 6th Floor<br>New York, NY 10004 | National Indemnity Company<br>Attn: Legal Department<br>1314 Douglas Street, Ste. 1400<br>Omaha, NE 68102 | National Union Fire Insurance<br>Attn: Legal Department<br>175 Water Street, 18th Floor<br>New York, NY 10038 |
| Pennsylvania National Insurance Companies<br>Attn: Legal Department<br>2 North 2nd Street<br>Harrisburg, PA 17101 | Pennsylvania National Insurance Companies<br>Attn: Legal Department<br>1703 East Wendover Avenue<br>Greensboro, NC 27405 | Providence Washington Insurance Company<br>Attn: Legal Department<br>475 Kilvert Street, Ste. 330<br>Warwick, RI 02886 |
| Royal Insurance Companies<br>Attn: Legal Department<br>1240 East Diehl Road, Ste. 500<br>Naperville, IL 60563-1474 | Scottish & York Insurance Co. Ltd.<br>Attn: Legal Department<br>2206 Eglinton Avenue East, Ste. 160<br>Scarborough, ONTARIO<br>CANADA M1L 4S8 | Stonewall Insurance Companies<br>Attn: Legal Department<br>40 Post Office Park, Box 207<br>Wilbraham, MA 01095 |
| The Travelers<br>Attn: Legal Department<br>485 Lexington Avenue<br>New York, NY 10017 | | |

| SENT DECEMBER 21, 2018 VIA US MAIL | | |
|---|---|---|
| Underwriters at Lloyds<br>Attn: Legal Department<br>306 West Main Street, Ste. 409<br>Frankfort, KY 40601 | Underwriters at Lloyds<br>Attn: Legal Department<br>c/o BMS Group Ltd.<br>One America Square<br>London, UNITED KINGDOM<br>EC3N 2LS | United Airlines, Inc.<br>Attn: Legal Department<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| United States Aviation Underwriters<br>Attn: Legal Department<br>125 Broad Street<br>New York, NY 10004 | Pharmacia Corporation<br>Attn: Legal Department<br>7000 Portage Road<br>Kalamazoo, MI 49001 | Bristol-Myers Squibb Company<br>Attn: Legal Department<br>345 Park Avenue<br>New York, NY 10154-0037 |
| Zurich American Insurance Company<br>Attn: Legal Department<br>1299 Zurich Way, Tower 2 Floor 5<br>Schaumburg, IL 60196 | Zurich American Insurance Company<br>Attn: Legal Department<br>307 Greencastle Drive<br>Jacksonville, FL 32225 | Zurich American Insurance Company<br>Attn: Legal Department<br>P.O. Box 968072<br>Schaumburg, IL 60196-8072 |

| | | |
|---|---|---|
| Zurich American Insurance Company<br>Attn: Legal Department<br>One Whites Row<br>London, UNITED KINGDOM<br>E1 7NF | Zurich American Insurance Company<br>Attn: Legal Department<br>P.O. Box 968038<br>Schaumburg, IL 60196 | Fireman's Fund Insurance Company<br>Attn: Legal Department<br>2350 W. Empire Avenue Suite 102<br>Burbank CA 91504 |
| Fireman's Fund Insurance Company<br>Attn: Legal Department<br>681 South Parker Street, Ste. 300<br>Orange, CA 92868 | Fireman's Fund Insurance Company<br>Attn: Legal Department<br>777 San Marin Drive<br>Novato, CA 94945 | Liberty Mutual<br>Attn: Legal Department<br>1001 4th Avenue, 13th Floor<br>Seattle, WA 98154 |
| Liberty Mutual<br>Attn: Legal Department<br>1191 Second Avenue, 8th Floor<br>Seattle, WA 98101 | Liberty Mutual<br>Attn: Legal Department<br>1340 Treat Blvd., Ste. 230<br>Walnut Creek, CA 94597 | Liberty Mutual<br>Attn: Legal Department<br>1600 N. Collins Blvd., Suite 3000<br>Richardson, TX 75083-3960 |
| Liberty Mutual<br>Attn: Legal Department<br>175 Berkeley Street, 9th Floor<br>Boston, MA 02116 | Liberty Mutual<br>Attn: Legal Department<br>4634 154th Place NE<br>Adams Building, 3rd Floor<br>Redmond, WA 98052 | Liberty Mutual<br>Attn: Legal Department<br>525 B Street, 10th Floor, Mail Stop 10B<br>San Diego, CA 92101 |
| Liberty Mutual<br>Attn: Legal Department<br>c/o Golden Eagle Insurance Company<br>525 'B' Street<br>San Diego, CA 92101 | Liberty Mutual<br>Attn: Legal Department<br>P.O. Box 515097<br>Los Angeles, CA 90051-5097 | Liberty Mutual<br>Attn: Legal Department<br>P.O. Box 25150<br>Santa Ana, CA 92799-5150 |
| Liberty Mutual<br>Attn: Legal Department<br>P.O. Box 34700<br>Seattle, WA 98124-1700 | Liberty Mutual<br>Attn: Legal Department<br>P.O. Box 515097<br>Los Angeles, CA 90051 | Liberty Mutual<br>Attn: Legal Department<br>P.O. Box 833960<br>Richardson, TX 75083 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:98656.1 77998/002

4

CERTIFICATE OF SERVICE

Case: 18-31087   Doc# 121   Filed: 12/26/18   Entered: 12/26/18 13:54:47   Page 5 of 5