Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
         jfiero@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP**,<br><br>                Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE FORMER CLIENT FILE DISPOSITION LETTER** |

DOCS_SF:98656.9 77998/002                                                                                       CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On February 11 - 15, 2019, I caused to be served the following documents in the manner stated below:

- *FORMER CLIENT FILE DISPOSITION LETTER*

| | |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 15, 2019 at San Francisco, California.

/s/ Oliver Carpio
Legal Assistant

| SENT FEBRUARY 11, 2019 VIA US MAIL | | |
|---|---|---|
| American Red Cross/Sedgwick CMS<br>Attn: Legal Department<br>P.O. Box 14491<br>Lexington KY 40512 | Los Angeles World Airports<br>Attn: Legal Department<br>1 World Way<br>Los Angeles CA 90045 | Magellan Aerospace, Ltd.<br>Attn: Legal Department<br>3160 Derry Road East<br>Mississauga ONTARIO<br>CANADA L4T 1A9 |
| Sari Art & Printing, Inc.<br>Attn: Legal Department<br>720 North Todd Avenue<br>Azusa, CA 91702 | Bronx-Lebanon Hospital Center<br>Attn: Legal Department<br>1650 Grand Concourse<br>Bronx NY 10457 | Foster Enterprises<br>Attn: Legal Department<br>111 Anza Blvd.<br>Burlingame, CA 94010 |
| Yum! Brands, Inc.<br>Attn: Legal Department<br>1441 Gardiner Lane<br>Louisville KY 40213 | Nestle Purina Pet Care Company<br>Attn: Legal Department<br>1 Checkerboard Square<br>St. Louis, MO 63164 | Anderson & Murison, Inc.<br>Attn: Legal Department<br>800 West Colorado Blvd.<br>Los Angeles CA 90041 |
| Pacific Coast Sales & Service, Inc.<br>Attn: Legal Department<br>310 Soquel Way<br>Sunnyvale CA 94085 | AudioQuest, Inc.<br>Attn: Legal Department<br>2621 White Road<br>Irvine, CA 92614 | Lasson Technologies, Inc.<br>Attn: Legal Department<br>6059 Bristol Parkway, Ste. 150<br>Culver City CA 90230 |
| Packet Ware, Inc.<br>Attn: Legal Department<br>5348 Vegas Drive, Ste. 1051<br>Las Vegas NV 89108 | GNB Bancshares, Inc.<br>Attn: Legal Department<br>100 East California Street<br>Gainesville TX 76241 | Safeway Inc.<br>Attn: Legal Department<br>5918 Stoneridge Mall Road<br>Pleasanton CA 94588-3229 |
| Lackey Hershman LLP<br>c/o Stinson Leonard Street LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City MO 64106 | GE Reinsurance Corporation<br>Attn: Legal Department<br>540 W. Northwest Highway<br>Barrington IL 60010-3051 | Duerson Foods, LLC<br>Attn: Legal Department<br>8922 102nd Street<br>Pleasant Prairie WI 53158 |
| Nature's World International, Inc.<br>Attn: Legal Department<br>2443 Cades Way<br>Vista CA 92081 | Gornet Enterprises, LLC<br>Attn: Legal Department<br>1550 Tiburon Blvd., Ste. G<br>Tiburon CA 94920 | Nuance Communications, Inc.<br>Attn: Legal Department<br>1 Wayside Road<br>Burlington MA 01803 |
| Bristol-Myers Squibb<br>Attn: Legal Department<br>430 East 29th Street, 14th Floor<br>New York NY 10016 | ExxonMobil Corporation<br>Attn: Legal Department<br>5959 Las Colinas Blvd.<br>Irving TX 75039-2298 | Medical Capital Corporation<br>Attn: Legal Department<br>15101 Red Hill Avenue<br>Tustin CA 92780 |
| Allied World Assurance Company, Ltd.<br>Attn: Legal Department<br>27 Richmond Road<br>Pembroke HM 08<br>Bermuda | Midlands Claim Administrators, Inc.<br>Attn: Legal Department<br>23801 Calabasas Rd # 2000,<br>Calabasas, CA 91302 | Sun Life Assurance Company of Canada<br>Attn: Legal Department<br>1 York Street<br>Toronto, ON M5J 0B6<br>CANADA |
| Dole Food Company, Inc.<br>Attn: Legal Department<br>One Dole Drive<br>Westlake Village, CA 91362 | Fox Television Stations, Inc; et al.<br>Attn: Legal Department<br>1211 Avenue of the Americas<br>New York, NY 10036 | EquiMedia Group LLC<br>Attn: Legal Department<br>5815 Windward Pkwy,<br>Suite 302 (2nd Floor),<br>Alpharetta, GA 30005 |

| SENT FEBRUARY 12, 2019 VIA US MAIL | | |
|---|---|---|
| Piper Marbury Rudnick & Wolff LLP<br>Attn: Legal Department<br>555 Mission Street, Suite 2400<br>San Francisco CA 94105-2933 | Sanofi Synthelabo Inc.<br>Attn: Legal Department<br>55 Corporate Drive<br>Bridgewater NJ 08807 | Aegon USA, Inc.<br>Attn: Legal Department<br>4333 Edgewood Road<br>Cedar Rapids, IA 52499 |

| Baby Phat Holding Company LLC<br>Attn: Legal Department<br>1400 Broadway, Suite 1405<br>New York, NY 10018 | CoorsTek, Inc.<br>Attn: Legal Department<br>14143 Denver West Parkway<br>Golden CO 80401 | Osmose, Inc.<br>Attn: Legal Department<br>980 Ellicott Street<br>Buffalo NY 14209 |
|---|---|---|
| International Museum of Women<br>Attn: Legal Department<br>222 Sutter Street, Suite 500<br>San Francisco, CA 94108 | Toyota Material Handling U.S.A. Inc.<br>Attn: Legal Department<br>5559 Inwood Drive<br>Columbus, IN 47201 | Eight, Inc.<br>Attn: Legal Department<br>675 California Street<br>San Francisco CA 94108 |
| U.S. Risk Insurance Group, Inc.<br>Attn: Legal Department<br>8401 North Central Expressway, Suite 1000<br>Dallas, TX 75225 | Magna Hospitality Group, L.C.<br>Attn: Legal Department<br>300 Centerville Road, Suite 300 East<br>Warwick RI 02886 | Arch Reinsurance Ltd.<br>Attn: Legal Department<br>360 Hamilton Avenue, Ste. 600<br>White Plains NY 10601 |
| Illinois Finance Authority<br>Attn: Legal Department<br>160 N. LaSalle St., Suite S-1000<br>Chicago, IL 60601 | Mobedshahi Hotel Group<br>Attn: Legal Department<br>1740 North First Street<br>San Jose, CA 95112 | Clarium Capital Management LLC<br>Attn: Legal Department<br>1 Letterman Drive, Ste. 400<br>San Francisco CA 94129 |
| Bay Properties, Inc.<br>Attn: Legal Department<br>870 Market St Ste 1114<br>San Francisco, CA 94102-2920 | Universal Care, Inc.<br>Attn: Legal Department<br>1600 East Hill Street<br>Signal Hill, CA 90755 | Group USA, Inc.<br>Attn: Legal Department<br>25 Enterprise Avenue<br>Secaucus, NJ 07094 |
| Sedgwick Claims Management Services, Inc.<br>Attn: Legal Department<br>1100 Ridgeway Loop Road<br>Memphis, TN 38120 | Homestead Family Dentistry<br>Attn: Legal Department<br>633 West Homestead Road<br>Sunnyvale, CA 94087 | International Insurance Agency Services<br>Attn: Legal Department<br>10 South Lasalle Street, Suite 3450<br>Chicago, IL 60603 |
| Twentieth Television<br>Attn: Legal Department<br>2121 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067 | Cortese Investment Company<br>Attn: Legal Department<br>21 Lafayette Cir # 200,<br>Lafayette, CA 94549 | Landstar Homes Dallas, Ltd.<br>Attn: Legal Department<br>6570 Naaman Forest Blvd., Ste 100<br>Garland, TX 75044 |
| Emmis Communications<br>Attn: Legal Department<br>One EMMIS Plaza<br>40 Monument Circle, Suite 700<br>Indianapolis, IN 46204 | AA Communications, Inc.<br>Attn: Legal Department<br>4505 Broadway Street<br>Quincy, IL 62305 | Megalomedia, Inc.<br>Attn: Legal Department<br>901 Barton Springs Rd.<br>Austin, TX 78704 |
| Mission City Management<br>Attn: Legal Department<br>8122 Datapoint Drive # 900<br>San Antonio, TX 78229 | Mission City Management<br>Attn: Legal Department<br>115 N Loop 1604 E #2207<br>San Antonio, TX 78232 | John Wiley & Sons, Inc.<br>Attn: Legal Department<br>510 N Valley Mills Drive, Suite 600<br>Waco, TX 76710 |

| **SENT FEBRUARY 13, 2019 VIA US MAIL** | | |
|---|---|---|
| Kmart<br>Attn: Legal Department<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | H&R 1871, Inc.<br>Attn: Legal Department<br>PO Box 1871<br>Madison, NC 27025 | Mellon Human Resources & Investor Solutions<br>c/o Mellon Investments Corporation<br>Attn: Legal Department<br>201 Washington Street<br>Boston MA 02108-4408 |

| | | |
|---|---|---|
| Pabst Brewing Company<br>Attn: Legal Department<br>10635 Santa Monica Blvd., Ste. 350<br>Los Angeles, CA 90025 | Riverport Insurance Company<br>Attn: Legal Department<br>11201 Douglas Avenue<br>Urbandale, IA 50322-3707 | Pfizer, Inc.<br>Attn: Legal Department<br>235 East 42nd Street<br>Mail Stop 150/07<br>New York NY 10017 |
| Aspen Re UK Limited<br>Attn: Legal Department<br>30 Fenchurch Street<br>London ENGLAND<br>EC3M 3BD | Marina Investors Group, Inc.<br>Attn: Legal Department<br>3007 Washington Blvd., Ste. 115<br>Marina Del Rey, CA 90292 | Liberty Homes, Inc.<br>Attn: Legal Department<br>1101 Eisenhower Drive North<br>Goshen IN 46526-5309 |
| Swagelok Company<br>Attn: Legal Department<br>29500 Solon Road<br>Solon, OH 44139 | Postmasters Benefit Plan<br>Attn: Legal Department<br>1019 North Royal Street<br>Alexandria, VA 22314 | COMSYS Information Technology Services, Inc.<br>c/o Manpower Group<br>Attn: Legal Department<br>100 Manpower Place<br>Milwaukee WI 53121 |
| Complete Clothing Company<br>Attn: Legal Department<br>4950 East 49th Street<br>Vernon, CA 90058 | Harwood International, Inc.<br>Attn: Legal Department<br>2501 North Harwood, 14th Floor<br>Dallas TX 75201 | Swissport USA, Inc.<br>Attn: Legal Department<br>44965 Aviation Drive, Suite 200<br>Dulles, VA 20166 |
| King & Spalding LLP<br>Attn: Legal Department<br>101 Second Street, Ste. 2300<br>San Francisco CA 94105 | Pembroke 4000<br>Attn: Legal Department<br>107 Leadenhall Street, 7th Floor<br>London ENGLAND<br>EC3A 4AF | Pembroke 4000<br>Attn: Legal Department<br>8 Fenchurch Place, Level 3<br>London ENGLAND<br>EC3M 4A |
| Pembroke 4000<br>Attn: Legal Department<br>3 Minster Court, 2nd Floor South<br>Mincing Lane<br>London ENGLAND<br>EC3R 7DD | Pembroke 4000<br>Attn: Legal Department<br>One Liberty Plaza, 53rd Floor<br>New York NY 10006 | Gannett Co., Inc.<br>Attn: Legal Department<br>7950 Jones Branch Drive<br>McLean, Virginia 22107 |
| PAGEMILL Partners, LLC<br>Attn: Legal Department<br>1950 University Avenue, Suite 400<br>East Palo Alto, CA 94303 | Physicians Insurance Company<br>Attn: Legal Department<br>4443 Lyons Road, Suite 209-D<br>Coconut Creek, FL 33073 | Besso Limited<br>Attn: Legal Department<br>8-11 Crescent<br>London EC3N 2LY<br>United Kingdom |
| Upper San Gabriel Valley MWD<br>Attn: Legal Department<br>602 Huntington Dr B<br>Monrovia, CA 91016 | People for the Ethical Treatment of Animals<br>Attn: Legal Department<br>501 Front St.<br>Norfolk, VA 23510 | The Hearst Corporation<br>Attn: Legal Department<br>300 W. 57th Street New<br>York, NY 10019 |
| National Vision, Inc.<br>Attn: Legal Department<br>2435 Commerce Ave,<br>Building 2200<br>Duluth, GA 30096 | University of Texas<br>Attn: Legal Department<br>110 Inner Campus Drive<br>Austin, TX 78705 | PacifiCare Life and Health Insurance Co<br>c/o United HealthCare Services, Inc.<br>Attn: Legal Department<br>9700 Health Care Lane<br>Minnetonka, MN 55343 |

| | | |
|---|---|---|
| **SENT FEBRUARY 14, 2019 VIA US MAIL** | | |
| Shire US Inc.<br>Attn: Legal Department<br>300 Shire Way<br>Lexington, MA 02421 | Electronic Data Systems Corporation<br>Attn: Legal Department<br>5400 Legacy Drive<br>Plano TX 75024 | Hudson Healthcare<br>Attn: Legal Department<br>851 Napa Valley Corporate Way, Suite N<br>Napa CA 94558 |

| Keenan & Associates<br>Attn: Legal Department<br>2355 Crenshaw Blvd., Suite 200<br>Torrance, CA 90501 | Hardy Syndicate 832<br>Attn: Legal Department<br>3 Minster Court, 5th Floor<br>London ENGLAND<br>EC3R 7DD | Hardy Syndicate 832<br>c/o Hardy (Underwriting Agencies) Limited<br>Attn: Legal Department<br>40 Lime Street, 4th Floor<br>London ENGLAND<br>EC3M 7AW |
|---|---|---|
| Hardy Syndicate 832<br>Attn: Legal Department<br>1 Liberty Plaza, 53rd Floor<br>New York NY 10006 | Overland, Pacific & Cutler, Inc.<br>Attn: Legal Department<br>1 Jenner, Ste. 200<br>Irvine, CA 92618 | Monumental Life Insurance Company<br>c/o Transamerica Premier Life Insurance Company<br>Attn: Legal Department<br>4333 Edgewood Rd. NE<br>Cedar Rapids IA 52499 |
| Blue Dot Software, Inc.<br>Attn: Legal Department<br>1120 Lincoln Street, Suite 1507<br>Denver, CO 80203 | Wagco Products, Inc.<br>Attn: Legal Department<br>13113 Huron Street<br>Taylor, MI 48180 | Tolkientown.com LLC<br>Attn: Legal Department<br>7536 US Hwy 42, Suite 3B<br>Florence, KY 41042 |
| Broadspire Services, Inc.<br>Attn: Legal Department<br>5335 Triangle Parkway NW<br>Peachtree Corners, GA 30092 | Viagene Fertility<br>Attn: Legal Department<br>29169 Heathercliff Road, Ste. 213<br>Malibu, CA 90265 | Allied Barton Security Services<br>Attn: Legal Department<br>1600 Riviera Avenue, Suite 375<br>Walnut Creek, CA 94596 |
| Jameson Company Ltd.<br>Attn: Legal Department<br>2200 Terminal Road<br>Niles MI 49120-9398 | Hotwire.com<br>Attn: Legal Department<br>655 Montgomery Street, Ste. 600<br>San Francisco, CA 94111 | Masco Corporation<br>Attn: Legal Department<br>17450 College Parkway<br>Livonia, MI 48152 |
| Masco Corporation<br>Attn: Legal Department<br>21001 Van Born Road<br>Taylor MI 48180 | Basler Versicherung AG<br>Attn: Legal Department<br>Aeschengraben 21<br>Postfach 2275<br>CH-4002 Basel<br>SWITZERLAND | Blue Cross of California<br>Attn: Legal Department<br>4553 La Tienda Drive<br>Thousand Oaks, CA 91362 |
| Blue Cross of California<br>Attn: Legal Department<br>120 Monument Circle<br>Indianapolis, IN 46204 | Public Storage, Inc.<br>Attn: Legal Department<br>701 Western Avenue<br>Glendale CA 91201 | Ed Riordan<br>Attn: Legal Department<br>22 Marne Avenue<br>San Francisco CA 94127 |
| PK Diversified Group, Inc.<br>Attn: Legal Department<br>1410 Argillite Road<br>Flatwoods, KY 41139 | Niagara Carpet & Cleaning Systems, Inc.<br>Attn: Legal Department<br>10755 Sherman Way, Suite 3<br>Sun Valley, CA 91352 | Franciscan Friars of California Province of Santa Barbara<br>Attn: Legal Department<br>1500 34th Avenue<br>Oakland CA 94601 |
| Vision Service Plan<br>Attn: Legal Department<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | Joseph and Juliana Taburaza<br>C/O Milpitas Care Center<br>Attn: Legal Department<br>120 Corning Avenue,<br>Milpitas, CA, 95035 | SureTec Insurance Company<br>Attn: Legal Department<br>1330 Post Oak Boulevard, Suite 1100<br>Houston, TX 77056 |

| **SENT FEBRUARY 15, 2019 VIA US MAIL** | | |
|---|---|---|
| Unigard Insurance Group<br>Attn: Legal Department<br>15800 Northup Way<br>Bellevue WA 98008-2537 | Group Health, Inc.<br>c/o Emblem Health<br>Attn: Legal Department<br>55 Water Street<br>New York NY 10041 | Banco Popular North America<br>Attn: Legal Department<br>85 Broad Street<br>New York, NY 10004 |

5

| | | |
|---|---|---|
| GCAN Insurance Company<br>c/o Royal & Sun Alliance<br>Insurance Company of Canada, Inc.<br>Attn: Legal Department<br>18 York Street, Suite 800<br>Toronto, Ontario<br>CANADA M5J 2T8 | Republic Services, Inc.<br>Attn: Legal Department<br>18500 North Allied Way<br>Phoenix, AZ 85054 | LAACO, Ltd.<br>Attn: Legal Department<br>431 West Seventh Street<br>Los Angeles, CA 90014 |
| 121 Community Church<br>Attn: Legal Department<br>2701 Ira E Woods Avenue<br>Grapevine, TX 76051 | MANN+HUMMEL Filtration Technology<br>Attn: Legal Department<br>1101 Technology Drive<br>Ann Arbor MI 48108 | Sompo International Companies<br>Attn: Legal Department<br>725 S. Figueroa St.<br>Los Angeles CA 90017 |
| Sunrise Senior Living<br>Attn: Legal Department<br>7900 Westpark Drive, Suite T-900<br>McLean, VA 22102 | The Bank of The West<br>Attn: Legal Department<br>180 Montgomery Street<br>San Francisco, CA 94104 | Art Gautreau, Inc. dba AGI General Contracting<br>Attn: Legal Department<br>8210 Katella Ave., Suite 1<br>Stanton CA 90680 |
| NetDevices, Inc.<br>Attn: Legal Department<br>580 North Pastoria Avenue<br>Sunnyvale, CA 94085 | P&G Beauty<br>Attn: Legal Department<br>6109 DeSoto Ave.<br>Woodland Hills, CA 91367 | Downes Brothers Entertainment, Inc.<br>Attn: Legal Department<br>P.O. Box 6430<br>Visalia, CA 93290 |
| Parker Hannifin Corporation<br>Attn: Legal Department<br>6035 Parkland Blvd.<br>Cleveland OH 44124-4141 | Earthcore Industries, Inc.<br>Attn: Legal Department<br>6899 Phillips Industrial Blvd.<br>Jacksonville, FL 32256 | The City of Antioch<br>Attn: Legal Department<br>P.O. Box 5007<br>Antioch, CA 94531-5007 |
| Strategic Communications Services, Inc.<br>Attn: Legal Department<br>24 Superior Drive, Suite 103<br>Natick MA 01760 | Husch & Eppenberger, LLC<br>c/o Husch Blackwell<br>Attn: Legal Department<br>621 Capitol Mall, Suite 1550<br>Sacramento, CA 95814 | Lanier Worldwide, Inc.<br>Attn: Legal Department<br>2300 Parklake Drive<br>Atlanta, GA 30345 |
| Advanced Power Devices<br>Attn: Legal Department<br>P.O. Box 7565<br>San Jose CA 95150 | Noteware Development Co.<br>Attn: Legal Department<br>833 Jamestown<br>San Francisco, CA 94124 | Sony Electronics, Inc.<br>Attn: Legal Department<br>16530 Via Esprillo<br>San Diego, CA 92127 |