John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone:   415.263.7000
Facsimile:    415.263.7010
Email:          jlucas@pszjlaw.com
                    jrosell@pszjlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SEDGWICK, LLP,<br><br>Debtor. | Case No. 18-31087 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR AND GRM INFORMATION MANAGEMENT SERVICES**<br><br>**Hearing Date:**<br>Date:   March 21, 2019<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>           450 Golden Gate Avenue, 16th Floor<br>           Courtroom 19<br>           San Francisco, California 94102<br>Judge:  Honorable Hannah L. Blumenstiel |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND THOSE PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE** that Sedgwick LLP, the above-referenced debtor and debtor in possession (the "**Debtor**"), hereby moves [Docket No. 164] (the **"Motion"**) the Court, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), for approval of a compromise between the Debtor and GRM Information Management Services (**"GRM"**) relating to (a) the resolution of GRM's proof of claim and (b) the continued offsite storage and retrieval of the Debtor's client files, as set forth more fully in the *Settlement Agreement and Mutual Release* attached to the Motion as Exhibit A (the **"Settlement Agreement"**).

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the following Motion and memorandum of points and authorities, the declaration of Gregory C. Read (the **"Read Declaration"**) attached to the Motion as Exhibit B, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall take place before the Honorable Hanna L. Blumenstiel at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, CA, on **March 21, 2019 at 10:00 a.m. (Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the relief requested in the Motion shall file a written objection with the Court no later than **March 14, 2019 at 5:00 p.m. (Pacific Time)** (the "*Objection Deadline*"), which objection shall be served so that the same is *received* on or before the Objection Deadline by (a) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, Attn: John Lucas, 150 California Street, 15th Floor, San Francisco, CA 94111; (b) the Office of the United States Trustee, Northern District of California, Attn: Lynette C. Kelly, 301 Clay Street, Suite 690N, Oakland, CA 94612; (c) counsel to the Official Committee of Unsecured Creditors, Pillsbury Winthrop Shaw Pittman LLP, Attn: Cecily A. Dumas, Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111-5998; and (d) all other parties in interest that receive notice pursuant to Bankruptcy Rule 2002 in the Debtor's chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that failure to properly file and serve an opposition may be deemed consent to the relief requested in the Motion or a waiver of any right to oppose the Motion.

Dated: February 27, 2019        PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jason H. Rosell*
    Jason H. Rosell

Attorneys for the Debtor

2

DOCS_SF:99841.3
Case: 18-31087    Doc# 165    Filed: 02/27/19    Entered: 02/27/19 16:32:59    Page 2 of 2