Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
      jfiero@pszjlaw.com
      jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re:<br><br>**SEDGWICK, LLP**,<br><br>                Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE FORMER CLIENT FILE DISPOSITION LETTER** |
|---|---|

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| | )|
| 2 | CITY OF SAN FRANCISCO )|

3    I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

5    On February 25, 2019 – March 1, 2019, I caused to be served the following documents in the manner stated below:

- *FORMER CLIENT FILE DISPOSITION LETTER*

| | |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 1, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

| SENT FEBRUARY 25, 2019 VIA US MAIL | | |
|---|---|---|
| Amerisure Companies<br>Attn: Legal Department<br>P. O. Box 2060<br>Farmington Hills MI 48333-2060 | Zurich North America<br>Attn: Legal Department<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 | Zurich North America<br>Attn: Legal Department<br>400 University Avenue, 23rd Flr<br>Toronto ONTARIO<br>CANADA M5G 1S7 |
| Zurich North America<br>Attn: Legal Department<br>PO Box 968041<br>Schaumburg IL 60194 | Zurich North America<br>Attn: Legal Department<br>PO Box 307010<br>Jamaica NY 11430-7010 | Scor Reinsurance Company<br>Attn: Legal Department<br>199 Water Street, Suite 2100<br>New York, NY 10038-3526 |
| XL Insurance Global Risk (US)<br>Attn: Legal Department<br>200 Liberty Street, 22nd Floor<br>New York, NY 10281 | XL Insurance Global Risk (US)<br>Attn: Legal Department<br>3833 Sala Way<br>Red Wing MN 55066 | XL Insurance Global Risk (US)<br>Attn: Legal Department<br>505 Eagleview Blvd.<br>P.O. Box 636<br>Exton PA 19341 |
| XL Insurance Global Risk (US)<br>Attn: Legal Department<br>725 South Figueroa Street, Suite 4000<br>Los Angeles, CA 90017 | XL Insurance Global Risk (US)<br>Attn: Legal Department<br>2727 Turtle Creek Boulevard<br>Dallas TX 75219 | XL Insurance Global Risk (US)<br>Attn: Legal Department<br>655 Third Avenue, 15th Floor<br>New York NY 10017 |
| BMW of North America, LLC<br>Attn: Legal Department<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7731 | Wyland Worldwide, LLC<br>Attn: Legal Department<br>6 Mason<br>Irvine CA 92618 | Arch Insurance Group<br>Attn: Legal Department<br>3 Parkway, Suite 1500<br>Philadelphia PA 19102 |
| Arch Insurance Group<br>Attn: Legal Department<br>300 Plaza 3, 3rd Floor<br>Jersey City NJ 07311 | Arch Insurance Group<br>Attn: Legal Department<br>360 Hamilton Avenue, Suite 600<br>White Plains, NY 10601 | Arch Insurance Group<br>Attn: Legal Department<br>Plantation Place South<br>60 Great Tower Street, 6th Floor 60<br>London ENGLAND<br>EC3R 5AZ |
| Arch Insurance Group<br>Attn: Legal Department<br>10909 Mill Valley Road, Suite 210<br>Omaha NE 68154 | D.H. Brown Associates Inc.<br>c/o Gartner, Inc.<br>Attn: Legal Department<br>56 Top Gallant Road<br>Stamford, CT 06902 | Constellation Concepts<br>c/o Tavistock Restaurant Collection<br>Attn: Legal Department<br>4705 S Apopka Vineland Road, Suite 210<br>Orlando, FL 32819 |
| XL Catlin Underwriting Agencies, Ltd.<br>Attn: Legal Department<br>20 Gracechurch Street<br>London United Kingdom<br>EC3V 0BG | Maier Siebel Baber<br>Attn: Legal Department<br>80 E. Sir Francis Drake Blvd.<br>Larkspur, CA | Sterling National Insurance Company<br>Attn: Legal Department<br>210 Interstate North Parkway SE, Suite 400<br>Atlanta, GA 30339 |
| United Health Group Incorporated<br>Attn: Legal Department<br>12125 Technology Drive<br>Eden Praire MN 55344 | Procter & Gamble<br>Attn: Legal Department<br>6109 DeSoto Ave.<br>Woodland Hills, CA 91367 | Universal American Corporation<br>Attn: Legal Department<br>P.O. Box 13271<br>Pensacola FL 32591 |
| Amerisure Companies<br>Attn: Legal Department<br>P. O. Box 2060<br>Farmington Hills MI 48333-2060 | bebe Stores, Inc.<br>Attn: Legal Department<br>400 Valley Drive<br>Brisbane, CA 94005 | Michigan Turkey Producers, LLC<br>Attn: Legal Department<br>1100 Hall Street SW<br>Grand Rapids, MI 49503 |
| Atrium<br>Attn: Legal Department<br>959 Profit Drive<br>Dallas, TX 75247 | Health Net, Inc.<br>Attn: Legal Department<br>21650 Oxnard Street<br>Woodland Hills, CA 91367 | Asian, Inc.<br>Attn: Legal Department<br>1167 Mission Street, 4th Floor<br>San Francisco, California 94103 |

| Bing Kong Tong Association<br>Attn: Legal Department<br>29 Waverly Pl,<br>San Francisco, CA 94108 | Brouwer & Janachowski Inc.<br>Attn: Legal Department<br>100 Shoreline Highway, Suite B-101<br>Mill Valley, CA 94941 | Grosvenor Properties Ltd.<br>Attn: Legal Department<br>222 Front Street 7th Floor<br>San Francisco, Ca. 94111 |
|---|---|---|
| Grant Kwok<br>Attn: Legal Department<br>1150 Hyde Street, #6<br>San Francisco CA 94109 | Custom Building Products, Inc.<br>Attn: Legal Department<br>13001 Seal Beach Blvd., Suite 200<br>Seal Beach CA 90740 | American Laundry Machinery, Inc.<br>Attn: Legal Department<br>5050 Section Avenue<br>Cincinnati, OH 45212 |
| Texas Petrochemicals<br>Attn: Legal Department<br>500 Dallas Street, Suite 1000<br>Houston, Texas 77002 | Pinnacle Foods Group Inc.<br>Attn: Legal Department<br>399 Jefferson Road<br>Parsippany, NJ 07054 | Young Champions Recreation Programs, Inc<br>Attn: Legal Department<br>1717 S Grand Ave.,<br>Santa Ana, CA 92705 |
| Bare Escentuals Beauty, Inc.<br>Attn: Legal Department<br>71 Stevenson Street, 22nd Floor<br>San Francisco CA 94105 | Pactiv Corporation<br>Attn: Legal Department<br>1900 W. Field Court<br>Lake Forest, Illinois 60045 | Zander-Greg, Inc.<br>Attn: Legal Department<br>2830 East Foothill<br>Pasadena CA 91107 |
| Pilatus Aircraft Ltd.<br>Attn: Legal Department<br>P.O. Box 992<br>6371 Stans, Switzerland | Food Specialists, Inc.<br>Attn: Legal Department<br>255 3rd St #102,<br>Oakland, CA 94607 | BlackRock, Inc.<br>Attn: Legal Department<br>400 Howard Street<br>San Francisco, CA 94105 |

| **SENT FEBRUARY 26, 2019 VIA US MAIL** | | |
|---|---|---|
| Oclassen Pharmaceuticals, Inc.<br>c/o Allergan plc<br>Attn: Legal Department<br>5 Giralda Farms<br>Madison, NJ 07940 | Marina Investors Group, Inc.<br>c/o Stiles Realty<br>Attn: Legal Department<br>301 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | United Health Group Incorporated<br>Attn: Legal Department<br>185 Asylum Street<br>Hartford CT 06103 |
| United Health Group Incorporated<br>Attn: Legal Department<br>5901 Lincoln Drive<br>Edina MN 55436 | United Health Group Incorporated<br>Attn: Legal Department<br>6300 Olson Memorial Highway<br>Mail Stop MN010-E151<br>Golden Valley MN 55427 | United Health Group Incorporated<br>Attn: Legal Department<br>9701 Data Park Drive<br>Minnetonka MN 55343 |
| United Health Group Incorporated<br>Attn: Legal Department<br>1 North Castle Drive<br>Armonk NY 10504 | United Health Group Incorporated<br>Attn: Legal Department<br>PO Box 1459<br>Minneapolis, MN 55440-1459 | United Health Group Incorporated<br>Attn: Legal Department<br>5995 Plaza Drive<br>Cypress CA 90630 |
| S.A. Meacock & Company, Ltd.<br>Attn: Legal Department<br>Hasilwood House<br>60 Bishopsgate<br>London ENGLAND<br>EC2N 4AW | Landstar Homes Dallas, Ltd.<br>Attn: Legal Department<br>6570 Naaman Forest Blvd., Ste 100<br>Garland, TX 75044 | NetDevices, Inc.<br>c/o Nokia<br>Attn: Legal Department<br>777 East Middlefield Road<br>Mountain View CA 94043 |

| **SENT FEBRUARY 27, 2019 VIA US MAIL** | | |
|---|---|---|
| Metropolitan Jewish Health Systems<br>Attn: Legal Department<br>6323 Seventh Avenue<br>Brooklyn, NY 11220-4711 | H.T. Oil, LLC<br>Attn: Legal Department<br>4924 Redwood Avenue<br>Dublin CA 94568 | H.T. Oil, LLC<br>Attn: Legal Department<br>6150 Stoneridge Mall Road<br>Pleasanton, CA 94588-3238 |

| | | |
|---|---|---|
| Chaucer Syndicates Ltd.<br>c/o BMS Group Ltd.<br>Attn: Legal Department<br>One America Square<br>London ENGLAND<br>EC3N 2LS | Chaucer Syndicates Ltd.<br>Attn: Legal Department<br>Plantation Place<br>30 Fenchurch Street<br>London ENGLAND<br>EC3M 3AD | E.S.S. Entertainment 2000, Inc.<br>Attn: Legal Department<br>1109 South Santa Fe Avenue<br>Los Angeles, CA 90021 |
| A. Epstein and Sons International, Inc.<br>Attn: Legal Department<br>600 West Fulton<br>Chicago, IL 60661-1199 | LNF Partners LLC<br>Attn: Legal Department<br>1 California Street, Ste. 200<br>San Francisco CA 94111-5406 | Superior Air Parts, Inc.<br>Attn: Legal Department<br>621 South Royal Lane, Suite 100<br>Coppell, TX 75019 |
| Taber Chaitin Associates<br>Attn: Legal Department<br>22 Onyx Street<br>Larkspur CA 94939 | Buck Consultants, LLC<br>Attn: Legal Department<br>353 Sacramento Street, Ste. 800<br>San Francisco, CA 94111 | Georgia-Pacific LLC<br>Attn: Legal Department<br>133 Peachtree Street NE, 39th Floor<br>Atlanta GA 30303 |
| RoseTel System Corporation<br>Attn: Legal Department<br>10390 Wilshire Blvd., Penthouse 20<br>Los Angeles, CA 90024 | Suddath Van Lines<br>Attn: Legal Department<br>2071 Ringwood Avenue, Ste. D<br>San Jose, CA 95131 | City of Leander<br>Attn: Legal Department<br>PO Box 319<br>Leander, TX 78646 |
| United Revenue Service, Inc.<br>Attn: Legal Department<br>1354 Saratoga Ave.<br>Saratoga, CA 95070 | Swanson Health Products, Inc.<br>Attn: Legal Department<br>4075 40th Avenue SW<br>P.O.Box 2803<br>Fargo, ND 58108-2803 | Sport Supply Group, Inc.<br>Attn: Legal Department<br>1901 Diplomat Drive<br>Farmers Branch, TX 75234-8914 |

| | | |
|---|---|---|
| **SENT FEBRUARY 28, 2019 VIA US MAIL** | | |
| AIG Claims, Inc.<br>Attn: Legal Department<br>100 Connell Drive, Ste. 2100<br>Berkeley Heights NJ 07922 | Avalon Natural Products<br>c/o CT Corporation<br>Attn: Legal Department<br>818 West 7th Street, Ste. 930<br>Los Angeles, CA 90017 | Nature's World International, Inc.<br>Attn: Legal Department<br>26335 Engelmann Road<br>Valley Center CA 92082 |
| DVDPlay, Inc.<br>c/o NCR Corporation<br>Attn: Legal Department<br>864 Spring Street NW<br>Atlanta GA 30308 | Valspar Corporation<br>Attn: Legal Department<br>1101 South 3rd Street<br>Minneapolis, MN 55415 | Bardessono Brothers, LLC<br>Attn: Legal Department<br>43 Lande Way<br>Yountville CA 94599 |
| Korea Radio, Inc.<br>Attn: Legal Department<br>3700 Wilshire Blvd. Ste. 600<br>Los Angeles, CA 90010 | NutraMed, Inc.<br>Attn: Legal Department<br>1001 South 3rd Street West<br>Missoula MT 59801 | American Garment Finishing, Inc.<br>Attn: Legal Department<br>2417 East 54th Street<br>Huntington Park CA 90255 |
| Aegis Communications Group, Inc.<br>Attn: Legal Department<br>104 Pheasant Run, Suite 105<br>Newtown, PA 18940 | Metech International<br>Attn: Legal Department<br>6200 Engle Way<br>Gilroy, CA 95020 | AMB Property Corporation<br>Attn: Legal Department<br>Pier 1 Bay 1<br>San Francisco, CA 94111 |
| Perrigo Company<br>Attn: Legal Department<br>515 Eastern Avenue<br>Allegan MI 49010 | Global Aerospace Underwriting Managers<br>Attn: Legal Department<br>Fitzwilliam House<br>10 Saint Mary Axe<br>London ENGLAND<br>EC3A 8EQ | CitiApartments, Inc.<br>Attn: Legal Department<br>2099 Market Street<br>San Francisco CA 94114 |

DOCS_SF:98656.11 77998/002                                                                                     CERTIFICATE OF SERVICE

4

| | | |
|---|---|---|
| SMC Construction Company<br>Attn: Legal Department<br>290 Gentry Way, Suite 1<br>Reno, NV 89502 | BJK, LLC<br>Attn: Legal Department<br>2317 Riivendell Drive<br>New Lenox, IL 60451 | City of Austin Employee Retirement System<br>Attn: Legal Department<br>418 E. Highland Mall Blvd<br>Austin, TX 78752 |
| Carpal Tunnel Clinic<br>Attn: Legal Department<br>5656 Bee Caves Road Building J-202<br>West Lake Hills, TX 78746 | Tumi Inc.<br>Attn: Legal Department<br>155 Prospect Avenue<br>West Orange, NJ 07052 | Radio One<br>c/o Urban One, Inc.<br>Attn: Legal Department<br>1010 Wayne Avenue, 14th Floor<br>Silver Spring, MD 20910 |
| Norman Jacobson Realty Resources Inc.<br>Attn: Legal Department<br>12121 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90025 | Max Specialty Insurance Company<br>c/o Alterra Excess & Surplus Insurance Company<br>Attn: Legal Department<br>9020 Stony Point Parkway, Suite 325<br>Richmond, VA 23235 | Big West of California LLC<br>Attn: Legal Department<br>1104 Country Hills Dr.<br>Ogden UT 84403 |
| DAP Products Inc.<br>Attn: Legal Department<br>2400 Boston Street, Suite 200<br>Baltimore MD 21224 | ARC International North America<br>Attn: Legal Department<br>601 South Wade Blvd.<br>Millville NJ 08332 | City Drayage, Inc.<br>Attn: Legal Department<br>2342 Longview Dr<br>San Leandro CA 94577 |
| Cavalier Oceanfront Resort<br>Attn: Legal Department<br>9415 Hearst Drive<br>San Simeon, CA 93452 | C.T. Brayton & Sons Incorporated<br>Attn: Legal Department<br>1804 Jackson Avenue<br>Escalon, CA 95320 | Nexgen Pharma, Inc.<br>Attn: Legal Department<br>46 Corporate Park #100<br>Irvine, CA 92606 |

| | | |
|---|---|---|
| **SENT MARCH 1, 2019 VIA US MAIL** | | |
| Bankers Insurance Company<br>Attn: Legal Department<br>11101 Roosevelt Blvd. North<br>St. Petersburg, FL 33716 | Coach USA<br>Attn: Legal Department<br>160 South Route 17 North<br>Paramus, NJ 0765 | Huffines Management Partners, LP<br>Attn: Legal Department<br>8200 Douglas Avenue, Suite 300<br>Dallas, Texas 75225 |
| Hannover Re<br>Attn: Legal Department<br>112 Main Street, 2nd Floor<br>East Rockaway, NY 11518 | Quanta US Holdings Inc.<br>Attn: Legal Department<br>10 Rockefeller Plaza, Ste. 3<br>New York, NY 10020 | Expedia.com<br>Attn: Legal Department<br>333 108th Ave NE<br>Bellevue, WA 98004 |
| Government of Malaysia<br>c/o Malaysia Consulate<br>Attn: Legal Department<br>777 South Figueroa Street, Ste. 600<br>Los Angeles CA 90017 | Central Basin Municipal Water District<br>Attn: Legal Department<br>6252 Telegraph Road<br>Commerce CA 90040-2512 | Carroll Shelby Licensing, Inc.<br>Attn: Legal Department<br>19021 South Figueroa Street<br>Gardena, CA 90248 |
| Monarch Industries, Inc.<br>Attn: Legal Department<br>51 Burmac Road<br>Winnipeg MANITOBA<br>CANADA R2J 4J3 | Four Seasons Hotels & Resorts<br>Attn: Legal Department<br>1165 Leslie Street, Ste. 600<br>Toronto ONTARIO<br>CANADA M3C 2K8 | ICON Health & Fitness Inc.<br>Attn: Legal Department<br>1500 South 1000 West<br>Logan, UT 84321 |
| Pan Pacific Hotels and Resorts America, Inc.<br>Attn: Legal Department<br>177 Post Street, Suite 800<br>San Francisco, CA 94108 | Hardee's Food Systems, Inc.<br>Attn: Legal Department<br>100 North Broadway, Suite 1200<br>St. Louis, MO 63102 | LANXESS Solutions US Inc.<br>Attn: Legal Department<br>111 RIDC Park West Drive<br>Pittsburgh, PA 15275-1112 |

| Greater Newport Physicians<br>Attn: Legal Department<br>330 Placentia Avenue, Suite 270<br>Newport Beach CA 92658 | Cellective Case, Inc.<br>Attn: Legal Department<br>10 West 33rd Street<br>New York NY 10001 | Bonus.com, Inc.<br>Attn: Legal Department<br>2100 Geng Road, Ste. 105<br>Palo Alto, CA 94303 |
|---|---|---|
| Sprint Corporation<br>Attn: Legal Department<br>6200 Sprint Parkway<br>Overland Park, KS 66251 | Roman Catholic Archdiocese of San Francisco<br>Attn: Legal Department<br>One Peter Yorke Way<br>San Francisco, CA 94109 | Emtel, Inc.<br>Attn: Legal Department<br>2425 West Loop South, Suite 601<br>Houston, TX 77027 |
| Bistango Cafe'<br>Attn: Legal Department<br>19100 Von Karman, Ste. 100<br>Irvine, CA 92612 | Tesla Motors, Inc.<br>Attn: Legal Department<br>3500 Deer Creek Road<br>Palo Alto, CA 94304 | AMEC Foster Wheeler<br>Attn: Legal Department<br>53 Frontage Road<br>Clinton, NJ 08827 |
| Pure Fishing, Inc.<br>Attn: Legal Department<br>7 Science Court<br>Columbia, SC 29203 | Fishing Coalition<br>Attn: Legal Department<br>203 Maryland Avenue NE<br>Washington, DC 20002 | Normark Corporation<br>Attn: Legal Department<br>10395 Yellow Circle Drive<br>Minnetonka, MN 55343-9133 |
| United National Insurance Company<br>Attn: Legal Department<br>P.O. Box 532<br>Willow Grove PA 19090 | Viad Corporation<br>Attn: Legal Department<br>1850 N. Central Avenue, Suite 1900<br>Phoenix, Arizona 85004-4565 | Kerry, Inc<br>Attn: Legal Department<br>3330 Millington Road<br>Beloit WI 53511 |