

1  Richard M. Pachulski (CA Bar No. 90073)
   John D. Fiero (CA Bar No. 136557)
2  John W. Lucas (CA Bar No. 271038)   Signed and Filed: March 4, 2019
   Pachulski Stang Ziehl & Jones LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5  Email: rpachulski@pszjlaw.com
          jfiero@pszjlaw.com            _____
6         jlucas@pszjlaw.com            **HANNAH L. BLUMENSTIEL**
                                        U.S. Bankruptcy Judge
7  Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**AMENDED ORDER GRANTING MOTION EXTENDING THE TIME PERIODS DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE** |

Upon the *Motion for Order Extending the Time Periods During Which the Debtor Has the Exclusive Right to File a Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (the "Motion")[1] seeking an extension of the time to file and solicit acceptances of a plan, as set forth in greater detail in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interest of the Debtor's estate, its creditors, and all other parties in interest; and the Debtor having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and

---

[1] Capitalized terms not defined herein shall have the meanings used in the Motion.

DOCS_SF:99918.1 77998/002

the Court having considered the Motion, all pleadings and papers filed in connection with the Motion, and the arguments of counsel and evidence proffered at the hearing on the Motion; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

**1.** The Motion is **GRANTED**.

**2.** The Debtor's exclusive right to file a plan is extended through and including April 30, 2019.

**3.** The Debtor's exclusive right to solicit acceptances from creditors for its plan is extended through and including June 29, 2019.

**4.** The relief granted herein shall not prejudice the Debtor from seeking further extensions upon a showing of cause or parties in interest from seeking to shorten or terminate the Debtor's exclusive rights to file and solicit acceptances of a plan upon a showing of cause.

**5.** The Court retains jurisdiction to interpret and enforce the terms of this Order.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST