

PILLSBURY WINTHROP SHAW PITTMAN LLP
CECILY A. DUMAS (111449)
cecily.dumas@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Signed and Filed: March 4, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

WILLIAM J. HOTZE (TX24087754) (*pro hac vice*)
william.hotze@pillsburylaw.com
900 Fannin Street, Suite 2000
Houston, TX 77010
Telephone: 713.276.7634
Facsimile: 713.276.7673

Proposed Counsel to the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:**<br><br>SEDGWICK LLP<br><br>Debtor. | No. 18-31087<br><br>CHAPTER 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF COMMENDA ASSET RESOLUTION PARTNERS, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Upon the application (the "**Application**")[1] of the Official Committee of Unsecured Creditors (the "**Committee**") of Sedgwick LLP ("**Sedgwick**" or the "**Debtor**") appointed in the above-captioned bankruptcy case (the "**Bankruptcy Case**") for authorization, pursuant to sections 328(a), and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the employment and retention of Commenda Asset Resolution Partners, LLC ("**Commenda**") as financial advisor to the Committee as of October 30, 2018, all as more fully set forth in the Application; and the Court

---
[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Case: 18-31087  Doc# 1609-1  Filed: 03/04/19  Entered: 03/05/19 09:13:25  Page 1 of 2
Case: 18-31087  Doc# 699-1  Filed: 03/04/19  Entered: 03/05/19 09:43:45:51  Page 1 of 2

4823-7446-7457.v1

| | |
|---|---|
| 1 | having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. |
| 2 | §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core |
| 3 | proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ |
| 4 | 1408 and 1409; and the Committee having provided appropriate notice of the Application and no |
| 5 | other or further notice need be provided; and the Court having reviewed the Application; and the |
| 6 | Court having considered the Application, all pleadings and papers filed in connection with the |
| 7 | Application; after due deliberation and sufficient cause appearing therefor, it is |

**HEREBY ORDERED THAT:**

    1.     The Application is **GRANTED**.

    2.     The Committee is authorized to employ Commenda as financial advisor, effective as of October 30, 2018, on the terms set forth in the Application and the Minick Declaration.

    3.     Commenda is authorized to perform the services described in the Application, and compensation for such services shall be paid from the Debtor's estate in such amounts and at such times as the Court may hereafter allow.

**### END OF ORDER ###**