1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
   Assistant United States Trustee
2  TERRI H. DIDION (SBN 133491)
   Trial Attorney
3  United States Department of Justice
   Office of the U.S. Trustee
4  2500 Tulare Street, Suite 1401
   Fresno, CA  93721
5  Telephone:  (559) 487-5002
   Facsimile:   (559) 487-5030
6  Email: Terri.Didion@usdoj.gov

7  Attorneys for TRACY HOPE DAVIS
   United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ) | Case No. 18-31087 HLB |
| ) | |
| SEDGWICK LLP, ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Lynette C. Kelly for Tracy Hope Davis, the United States Trustee for Region 17.  All notices should now be directed to:

>Office of the United States Trustee
>Attn: Terri H. Didion
>2500 Tulare Street, Suite 1401
>Fresno, CA  93721
>Email: Terri.Didion@usdoj.gov

Dated: March 7, 2019                    TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                        By:     */s/ Terri H. Didion*
                                Terri H. Didion
                                Trial Attorney for United States Trustee

Notice of Substitution of Counsel