1  Development Specialists, Inc.
   150 Post Street, Suite 400
2  San Francisco, CA 94108
   Telephone: 415/981-2717
3  Facsimile: 415/981-2718

4  *Financial Advisor to the Debtor*

5

6                    UNITED STATES BANKRUPTCY COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10 In re                                    Case No. 18-31087 (HB)

11 SEDGWICK, LLP,                           Chapter 11

12                         Debtor.          **FIRST INTERIM APPLICATION
                                            FOR COMPENSATION AND
13                                          REIMBURSEMENT OF EXPENSES
                                            OF DEVELOPMENT SPECIALISTS,
14                                          INC. AS ADVISORS TO THE
                                            DEBTOR, SEDGWICK, LLP, FOR
15                                          THE PERIOD OCTOBER, 2, 2018
                                            THROUGH JANUARY 31, 2019 AND
16                                          DECLARATION OF KYLE
                                            EVERETT IN SUPPORT THEREOF**

17                                          JUDGE: HONORABLE HANNAH L.
                                              BLUMENSTIEL
18
                                            DATE:
19                                          TIME:
                                            PLACE: 450 GOLDEN GATE AVE.
20                                          COURTROOM 17
                                            SAN FRANCISCO, CALIFORNIA
21

22

23

24

25        Development Specialists, Inc. ("DSI" or "Applicant"), solely in its capacity as

26 Financial Advisor to the Debtor, Sedgwick, LLP, hereby submits its First Interim Fee

27 Application for Compensation and Reimbursement of Expenses (the "Application") in

28

connection with the services that it has rendered as Applicant in this chapter 11 case.

The Application seeks approval of fees pursuant to §§ 330 and 331 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for an order allowing the Applicant's fees in the amount of $139,300.00 and reimbursement of expenses in the amount of $345.14 for a total of $139,645.14 for the period from October 2, 2018 through January 31, 2019 (the "Application Period"). Extended details on the time entries of Applicant and its expenses incurred are set forth in the attached Exhibits A and B.

## I.    BACKGROUND

On October 2, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

A detailed discussion of the Debtor's background, capital structure, and the events leading to this bankruptcy filing is set forth in the declaration of Gregory C. Read filed in support of the Debtor's First Day Motions [Docket No. 2]. The discussion contained in that declaration is incorporated in this Application as though fully set forth herein.

## II.    EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC.

DSI is a national financial consulting firm with offices in San Francisco, Chicago, Los Angeles, New York, Miami, Columbus and Cleveland. DSI specializes in insolvency and litigation consulting, analysis and management. On October 15, 2018, the Proposed

Attorneys for the Debtor, Pachulski Stang Ziehl & Jones, filed an Application to employ the Applicant as Financial Advisors to the Debtor [Docket No. 40]. On October 23, 2018, this Court entered its Order appointing the Applicant as the Financial Advisor to the Debtor under Section 327 of the Bankruptcy Code [Docket No. 63].

## III.    PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES

### A.    Compensation of Fees

The professional services rendered by Applicant have required a substantial expenditure of time and effort. DSI was required to perform essential services on a number of issues relating to, among other things, researching, reviewing and analyzing Debtor pre-petition financial records to determine, calculate and evaluate potential partner claw-back claims, meetings and discussions regarding the potential partner clawback liability with the Debtor and its counsel and the Unsecured Creditors' Committee's counsel and financial advisors and providing information to them for their analyses, reviewing and advising the Debtor's Accountant on preparation of Monthly Operating Reports, analyzing data associated with solvency issues, and providing assistance with certain tax and partner capital account issues and analyses.

During the Application Period, *281.00* hours were recorded by the Applicant. Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs. Based on the skill brought to bear in addressing these tasks by the Applicant, the progress DSI has made and the results obtained, the Applicant submits that the compensation requested herein is reasonable and appropriate.

Attached hereto as **Exhibit A** are the fees that the Applicant actually charged, corresponding to the activity categories detailed in the Narrative Summary of Services below. In accordance with Federal Rule of Bankruptcy Procedure 2016(a), the itemized list identifies: (a) the DSI consultant who performed the services; (b) hourly rate of the consultant; (c) the date and time (by tenths of an hour) required to perform them; and (d) the description of the services performed. To the extent possible, the individual consultant described each specific task and separately allocated the time attributable to that task. Where the nature of certain tasks and the circumstances surrounding their performance did not allow for individual time entries, aggregate time entries were used.

## B. <u>Calculation of Fees</u>

From October 2, 2018 through January 31, 2019, the Applicant expended 281.00 hours on this case for a total of $139,300.00 in fees incurred at an average hourly rate of $495.73. The Applicant wrote off 4.0 hours, primarily related to case administration and client billing totaling $2,050.00.

## C. <u>Reimbursement of Expenses</u>

Pursuant to § 330(a)(1)(A) of the Bankruptcy Code, the Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A). Accordingly, the Applicant seeks reimbursement of the actual, necessary expenses that DSI incurred during the period covered by this Application totaling $345.14. Charges for photocopies, meals, long distance phone calls, and PACER disbursements are based on actual amounts paid by the Applicant for those services. Attached hereto, as **Exhibit B,** is a detailed description of expenses that the Applicant incurred in the Application Period.

## IV.   NARRATIVE SUMMARY OF SERVICES PERFORMED

In accordance with the Northern District of California Guidelines and the UST Guidelines, the Applicant classified all services performed for which compensation is sought into distinct categories.  The Applicant attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to one or more categories, services pertaining to one category may occasionally be included in another category.  The Applicant established the following billing categories:

- Case Administration/General
- Fee Application / Client Billing
- Attend Court Hearings / Review Pleadings
- Accounting/Auditing
- Business Analysis
- Preparation of Liquidation Valuation
- Bankruptcy Schedules
- Monthly Bankruptcy / Semi-Annual Reports
- Accounts Receivable Review and Collections
- Claims Analysis
- Tax Issues
- Employee Benefits/Pension/Insurance
- Wind Down Operations
- Creditor/Creditors Committee Contact
- Solvency Analysis
- Travel at ½

### A. Case Administration/General

The time expended in this category includes time spent reviewing the Debtor's server files for requested reports from the Dissolution Committee members.

**Total hours 1.90    Fees $646.00**

### B. Fee Application / Client Billing

The time expended in this category includes time spent reviewing the monthly billing and expense statements in anticipation of preparing this fee application.

**Total hours 1.50    Fees $915.00**

### C. Attend Court Hearings / Review Pleadings

The time expended in this category includes time expended reviewing filings including the first day motions and Order to employ the Applicant. Additionally, time spent preparing the application to employ the Applicant was recorded within this category.

**Total hours 6.10    Fees $3,629.50**

### D. Accounting/Auditing

The time expended in this category includes time spent reviewing the IOLTA accounts and its accounting.

**Total hours 0.10    Fees $59.50**

### E. Business Analysis

The time expended in this category relates to review of Debtor provided business reports and analysis regarding their operations and budgets for years 2016 and 2017.

Additionally, review and preparation of analysis related to retired partner payments were recorded within this category. Multiple discussions, both telephonic and in-person, with the Debtor's counsel related to retired partner payment issues were held and recorded within this category.

**Total hours 8.80    Fees $5,177.50**

**F.    Preparation of Liquidation Valuation**

The time expended in this category includes time spent by the Applicant reviewing and discussing the solvency analysis and corresponding schedules.

**Total hours 0.50    Fees $147.50**

**G.    Bankruptcy Schedules**

The time expended in the category includes time spent discussing and assisting in the preparation of Bankruptcy schedules with the Debtor's counsel. Additionally, time was expended reviewing Debtor records related to potentially related subsidiaries.

**Total hours 7.20    Fees $4,014.00**

**H.    Monthly Bankruptcy/Semi-Annual Reports**

The time expended in this category includes time spent reviewing Monthly Operating Reports prepared by the Debtor's Accountant prior to filing with the Court. The Applicant recommended revisions to the Debtor's Accountant and counsel, as well as answered questions or provided feedback related to amounts included in the Monthly Operating Reports. Telephonic discussions were held with both the Accountant and counsel, and were recorded within this category. Additionally, the Applicant assisted with information to counsel regarding questions raised by the U.S. Trustee at the Initial Debtor

Interview.

**Total hours 24.30     Fees $14,560.50**

**I.      AR Review and Collection**

The time expended in this category includes review of outstanding accounts receivable balances, and discussions with collection agencies regarding balances and future collections.

**Total hours 1.10     Fees $654.50**

**J.      Claims Analysis/Objections**

The time expended in this category includes time spent reviewing retired partner claims.

**Total hours 0.20          Fees $119.00**

**K.      Tax Issues**

The time expended in this category includes time spent in conference calls with the Debtor's tax preparer and the Dissolution Committee regarding tax issues.

**Total hours 1.90     Fees $1,144.00**

**L.      Employee Benefit/Pension/Insurance**

The time expended in this category includes time spent reviewing and discussing a pension audit letter, which the estate received, with the Debtor's counsel.

**Total hours 0.70     Fees $416.50**

### M. Wind Down Operations

The time expended in this category includes significant time spent preparing, analyzing and discussing the various solvency and claw-back related analyses. The Applicant prepared the multiple solvency and claw-back analyses, at various points in time, each extremely detailed and incorporating various financial and payment reports provided by the Debtor. The Applicant met with the Debtor and its counsel on numerous occasions to discuss these analyses. Updates and revisions were made by the Applicant as new information was provided, or new schedules were requested by the Debtor, its counsel or the General Unsecured Creditors' Committee (the "Committee").

**Total hours 73.20          Fees $33,379.50**

### N. Creditor/Creditor's Committee Contact

The time expended in this category includes considerable time spent alongside the Debtor's counsel in preparing for and providing the Committee, as well as their financial advisors, the solvency and claw-back analysis. Additionally, the Committee requested various Debtor records and reports, asked numerous questions related to partner payments and Debtor financial history, all of which the Applicant expended substantial time researching and providing answers or schedules to address the Committee's questions and/or concerns. Multiple meetings and discussions with Debtor and its counsel were held leading up to presentations and conference calls with the Committee, both of which were also recorded within this category. Once the Committee provided its financial advisors prepared reports and claw-back analysis, the Applicant spent time reviewing and analyzing their report, and had discussions both internally, and with the Debtor and its counsel.

**Total hours 57.00    Fees $30,174.00**

**O.    Solvency Analysis**

The time expended in this category includes substantial time spent preparing, updating and confirming the accuracy of the solvency analysis.  The Applicant considered balance sheet solvency at multiple points in time during 2017 and analyzed the Debtor's potential solvency at each point in time.  Possibly the most critical task the Applicant has addressed in this chapter 11 case has been the date of the Debtor's insolvency; since certain partner payments following this date can be "clawed" back into the estate.  As such, the Applicant reviewed and considered an extensive amount of data when determining the insolvency date.  Further, the Applicant reviewed foreign office and foreign partner financial details and payments, and when appropriate, removed those details or payments when updating its solvency analyses.   The Applicant's prepared solvency analyses required constant and continued updating, as additional information, or records, were received from the Debtor, the Debtor's accountant or the Debtor's counsel.

**Total hours 93.90    Fees $43,489.50**

**P.    Travel at ½**

The time expended in this category includes time spent travelling to and from meetings at the Debtor Counsel's office.

**Total hours 2.60     Fees $773.50**

## V.   SUMMARY OF COSTS AND EXPENSES

### A.   Photocopies

The Applicant uses a computerized accounting system known to keep track of internal photocopy charges, and bills its clients at the rate of $0.15 per page, which is less than the Northern District of California's current guidelines of $.20 per page. During the period covered by the Application, the Applicant incurred $272.85 in expenses in this category.

### B.   Long Distance Phone

The Applicant seeks reimbursement only for its actual costs incurred for long distance telephone calls. During the period covered by this Application, the Applicant incurred $13.77 in expenses in this category.

### C.   Meals

The Applicant seeks reimbursement only for its actual costs incurred for necessary meals related to travel. During the period covered by this Application, the Applicant incurred $56.42 in expenses in this category.

### D.   Miscellaneous

The Applicant seeks reimbursement only for its actual costs incurred for accessing filings on PACER. During the period covered by this Application, the Applicant incurred $2.10 in expenses in this category.

## VI.   TOTAL REQUEST

Based upon the foregoing, Applicant seeks interim compensation in the amount of

$139,300.00, plus reimbursement of expenses in the amount of $345.14.

## VII.   RETAINER HELD BY APPLICANT

As set forth in the Application to Employ Development Specialists, Inc. [Docket No. 40], the Applicant obtained a retainer for services provided to the Debtor prior to the filing date.  At the time of filing date, a net retainer balance of $64,315.15 remained.  With the Court's approval, the Applicant will apply the retainer balance against any fees approved by the Court for this First Interim Fee Application Order, before requesting payment from the Debtor.

## VIII.  AVAILABLE FUNDS

DSI believes that the Debtor currently has sufficient funds available for the payment of fees and expenses incurred in connection with this Application.

## IX.   CONCLUSION

Giving due consideration to the nature of the services rendered, the size of this case, the legal and operational complexities encountered, the experience of the Applicant, the Applicant's normal and customary hourly rates for similar services, the results achieved on behalf of the estate, and the time devoted by the Applicant, the Applicant respectfully submits that the fees and expenses for which compensation and reimbursement are sought in the Application are actual, reasonable and necessary costs of the administration of this chapter 11 case.  With a blended hourly rate in this Application Period of *$495.73* for the Applicant's professionals, the Applicant has added value to the administration of this chapter 11 case.

1

2    **WHEREFORE**, the Applicant respectfully requests that this Court enter an order:

3    (a) allowing interim compensation for Applicant in the amount of $139,645.14 consisting of

4    $139,300.00 of fees and $345.14 of costs incurred from October 2, 2018 through and

5    including January 31, 2019; (b) allowing the Applicant to apply its remaining retainer

6    balance against the approved interim compensation; (c) authorize and direct the Debtor to

7    pay to Applicant the remaining amount due to the Applicant in connection with this

8    Application.

9

10

11

12

13   Dated:  February 28, 2019                    By _____

14                                                         Kyle Everett

15                                                   Development Specialists, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF KYLE EVERETT

1.     I am a Senior Managing Director of Development Specialists, Inc. ("DSI"), the Financial Advisor to the Trustee and the Committee in the above-captioned case.  DSI was employed pursuant to order of this Court on October 23, 2018.

2.     I have reviewed the within First Interim Application for Compensation and Reimbursement of Expenses of Development Specialists Inc. (the "Application").

3.     To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought in the Application is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

4.     The compensation and expense reimbursement requested in this Application were billed at rates no less favorable than those customarily billed by DSI and generally accepted by Applicant's clients.

5.     I have personally reviewed the detailed billings in this matter and those billings represent true and correct charges to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed in San Francisco, California on February 2 8, 2019.

KYLE EVERETT

# EXHIBIT A



**Development Specialists, Inc.**

**No. 11800**

REMIT TO:
10 South LaSalle Street, Suite 3300, Chicago, IL 60603-1026
Telephone: 312.263.4141      Telecopier: 312.263.1180

Date:      2/22/2019

Curtis Parvin, Esq
Sedgwick LLP, in dissolution
2646 Dupont Drive
Suite 60 #503
Irvine, CA 92612

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered from October 2, 2018 through January 31, 2019: | | | | |
| Fees per attached category summary: | $139,300.00 | | | |
| Out-of-Pocket Expenses: | | | | |
| Photocopies | | $272.85 | | |
| Meals | | $56.42 | | |
| Long Distance Calls | | 13.77 | | |
| Pacer Charges | | 2.10 | | |
| | | $345.14 | | |
| Total Amount Due: | | | | $139,645.14 |
| **Retainer Balance amount after previous invoice, to be applied upon court approval: | | | $64,315.15 | |
| | | | | PAY LAST AMOUNT IN THIS COLUMN |

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED

```
                                                              Page: 1
Sedgwick LLP, in dissolution                              02/22/2019
2646 Dupont Drive
Suite 60 #503
Irvine  CA  92612
```

| Date | Atty | Description | HOURS | |
|------|------|-------------|-------|---|
| 10/03/2018 | JAZ | Discuss case status and issues with Kyle Everett. | 0.30 | n/c |
| 10/09/2018 | JAZ | Discuss case status with Kyle Everett. | 0.10 | n/c |
| 10/11/2018 | GLB | E-mail exchanges with Kyle Everett about the amounts owing the firm from the Pearl Automation case and who is now representing DSI as assignee in that case for disclosure purposes in the chapter 11 case. | 0.20 | n/c |
| | GLB | Review and reply to Kyle Everett's e-mails about any possible conflicts and explaining BMO's involvement in the Classic Party Rentals and Marinello Assignment for the Benefit of Creditors cases. | 0.10 | n/c |
| 12/04/2018 | AKE | Review and respond to e-mails from Comenda regarding telephone call to discuss the missing information. | 0.20 | |
| 01/18/2019 | JAZ | Review server files for data requested by former attorneys. | 1.70 | |
| | | Case Administration/General | 1.90 | 646.00 |
| 10/09/2018 | AKE | Enter time for the employment application. | 0.80 | n/c |
| 10/10/2018 | AKE | Review and send additional conflict names to Chicago. | 0.30 | n/c |
| 10/11/2018 | AKE | Review the additional conflict results and resolve open issues. | 0.90 | n/c |
| 11/12/2018 | AKE | Review billing. | 0.20 | n/c |
| 01/09/2019 | AKE | Review billing for application. | 0.40 | |
| 01/14/2019 | AKE | Review billing and revise for application. | 0.20 | |
| 01/15/2019 | AKE | Review billing and revise application. | 0.90 | |
| | | Fee Application/Client Billing | 1.50 | 915.00 |
| 10/02/2018 | AKE | Review the first day motions. | 1.30 | |
| 10/04/2018 | AKE | Attend hearing and discussions with counsel and client prior to and after hearing. | 1.60 | |
| 10/08/2018 | AKE | Begin preparing application to employ DSI, my declaration and order regarding same. | 2.10 | |
| 10/11/2018 | AKE | Finalize and send application to employ DSI and my declaration to J. Lucas. | 1.00 | |
| 10/12/2018 | AKE | Telephone discussion with J. Lucas regarding the engagement letter to attach to the application. | 0.10 | n/c |
| | AKE | Telephone discussion with Chicago regarding sending the engagement letter. | 0.10 | n/c |

|            |     |                                                                                   | HOURS |          |
|------------|-----|-----------------------------------------------------------------------------------|-------|----------|
|            | AKE | Review J. Lucas' changes to the application to employ DSI.                         | 0.20  | n/c      |
| 10/23/2018 | AKE | Review the order to employ DSI.                                                   | 0.10  |          |
|            |     | Attend Court Hrgs/Rev Pleadgs                                                     | 6.10  | 3,629.50 |
| 12/19/2018 | AKE | Review and respond to e-mails regarding the IOLTA accounts.                       | 0.10  |          |
|            |     | Accounting/Auditing                                                              | 0.10  | 59.50    |
| 12/06/2018 | AKE | Review trial balances.                                                           | 0.40  |          |
| 12/07/2018 | AKE | Review trial balance summaries.                                                  | 0.40  |          |
| 12/14/2018 | JAZ | Discuss production requests and retired partner payment issues with Kyle Everett. | 0.50  |          |
| 12/17/2018 | AKE | Telephone discussion with J. Lucas regarding retired partners.                    | 0.10  |          |
|            | AKE | Review and respond to e-mails from D. Flaum regarding retired partner payments.   | 0.10  |          |
|            | AKE | Review analysis of retired partner payments.                                     | 0.40  |          |
| 12/20/2018 | AKE | Review additional analyses regarding retired partner payments.                   | 0.40  |          |
| 12/21/2018 | AKE | Telephone discussion with J. Lucas regarding retired partners.                    | 0.40  |          |
| 01/28/2019 | AKE | Review and analysis of the 2017 operations and budgets.                          | 2.30  |          |
| 01/29/2019 | AKE | Review and analysis of operations and budgets for 2016 and 2017.                 | 1.30  |          |
| 01/30/2019 | AKE | Discuss status of case and operations with J. Lucas.                             | 0.60  |          |
|            | AKE | Discuss analysis of committee proposal with J. Zagajeski.                         | 0.50  |          |
|            | AKE | Review and analysis of operations and budgets in 2016 and 2017.                  | 1.40  |          |
|            |     | Business Analysis                                                                | 8.80  | 5,177.50 |
| 11/26/2018 | JAZ | Review and e-mail latest August 2018 solvency analysis to Kyle Everett.          | 0.30  |          |
|            | JAZ | Discussions with Kyle Everett regarding the solvency analysis and corresponding schedules. | 0.20 |          |
|            |     | Preparation of Liq. Valuation                                                    | 0.50  | 147.50   |
| 10/10/2018 | AKE | Telephone discussion with J. Lucas regarding the schedules.                       | 0.30  |          |
| 10/24/2018 | JAZ | Review for information related to Xerdict; discuss and e-mail findings to Kyle Everett. | 0.30 |          |
| 10/29/2018 | AKE | Review and respond to e-mails from J. Lucas regarding the schedules.              | 0.10  |          |
|            | AKE | E-mails to D. Barto regarding the schedules.                                     | 0.10  |          |
| 10/30/2018 | AKE | Obtain information for schedules for J. Lucas.                                    | 0.80  |          |
| 11/20/2018 | JAZ | Review for and provide Xerdict's sale agreement to                               |       |          |

Sedgwick LLP, in dissolution

| Date | | Description | HOURS | |
|------|--|-------------|-------|--|
| | | Kyle Everett. | 0.40 | |
| 11/21/2018 | JAZ | Review for and e-mail Kyle Everett information related to Xerdict. | 0.20 | |
| | AKE | Review schedules and Statement of Financial Affairs and provide comments to J. Lucas. | 2.40 | |
| 12/04/2018 | AKE | Assist with revisions to the schedules for cash and debt. | 1.40 | |
| 12/05/2018 | AKE | Telephone discussion with J. Lucas regarding the monthly operating report and schedules. | 0.40 | |
| | AKE | Assist with schedule changes. | 0.80 | |
| | | Bankruptcy Schedules | 7.20 | 4,014.00 |
| 10/17/2018 | AKE | Review and respond to e-mails regarding questions from the U.S. Trustee at IDI from J. Lucas. | 0.20 | |
| | AKE | Research regarding additional questions from the U.S. Trustee at IDI. | 1.40 | |
| 10/23/2018 | AKE | Finalize the information required by IDI. | 0.80 | |
| 11/19/2018 | AKE | Telephone discussion with J. Lucas regarding monthly operating report. | 0.20 | |
| | AKE | Review and make comments to the monthly operating report. | 1.60 | |
| | AKE | Review and respond to e-mails from J. Lucas regarding the monthly operating report. | 0.20 | |
| 11/26/2018 | AKE | Review documents and bank statements related to monthly operating report for discussion with Armanino. | 1.10 | |
| 11/27/2018 | AKE | Telephone discussion with W. Blandon regarding monthly operating report. | 0.40 | |
| | AKE | Review additional documents for revisions to monthly operating report. | 1.10 | |
| 11/28/2018 | AKE | Telephone discussion with J. Lucas regarding monthly operating report status. | 0.30 | |
| 12/03/2018 | AKE | Telephone discussion with J. Lucas regarding the monthly operating report. | 0.20 | |
| | AKE | Conference call with W. Blandon from Armanino regarding the monthly operating report. | 0.90 | |
| | AKE | Review the revised monthly operating report and continue to make revisions. | 1.80 | |
| 12/04/2018 | AKE | Telephone discussion with W. Blandon regarding the monthly operating report. | 0.30 | |
| | AKE | Review the revised monthly operating report and data for same. | 1.30 | |
| 12/10/2018 | AKE | Review and respond to e-mails from J. Lucas and W. Blandon regarding bank account information for schedules and the monthly operating report. | 0.20 | |
| | AKE | Review and respond to e-mails from W. Blandon and J. Lucas regarding the monthly operating report. | 0.30 | |
| | AKE | Review and send the revised monthly operating report to counsel and the accountant. | 0.90 | |
| 12/11/2018 | AKE | Telephone discussions (3) with W. Bradford regarding | | |

Sedgwick LLP, in dissolution

| | | | HOURS |
|---|---|---|---|
| | | the monthly operating report revisions. | 0.40 |
| | AKE | Review the revised monthly operating report. | 0.60 |
| | AKE | Review and respond to e-mails with J. Lucas regarding the monthly operating report revisions. | 0.30 |
| | AKE | E-mail to W. Bradford regarding the monthly operating report changes. | 0.20 |
| 12/12/2018 | AKE | Review and revise the final monthly operating report. | 1.10 |
| | AKE | E-mails to J. Lucas regarding the monthly operating report. | 0.10 |
| 12/20/2018 | AKE | Review of the monthly operating report. | 0.40 |
| 12/21/2018 | AKE | Telephone discussion with J. Lucas regarding the monthly operating report. | 0.10 |
| | AKE | Telephone discussion with W. Blandon regarding the monthly operating report. | 0.20 |
| 12/26/2018 | AKE | Review the revised the monthly operating report. | 0.40 |
| | AKE | E-mails with W. Blandon regarding open issues and changes needed to the monthly operating report. | 0.20 |
| | AKE | Review and respond to e-mails with J. Lucas regarding open issues and payment questions in the monthly operating report. | 0.30 |
| 01/02/2019 | AKE | Review and respond to e-mail from W. Blandon regarding monthly operating report. | 0.10 |
| | AKE | Review and respond to e-mail from W. Blandon regarding disbursement question in the monthly operating report. | 0.10 |
| 01/03/2019 | AKE | E-mail with W. Blandon and J. Lucas regarding question about the monthly operating report payments. | 0.10 |
| | AKE | Review the monthly operating report and e-mail W. Blandon regarding same. | 0.50 |
| | AKE | E-mail with W. Blandon regarding the monthly operating report. | 0.10 |
| 01/04/2019 | AKE | Review e-mails from the Armanino group regarding the monthly operating report payment questions. | 0.20 |
| 01/07/2019 | AKE | Review and respond to e-mails with J. Lucas regarding the monthly operating report. | 0.20 |
| 01/15/2019 | AKE | Review and respond to e-mails with W. Blandon regarding monthly operating report. | 0.30 |
| 01/16/2019 | AKE | Telephone discussions (2) with J. Lucas regarding the monthly operating report. | 0.30 |
| | AKE | Telephone discussion with W. Blandon regarding the monthly operating report. | 0.10 |
| | AKE | Review the revised monthly operating report. | 0.80 |
| | AKE | Analyses for additional revisions to current and prior monthly operating reports. | 0.80 |
| 01/17/2019 | AKE | Telephone discussion with J. Lucas regarding monthly operating report and UCC document request. | 0.30 |
| | AKE | Review and respond to e-mail regarding the IOLTA funds and monthly operating report. | 0.30 |
| | AKE | Review and respond to e-mails from Armanino | |

Case: 18-31087   Doc# 174   Filed: 03/13/19   Entered: 03/13/19 09:45:53   Page 20 of 32

|            |     |                                                                                                                                                                                                                                 | HOURS |           |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | regarding revisions to current and prior monthly operating reports.                                                                                                                                                             | 0.20  |           |
|            | AKE | Summary of professional fees for the monthly operating report.                                                                                                                                                                  | 0.10  |           |
| 01/18/2019 | AKE | Finalize the fee summary for revisions to the monthly operating report.                                                                                                                                                         | 0.20  |           |
|            | AKE | E-mails to Armanino regarding revisions to the monthly operating report.                                                                                                                                                        | 0.30  |           |
|            | AKE | Prepare and send e-mail regarding revisions to individual lines in the October 2018, November 2018 and December 2018monthly operating reports regarding changes to cash flows for refunds to clients and accruals of professional fees. | 0.60  |           |
|            | AKE | Additional e-mail to R. Ruan regarding revisions to the monthly operating reports.                                                                                                                                              | 0.10  |           |
| 01/21/2019 | AKE | Review monthly operating report.                                                                                                                                                                                                | 0.30  |           |
| 01/22/2019 | AKE | Telephone dsicussion with J. Lucas regarding status and monthly operating report.                                                                                                                                              | 0.20  |           |
|            | AKE | Review monthly operating report.                                                                                                                                                                                                | 0.30  |           |
|            | AKE | Review and respond to e-mails from R. Ruan regarding monthly operating report.                                                                                                                                                 | 0.30  |           |
|            |     | Monthly Bktcy/Semi-Annual Rpts                                                                                                                                                                                                  | 24.30 | 14,560.50 |
| 11/09/2018 | AKE | Telephone discussion with G. Abodeely regarding receivable collections.                                                                                                                                                         | 0.30  |           |
| 11/12/2018 | AKE | Telephone calls (2) with G. Abodeely regarding collection of receivables and work in progress.                                                                                                                                  | 0.70  |           |
|            | AKE | E-mail to G. Abodeely regarding receivable collection issues and determination of values.                                                                                                                                       | 0.10  |           |
|            |     | A/R Review/Collection                                                                                                                                                                                                           | 1.10  | 654.50    |
| 12/17/2018 | AKE | Review retired partner claims.                                                                                                                                                                                                   | 0.20  |           |
|            |     | Claims Analysis/Objections                                                                                                                                                                                                       | 0.20  | 119.00    |
| 12/18/2018 | AKE | Conference call with Baker Tilly and D. Flaum regarding tax issues and adjustments, as well as book concerns related to capital account abandonment.                                                                            | 1.00  |           |
| 01/30/2019 | AKE | Conference call with the dissolution committee regarding tax issues.                                                                                                                                                             | 0.90  |           |
|            |     | Tax Issues                                                                                                                                                                                                                       | 1.90  | 1,144.00  |
| 10/15/2018 | AKE | Review and respond to the e-mails from J. Lucas regarding the pension audit letter.                                                                                                                                             | 0.20  |           |
| 10/16/2018 | AKE | Review the audit letter.                                                                                                                                                                                                         | 0.20  |           |
|            | AKE | Telephone discussion with J. Lucas regarding the audit letter.                                                                                                                                                                  | 0.30  |           |
|            |     | Employee Ben./Pension/Insur.                                                                                                                                                                                                    | 0.70  | 416.50    |
| 10/02/2018 | AKE | Review additional spreadsheets from D. Flaum regarding composite tax issues and revisions to clawback analyses.                                                                                                                 | 3.10  |           |
|            | AKE | Review and respond to e-mails with D. Flaum regarding composite tax issues.                                                                                                                                                     | 0.40  |           |

Sedgwick LLP, in dissolution

| | | | HOURS |
|---|---|---|---|
| 10/03/2018 | AKE | E-mails and responses from D. Flaum regarding tax questions related to composite tax schedule and affects on clawback schedules. | 0.30 |
| | AKE | Review composite tax schedule and update/revise clawback analyses. | 1.80 |
| 10/04/2018 | JAZ | Discuss new partner payment and capital information with Kyle Everett; revise analysis. | 1.40 |
| | JAZ | Revise the clawback analyses and e-mail Kyle Everett for review. | 0.60 |
| 10/08/2018 | JAZ | Review and e-mail Kyle Everett the latest analysis. | 0.30 |
| | JAZ | Discuss case status and initial requests with Kyle Everett. | 0.30 |
| 10/11/2018 | JAZ | Discuss solvency and clawback analyses with Kyle Everett. | 0.50 |
| 10/15/2018 | JAZ | Speak with Kyle Everett regarding the request for the equity partner payment information. | 0.30 |
| | JAZ | Review the debtor servers for the requested equity partner payment files and information. | 1.20 |
| 10/17/2018 | JAZ | Speak with Kyle Everett regarding the request for documents and information. | 0.30 |
| | JAZ | Begin to prepare the schedule of payments to the equity partners in 2017; e-mail information to Kyle Everett. | 3.40 |
| 10/22/2018 | AKE | Meet with J. Lucas to discuss the preparation of certain analyses. | 2.00 |
| | AKE | Review and analysis of solvency. | 2.10 |
| | JAZ | Review the requested partner payment and tax files; e-mail Kyle Everett the location of certain records. | 1.00 |
| | JAZ | Reconcile the partner payment files located on the server with the internal anlaysis prepared. | 1.70 |
| 10/23/2018 | AKE | Telephone discussion with J. Lucas regarding analyses. | 0.10 |
| | AKE | Continue updates of the partner clawback and solvency analyses. | 0.80 |
| | JAZ | Speak to Kyle Everett regarding reconciling the debtor records and analysis. | 0.30 |
| 10/24/2018 | AKE | Analyses of the partner clawbacks and solvency analyses. | 3.90 |
| | JAZ | Review for the general ledger information related to foreign office accounts; e-mail Kyle Everett the findings. | 1.00 |
| 10/25/2018 | AKE | Telephone discussion with J. Lucas regarding clawback analyses. | 0.20 |
| | JAZ | Review the general ledger reports as related to the makeup of the balance sheet accounts and foreign offices. | 1.50 |
| 10/26/2018 | JAZ | Continue revising solvency and clawback analyses as discussed with Kyle Everett. | 3.50 |
| 10/29/2018 | AKE | E-mail to D. Barto regarding information needed. | 0.20 |
| | AKE | Review schedules regarding additional clawback | |

Sedgwick LLP, in dissolution

|            |     |                                                                                                 | HOURS |
|------------|-----|-------------------------------------------------------------------------------------------------|-------|
|            |     | analyses.                                                                                       | 0.90  |
| 10/30/2018 | AKE | Additional analyses for clawbacks.                                                              | 0.60  |
|            | AKE | E-mail to D. Flaum regarding clawback questions.                                                 | 0.10  |
|            | AKE | Telephone discussion with D. Barto regarding additional information needed.                      | 0.20  |
|            | JAZ | Research loan and interest payments to partners.                                                | 0.50  |
| 11/01/2018 | AKE | E-mail to B. Summers regarding clawback questions.                                               | 0.10  |
| 11/05/2018 | AKE | Telephone discussion with D. Barto regarding books and records.                                 | 0.30  |
|            | AKE | E-mail to D. Barto regarding documents needed.                                                  | 0.20  |
| 11/07/2018 | AKE | E-mail to B. Summers regarding questions on partner clawbacks.                                  | 0.10  |
| 11/08/2018 | AKE | Review and update clawback analysis.                                                            | 1.20  |
|            | AKE | Review and respond to e-mails from B. Summers regarding clawback issues.                        | 0.20  |
| 11/09/2018 | AKE | E-mail to D. Flaum regarding clawback issue.                                                     | 0.20  |
|            | AKE | Discuss capital distributions and clawback issues with J. Zagajeski.                             | 0.30  |
|            | AKE | Review clawback analyses and supporting data.                                                   | 0.60  |
| 11/12/2018 | AKE | Review and update of clawback analyses.                                                         | 1.20  |
|            | AKE | E-mails to D. Flaum regarding clawback issues.                                                   | 0.20  |
| 11/13/2018 | AKE | Review and respond to e-mail from D. Flaum regarding clawback issues.                            | 0.10  |
| 11/14/2018 | AKE | Telephone discussions (2) with J. Lucas regarding solvency and clawback issues and questions.   | 0.30  |
| 11/15/2018 | AKE | Telephone discussion with J. Lucas regarding clawback analysis.                                 | 0.10  |
| 11/16/2018 | AKE | Telephone discussion with J. Lucas regarding capital distributions to partners.                 | 0.30  |
|            | AKE | E-mail to D. Flaum regarding capital distributions to partners.                                 | 0.10  |
|            | AKE | Telephone discussions with J. Zagajeski regarding capital distributions to partners.            | 0.20  |
| 11/26/2018 | AKE | Telephone discussion with D. Flaum regarding accounting and clawbacks.                           | 0.50  |
|            | AKE | Review data and send specific information regarding certain partners to J. Lucas for clawbacks. | 1.20  |
|            | AKE | Review and finalize clawback analyses.                                                          | 1.60  |
|            | JAZ | Review and e-mail Kyle Everett the updated clawback analyses.                                   | 0.40  |
|            | JAZ | Review the clawback schedules on solvency analysis for the accuracy and completeness; discuss same with Kyle Everett. | 0.70  |
| 11/28/2018 | AKE | Review and update clawback analyses.                                                           | 1.20  |
| 12/10/2018 | AKE | Review and update the solvency and clawback analyses for meeting with the committee.            | 1.70  |
| 12/12/2018 | AKE | Telephone discussion with D. Flaum regarding the                                                |       |

Sedgwick LLP, in dissolution

|            |     |                                                                                                 | HOURS |           |
|------------|-----|-------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | open partner payment issues.                                                                    | 0.80  |           |
|            | AKE | Review and revise partner clawback analyses.                                                    | 0.80  |           |
| 12/16/2018 | JAZ | Update the August 31, 2018 clawback analysis.                                                   | 3.50  |           |
|            | JAZ | Update the May 31, 2018 clawback analysis.                                                       | 2.50  |           |
|            | JAZ | Update the January 31, 2018 clawback analysis.                                                  | 2.50  |           |
| 12/17/2018 | AKE | Meet with J. Lucas and the dissolution committee before and after the meeting with the creditors' committee. | 1.30  |           |
| 12/18/2018 | JAZ | Discuss case issues including potential production requests with Kyle Everett.                   | 0.30  |           |
|            | JAZ | Review for retired partner payment records; discuss same with Kyle Everett.                      | 0.30  |           |
| 01/03/2019 | JAZ | Discuss case issues and research for partner collection details; e-mail findings to Kyle Everett. | 0.50  |           |
| 01/09/2019 | AKE | Review and analysis of partner clawbacks.                                                        | 1.90  |           |
| 01/10/2019 | AKE | Analysis of partner clawbacks.                                                                   | 2.00  |           |
| 01/14/2019 | AKE | Review and analysis of partner clawbacks, budgets and solvency.                                 | 1.40  |           |
|            | AKE | Review additional analyses sent from D. Flaum regarding partner clawbacks and payments.          | 0.40  |           |
| 01/15/2019 | JAZ | Discuss headcount analysis with Kyle Everett.                                                    | 0.30  |           |
|            | JAZ | Prepare and revise clawback analysis following discussions with Kyle Everett.                    | 2.40  |           |
|            | JAZ | Discuss revisions to clawback analysis with Kyle Everett.                                        | 0.20  |           |
| 01/16/2019 | AKE | Review and respond to e-mails with D. Flaum regarding terminations and partner payment information. | 0.30  |           |
| 01/17/2019 | AKE | Review and analysis of 2017 operations and budgets.                                             | 0.80  |           |
|            | JAZ | E-mail with Adrian Egan request for foreign offices trial balance reports.                       | 0.10  |           |
| 01/18/2019 | AKE | Review and respond to e-mail from J. Lucas regarding search for certain documents on the drive.  | 0.10  |           |
| 01/30/2019 | JAZ | Calculate total attorney count at various dates to be used in part of overhead calculation.     | 1.30  |           |
|            | JAZ | Prepare and revise analysis of clawback calculations; discuss and e-mail same to Kyle Everett.   | 1.80  |           |
| 01/31/2019 | AKE | E-mails to D. Flaum regarding payments to retired partners.                                      | 0.20  |           |
|            |     | Wind Down Operations                                                                            | 73.20 | 33,379.50 |
| 10/31/2018 | AKE | Telephone discussion with J. Lucas regarding committee issues, schedules and solvency.          | 0.50  |           |
| 11/02/2018 | AKE | Meet with J. Lucas before and after then call with the committee to discuss analyses and information for the committee. | 1.10  |           |
|            | AKE | Attend conference call with the committee and                                                    |       |           |

Sedgwick LLP, in dissolution

|            |     |                                                                                                                                               | HOURS |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | professionals regarding solvency and clawback analysis.                                                                                        | 1.20  |
| 11/07/2018 | AKE | Telephone discussion with J. Lucas regarding committee meetings and documents.                                                                 | 0.40  |
|            | AKE | Review list of documents requested by committee and review files for compliance.                                                              | 0.50  |
|            | JAZ | Review and prepare the list of files received from the debtor, counsel, dissolution committee or other sources and e-mail Kyle Everett.        | 1.00  |
| 11/08/2018 | AKE | Meet with J. Lucas to discuss committee request for documents.                                                                                 | 1.20  |
|            | AKE | Review documents compliant with committee requests and send to J. Lucas.                                                                       | 1.20  |
|            | JAZ | Prepare records and schedules for the creditor's committee request.                                                                            | 1.00  |
| 11/09/2018 | AKE | Telephone discussion with J. Lucas regarding committee document requests.                                                                      | 0.60  |
|            | JAZ | Telephone call with John Lucas and Kyle Everett to discuss the requests made by the creditor's committee and preparation of records.           | 0.60  |
|            | JAZ | Prepare and e-mail John Lucas all financials provided by the debtor as requested by the creditor's committee.                                  | 0.40  |
| 11/13/2018 | AKE | Meeting with J. Lucas and the dissolution committee to discuss analyses and committee document requests.                                       | 2.60  |
|            | AKE | Review files on drive for transfer to committee.                                                                                               | 1.00  |
| 11/14/2018 | AKE | Review files on drive for transfer to committee.                                                                                               | 1.40  |
| 11/15/2018 | AKE | Review budgets and other documents from J. Lucas to be sent to committee.                                                                      | 0.90  |
|            | AKE | Review budgets and financial documents on hard drive.                                                                                          | 2.40  |
| 11/20/2018 | AKE | Review documents from J. Lucas for sending to Committee FA.                                                                                     | 0.60  |
|            | AKE | Review files on hard drive for budgets and financial analyses.                                                                                 | 1.80  |
| 11/21/2018 | AKE | Review budgets and financial files on hard drive.                                                                                              | 1.50  |
| 11/28/2018 | AKE | Review budgets and financial drive.                                                                                                            | 0.90  |
| 12/05/2018 | AKE | Conference call with Comenda and J. Lucas regarding information needed.                                                                         | 0.50  |
|            | AKE | Discuss the Comenda call with J. Lucas.                                                                                                         | 0.30  |
| 12/11/2018 | AKE | Review trial balances and send to J. Lucas.                                                                                                    | 0.30  |
| 12/12/2018 | AKE | E-mails with J. Lucas regarding the Comenda call.                                                                                              | 0.20  |
| 12/14/2018 | AKE | Meeting with J. Lucas to prepare for meeting with creditors committee.                                                                         | 1.60  |
| 12/17/2018 | AKE | Meet with committee counsel and advisors to discuss history of partnership, solvency and potential clawbacks.                                  | 2.70  |

Sedgwick LLP, in dissolution

| | | | HOURS |
|---|---|---|---|
| 01/02/2019 | AKE | Review list of documents requested by UCC. | 0.20 |
| 01/03/2019 | AKE | Telephone discussion with J. Lucas regarding committee document requests. | 0.30 |
| | AKE | Review and respond to e-mail from J. Lucas regarding information request. | 0.10 |
| | AKE | Discuss the J. Lucas information request with J. Zagajeski. | 0.20 |
| | AKE | E-mail to D. Flaum information requested by the committee. | 0.20 |
| | AKE | Review initial data for UCC. | 0.20 |
| 01/04/2019 | AKE | Telephone discussion with D. Flaum regarding committee information requests. | 0.30 |
| | AKE | Review and analyze reports from D. Flaum regarding committee requests. | 1.40 |
| 01/07/2019 | AKE | E-mails with D. Flaum regarding analyses and documents requested by the unsecured creditors committee. | 0.60 |
| | AKE | Review and respond to e-mails with Armanino firm regarding unsecured creditors committee's document requests. | 0.30 |
| 01/08/2019 | AKE | Telephone discussion with D. Flaum regarding documents for the committee. | 0.20 |
| | AKE | Telephone discussion with J. Lucas regarding the committee document requests. | 0.10 |
| | AKE | Review and analysis of documents requested by the committee. | 3.10 |
| | AKE | Review and respond to e-mails from D. Flaum regarding the partner payment analyses. | 0.40 |
| 01/09/2019 | AKE | Review and respond to e-mails with D. Flaum regarding partner payments and other documents requested by the unsecured creditors committee. | 0.50 |
| 01/10/2019 | AKE | Review and respond to Comenda's questions regarding clawback analysis. | 0.20 |
| | AKE | Review documents received responsive to the unsecured creditors committee's requests. | 1.10 |
| | JAZ | Review questions raised by committee and research issues; respond to Kyle Everett regarding findings. | 1.10 |
| 01/11/2019 | AKE | Telephone discussion with J. Lucas regarding the unsecured creditors committee's requests. | 0.30 |
| | AKE | Review and respond to e-mails from C. Dumas regarding collection questions. | 0.20 |
| 01/14/2019 | AKE | Telephone discussion with J. Lucas regarding UCC documents requested. | 0.30 |
| | AKE | Review and respond to e-mails from Comenda and C. Dumas regarding documents requested and questions. | 0.30 |
| | AKE | Review document requests from the committee and begin obtaining and reviewing analyses relevant to same. | 1.80 |
| 01/24/2019 | AKE | Telephone discussion with J. Lucas regarding the Comenda proposal. | 0.10 |
| | AKE | Review Comenda's proposal and analyses represented. | 1.10 |
| | JAZ | Conversation with Kyle Everett regarding the committees' financial advisor report. | 0.40 |

Sedgwick LLP, in dissolution

| | | | HOURS | |
|---|---|---|---|---|
| | JAZ | Read and review committees' financial advisor's clawback analysis. | 0.70 | |
| | JAZ | Reconcile various partner clawback figures used in the committees' financial advisor's analysis. | 1.80 | |
| 01/25/2019 | AKE | Review of the 2017 financial information and report from Comenda regarding partner clawbacks. | 2.60 | |
| | JAZ | Continue to review the committees' financial advisors's analysis and determine calculations and make up of figures. | 1.30 | |
| | JAZ | Conversation with Kyle Everett regarding the committees' financial advisor's analysis. | 0.30 | |
| 01/28/2019 | AKE | Review documents for committee requests. | 0.60 | |
| | JAZ | Conversation with Kyle Everett regarding additional analysis needed to investigate the committee's financial advisor analysis. | 0.40 | |
| 01/29/2019 | AKE | Review and analyze information from J. Lucas for the committee. | 0.20 | |
| | JAZ | Confirm calculations used by the committees' financial advisors and discuss same with Kyle Everett. | 3.30 | |
| | JAZ | Meet with Kyle Everett to discuss analysis needed of committee's financial advisor report. | 0.40 | |
| 01/30/2019 | AKE | Conference call with the dissolution committee regarding committee report. | 0.80 | |
| | JAZ | Discuss committees' financial advisors clawback calculations with Kyle Everett. | 0.80 | |
| | JAZ | Speak to Kyle Everett regarding meeting with committees' financial advisors and attorneys. | 0.40 | |
| | | Creds./Creds.' Comm. Contact | 57.00 | 30,174.00 |
| 10/30/2018 | AKE | Updates to the solvency analyses. | 2.30 | |
| 10/31/2018 | AKE | Solvency analysis update. | 2.00 | |
| 11/01/2018 | AKE | Discuss solvency analysis with J. Zagajeski. | 0.30 | |
| | AKE | Updates to the solvency analyses and assumptions. | 3.60 | |
| | JAZ | Adjust various balance sheets for foreign office accounts. | 3.00 | |
| | JAZ | Review reports of foreign balances and e-mail Kyle Everett a list of issues and questions. | 0.60 | n/c |
| | JAZ | Review files on debtor server for information on foreign offices balances. | 1.30 | |
| 11/02/2018 | AKE | Update to the solvency analyses. | 3.70 | |
| 11/05/2018 | AKE | Update solvency analyses. | 3.40 | |
| | AKE | Review additional documents needed from D. Barto regarding solvency analyses. | 1.20 | |
| | AKE | Discuss solvency analyses and information received from D. Barto with J. Zagajeski. | 0.40 | |
| | JAZ | Conference call with Adrian Egan and Kyle Everett to discuss the foreign offices financials. | 0.30 | |
| | JAZ | Revise the solvency analysis lease CAP claims schedules based on new data from debtor. | 0.30 | |
| | JAZ | Prepare and e-mail Adrian Egan regarding the foreign trial balance details needed. | 0.20 | |
| | JAZ | Discussions regarding the foreign balances with Kyle Everett. | 0.50 | |

|  |  |  | HOURS |
|---|---|---|---|
| | JAZ | Review the schedules provided by Armanino regarding the foreign account balances. | 0.40 |
| | JAZ | Review files e-mailed by Armanino regarding the foreign account balances. | 0.40 |
| 11/06/2018 | AKE | Update analyses for clawbacks and solvency. | 5.40 |
| 11/07/2018 | JAZ | Begin revising the debtor's balance sheets to remove the foreign balances. | 3.20 |
| 11/08/2018 | AKE | Update solvency analyses. | 0.80 |
| | JAZ | Revise balance sheets within the solvency analysis for January, March and June 2017 by adjusting the foreign balance sheets. | 4.10 |
| 11/09/2018 | AKE | Telephone call with J. Lucas regarding solvency. | 0.10 |
| | JAZ | Revise the balance sheets within the solvency analysis for various adjusting the foreign balance sheets. | 1.30 |
| 11/11/2018 | JAZ | Prepare the December 2017 solvency analysis and e-mail Kyle Everett. | 2.20 |
| 11/12/2018 | AKE | E-mail the Armanino team regarding information needed for solvency analyses. | 0.20 |
| | AKE | Update solvency analyses for changes to balances and estimates. | 5.30 |
| | JAZ | Review, research and respond to Kyle Everett's e-mail regarding the variances in balance sheets. | 0.30 |
| | JAZ | Discussions with Kyle Everett regarding the account write-offs. | 0.20 |
| | JAZ | Discussions with William Blandon of Armanino regarding the reports showing write-off of the accounts in prior years. | 0.10 |
| | JAZ | Review the debtor's records for schedules showing write-off of accounts receivable and work-in-process accounts. | 0.30 |
| | JAZ | Update the solvency analysis for all periods following discussions with Kyle Everett regarding the deemed capital transactions. | 2.40 |
| | JAZ | Update the lease CAP schedules for September 30, 2017 and December 31, 2017; e-mail same to Kyle Everett. | 1.40 |
| | JAZ | Review the solvency analysis and balance sheets for accuracy and potential issues; discuss same and e-mail Kyle Everett. | 0.80 |
| | JAZ | E-mails to Adrian Egan and William Blandon at Armanino regarding the reports needed. | 0.20 |
| 11/13/2018 | AKE | Telephone discussion with J. Lucas regarding LCs and leases. | 0.30 |
| | AKE | Update solvency analyses. | 2.00 |
| | JAZ | Update the solvency schedules and e-mail revised copies to Kyle Everett. | 0.60 |
| | JAZ | Review the work-in-process and accounts receivable reports provided by Armanino and e-mail Debra Flaum for confirmation of figures. | 0.40 |
| 11/15/2018 | JAZ | Finalize the solvency analysis for August 31, 2017. | 2.20 |
| 11/16/2018 | JAZ | Review the debtor's records and server for 2018 capital payments to equity partners; discuss same | |

|            |     |                                                                                                  | HOURS |           |
|------------|-----|--------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | with Kyle Everett.                                                                               | 0.50  |           |
| 11/19/2018 | AKE | Review and update solvency analyses at various dates.                                            | 1.60  |           |
| 11/20/2018 | JAZ | Discuss solvency analysis with Kyle Everett.                                                     | 0.30  |           |
|            | AKE | Update solvency analyses for various dates.                                                      | 1.10  |           |
| 12/05/2018 | JAZ | Conversation with Kyle Everett regarding the balance sheet analysis.                             | 0.10  | n/c       |
|            | JAZ | Prepare lease cap analysis and discuss same with Kyle Everett.                                   | 1.00  |           |
|            | JAZ | Review trial balance schedules; e-mail Armanino for missing dates.                               | 0.40  |           |
| 12/06/2018 | JAZ | Prepare balance sheet analysis for 2015-2016; e-mail to Kyle Everett.                            | 2.40  |           |
| 12/07/2018 | JAZ | Conversation with Kyle Everett regarding balance sheet analysis and known contra accounts.       | 0.20  |           |
|            | JAZ | Remove the contra account balances from balance sheet analysis; e-mail updated analysis to Kyle Everett. | 1.50  |           |
| 12/11/2018 | AKE | Update the clawback and solvency analyses.                                                       | 3.10  |           |
| 12/12/2018 | AKE | Review documents on drive for solvency analyses.                                                | 2.20  |           |
| 12/13/2018 | AKE | Analyses and revisions to partner clawback analyses, supporting documents for solvency and clawback analyses. | 2.60  |           |
| 12/14/2018 | AKE | Revisions to clawback and solvency analyses.                                                    | 3.20  |           |
|            | JAZ | Prepare list of all tabs in solvency analysis with descriptions; discuss same with Kyle Everett. | 1.30  |           |
|            | JAZ | Begin reviewing January 2018, May 2018 and August 2018 solvency analysis in preparation of production requests. | 2.30  |           |
| 12/16/2018 | JAZ | Update the balance sheet, solvency and lease schedules.                                          | 2.50  |           |
| 12/17/2018 | AKE | Review budgets and partner payments.                                                            | 2.10  |           |
| 12/18/2018 | AKE | Review and updates to solvency analyses.                                                        | 1.80  |           |
| 12/20/2018 | AKE | Review and updates to solvency analyses.                                                        | 2.10  |           |
| 01/16/2019 | AKE | Analysis of the 2017 operations and budgets for solvency.                                        | 1.60  |           |
|            | JAZ | Revise January 2018 and May 2018 solvency and partner clawback analysis with updates to solvent dates. | 2.20  |           |
|            | JAZ | Discuss solvency dates and updates needed to clawback analysis with Kyle Everett.                | 0.80  |           |
|            |     | Solvency Analysis                                                                               | 93.90 | 43,489.50 |
| 10/04/2018 | AKE | Travel to/from the hearing.                                                                     | 0.60  |           |
| 10/22/2018 | AKE | Travel to/from Pachulski.                                                                       | 0.50  |           |
| 11/02/2018 | AKE | Travel to/from Pachulski office for call with the                                               |       |           |

Sedgwick LLP, in dissolution

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | committee. |  | 0.50 |  |
| 11/08/2018 | AKE | Travel to/from Pachulski. |  | 0.50 |  |
| 11/13/2018 | AKE | Travel to/from Pachulski. |  | 0.50 |  |
|  |  | Travel at 1/2 |  | 2.60 | 773.50 |

FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED:   281.00  139,300.00

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| A. K. Everett | 2.60 | $297.50 | $773.50 |
| A. K. Everett | 143.10 | 595.00 | 85,144.50 |
| A. K. Everett | 41.70 | 610.00 | 25,437.00 |
| J. A. Zagajeski | 71.40 | 295.00 | 21,063.00 |
| J. A. Zagajeski | 22.20 | 310.00 | 6,882.00 |

| | |
|---|---|
| Photocopy Charges | 272.85 |
| Meals | 56.42 |
| Long Distance Telephone | 13.77 |
| Pacer Charges | 2.10 |
| TOTAL DISBURSEMENTS: THRU 01/31/2019 | 345.14 |
| TOTAL CURRENT WORK | 139,645.14 |
| BALANCE DUE | $139,645.14 |

# EXHIBIT B

SEDGWICK, LLP
SUMMARY OF EXPENSES TO JANUARY 31, 2019

| | | |
|---|---|---|
| PACER | | 2.10 |
| MEALS | | 56.42 |
| LONG DISTANCE TELEPHONE | | 13.77 |
| PHOTOCOPIES | (1819 @ .15) | 272.85 |
| TOTAL | | 345.14 |