Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
jfiero@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP**,<br><br>Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE FORMER CLIENT FILE DISPOSITION LETTER** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On March 11 - 15, 2019, I caused to be served the following documents in the manner stated below:

- ***FORMER CLIENT FILE DISPOSITION LETTER***

| | |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 15, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

| SENT MARCH 11, 2019 VIA US MAIL | | |
|---|---|---|
| Metromedia Restaurant Group<br>Attn: Legal Department<br>6500 International Parkway, Suite 1000<br>Plano, TX 75093 | BMW of North America, LLC<br>Attn: Legal Department<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7731 | Travelers Companies, Inc.<br>Attn: Legal Department<br>485 Lexington Avenue<br>New York, NY 10017 |
| General Finishes Company<br>Attn: Legal Department<br>2462 Corporate Circle<br>East Troy, WI 53120 | LCM Litigation Fund Pty Ltd.<br>Attn: Legal Department<br>Level 12, The Chifley Tower<br>2 Chifley Square<br>Sydney New South Wales<br>AUSTRALIA 2000 | CAL Inc.<br>Attn: Legal Department<br>Level 12, The Chifley Tower<br>2040 Peabody Road, Suite 400<br>Vacaville, CA 95687 |
| America Safety Insurance<br>Attn: Legal Department<br>3715 Northside Parkway NW, Suite 400<br>Atlanta, GA 30327-2806 | Tata Consultancy Services, Inc.<br>Attn: Legal Department<br>101 Park Avenue, 26th Floor<br>New York NY 10178 | Chevron U.S.A. Inc.<br>Attn: Legal Department<br>6001 Bollinger Canyon Road<br>San Ramon CA 94583 |
| Corium International, Inc.<br>Attn: Legal Department<br>235 Constitution Drive<br>Menlo Park CA 94025 | Aircraft Service International Group<br>Attn: Legal Department<br>201 South Orange Avenue, Suite 1100-A<br>Orlando, FL 32801 | City of Lago Vista<br>Attn: Legal Department<br>5803 Thunderbird Street<br>Lago Vista, TX 78645 |

| SENT MARCH 12, 2019 VIA US MAIL | | |
|---|---|---|
| Prevost Car (US), Inc.<br>Attn: Legal Department<br>7900 National Service Rd.<br>Mailstop DR2-63<br>Greensboro, NC 27409 | CNA Insurance<br>Attn: Legal Department<br>151 N Franklin Street, Floor 9<br>Chicago, IL 60606 | CNA Insurance<br>Attn: Legal Department<br>CNA Plaza 25 South<br>Chicago IL 60685 |
| Stinnes Corporation<br>Attn: Legal Department<br>Stinnes-Platz 1<br>Muelheim An Der Ruhr,<br>45472 Germany | Destinations Travel Clothing Company<br>Attn: Legal Department<br>5th Street Public Market<br>248 East 5th Avenue Suite 27<br>Eugene, OR 97401 | Cucina Jackson Fillmore Restaurant<br>Attn: Legal Department<br>337 San Anselmo Ave.<br>San Anselmo, CA 94960 |
| Wyland Worldwide, LLC<br>Attn: Legal Department<br>6 Mason<br>Irvine CA 92618 | GATCO<br>Attn: Legal Department<br>1550 Factor Ave<br>San Leandro, CA 94577 | Arch Insurance Group<br>Attn: Legal Department<br>3 Parkway, Suite 1500<br>Philadelphia PA 19102 |
| Arch Insurance Group<br>Attn: Legal Department<br>P.O. Box 542033<br>10909 Mill Valley Road, Suite 210<br>Omaha NE 68154 | Arch Insurance Group<br>Attn: Legal Department<br>Plantation Place South, 6th Floor<br>60 Great Tower Street<br>London EC3R 5AZ<br>England | Arch Insurance Group<br>Attn: Legal Department<br>300 Plaza 3, 3rd Floor<br>Jersey City NJ 07311 |
| Bradshaw, Fowler, Proctor & Fairgrave, PC<br>Attn: Legal Department<br>801 Grand Avenue Suite 3700<br>Des Moines, IA 50309-8004 | OneBeacon Insurance<br>Attn: Legal Department<br>601 Carlson Parkway Suite 600<br>Minnetonka, MN 55305 | Benza Group, Inc.<br>Attn: Legal Department<br>505 Montgomery Street, 11th Floor<br>San Francisco CA 94111 |

| Bonus.com, Inc.<br>Attn: Legal Department<br>1515 South El Camino Real, Ste. 40<br>San Mateo CA 94402 | Noteware Development Co.<br>Attn: Legal Department<br>5402 Fielwood Drive<br>Houston TX 77056 | Tumi Inc.<br>Attn: Legal Department<br>499 Thornall Street, 10th Floor<br>Edison, NJ 08837 |
|---|---|---|
| Electric Insurance Company<br>Attn: Legal Department<br>75 Sam Fonzo Drive<br>Beverly MA 01915 | Elsevier Inc.<br>Attn: Legal Department<br>11011 Richmond Avenue, Suite 450<br>Houston, TX 77042 | Physiotherapy Associates, Inc.<br>c/o Select Physical Therapy<br>Attn: Legal Department<br>680 American Avenue, 2nd Floor<br>King of Prussia PA 19406 |
| First American Title Insurance Company<br>Attn: Legal Department<br>1 First American Way<br>Santa Ana, CA 92707 | Subaru of America, Inc.<br>Attn: Legal Department<br>2235 Route 70 West<br>Cherry Hill NJ 08002 | Hanover Professionals<br>5211 Cascade RdSE<br>Grand Rapids, MI 49546<br>Attn: Legal Department |
| Industrial Developments International<br>Attn: Legal Department<br>840 Apollo Street, Ste. 100<br>El Segundo CA 90245 | Newport Diversified, Inc.<br>Attn: Legal Department<br>2301 Dupont Drive, Ste. 500<br>Irvine CA 92612-7504 | Wells Fargo Bank, N.A.<br>Attn: Legal Department<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| Crowell & Moring<br>Attn: Legal Department<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505 | Consumer Specialties Insurance Company<br>c/o Ames & Gough<br>Attn: Legal Department<br>8300 Greensboro Drive, Ste. 900<br>McLean VA 22102-3616 | Village Pizzeria<br>Attn: Legal Department<br>131 North Larchmont Blvd.<br>Los Angeles, CA 90004 |
| A-Line E.D.S., Inc.<br>Attn: Legal Department<br>808 Dearborn Avenue<br>Waterloo, IA 50703 | | |

| **SENT MARCH 13, 2019 VIA US MAIL** | | |
|---|---|---|
| Unigard Insurance Group<br>Attn: Legal Department<br>15800 Northup Way<br>Bellevue WA 98008-2537 | Osmose, Inc.<br>Attn: Legal Department<br>635 Highway 74 South<br>Peachtree City, GA 30269 | Big West of California LLC<br>c/o Paramount Petroleum Corporation<br>Attn: Legal Department<br>14700 Downey Avenue<br>Paramount CA 90723 |
| A.H. Belo Corp.<br>Attn: Legal Department<br>400 South Record Street Suite 1600<br>Dallas TX 75202-4806 | IDEX Global Services, Inc.<br>Attn: Legal Department<br>851 Van Ness Ave 2nd Floor<br>San Francisco, CA 94109 | Cannon Equipment Company<br>Attn: Legal Department<br>324 West Washington St.<br>Cannon Falls, MN 55009 |
| Polaris Engineering & Construction, Inc.<br>Attn: Legal Department<br>212 Pine St.<br>Lake Charles, LA. 70601 | Polaris Engineering & Construction, Inc.<br>Attn: Legal Department<br>1139 Patton St.<br>Sulphur, LA 70665 | Jackson's Hardware ESOP<br>Attn: Legal Department<br>435 DuBois Street<br>San Rafael CA 94901 |
| Vance Brown, Inc.<br>Attn: Legal Department<br>3197 Park Boulevard<br>Palo Alto CA 94306 | Darling International Inc.<br>Attn: Legal Department<br>251 O'Connor Ridge Blvd., Ste. 300<br>Irving, TX 75038 | Paul Kubosh<br>Attn: Legal Department<br>1619 Lubbock Street<br>Houston TX 77007 |

| Internet Broadcasting Systems, Inc. c/o LAKANA Attn: Legal Department 355 Randolph Avenue, Suite 100 St. Paul, MN 55102 | Riordan Company, LLC Attn: Legal Department 377 West Portal Ave, Suite B San Francisco, CA 94127 | SCS Engineers Attn: Legal Department 3900 Kilroy Airport Way Ste 100 Long Beach, CA 90806-6816 |
|---|---|---|
| QBE European Operations Attn: Legal Department Plantation Place 30 Fenchurch Street London EC3M 3BD England | Preferred Metal Technologies, Inc. c/o PMT Nuclear Attn: Legal Department 9341 Adam Don Pkwy Woodridge, IL 60517 | Castle Rock Research Attn: Legal Department 1970, 10123 99 Street NW Edmonton, Alberta Canada T5J 3H1 |
| FedEx Freight West, Inc. Attn: Legal Department 6411 Guadalupe Mines Road San Jose, CA 95120 | Cochran, Inc. Attn: Legal Department 12500 Aurora Avenue North P.O. Box 33524 Seattle WA 98133-0524 | Heritage Bank of Commerce Attn: Legal Department 150 Almaden Boulevard San Jose CA 95113 |
| Helen Grace Chocolates Attn: Legal Department 2369 East Pacifica Place Rancho Dominguez, CA 90220 | Ming Pao San Francisco Inc. Attn: Legal Department 43-31 33rd Street Long Island City NY 11101 | PCA Industries, LLC Attn: Legal Department 1818 East Rosslynn Avenue Fullerton, CA 92831 |
| Iron-Starr Excess Agency, Ltd. Attn: Legal Department 141 Front Street, 7th Floor Hamilton BERMUDA HM 19 | Berkley Public Entity Managers 30 S. 17th Street, Suite 820 Philadelphia, Pennsylvania 19103 | Global OnDemand Corporation 100 Elmore Street Park Ridge, IL 60068-3520 |
| Aldi Inc. 1200 N. Kirk Road Batavia, IL 60510-1443 | Crown Cork & Seal Company, Inc. Attn: Legal Department One Crown Way Philadelphia, PA 19154-4599 | Buffalo Pumps, Inc. 600 Grant Street, Suite 4600 Pittsburg, PA 15219 |
| Vanderbilt Minerals, LLC Attn: Legal Department 30 Winfield Street Norwalk, CT 06856 | Schneider Electric USA, Inc. Attn: Legal Department 1415 S. Roselle Road Palatine, IL 60067-7399 | Leopard, Inc. Attn: Legal Department 1-11 Montgomery Street Hillside, NJ 07025 |
| Tarkett, Inc. Attn: Legal Department 113 9 Lehigh A venue Whitehall, PA 18052 | PPG Industries, Inc. Attn: Legal Department 14126 NE 190th Street Woodinville, WA 98072 | Copes-Vulcan, Inc. Attn: Legal Department 505 Fifth Avenue South, #900 Seattle, WA 98104 |
| Sycamore Family Bakery, Inc. Attn: Legal Department 4302 Sheffield Drive Provo, Utah 84604-5563 | Sycamore Family Bakery, Inc. Attn: Legal Department 60 East Gordon A venue Salt Lake City, Utah 84107-2441 | Amstar Group, LLC Attn: Legal Department 1050 17th Street, Suite 2300 Denver, CO 80265 |
| Jimmy Jacobs Custom Homes Attn: Legal Department 3613 Williams Drive, Suite 204 Georgetown, TX 78628 | Lower Colorado River Authority Attn: Legal Department P.O. Box 220 Austin, TX 78767-0220 | City of Austin Attn: Legal Department 301 W. Second Street Austin, TX 78701 |
| Forestar (USA) Real Estate Group Attn: Legal Department 6300 Bee Cave Rd. Bldg. 2, Suite 500 Austin, TX 78746 | Lazy Oaks Ranch, LP c/o DuBois, Bryant & Campbell, L.L.P. Attn: Legal Department 700 Lacava Street, Suite 1300 Austin, TX 78701 | Hanson, Jeffrey T. 4000 MacArthur Blvd. West Tower, Suite 200 Newport Beach, CA 92660 |

| | | |
|---|---|---|
| Aspen Specialty Insurance Solutions, LLC<br>Attn: Legal Department<br>135 Main Street, Suite 1950<br>San Francisco, CA 94105 | Terrence O'Neill<br>184 South Fairfield Lane<br>Orange, CA 92869 | Berkley Asset Protection Underwriting Managers<br>Attn: Legal Department<br>317 Madison A venue, Suite 1104<br>New York, NY 10017 |
| Ranches of Brushy Top LOA<br>E2M Partners<br>Attn: Legal Department<br>8111 Preston Road, Suite 600<br>Dallas, TX 75225 | Starr Adjustment Services - Starr Companies<br>Attn: Legal Department<br>3 99 Park A venue, 24th Floor<br>New York, NY 10022 | Andersen, Norman<br>2480 West 7th Place<br>Eugene, OR 97402 |
| Chevron Products Company<br>Attn: Legal Department<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | Blue Bird Corporation<br>Smith, Grambell & Russell LLP<br>Attn: Legal Department<br>Proenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592 | National Signal Inc.<br>Attn: Legal Department<br>2440 Artesia A venue<br>Fullerton, CA 92883-2543 |
| National Signal Inc.<br>Attn: Legal Department<br>14657 Industry Circle<br>La Mirada, CA 90638-8500 | Ethicon, Inc.<br>Attn: Legal Department<br>70 Lake Avenue, Suite 630<br>Pasadena, CA 91101-3476 | Ethicon, Inc.<br>Attn: Legal Department<br>P.O. Box 151<br>Somerville, NJ 08876 |
| Reed Manufacturing Company<br>Attn: Legal Department<br>1425 West 8th<br>Erie, PA 16502 | Reed Manufacturing Company<br>Attn: Legal Department<br>P.O. Box 1321<br>Erie, PA 16512-1321 | Lear Corporation<br>Attn: Legal Department<br>21557 Telegraph Road<br>Southfield, MI 48033-4248 |
| BioSET, Inc.<br>Attn: Legal Department<br>116 East Blithedale A venue<br>Mill Valley, CA 94941-2024 | IOD Incorporated<br>Attn: Legal Department<br>100 116th A venue SE, Suite 100<br>Bellevue, WA 98004-6408 | IOD Incorporated<br>Attn: Legal Department<br>1 Nexhaminy Interplex Drive, Suite 300<br>Feasterville Trevose, PA 19053-6955 |
| Catlin Indemnity Company<br>Attn: Legal Department<br>3349 Peachtree Road NE, Suite 2950<br>Atlanta, GA 30326 | KCI Newport, Inc.<br>Attn: Legal Department<br>2027 Leo A venue<br>Commerce, CA 90040 | KCI Newport, Inc.<br>Attn: Legal Department<br>15763 Ornelas Street<br>Irwindale CA 91706-6610 |
| Lear Corporation<br>Attn: Legal Department<br>3 5 5 3 Westwind Boulevard<br>Santa Rosa, CA 94503 | Johnstone Supply, Inc.<br>Attn: Legal Department<br>4320 Pacific Highway<br>San Diego, CA 92110-3106 | Johnstone Supply, Inc.<br>Attn: Legal Department<br>11632 NE Ainsworth Circle<br>Portland, OR 97220-9016 |
| Page Private School<br>Attn: Legal Department<br>2200 West Sequoia A venue<br>Anaheim, CA 92801-3330 | Bettec Corporation<br>Attn: Legal Department<br>25602 Alicia Parkway<br>Laguna Hills, CA 92633-5309 | Coast Sign, Inc.<br>Attn: Legal Department<br>1500 West Embassy Street<br>Anaheim, CA 92802-1016 |
| Coast Sign, Inc.<br>Attn: Legal Department<br>891 East Warner Road<br>Gilbert AZ 85296-2965 | Teamsoft Technologies, LLC<br>Attn: Legal Department<br>4677 Old Ironsides Drive, Suite 410<br>Santa Clara, CA 95054-1826 | Ecoco, Inc.<br>Attn: Legal Department<br>8605 Westwood Center Drive, Suite 30<br>Vienna, VA 22182-2240 |
| Ecoco, Inc.<br>Attn: Legal Department<br>1830 N. Lamon Avenue<br>Chicago, IL 60639-4512 | Accudyne Industries, LLC<br>Attn: Legal Department<br>2728 North Harwood Street, Suite 200<br>Dallas, TX 75201-1579 | Amica Mutual Insurance Company<br>Attn: Legal Department<br>14090 Southwest Freeway<br>Sugar Land, TX 77478-3677 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:988963.7 77998/002

5
CERTIFICATE OF SERVICE

| Amica Mutual Insurance Company<br>Attn: Legal Department<br>1000 Midatlantic Drive<br>Mt. Laurel, NJ 08054-1511 | Amica Mutual Insurance Company<br>Attn: Legal Department<br>14090 Southwest Freeway<br>Sugar Land, TX 77478-3677 | American Youth Soccer Organization<br>Attn: Legal Department<br>19750 S. Vermont A venue, Suite 200<br>Torrance, CA 90502-1133 |
|---|---|---|
| The Mutual RRG, Inc.<br>Attn: Legal Department<br>3000 Oak Road, Suite 600<br>Walnut Creek, CA 94597 | One Beacon Healthcare Group<br>Attn: Legal Department<br>2401 East Katella A venue<br>Anaheim, CA 92806 | Teamsoft Technologies, LLC<br>Attn: Legal Department<br>22525 Salem A venue<br>Cupertino, CA 95014-5648 |
| Flo-Tite., Valves and Controls<br>Attn: Legal Department<br>305 East 21st Street<br>Lumberton, NC 28358-1293 | Flo-Tite., Valves and Controls<br>Attn: Legal Department<br>290 Corporate Drive<br>Lumberton, NC 28358-1110 | Neiman Marcus Group LTD LLC<br>Attn: Legal Department<br>1201 Elm Street, Suite 2900<br>Dallas, TX 75270-2170 |
| West-Ward Pharmaceuticals Corp.<br>Attn: Legal Department<br>401 Industrial Way West<br>Eatontown, NJ 07724-2209 | West-Ward Pharmaceuticals Corp.<br>Attn: Legal Department<br>465 Industrial Way West<br>Eatontown, NJ 07724-2209 | West-Ward Pharmaceuticals Corp.<br>Attn: Legal Department<br>300 Northfield Road<br>Bedford, OH 44146-4650 |
| Watson Industries, Inc.<br>Attn: Legal Department<br>106 Exchange Place<br>Pomona, CA 91768 | Mine Safety Appliances Company<br>Attn: Legal Department<br>P.O. Box 426<br>Pittsburg, PA 15230 | Ethicon, Inc.<br>Attn: Legal Department<br>4545 Creek Road<br>Blue Ash, OH 45242-2803 |

| **SENT MARCH 14, 2019 VIA US MAIL** | | |
|---|---|---|
| Optima Healthcare Insurance Services<br>Attn: Legal Department<br>9229 Sierra College Blvd.<br>Roseville CA 95661 | Postmasters Benefit Plan<br>Attn: Legal Department<br>PO Box 9554<br>Salt Lake City, UT 84109-0554 | Buck Consultants, LLC<br>c/o H.I.G. Capital, LLC<br>Attn: Legal Department<br>1 Sansome Street, 37th Floor<br>San Francisco CA 94104 |
| Turner Broadcasting System, Inc.<br>Attn: Legal Department<br>One CNN Center<br>Atlanta GA 30303 | Central Refrigerated Service, Inc.<br>c/o Swift Transportation<br>Attn: Legal Department<br>2200 South 75th Avenue<br>Phoenix AZ 85043 | Nattell, Daniel F., M.D.<br>c/o Northern Radiology Imaging<br>1571 Washington St., Ste. 101<br>Watertown, NY 13601 |
| Better Business Bureau of Central Texas<br>Attn: Legal Department<br>1005 La Posada Drive<br>Austin TX 78752-3815 | SkyMall, Inc.<br>Attn: Legal Department<br>114 Tived Lane East<br>Edison, NJ 08837 | The Andritz Group<br>Attn: Legal Department<br>101 South Main Street, Suite 400<br>Janesville WI 53545 |
| Diocese of San Jose<br>Attn: Legal Department<br>1150 North First St., Suite 100<br>San Jose, CA 95112 | A.O. Smith Corporation<br>Attn: Legal Department<br>11270 West Park Place<br>P.O. Box 245008<br>Milwaukee WI 53224-9508 | XL Touring Video, Inc.<br>Attn: Legal Department<br>3380 North San Fernando Road<br>Los Angeles CA 90065 |
| CorTrust Bank, N.A.<br>Attn: Legal Department<br>100 E Havens Ave<br>Mitchell, SD 57301 | Stayma Consulting Services, LLC<br>Attn: Legal Department<br>PO Box 5607<br>Alpharetta, GA 30023 | Bateman Engineering, Inc.<br>Attn: Legal Department<br>1826 Colorado Blvd.<br>Los Angeles, CA 90041 |
| Prominent Title<br>Attn: Legal Department<br>7365 East Kemper Road, Suite B<br>Cincinnati, OH 45249 | Fatfoogoo AG<br>Attn: Legal Department<br>Mariahilferstrasse 50/2/11,<br>Entrance Kirchengasse 1<br>Vienna, Austria | Mercator Trust Company Limited<br>Attn: Legal Department<br>Anson Court<br>La Route des Camps<br>PO Box 336<br>Saint Martin, GY4 6AD<br>Guernsey |

| | | |
|---|---|---|
| S&F Management Company, LLC<br>Attn: Legal Department<br>9200 West Sunset Boulevard # 700<br>West Hollywood, CA 90069 | Cal-Western Manufacturers<br>Attn: Legal Department<br>16539 S Main St.<br>Gardena, CA 90248 | The Boutique Real Estate, LLC<br>Attn: Legal Department<br>3385 E. Imperial Hwy<br>Brea, CA 92823 |
| Sheryl G. Draker<br>3504 Hillbrook Cir<br>Austin, TX 78731 | Westin Bonaventure Hotel<br>Attn: Legal Department<br>404 South Figueroa Street<br>Los Angeles CA 90071 | Attix Pharmaceuticals<br>Attn: Legal Department<br>425 University Avenue, Unit 800<br>Toronto, ON M5G 1T6, Canada |
| Farallone Pacific Insurance Services<br>Attn: Legal Department<br>859 Diablo Ave<br>Novato, CA 94947 | Novae Syndicates Limited<br>Attn: Legal Department<br>21 Lombard Street<br>London United Kingdom<br>EC3V 9AH | Schwartz Pharma, Inc.<br>Attn: Legal Department<br>265 Davidson Avenue<br>Somerset NJ 08873-4120 |
| Austin Software Foundry, Inc.<br>Attn: Legal Department<br>Post Office Box 160038<br>Austin, Texas 78716 | Carfax, Inc.<br>Attn: Legal Department<br>5860 Trinity Parkway, Ste. 600<br>Centerville VA 20120 | Magellan Guest Homes<br>Attn: Legal Department<br>1321 Lear Lane<br>Tustin, CA 92780 |
| Polytype SA<br>Attn: Legal Department<br>Route de la Glâne 26<br>Case postale 1184<br>1701 Fribourg | Ironshore Specialty Casualty Ins. Co.<br>Attn: Legal Department<br>One State Street Plaza 7th Floor<br>New York NY 10004 | Pizza Hut of America, Inc.<br>Attn: Legal Department<br>7100 Corporate Drive<br>Plano, Texas 75024 |
| Trisura International Holdings Ltd.<br>Attn: Legal Department<br>73 Front Street, 5th Floor<br>Hamilton BERMUDA<br>HM12 | Los Angeles Unified School District<br>Attn: Legal Department<br>Post Office Box 116<br>Glendale CA 91209 | Plentyoffish Media Inc.<br>Attn: Legal Department<br>2360 555 W Hastings St<br>Vancouver BRITISH COLUMBIA<br>V6B 4N5 |
| DCS North America LLC<br>Attn: Legal Department<br>4625 Eastover Drive<br>Mesquite TX 75149 | HDI Global Insurance Company<br>Attn: Legal Department<br>700 North Brand Blvd, Suite 600<br>Glendale CA 91203 | James H. Olstad<br>277 Mountain Home Rd<br>Woodside, CA 94062-2511 |
| Colliers International<br>Attn: Legal Department<br>Three Park Plaza, Suite 1200<br>Irvine, CA 92614 | City of Newport Beach<br>Attn: Legal Department<br>P. O. Box 25180<br>Santa Ana, CA 92799 | Corona Towne Center, LLC<br>Attn: Legal Department<br>4141 Inland Empire Blvd., Suite 100<br>Ontario, CA 91764 |
| Vi-Jon, Inc.<br>Attn: Legal Department<br>8515 Page Avenue<br>St. Louis, MO 63114 | Maxim Healthcare Services, Inc.<br>Attn: Legal Department<br>PO Box 3800<br>Portland, OR 97208-3800 | New York Liquidation Bureau<br>Attn: Legal Department<br>110 William Street<br>New York, NY 10038 |
| Prosperity Partners, Inc.<br>Attn: Legal Department<br>1015 10th Street<br>Lake Park, FL 33403 | Wilshire Homes L.P.<br>Attn: Legal Department<br>12401 Research Boulevard<br>Building 1, Suite 300<br>Austin, TX 78759 | Keithley, Roy<br>Attn: Legal Department<br>3736 Bee Caves Rd, # 1-173<br>Austin, TX 78746 |
| Ranbaxy Inc.<br>Attn: Legal Department<br>P.O. Box 3165<br>Princeton, NJ 08543-3165 | Pacific Development Group<br>c/o Pacific Development Group<br>Attn: Legal Department<br>1 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 | Arrowpoint Capital Corporation<br>Attn: Legal Department<br>3600 Arco Corporate Drive<br>Charlotte, NC 28273 |
| Resolute Management, Inc.<br>Mid-Atlantic Division<br>Attn: Legal Department<br>30 South 17th Street, Suite 700<br>Philadelphia, PA 19103 | Tesoro Refining and Marketing Company<br>Attn: Legal Department<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | AXA Insurance<br>Attn: Legal Department<br>125 Broad Street, 5th Floor<br>New York, NY 10004 |

| Argonaut Insurance<br>Attn: Legal Department<br>P.O. Box 469010<br>San Antonio, TX 78246 | Tory Burch LLC<br>Attn: Legal Department<br>11 West 19th Street, 7th Floor<br>New York, NY 10011 | Dual Corporate Risks Limited<br>Attn: Legal Department<br>6th Floor - Plantation Place South<br>60 Great Tower Street<br>London UNITED KINGDOM<br>EC3R 5A2 |
|---|---|---|
| FCA US LLC<br>Office of the General Counsel<br>CIMS 485-<br>Attn: Legal Department<br>1000 Chrysler Drive<br>Auburn Hills, MI 48326-2766 | HNTB Corporation<br>Attn: Legal Department<br>715 Kirk Drive<br>Kansas City KS 76105 | Cassini, Marianne Nestor<br>Executor, Estate of Oleg Cassini<br>313 McCouns Lane<br>Oyster Bay Cove, NY 11771 |
| Volkswagen Group of America Inc<br>Attn: Legal Department<br>125 Broad Street<br>New York, NY 10004 | Boston Scientific Corporation<br>Attn: Legal Department<br>One Boston Scientific Place<br>Natick, MA 01760 | HDR, Inc.<br>Attn: Legal Department<br>8404 Indian Hills Dr.<br>Omaha, NE 68114 |
| La Habra Associates, LLC<br>c/o DJM Capital Partners, Inc.<br>7777 Edinger Ave., Suite 133<br>Huntington Beach CA 92647 | | |

| SENT MARCH 15, 2019 VIA US MAIL | | |
|---|---|---|
| Sony Electronics, Inc.<br>Attn: Legal Department<br>1 Sony Drive<br>Park Ridge NJ 07656 | Alpharma Pharmaceuticals, LLC<br>Attn: Legal Department<br>1 New England Avenue<br>Piscataway, NJ 08854 | ValPro, Inc. dba Valley Fruit & Produce<br>Attn: Legal Department<br>1601 East Olympic Blvd., Ste. 300<br>Los Angeles, CA 90021 |
| Spondulix Company, Inc.<br>Attn: Legal Department<br>1875 Saragossa Street<br>Pomona CA 91768 | ABC-Amega, Inc.<br>Attn: Legal Department<br>1100 Main Street<br>Buffalo NY 14209-2356 | ArvinMeritor, Inc.<br>Attn: Legal Department<br>2135 West Maple Road<br>Troy MI 48084 |
| The Bernard Osher Trust<br>Attn: Legal Department<br>One Market Plaza, Suite 4025<br>San Francisco, CA 94105 | Cels Enterprises, Inc.<br>Attn: Legal Department<br>3485 South La Cienega Blvd.<br>Los Angeles CA 90016 | Ghost Note Productions, Inc.<br>Attn: Legal Department<br>5532 Ethel Avenue<br>Los Angeles, CA 91401 |
| Rollingwood Community Development Corporation<br>Attn: Legal Department<br>403 Nixon Drive<br>Rollingwood TX 78746 | Milliman, Inc.<br>Attn: Legal Department<br>1000 North Water Street, Suite 1700<br>Milwaukee WI 53202 | BP America Inc.<br>Attn: Legal Department<br>501 Westlake Park Blvd.<br>Houston TX 77079 |
| Qwest Communications Corporation<br>c/o Centurylink<br>Attn: Legal Department<br>100 Centurylink Drive<br>Monroe LA 71203 | Harris & Associates Inc.<br>Attn: Legal Department<br>1401 Willow Pass Road, Suite 500<br>Concord CA 94520 | Granite Construction Incorporated<br>Attn: Legal Department<br>585 West Beach Street<br>Watsonville CA 95076 |
| Gensler<br>Attn: Legal Department<br>45 Fremont Street, Ste. 1500<br>San Francisco CA 94105 | Salibian Enterprises, Inc.<br>Attn: Legal Department<br>1218 Dorothy Drive<br>Glendale CA 91202 | Amstar Homes Inc.<br>Attn: Legal Department<br>195 East Reno Avenue, Suite B<br>Las Vegas NV 89119 |

| | | |
|---|---|---|
| BNC National Bank<br>Attn: Legal Department<br>322 East Main Avenue<br>Bismarck, ND 58501 | L.A. Studios, Inc.<br>Attn: Legal Department<br>3453 Cahuenga Boulevard West<br>Hollywood, CA 90068 | CV Industries, Inc.<br>Attn: Legal Department<br>13428 Maxella Ave., Ste. 258<br>Marina Del Ray CA 90292 |
| Fremont Bank<br>Attn: Legal Department<br>39150 Fremont Blvd.<br>Fremont CA 94538 | Smith, Bell & Thompson, Inc.<br>Attn: Legal Department<br>40 Main Street, Ste. 500<br>Burlington, VT 05402-0730 | Portala Association, Inc.<br>Attn: Legal Department<br>601 Easton Avenue<br>San Bruno CA 94066 |
| Carl Warren & Co.<br>Attn: Legal Department<br>770 South Placentia Avenue<br>Placentia CA 92870-6832 | First Bankers Trust Services, Inc.<br>Attn: Legal Department<br>2321 Kochs Lane<br>Quincy, IL 62305 | Recology<br>Attn: Legal Department<br>250 Executive Park Blvd., Suite 2100<br>San Francisco, CA 94134 |
| Fleet Card Fuels<br>Attn: Legal Department<br>4200 Buck Owens Blvd.<br>Bakersfield CA 93308 | Fiduciary Services, Inc.<br>Attn: Legal Department<br>369-B Third Street, # 543<br>San Rafael, CA 94901-3581 | State of California - Dept. of Corrections<br>Attn: Legal Department<br>PO Box 942883<br>Sacramento CA 94283 |
| Icicle Seafoods, Inc.<br>Attn: Legal Department<br>4019 21st Avenue West<br>Seattle, WA 98199 | Kelley Manufacturing Co.<br>Attn: Legal Department<br>PO Box 1467<br>80 Vernon Drive<br>Tifton, GA 31793 | Crane Technologies Group, Inc.<br>Attn: Legal Department<br>1954 Rochester Industrial Dr.<br>Rochester Hills, MI 48309 |
| Scolari's Warehouse Markets, Inc.<br>Attn: Legal Department<br>PO Box 5070<br>Reno NV 89513 | Superior Metal Products Company, Inc.<br>Attn: Legal Department<br>2463 Highway 107<br>Chuckey, TN 37641 | Spectra-Mat, Inc.<br>Attn: Legal Department<br>100 Westgate Drive<br>Watsonville, CA 95076 |
| n-Link Corporation<br>Attn: Legal Department<br>19525 Innes Market Road<br>Bend, OR 97703 | Jorgensen Environmental<br>Attn: Legal Department<br>12505 North Mainstreet, Suite 212<br>Rancho Cucamonga, CA 91739 | Western Tube & Conduit Corporation<br>Attn: Legal Department<br>2001 East Dominguez Street<br>Long Beach, CA 90810 |
| Building Materials Holding Corporation<br>Attn: Legal Department<br>8020 Arco Corporate Drive<br>Raleigh NC 27617 | Markland Industries, Inc.<br>Attn: Legal Department<br>1111 E Mcfadden Ave<br>Santa Ana, California 92705 | Auto Perfections, Inc.<br>Attn: Legal Department<br>3125 Cameron St<br>Lafayette, LA 70506 |
| Amcor Sunclipse North America<br>Attn: Legal Department<br>800 N. Walton Ave<br>Yuba City, CA 95993 | Deaton Investments, Inc.<br>Attn: Legal Department<br>1455 E. San Bernadino Ave.<br>San Bernadino CA 92408 | Travel Group Adventures, Inc.<br>Attn: Legal Department<br>120 S Chaparral Ct #260<br>Anaheim Hills CA 92808 |
| Allstar Paving Company, Inc.<br>Attn: Legal Department<br>602 S. Santa Fe Street<br>Santa Ana, CA 92705 | SanDisk Corporation<br>Attn: Legal Department<br>5601 Great Oaks Parkway<br>San Jose, CA 95119 | Ease Entertainment Services LLC<br>Attn: Legal Department<br>8383 Wilshire Blvd., Suite 90<br>Beverly Hills CA 90211 |
| G.A. Braun, Inc.<br>Attn: Legal Department<br>P.O. Box 3029<br>Syracuse, NY 13220-3029 | Tri-City Healthcare District<br>Attn: Legal Department<br>4002 Vista Way<br>Oceanside, CA 9205 | Friedrich Air Conditioning Co.<br>Attn: Legal Department<br>10001 Reunion Place, Ste. 500<br>San Antonio, Texas 78216 |
| Century Management<br>Attn: Legal Department<br>805 Las Cimas Parkway, Suite 430<br>Austin, Texas 78746 | HerbThyme Farms, Inc.<br>Attn: Legal Department<br>1575 W Walnut Pkwy,<br>Compton, CA 90220-5022 | Johnson, Aaron: Ajja, LLC<br>Attn: Legal Department<br>23 Via Calandria<br>San Clemente, CA 92672 |

| Associated Reproduction Services, Inc.<br>Attn: Legal Department<br>8629 Lindante Dr<br>Whittier, CA 90603-1017 | Charlton, Kenneth<br>18071 Allegheny Dr<br>Santa Ana, CA 92705-2001 | Lui, Terry<br>843 Camaritas Cir<br>South San Francisco, CA 94080-1120 |
|---|---|---|
| The UPS Store<br>Attn: Legal Department<br>5758 Geary Blvd.<br>San Francisco, CA 94121 | King Architectural Metals Inc.<br>Attn: Legal Department<br>6340 Valley View St.<br>Buena Park, CA 90620 | Law Offices of Robert B. Luther, P.C.<br>1800 Rio Grande St.<br>Austin, TX 78701 |
| CE Interactive, Inc.<br>Attn: Legal Department<br>110 W. 44th St.<br>New York, NY 10036 | Superior Electrical Mechanical & Plumbing<br>Attn: Legal Department<br>8613 Helms Ave<br>Rancho Cucamonga, CA 91730 | Ronald Reagan Presidential Foundation Inc.<br>Attn: Legal Department<br>40 Presidential Dr<br>Simi Valley, CA 93065 |
| KGBT-TV<br>Attn: Legal Department<br>9201 West Expressway 83<br>Harlingen, TX 78552 | Cochran Interiors, Inc.<br>Attn: Legal Department<br>11920 Goldring Rd #B<br>Arcadia, CA 91006 | Anchor Concrete, Inc.<br>Attn: Legal Department<br>2036 Woodland Ave<br>Ojai, CA 93023 |
| NetVersant Solutions LP<br>Attn: Legal Department<br>1640 N Batavia St<br>Orange, CA 92867 | Signal Lake<br>Attn: Legal Department<br>606 Post Rd E<br>Westport, CT 06880 | Graham, Anita Talamantes<br>Attn: Legal Department<br>S734 Wenmonth Road<br>Batavia, IL 60510 |
| Mercedes-Benz of Encino<br>16721 Ventura Blvd<br>Encino, CA 91436 | Surgical Principals, Inc.<br>1625 South Tacoma Way<br>Tacoma, WA 98409 | Progressive Casualty Insurance Company<br>6300 Wilson Mills Rd<br>Mayfield Village, OH 44143 |
| Spectre Investors, LLC<br>Attn: Legal Department<br>3343 South Kirkman Road<br>Orlando, FL 32811 | ConnectSoft, Inc.<br>Attn: Legal Department<br>322 W Main St<br>Louisville, KY 40202 | Payne Fence Products, LLC<br>Attn: Legal Department<br>F1345 N Cardington Ct<br>Wichita, KS 67212-5633 |
| Indiana Mills & Manufacturing, Inc.<br>Attn: Legal Department<br>18881 Immi Way<br>Westfield, IN 46074 | Commercial Real Estate Management, Inc.<br>Attn: Legal Department<br>5951 Jefferson St, Ne Suite A<br>Albuquerque, NM 87109 | 1626 Willows, LP<br>c/o Shoreline Construction<br>Attn: Legal Department<br>3087 Argent Blvd<br>Ridgeland, SC 29936 |
| PCS, LLC<br>Attn: Legal Department<br>1801 Market St., Ste. 1000<br>Philadelphia, PA 19103 | Packerland Brokerage Services, Inc.<br>Attn: Legal Department<br>432 Security Blvd 101<br>Green Bay, WI 54313 | CareCore National, LLC<br>Attn: Legal Department<br>400 Buckwalter Pl Blvd<br>Bluffton, SC 29910 |
| Core Laboratories, Inc.<br>Attn: Legal Department<br>3437 Landco Dr<br>Bakersfield, CA 93308 | LaQuinta<br>Attn: Legal Department<br>909 Hidden Ridge, Suite 600<br>Irving, TX 75038-3822 | Valiant Insurance<br>Attn: Legal Department<br>38/39 Fitzwilliam Squart<br>County Dublin<br>Dublin 2 Ireland |
| Scott Bader, Inc.<br>Attn: Legal Department<br>4280 Hudson Dr<br>Stow, OH 44224 | Wyndham International, Inc.<br>Attn: Legal Department<br>1950 Stemmons Freeway, Ste 6001<br>Dallas, TX 75207 | Valero Energy Corporation<br>Attn: Legal Department<br>One Valero Way<br>San Antonio, TX 78249 |
| Eric Chassin<br>1806 S. Highland Ave<br>Lombard, IL 60148 | DBBuilders, Inc.<br>9738-9750 Toponga Canyon Blvd<br>Chatsworth, CA 91311 | Berkowitz, Larry M., M.D., M.B.A.<br>580 W Stevens Rd<br>Palm Springs, CA 92262 |

| Arup Services New York, Ltd.<br>Attn: Legal Department<br>77 Water St<br>New York, NY 10005 | Kemper Investors Life Insurance Company<br>Attn: Legal Department<br>2500 Westfield Dr<br>Elgin, IL 60123-7836 | M.D.M. Construction, Inc.<br>Attn: Legal Department<br>4212 E. Los Angeles Ave #3421<br>Simi Valley, CA 93065 |
|---|---|---|
| Majich Bros., Inc.<br>Attn: Legal Department<br>1307 Dartmouth Dr<br>Glendale, CA 91205-3511 | Dr. Jeffrey Borer<br>635 Madison Ave<br>New York, NY 10022 | Arthur J Gallagher (UK) Ltd.<br>Attn: Legal Department<br>Walbrook Building<br>25 Walbrook<br>London, United Kingdom<br>EC4N 8AW |
| Uniflex, Inc.<br>Attn: Legal Department<br>7830 Lochlin Dr.<br>Brighton, MI 48116 | Bearcave Holdings, LLC<br>Attn: Legal Department<br>872 Towne Center Dr.<br>Pomona, CA 91767 | |