**Entered on Docket**
**March 27, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Elizabeth A. Green (0600547)
*(pro hac vice pending)*
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com

*Proposed Attorney for Official Committee of Unsecured Creditors*

**Signed and Filed: March 27, 2019**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEDGWICK LLP,<br><br>Debtor. | Case No.: 3:18-31087-HLB<br><br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Elizabeth A. Green, whose business address and telephone number is Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801, 407-649-4000, and who is an active member in good standing of the bar of Florida having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Official Committee of Unsecured Creditors.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO