Cecily A. Dumas (SBN 111449)
Elizabeth A. Green (SBN 0600547) *Pro Hac Vice*
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: cdumas@bakerlaw.com
Email: egreen@bakerlaw.com

Proposed Counsel to the
Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>SEDGWICK LLP<br><br>    Debtor. | Case No.: 18-31087 (HLB)<br><br>CHAPTER 11<br><br>**EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 2, 2019**<br><br>**Hearing Date:**<br>Date:   [Requested Herein]<br>Time:  [Requested Herein]<br>Place:  U.S. Bankruptcy Court<br>          450 Golden Gate Ave., 16th Fl.<br>          Courtroom 19<br>          San Francisco, CA 94102<br>Judge:  Hon. Hannah L. Blumenstiel |

The Official Committee of Unsecured Creditors (the "**Committee**") of Sedgwick LLP ("**Sedgwick**" or the "**Debtor**") appointed in the above-captioned bankruptcy case (the "**Bankruptcy Case**") requests that the Court adjourn the hearing set for April 4, 2019 at 10:00 a.m. on the Debtor's *Motion for Order Approving the Compromise of a Controversy Among the Debtor*

EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON
DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 2, 2019

1

4831-7103-9375.1

Case: 18-31087   Doc# 190   Filed: 03/28/19   Entered: 03/28/19 10:56:22   Page 1 of 4

*and GRM Information Management Services* (the "**Motion**") [Docket No. 164] and hold the hearing on April 2, 2019, at a time available to the Court. In support of this request for adjournment, the Committee respectfully states as follows:

1. The Debtor seeks approval of a compromise with creditor GRM Information Management Services ("**GRM**"). The Debtor and the Committee have been in communications regarding the Motion, the Committee's objection thereto, and a possible resolution.

2. The Debtor filed the Motion on February 27, 2019 [Docket No. 164] and obtained March 21, 2019 as a hearing date. [Docket No. 165].

3. The Committee requested an extension of time from the Debtor to review and analyze the Motion. The Debtor agreed, and on March 15, 2019, the Debtor filed a Notice of Continued Hearing on the Motion, continuing the hearing on the Motion to April 4, 2019. [Docket No. 178]. The Debtor indicated in the Notice that it had consented to extend the Committee's deadline to object to the Motion to March 28, 2019.

4. Counsel for the Committee, Cecily Dumas, has been one of two lead counsel reviewing the factual and legal issues set forth in the Motion, and communicating with counsel for the Debtor regarding disputed issues. After the parties agreed to continue the hearing to April 4, Ms. Dumas developed an unavoidable scheduling conflict that would preclude her from appearing on April 4 and arguing the Committee's objection. The Committee's other lead counsel is in China until after April 17 and is unable to appear at the April 4 hearing.

5. The Committee respectfully requests that the Court adjourn the April 4 hearing on the Motion and hold the hearing on April 2, 2019, at a time available to the Court, when Ms. Dumas will be able to appear.

6. The Committee has conferred with counsel for the Debtor and confirmed that the Debtor does not oppose the rescheduling as long as the hearing on the Motion occurs before April 4, 2019, and not after. Otherwise, the Debtor is opposed to the request.

---

EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 2, 2019

2

1      7.     The Committee will file its objection to the Motion by today, March 28, 2019, i.e.,
2 the deadline previously agreed by the Debtor and the Committee. [Docket No. 178].

EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 2, 2019

3

4831-7103-9375.1

Case: 18-31087    Doc# 190    Filed: 03/28/19    Entered: 03/28/19 10:56:22    Page 3 of 4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREFORE, the Committee respectfully requests that the Court (1) adjourn the April 4, 2019 hearing at 10:00 a.m. on the Debtor's Motion to Approve Compromise with GRM Information Management Services; and (2) hold the hearing on April 2, 2019 at a time available to the Court, (3) grant such other and further relief as the Court may deem just and proper.

Dated: March 28, 2019    Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Lauren T. Attard*
Cecily A. Dumas
Elizabeth A. Green (*Pro Hac Vice*)
Lauren T. Attard
Proposed Counsel for the Official Committee of Unsecured Creditors

---

EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 2, 2019

4831-7103-9375.1