John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jlucas@pszjlaw.com
jrosell@pszjlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHING DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re:<br><br>SEDGWICK, LLP,<br><br>Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR, LETICIA VASQUEZ, CENTRAL BASIN MUNICIPAL WATER DISTRICT, AND BUCHALTER, A PROFESSIONAL CORPORATION**<br><br>Date of service: March 28, 2019 |
|---|---|

**PLEASE TAKE NOTICE** that Sedgwick, LLP, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Motion for Order Approving the Compromise of a Controversy Among the Debtor, Leticia Vasquez, Central Basin Municipal Water District, and Buchalter, A Professional Corporation* (the "Motion") [Docket No. 191]. The Motion seeks approval of a compromise among the Debtor, Leticia Vasquez on behalf of herself and the Central Basin Municipal Water District, and Buchalter, a Professional Corporation relating to a qui tam action brought under the California False Claims Act by Vasquez against the Debtor and Buchalter.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice.**

DOCS_SF:100500.1

1

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position.

If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: March 28, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                         By  */s/ John W. Lucas*
                                             John W. Lucas

                                         *Attorneys for the Debtor*