Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
       jfiero@pszjlaw.com
       jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP**,<br><br>Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE ON:**<br><br>**(1) MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR, LETICIA VASQUEZ, CENTRAL BASIN MUNICIPAL WATER DISTRICT, AND BUCHALTER, A PROFESSIONAL CORPORATION; AND**<br><br>**(2) NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR, LETICIA VASQUEZ, CENTRAL BASIN MUNICIPAL WATER DISTRICT, AND BUCHALTER, A PROFESSIONAL CORPORATION** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On March 28, 2019, I caused to be served the following documents in the manner stated below:

- ***MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR, LETICIA VASQUEZ, CENTRAL BASIN MUNICIPAL WATER DISTRICT, AND BUCHALTER, A PROFESSIONAL CORPORATION***

- ***NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR, LETICIA VASQUEZ, CENTRAL BASIN MUNICIPAL WATER DISTRICT, AND BUCHALTER, A PROFESSIONAL CORPORATION***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **March 28, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 28, 2019 at San Francisco, California.

*/s/ Hung Phan*
Legal Assistant

1. **VIA NEF**
   - **Lauren T. Attard**    lattard@bakerlaw.com, abalian@bakerlaw.com
   - **Cathrine M. Castaldi**    ccastaldi@brownrudnick.com
   - **Shawn M. Christianson**    schristianson@buchalter.com
   - **Marcus O. Colabianchi**    mcolabianchi@duanemorris.com
   - **Terri H. Didion**    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
   - **Cecily A. Dumas**    cecily.dumas@pillsburylaw.com
   - **Alan M. Feld**    afeld@sheppardmullin.com, sfarzan@sheppardmullin.com
   - **Jennifer C. Hayes**    jhayes@fhlawllp.com
   - **Cristina A. Henriquez**    chenriquez@mayerbrown.com
   - **William W. Huckins**    whuckins@allenmatkins.com
   - **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com
   - **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
   - **Mike F. Pipkin**    mpipkin@weinrad.com
   - **Jason Rosell**    jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
   - **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com
   - **Elizabeth Weller**    dallas.bankruptcy@lgbs.com

2. **VIA U.S. MAIL**

| | | |
|---|---|---|
| Eugene Brown, Jr.<br>128 Caperton Avenue<br>Piedmont, CA  94611 | CPF 801 Tower, LLC<br>c/o Barings LLC<br>2321 Rosecrans Ave. Suite 4225<br>El Segundo, CA 90245 | Ideal Holdings INC, LLC<br>Attn: Connor Yang<br>One Newark Center<br>1085 Raymond Blvd., 19th Floor<br>Newark, NJ 07102 |
| BMO Harris Bank, NA<br>c/o Janet Goodroe<br>9333 N 90th Street<br>Scottsdale, AZ  85258 | Switch<br>Attn: Sam Castor<br>7135 South Decatur Blvd.<br>Las Vegas, NV  89118 | Document Technologies LLC<br>P.O. Box 935151<br>Atlanta, GA 31193-5151 |
| XO Communications, A Verizon Company<br>P.O. Box 15043<br>Albany, NY 12212-5043 | Covenant Consulting LLC<br>5251 W. 116th Place, Ste 200<br>Leawood, KS 66211-7820 | Cogent Communications, Inc.<br>2450 N Street NW<br>Washington, DC 20037 |
| First Legal Network, LLC<br>1202 Howard St<br>San Francisco, CA 94103 | InOutSource, LLC<br>1518 Walnut Street, Suite 1800<br>Philadelphia, PA 19102 | U.S. Bank Equipment Finance, Inc.<br>1310 Madrid Street, Ste. 100<br>Marshall, MN  56258 |
| Banc of America Leasing & Capital, LLC<br>135 S. LaSalle Street<br>Mail Code: IL 4-135-10-12<br>Chicago, IL  60603 | Bank of the West<br>2527 Camino Ramon<br>NC-B07-3F-R<br>San Ramon, CA  94583 | Bank of the West<br>475 Sansome Street, 19th Floor<br>San Francisco, CA  94111 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL  62708 | Insight Investments, LLC<br>611 Anton Blvd., Ste. 700<br>Costa Mesa, CA  92626 | Key Equipment Finance<br>1000 South MacCaslin Blvd.<br>Superior, CO  80027 |
| MB Financial Bank, NA<br>6111 North River Road<br>Rosemont, IL  60018 | SG Equipment Finance, USA Corp.<br>480 Washington Blvd., 24th Floor<br>Jersey City, NJ  07310 | Suntrust Equipment Finance and Leasing Corp.<br>PO Box 4418<br>Mail Code: GA-MQ-1740<br>Atlanta, GA  30302 |
| TCF Equipment Finance, Inc.<br>11100 Wayzata Blvd., Ste. 801<br>Minnetonka, MN 55305 | US Bancorp Equipment Finance, Inc.<br>801 Larkspur Landing Circle<br>Larkspur, CA  94939-1706 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3. **VIA E-MAIL**

| | | |
|---|---|---|
| Office of the United States Trustee<br>Attn: Terri H. Didion<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 4102<br>terri.didion@usdoj.gov | **Attorneys for Creditor 333 BUSH, L.L.C.**<br>William W. Huckins, Esq.<br>Ivan M. Gold, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>3 Embarcadero Center, 12th Fl<br>San Francisco, CA 4111-4074<br>whuckins@allenmatkins.com<br>igold@allenmatkins.com | **Counsel for Creditor, CPF 801 Tower, LLC**<br>Alan Feld<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br>afeld@sheppardmullin.com |
| **Attorneys for Creditor WFP Tower B Co. L.P.**<br>Howard J. Steinberg, Esq.<br>Greenberg Traurig, LLP<br>1840 Century Park East, Ste 1900<br>Los Angeles, CA 90067<br>steinbergh@gtlaw.com | **Attorneys for Creditor WFP Tower B Co. L.P.**<br>Heath B. Kushnick, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>kushnickh@gtlaw.com | Cathrine M. Castaldi<br>Brown Rudnick LLP<br>2211 Michelson Drive, 7th Flr.<br>Irvine, CA 92612<br>ccastaldi@brownrudnick.com |
| **Carrollton-Farmers Branch Independent School District**<br>c/o Eboney Bobb<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>500 East Border Street, Ste. 640<br>Arlington, TX 76010<br>ecobb@pbfcm.com | Maria Tiergen<br>Christopher Marks<br>Tanenbaum Keale LLP<br>1 Convention Place<br>701 Pike Street, Ste. 1575<br>Seattle, WA 98101<br>mtiegen@tktrial.com<br>cmarks@tktrial.com | Stephanie Pereyo<br>PM Legal, LLC<br>75 Maiden Lane, 11th Floor<br>New York, NY 10038<br>spereyo@pmlegal.com |
| Paul Riehle<br>Shartis Friese LLP<br>1 Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>priehle@sflaw.com | Catalina Sugayan<br>Clyde & Co US LLP<br>55 West Monroe Street, Ste, 3000<br>Chicago, IL 60603<br>catalina.sugayan@clydeco.us | Mike F. Pipkin<br>Weinstein Radcliff Pipkin LLP<br>8350 N. Central Expressway, Suite 1550<br>Dallas, Texas 75206<br>mpipkin@weinrad.com |
| **Attorney for Creditor INSIGHT INVESTMENTS, L.L.C.**<br>Cristina A. Henriquez, Esq.<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>chenriquez@mayerbrown.com | **Counsel to the Official Committee of Unsecured Creditors**<br>Cecily A. Dumas<br>Pillsbury Winthrop Shaw Pittman<br>4 Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>cecily.dumas@pillsburylaw.com | **Counsel to the Official Committee of Unsecured Creditors**<br>William J. Hotze<br>Pillsbury Winthrop Shaw Pittman LLP<br>900 Fannin, Ste. 2000<br>Houston, TX 77010<br>william.hotze@pillsburylaw.com |
| **Attorneys for Dallas County**<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Ste. 100<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com | **Attorneys for the Chubb Companies**<br>Marcus O. Colabianchi, Esq.<br>Duane Morris LLP<br>One Market Spear Tower, Suite 2200<br>San Francisco, California 94105<br>mcolabianchi@duanemorris.com | **Attorneys for the Chubb Companies**<br>Wendy M. Simkulak, Esq.<br>Drew S. McGehrin, Esq.<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>wmSimkulak@duanemorris.com<br>dsmcGehrin@duanemorris.com |
| Joshua Wolfgram<br>BMO Harris Bank N.A.<br>BK (2nd floor)<br>180 N Executive Dr.<br>Brookfield, WI , 53005<br>joshua.wolfgram@bmo.com | Sean McCarty<br>Transworld Interpreters<br>3108 El Caminito<br>La Crescenta, CA 91214<br>seanpat@me.com | Marilyn Klinger<br>SMTD Law LLP<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>mklinger@smtdlaw.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| David McBride<br>Brookfield Property Partners<br>250 Vesey Street, 15th Floor<br>New York, NY 10281<br>david.mcbride@brookfield.com | **Attorney for Creditor Richard P. Herman**<br>Matthew Kish<br>Shapiro Blasi Wasserman & Hermann, PA<br>7777 Glades Road, Ste. 400<br>Boca Raton, DL 33434<br>mkish@sbwh.law | **Attorneys for Unsecured Creditor Oracle America, Inc.**<br>Shawn M. Christianson<br>Buchalter, PC<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com |
| **Attorneys for Insight Investments, LLC / 2nd Gear**<br>Joaquin M. C de Baca<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>jcdebaca@mayerbrown.com | **Attorneys for WPF Tower B Co. L.P.**<br>Daniel Ansell<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>anselld@gtlaw.com | **Attorneys for 333 Bush, L.L.C.**<br>William W. Huckins<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>whuckins@allenmatkins.com |
| **Attorneys for 333 Bush, L.L.C.**<br>Glenn A. Good<br>Tishman Speyer<br>333 Bush Street, Ste. 2210<br>San Francisco, CA 94104<br>ggood@tishmanspeyer.com | **Attorneys for Ideal Holdings Inc. LLC**<br>Dentons US LLP<br>601 S. Figueroa Street, Ste. 2500<br>Los Angeles, CA 90017-5704<br>andrea.chang@dentons.com | **Attorneys for CPF 801 Tower, LLC**<br>Alan M. Feld<br>Sheppard Mullin<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>afeld@sheppardmullin.com |
| **Attorneys for Lano/Armada Harbourside, LLC**<br>John D. McIntyreWilson & McIntyre<br>101 West Main Street, Suite 920<br>Norfolk, VA 23510<br>jmcintyre@wmlawgroup.com | **Attorneys for One North Wacker Drive LLC**<br>Martin B. Greenbaum<br>Greenbaum Law Group LLP<br>170 Newport Center Dr. Suite 720<br>Newport Beach, Ca 92660<br>mgreenbaum@collectionlaw.com | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Scott Davis<br>Irvine Company of Properties<br>111 Innovation Drive<br>Irvine, CA 92617<br>scottdavis@irvinecompany.com | UnitedLex Corporation<br>Jessica Gemperline<br>6130 Sprint Parkway, Suite 300<br>Overland Park, KS 66211<br>jessica.gemperline@unitedlex.com | **Attorneys for Thomson Reuters - West**<br>Michael T. Etmund<br>Moss & Barnett<br>150 South Fifth Street, Ste. 1200<br>Minneapolis, MN 55402<br>mike.etmund@lawmoss.com |
| **Attorneys for One Biscayne Tower, LLC**<br>Shane P. Martin<br>Nelson Mullins Broad and Cassel<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, 21st Fl<br>Miami, Florida 33131<br>shane.Martin@nelsonmullins.com | Epiq Systems<br>Mark R. Euler<br>501 Kansas Ave.<br>Kansas City, KS 66105<br>meuler@epiqglobal.com | LexisNexis Matthew Bender & Co., Inc.<br>Kermit F. Lowry<br>9443 Springboro Pike<br>Miamisburg, OH 45342<br>kermit.lowry@lexisnexis.com |
| James L. Gault<br>jimgault14@gmail.com | Nicholas Heldt<br>6017 Margarido Dr.<br>Oakland, CA 94618<br>nickheldt50@gmail.com | City & County of San Francisco Tax Collector<br>Attn: Felipe Leiva<br>felipe.leiva@sfgov.org |
| **Attorneys for Ideal Holdings ONC, LLC**<br>John A. Moe, II<br>Dentons US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>john.moe@dentons.com | **Attorneys for Iron Mountain Information Management LLC**<br>Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110<br>bankruptcy2@ironmountain.com | |