BRETT A. AXELROD (SBN 168657)
NATHAN A. SCHULTZ (SBN 223539)
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nschultz@foxrothschild.com

PAUL LABOV
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone: 212-878-7980
Facsimile: 212-692-0940
Email: plabov@foxrothschild.com

*Attorneys for GRM Information Management Services*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SEDGWICK LLP,<br><br>Debtor. | Lead Case No.: 2:18-bk-31087 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND DEBTORS' ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the undersigned counsel for GRM Information Management Services ("GRM"), Creditor in the above-captioned bankruptcy proceeding, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following pursuant to, *inter alia*, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure:

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

169464\00001\92511177.v1

BRETT A. AXELROD, ESQ.
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com

PAUL LABOV, ESQ.
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone: 212-878-7980
Facsimile: 212-692-0940
Email: plabov@foxrothschild.com

The above counsel further request that they be placed on the Court's ECF notification and service list.

PLEASE TAKE FURTHER NOTICE that this notice includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE that this notice shall not be construed as a consent to the jurisdiction of the Court over the party filing this notice, consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

Respectfully submitted,

Dated: March 28, 2019  FOX ROTHSCHILD LLP

By: /s/ Brett A. Axelrod
Brett A. Axelrod, Esq.
*Attorney for GRM Information Management Service*