**Entered on Docket**
**March 28, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CHANGES MADE BY COURT

**Signed and Filed: March 28, 2019**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Cecily A. Dumas (SBN 111449)
Elizabeth A. Green (SBN 0600547)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: cdumas@bakerlaw.com
Email: egreen@bakerlaw.com

Proposed Counsel to the
Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

IN RE:

SEDGWICK LLP

Debtor.

Case No.: 18-31087 (HLB)

CHAPTER 11

**ORDER RESCHEDULING HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GRM INFORMATION MANAGEMENT SERVICES TO APRIL 3, 2019 AT 3:30 P.M.**

**Hearing Date:**
Date: **April 3, 2019**
Time: **3:30 p.m.**
Place: U.S. Bankruptcy Court
450 Golden Gate Ave., 16th Fl.
Courtroom 19
San Francisco, CA 94102
Judge: Hon. Hannah L. Blumenstiel

This matter is before the Court on the Expedited Motion of the Official Committee of Unsecured Creditors to Reschedule Hearing on Debtor's Motion to Approve Compromise with GRM Information Management Services to April 2, 2019 ("Motion"). Sufficient cause being shown, it is hereby:

ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the hearing on the Debtor's Motion to Approve Compromise with GRM Information Management Service set for April 4, 2019 at 10:00 a.m. is VACATED and the hearing is RE-SET for April **3**, 2019 at **3:30 p.m.**

* * END OF ORDER * *

Case: 18-31087 Doc# 195 Filed: 03/28/19 Entered: 03/28/19 15:40:43 Page 2 of 2