BROWN RUDNICK LLP
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

SEDGWICK LLP,

              Debtor.

CASE NO. 3:18-31087 HLB

Chapter 11

**REQUEST FOR REMOVAL FROM
SPECIAL NOTICE AND MASTER
MAILING LIST**

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

     Brown Rudnick LLP hereby requests removal from service of all pleadings, notices,

motions, schedules, statements, applications and other documents and papers pertaining to the

above-captioned case.

DATED:  March 28, 2019          BROWN RUDNICK LLP

                    By:  _____

                      CATHRINE M. CASTALDI