Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
       jfiero@pszjlaw.com
       jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re: | Case No.: 18-31087 (HLB) |
|---|---|
| **SEDGWICK, LLP**, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE RE FORMER CLIENT FILE DISPOSITION LETTER** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On March 25-26, 28- 30, 2019, I caused to be served the following documents in the manner stated below:

- ***FORMER CLIENT FILE DISPOSITION LETTER***

| | |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 1, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

| SENT MARCH 25, 2019 VIA US MAIL | | |
|---|---|---|
| Metromedia Restaurant Group<br>Attn: Legal Department<br>3701 West Plano Parkway, Ste. 200<br>Plano TX 75075 | Speedy Auto Glass, Inc.<br>Attn: Legal Department<br>32610 Pacific Highway South<br>Federalway, WA 98003 | GAB Robins North America, Inc.<br>Attn: Legal Department<br>9 Campus Drive<br>Parsippany, NJ 07054 |
| Liberty International Underwriters<br>Attn: Legal Department<br>55 Water Street, 23rd Floor<br>New York, NY 10041 | AMEC Foster Wheeler<br>Attn: Legal Department<br>53 Frontage Road<br>Clinton, NJ 08827 | Silverwood Investments, LLC<br>Attn: Legal Department<br>Silverwood Farm Place<br>32 Pleasant Street<br>Sherborn, MA 01770 |
| Bare Escentuals Beauty, Inc.<br>Attn: Legal Department<br>301 Route 17 North, 10th Floor<br>Rutherford NJ 07070 | Underwriters at Lloyd's, London - Resolute<br>Attn: Legal Department<br>8 Fenchurch Place, 4th Floor<br>London EC3M 4AJ<br>UNITED KINGDOM | National Elevator Bargaining Association<br>c/o Nathan Kaitz<br>Morgan Brown & Joy LLP<br>200 State Street<br>Boston, Massachusetts 02109 |
| URS Corporation<br>c/o AECOM<br>Attn: Legal Department<br>1999 Avenue of the Stars, Suite 2600<br>Los Angeles, CA 90067 | Curtco Robb Media, LLC<br>29160 Heathercliff Road, Ste. 200<br>Malibu, CA 90265-6306<br>Attn: Legal Department | Tarkett, Inc.<br>Attn: Legal Department<br>1001 rue Yamaska Est<br>Farnham, CANADA<br>QC J2N 1J7 |

| SENT MARCH 26, 2019 VIA US MAIL | | |
|---|---|---|
| CalFarm Insurance Company<br>Attn: Legal Department<br>1755 Creekside Oaks Drive, Ste. 190<br>Sacramento, CA 95833 | Duvera Acceptance One, LLC<br>Attn: Legal Department<br>1910 Palomar Point Way, Ste. 101<br>Carlsbad CA 92008 | Lonzar Delaware, Inc.<br>Attn: Legal Department<br>2001 Ross Avenue, Ste. 4500<br>Dallas TX 75201-2974 |
| Cellective Case, Inc.<br>c/o Silverline Capital Partners, LLC<br>Attn: Legal Department<br>10 West 33rd Street<br>New York NY 10001 | Newport Scientific Research, LLC<br>Attn: Legal Department<br>660 Newport Center, Ste. 760<br>Newport Beach CA 92660 | Sony Electronics, Inc.<br>Attn: Legal Department<br>16530 Via Esprillo<br>San Diego CA 92127 |
| Embarcadero Systems, Inc.<br>Attn: Legal Department<br>55 North Arizona Place, Ste. 400<br>Chandler AZ 85225 | Carl Warren & Co.<br>Attn: Legal Department<br>17862 East 17th Street, Suite 111<br>Tustin CA 92780 | FedEx Freight West, Inc.<br>Attn: Legal Department<br>3255 Victor Street<br>Santa Clara CA 95054 |
| Helen Grace Chocolates<br>c/o BBX Capital<br>Attn: Legal Department<br>401 East Las Olas Blvd., Ste. 800<br>Fort Lauderdale FL 33301 | Deaton Investments, Inc.<br>Attn: Legal Department<br>301 9th Street, Ste. 111<br>Redlands CA 92374 | Boston Scientific Corporation<br>Attn: Legal Department<br>300 Boston Scientific Way<br>Marlborough, MA 01752-1234 |
| Anthem Blue Cross<br>Attn: Legal Department<br>2 Embarcadero Center<br>San Francisco, CA 94111 | IntelliGender, LLC<br>Attn: Legal Department<br>5600 Tennyson Parkway, Suite 170<br>Plano TX 75024 | Vitas Healthcare of Texas, LP<br>Attn: Legal Department<br>100 South Biscayne Blvd., Suite 1500<br>Miami FL 33131 |
| Markel International Limited<br>Attn: Legal Department<br>20 Fenchurch Street<br>London UNITED KINGDOM<br>EC3M 3AZ | XL Aerospace<br>Attn: Legal Department<br>200 Liberty Street<br>New York NY 10281 | Wessex Industries, Inc.<br>Attn: Legal Department<br>8619 Red Oak Street<br>Rancho Cucamonga CA 91730 |

| | | |
|---|---|---|
| Lazy Oaks Ranch, LP<br>Attn: Legal Department<br>5940 Rehburg Road<br>Burton, TX 77835 | National Signal Inc.<br>Attn: Legal Department<br>2440 Artesia Avenue<br>Fullerton, CA 92833 | IOD Incorporated<br>c/o HealthProt, Inc.<br>Attn: Legal Department<br>925 North Point Parkway, Ste. 350<br>Alpharetta GA 30005 |
| Mine Safety Appliances Company<br>Attn: Legal Department<br>1000 Cranberry Woods Drive<br>Cranberry Twp, PA 16066 | | |

| SENT MARCH 28, 2019 VIA US MAIL | | |
|---|---|---|
| Ronald H. Bonaparte<br>Attn: Legal Department<br>11911 San Vicente Blvd., Suite 355<br>Los Angeles, CA 90049 | Cha C/N 80/0191<br>Attn: Legal Department<br>P. O. Box 55012<br>Los Angeles, CA 90055 | Dublin Land Company Liquidating Trust<br>Attn: Legal Department<br>201 North Charles Street, Ste. 802<br>Baltimore MD 21201 |
| Farmers Healthcare Program<br>Attn: Legal Department<br>1 Minster Court<br>Mincing Lane<br>London UNITED KINGDOM<br>EC3A 7AA | Gerling Allgemeine<br>Attn: Legal Department<br>Gereonshof 8<br>Cologne GERMANY<br>50597 | Security Insurance Group<br>Attn: Legal Department<br>PO Box 2908<br>Toluca Lake, CA 91602-2908 |
| Playtex Family Products Corporation<br>Attn: Legal Department<br>700 Fairfield Avenue<br>Stamford CT 06902 | AT&T Information Services<br>Attn: Legal Department<br>795 Folsom Street<br>San Francisco CA 94107 | Liquid Carbonic Industries<br>Attn: Legal Department<br>800 Jorie Boulevard<br>Oak Brook, IL 60521-2268 |
| Merrett Syndicates<br>Attn: Legal Department<br>33 St. Mary Axe<br>London UNITED KINGDOM<br>EC3A 8LL | Janson Green<br>Attn: Legal Department<br>Ibex House, 1st Floor}<br>42-47 Minories<br>London UNITED KINGDOM<br>EC3 1DY | Igor Lebedeff<br>Attn: Legal Department<br>1550 Ulloa Street<br>San Francisco CA 94116 |
| Alexis Risk Management Svcs.<br>Attn: Legal Department<br>1000 East Garvey Street, Ste. 400<br>West Covina CA 91790-2712 | Ronald P. Ashley<br>Attn: Legal Department<br>712 Sansome Street<br>San Francisco CA 94111 | Blaker Monk & Elliston<br>Attn: Legal Department<br>456 Market Street<br>San Francisco CA 94105 |
| Associated Claims Enterprises<br>Attn: Legal Department<br>209 South La Salle Street, 7th Floor<br>Chicago, IL 60604-1202 | Miles, Inc.<br>Attn: Legal Department<br>PO Box 40<br>Elkhart IN 46515 | United Jewish Community Center<br>Attn: Legal Department<br>121 Steuart Street, Ste. 401<br>San Francisco CA 94105 |
| Transamerica Reinsurance<br>Attn: Legal Department<br>300 First Stamford Place<br>Stamford, CT 06902 | Sedgwick International Offices<br>Attn: Legal Department<br>Candlewick House<br>120 Cannon Street<br>London UNITED KINGDOM<br>EC4N 6LR | American Bonding Company<br>Attn: Legal Department<br>6245 East Broadway, Suite 600<br>Tucson, AZ 85711 |
| Arkwright Mutual Insurance Company<br>Attn: Legal Department<br>425 North Martingale Road, Suite 1200<br>Schaumburg IL 60193-2210 | The Kendall Company<br>Attn: Legal Department<br>15 Hampshire Street<br>Mansfield MA 02048 | Self-Insured Management Services<br>Attn: Legal Department<br>PO Box 55129<br>Valencia CA 91385 |

| | | |
|---|---|---|
| Underwriters Reinsurance Company<br>Attn: Legal Department<br>PO Box 4030<br>22801 Ventura Blvd.<br>Woodland Hills, CA 91412 | Camomile Underwriting Agencies<br>Attn: Legal Department<br>23 Eastern Road<br>Romford, Essex<br>ENGLAND<br>RM1 3NH | Ampex Systems Corporation<br>Attn: Legal Department<br>401 Broadway<br>Redwood City CA 94063-319 |
| Dowelanco<br>Attn: Legal Department<br>9330 Zionsville Road<br>Indianapolis, IN 46268-1054 | Reichhold Chemicals, Inc.<br>Attn: Legal Department<br>PO Box 13582<br>Research Triangle Park, NC 27709 | William Sands<br>Attn: Legal Department<br>1014 North Highland Avenue<br>Hollywood, CA 90038 |
| Genecorp<br>Attn: Legal Department<br>124-A Griffin Street<br>Salinas, CA 93901 | Auto-Owners Insurance Company<br>Attn: Legal Department<br>7330 West College Drive, Suite 203<br>Palos Heights IL 60463 | FOJP-GL-HAECOM<br>Attn: Legal Department<br>28 East 28th Street, 14th Floor<br>New York, NY 10016 |
| Marriott International, Inc.<br>Attn: Legal Department<br>3130 S Harbor Blvd Suite 550<br>Santa Ana CA 92704 | J.I.Case Corporation<br>Attn: Legal Department<br>700 State Street<br>Racine WA 53404 | Perstorp GmbH<br>Attn: Legal Department<br>PO Box 60010<br>Florence, MD 01063 |
| Marina Mortgage Co., Inc.<br>Attn: Legal Department<br>111 Pacifica, Ste. 305<br>Irvine CA 92618-7428 | Fisons Corporation<br>Attn: Legal Department<br>PO Box 1710<br>Rochester NY 14623 | Business Men's Assurance Company<br>Attn: Legal Department<br>1200 Main Street<br>Kansas City, MO 64105-2118 |
| Whittaker, Clark & Daniels, Inc.<br>Attn: Legal Department<br>100 Executive Drive<br>West Orange, NJ 07052-3309 | Erie Insurance Group<br>Attn: Legal Department<br>301 Commonwealth Drive<br>Warrendale, PA 15086 | Phoenix Wrecking Corporation<br>Attn: Legal Department<br>6114 La Salle Avenue, Ste. 425<br>Oakland CA 94611-2802 |
| Fedders Corporation<br>Attn: Legal Department<br>PO Box 813<br>Liberty Corner, NJ 07938 | Credit General Insurance Company<br>Attn: Legal Department<br>3201 Enterprise Parkway<br>Beachwood OH 44122 | CSC Credit Services, Inc.<br>Attn: Legal Department<br>652 North Sam Houston Parkway East, Ste. 400<br>Houston TX 77060 |
| XL Financial Services (Ireland) Limited<br>Attn: Legal Department<br>70 Gracechurch Street<br>London ENGLAND<br>EC3 0XL | Riskcorp<br>Attn: Legal Department<br>255 Queens Avenue, Suite 302<br>London ENGLAND<br>N6A 5R8 | Columbia/HCA Healthcare Corp<br>Attn: Legal Department<br>PO Box 555<br>Nashville TN 37202-0555 |
| Rossi & Rovetti Flowers<br>Attn: Legal Department<br>365 West Portal Avenue<br>San Francisco CA 94127 | American Express Prop Casualty<br>Attn: Legal Department<br>PO Box 19018<br>Green Bay WI 54307 | U.S.Modules, Inc.<br>Attn: Legal Department<br>370 17th Street, Suite 3580<br>Denver CO 80202 |
| Allegiance Insurance Company<br>Attn: Legal Department<br>PO Box 5011<br>Upland CA 91785 | La Petite Academy, Inc.<br>Attn: Legal Department<br>8717 West 110th Street, Ste. 300<br>Overland Park KS 66210 | Paul Yen<br>Attn: Legal Department<br>401 East Valley Blvd., Ste. 200<br>San Gabriel CA 91776 |
| Morrison & Hecker<br>Attn: Legal Department<br>2600 Grand Avenue<br>Kansas City KS 64108-4606 | College Liability Insurance Company<br>Attn: Legal Department<br>PO Box 8380<br>Portland OR 97207-8380 | RSUI Group, Inc.<br>Attn: Legal Department<br>945 East Paces Ferry Road, Suite 1890<br>Atlanta GA 30326 |

| Cadbury Beverages, Inc.<br>Attn: Legal Department<br>8144 Walnut Hill Lane<br>Dallas TX 75231-4372 | Professional Underwriters<br>Attn: Legal Department<br>12121 Wilshire Blvd., Ste. 601<br>Los Angeles, CA 90025 | Eagle Star Insurance Company<br>Attn: Legal Department<br>Ibex House<br>42-47 Minories<br>London ENGLAND<br>ECC3N 1HN |
|---|---|---|
| Bailey & Marzano<br>Attn: Legal Department<br>2828 Donald Douglas Loop<br>Santa Monica, CA 90405 | Bankers Security Life Insurance Company<br>Attn: Legal Department<br>222 South Ninth Street, Ste. 3300<br>Minneapolis MN 55402 | Riley Bower, Inc.<br>Attn: Legal Department<br>2699 White Road, Ste. 255<br>Irvine CA 92714 |
| Titan Indemnity Company<br>Attn: Legal Department<br>3 Riverway, Ste. 960<br>Houston TX 77389 | Tawa Management Limited<br>Attn: Legal Department<br>3 Minster Court<br>Mincing Lane<br>London England<br>EC3R 7DD | SMC Marketing Corporation<br>Attn: Legal Department<br>3520 La Mata Way<br>Palo Alto CA 94306 |
| New River Gallery Inc.<br>Attn: Legal Department<br>822 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | | |

| **SENT MARCH 29, 2019 VIA US MAIL** | | |
|---|---|---|
| Personal Reference Case<br>Attn: Legal Department<br>PO Box 7648<br>San Francisco CA 94120 | Plaintiff Case<br>c/o Arbitration Administrator<br>Superior Court of California<br>City and County of San Francisco<br>400 McAllister Street, Room 316<br>San Francisco CA 94102 | TIG<br>Attn: Legal Department<br>12 East Armour Boulevard<br>Kansas City, Mo 64111 |
| Municipal Ct Arbitration Admin<br>Attn: Legal Department<br>P. O. Box 8118<br>North Mankato MN 56002-8118 | CAC/AIAC<br>Attn: Legal Department<br>233 Main Street<br>P.O. Box 2350<br>New Britain CT 06050-2350 | CAC/Associated Building Maintenance<br>Attn: Legal Department<br>1775 West Dempster Street<br>Park Ridge IL 60068 |
| CAC/Miscellaneous<br>Attn: Legal Department<br>3975 Erie Avenue<br>Cincinnati OH 45208 | FOJP-GL-LIJC<br>Attn: Legal Department<br>613 E Broadway Ste 220<br>Glendale CA 91206-3402 | FOJP-GL-Montefiore<br>Attn: Legal Department<br>Law Department BC 317<br>Golden CO 80401 |
| Glickman, Inc.<br>Attn: Legal Department<br>PO Box 4003<br>Woodland Hills CA 91365-4003 | Western Family Insurance Company<br>Attn: Legal Department<br>PO Box 5000<br>Orange CA 92613-5000 | Cunningham and Lindsey<br>Attn: Legal Department<br>PO Box 5000<br>Orange CA 92613-5000 |
| Golder Associates<br>Attn: Legal Department<br>PO Box 12015<br>Riverside CA 92375-0900 | Cohesion Technologies<br>Attn: Legal Department<br>c/o The Aetna Life & Casualty Co<br>PO Box 12015<br>Riverside CA 92502 | Miadora.com, Inc.<br>Attn: Legal Department<br>c/o Attn: Ms. Lori Terando<br>P.O. Box 5000<br>Orange CA 92613-5000 |
| College Heights Development Corporation<br>Attn: Legal Department<br>c/o The Aetna Casualty & Surety Co<br>PO Box 12015<br>Riverside CA 92502-2015 | Pinkerton's Incorporated<br>Attn: Legal Department<br>c/o The Aetna Casualty & Surety Co<br>PO Box 12015<br>Riverside CA 92502-2015 | James Yribarren<br>c/o Travelers Property Casualty<br>PO Box 12015<br>Riverside CA 92502-2015 |

| | | |
|---|---|---|
| Christopher Hare<br>c/o Trish Duarte<br>225 Lennon Lane Suite #200<br>Walnut Creek CA 94598 | Joanne M. Ingledew<br>c/o Mr. Donald R. Davis<br>151 Farmington Avenue<br>Hartford CT 06156 | Calabasas Motorcars, Inc.<br>c/o Ms. Susan Katz<br>PO Box 8090<br>Walnut Creek CA 94596 |
| William Anderson<br>c/o Mr. Lew Turner<br>PO Box 8090<br>Walnut Creek, CA 94596 | HMA Mission Associates, LLC<br>c/o Mr. Barry Shaw<br>PO Box 13696<br>Sacramento CA 95853 | XL Insurance Switzerland<br>c/o Casualty Company<br>Attn: Mr Bruce Marr<br>PO Box 8090<br>Walnut Creek CA 94596 |
| Holden & McKenna, P.C.<br>c/o Litigation Administrator<br>Aetna Life & Casualty/CID<br>PO Box 5000<br>Orange CA 92613-5000 | Contract Freighters, Inc.<br>c/o Aetna Life & Casualty/CID<br>PO Box 13696<br>Sacramento CA 95853 | CNI Claims Service<br>c/o Aetna Life & Casualty/CID<br>PO Box 13696<br>Sacramento CA 95853 |
| PacifiCare<br>Claim Technical Representative<br>Aetna Life &<br>Casualty/CID<br>P O Box 13716<br>Sacramento CA 95853-7316 | Lawrence Warfield, Trustee<br>Claim Technical Representative<br>Travelers Property Casualty<br>PO Bo 8090<br>Walnut Creek, CA 94596 | Lawrence Warfield, Trustee<br>Claim Technical Representative<br>Travelers Property Casualty<br>P O Box 8090<br>Walnut Creek CA 94596 |
| Zurich Re<br>Aetna Life & Casualty/CID<br>P O Box 8090<br>Walnut Creek CA 94596 | Metcalf, Jerome C. and Laurie<br>Claim Representative<br>Travelers Property Casualty<br>PO Box 13089<br>Sacramento, CA 95813-4089 | Metcalf, Jerome C. and Laurie<br>Claim Representative Travelers<br>Property Casualty<br>P O Box 13089<br>Sacramento CA 95813-4089 |
| Credit Pointe Collections Services, LLC<br>Attn: Ms. Josie Inhof<br>PO Box 2954<br>Milwaukee, WI 53201-2954 | Credit Pointe Collection Services, LLC<br>Attn Ms Josie Inhof<br>P O Box 2954<br>Milwaukee WI 53201-2954 | Lowndes Lambert Cargo Limited<br>Aetna Life & Casualty<br>P O Box 8090<br>Walnut Creek CA 94596-8090 |
| Haiz, Patrick J.<br>Aetna Life & Casualty<br>151 Farmington Avenue Re4c<br>Hartford Ct 06156 | Cedara Software USA Corporation<br>Aetna Life & Casualty<br>P O Box 8090<br>Walnut Creek CA 94596-8090 | Assessment Research, Inc.<br>No Calif Claim Service Center<br>Aetna Life & Casualty<br>PO Box 8090<br>Walnut Creek, CA 94596-8090 |
| Harriscope of Los Angeles, Inc.<br>Aetna Casualty and Surety Co.<br>2868 Prospect Park Drive<br>Rancho Cordova, CA 95670 | Enstar Networking<br>Travelers/Aetna Property<br>No Calif Claim Service Center<br>PO Box 8090<br>Walnut Creek, CA 94596-8090 | The Ransford Group, Inc.<br>Fidelity Bond Claims, Tn3f<br>Aetna Casualty and Surety Co.<br>151 Farmington Avenue<br>Hartford, CT 06156-5720 |
| Adam Singer<br>Attn: Ms. Clara Mayne<br>PO Box 8106<br>Walnut Creek, CA 94596-8106 | Randel N. Evans<br>No Calif Claim Service Center<br>Travelers Property Casualty<br>PO Box 849<br>Napa, CA 94559 | Thomas Schellenberg<br>Attn: Roseline S. Tomlin<br>Casualty Corporation<br>PO Box 8106<br>Walnut Creek, CA 94598-8106 |
| R A Edwards, Syndicate 219<br>Senior Technical Specialist<br>Travelers Property Casualty<br>PO Box 97<br>Santa Cruz, CA 95063 | Kelly Family 1994 Trust<br>Senior Technical Specialist<br>Travelers Property Casualty<br>PO Box 849<br>Napa, CA 94559 | Enerphaze Corp.<br>Senior Claim Specialist Travelers<br>Property Casualty<br>PO Box 8106<br>Walnut Creek, CA 94596-8106 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| King & Lyons<br>Travelers Property Casualty<br>849 Almar Street, No. C1<br>Santa Cruz, CA 95060 | Richard O'Connor<br>Brian Steuer<br>Senior Claim Specialist Travelers<br>Property Casualty<br>PO Box 8106<br>Walnut Creek, CA 94596-8106 | JR Realty #2<br>CAN Insurance Group<br>PO Box 7430<br>San Francisco, CA 94120-7430 |
| Claim Indemnity Services<br>Technical Specialist Travelers<br>Property Casualty<br>PO Box 8106<br>Walnut Creek, CA 94596 | Wendy DeHaas<br>Allianz Underwriteers Ins. Co.<br>PO Box 7782<br>Burbank, CA 91510-7782 | Stanley J. Nelson<br>Allianz Underwriters Ins. Co.<br>PO Box 7782<br>Burbank, CA 91510 |
| Berkeley Fuller Paints, Inc.<br>Allianz Ins. Co.<br>PO Box 7782<br>Burbank, CA 91510-7782 | Donald A. Bergen<br>Allianz Underwriters Ins. Co.<br>PO Bo 778<br>Burbank, CA 91510-7782 | CNA Re<br>Attn: Ms. Debra Santiago<br>PO Box 36910<br>Los Angeles, CA 90036 |
| Michael R. Matson, DDS<br>Attn: J. Milford Ford<br>Portland, OR 97201 | Verizon Services Group<br>Attn: Mr. Craig Bodway<br>PO Box 31239<br>Seattle, WA 98103 | Revealed Solutions, Inc.<br>Attn: Robert Shannonhouse<br>68 Willow Road<br>Menlo Park, CA 94025 |
| Gerling UK<br>Attn: Ms. Nick Petros<br>275 Shoreline Dr.<br>Redwood, CA 94065 | John Chiatello<br>Attn: Al Koch<br>68 Willow Rd.<br>Menlo Park, CA 94025 | Hadley Auto Transport, Inc.<br>Attn: Al Koch<br>68 Willow Rd.<br>Menlo Park, CA 94025 |
| Albert Richards<br>Attn: Al Koch<br>68 Willow Rd.<br>Menlo Park, CA 94025 | Edward Wong<br>Attn: Mr. William Roache<br>68 Willow Rd.<br>Menlo Park, CA 94025 | John S. Richards<br>Attn: Mr. A. Koch<br>Claims Mgr.<br>68 Willow Rd.<br>Menlo Road, CA 94025 |
| Francisco H. Adame<br>Attn: Teri Bognar<br>68 Willow Rd.<br>Menlo Road, CA 94025 | Jonathon W. Hollandsworth<br>Attn: Mr. A. Koch<br>68 Willow Rd.<br>Menlo Road, CA 94025 | Claims Control Corporation<br>Attn: Robert Shannonhouse<br>68 Willow Road<br>Menlo Park, CA 94025 |
| Robert M. Rouse, Receiver<br>Attn: Ms. Lori Currie<br>275 Shoreline Dr.<br>Redwood City, CA 94065-1497 | Lighthouse Superscreens Inc.<br>Attn: Claims Dept.<br>68 Willow Road<br>Menlo Park, CA 94025 | Prime Portfolio, LP<br>Attn: Claims Dept.<br>68 Willow Road<br>Menlo Park, CA 94025 |
| Muscletech Research & Development, Inc.<br>Law Offices of Beth Zaro Green<br>110 William Street, 18th Fl.<br>New York, NY 10038 | Aseptic Concepts, Inc.<br>AIG Technical Services<br>70 Pine Street<br>New York, NY 10270 | Jewellery Brands Pty. Ltd.<br>Chartis Claims, Inc.<br>PO Box 2318<br>Costa Mesa, CA 92628 |
| Hotel International Acquisition Group<br>AIG Technical Services<br>70 Pine St.<br>New York, NY 10270 | Charles Pankow<br>Nasser Noorani<br>AIG Technical Services Inc.<br>70 Pine St.<br>New York, NY 10270 | Muscletech Research & Development, Inc.<br>AIG Toxic Torts Dept.<br>80 Pine St., 6th Fl.<br>New York, NY 10005<br>Attn: Legal Department |
| Forestwood Center, LLP<br>Chartis Claims, Inc.<br>80 Pine St., 6th Fl.<br>New York, NY 10005 | Logical Link, Inc.<br>Director<br>Chartis Claims, Inc.<br>70 Pine St.<br>New York, NY 10280 | XL Re Ltd.<br>Law Offices of Beth Zaro Green<br>110 William St., 18th Fl.<br>New York, NY 10038 |

| Paul Demuro<br>Unat (Switzerland)<br>Kappalistrasse 7 Ch-8028<br>Zurich, Switzerland | Ron Petrinovich<br>Law Offices of Beth Zaro Green<br>110 William St., 18th Fl.<br>New York, NY 10038 | Robert M. Rouse<br>Attn: Lisa J. Wright<br>American International Bldg.<br>2-8 Altyre Rd.<br>Croydon ENGLAND<br>CR9 2LG |
|---|---|---|
| Brian Hinman<br>Attn: Mr. Jaren F. Leet<br>1049 Kiel Court<br>Sunnyvale, CA 94086 | James E. Helzer<br>Attn: Claims Dept.<br>PO Box 696<br>Concord, CA 94522 | JEH/Eagle Supply, Inc.<br>Attn: Claims Dept.<br>PO Box 696<br>Concord, CA 94522 |
| Britten & Conrad Investments, LLC<br>Attn: Claims Dept.<br>PO Box 696<br>Concord, CA 94522 | Hott Wings, Inc.<br>1902 The Travelers Bldg.<br>3600 Wilshire Bldg.<br>Los Angeles, CA 90010 | A-Max Technology Co., Ltd.<br>Attn: Chubb & Son<br>1617 JFK Blvd., Ste. 700<br>Philadelphia, PA 19103 |
| Universal Underwriters Group<br>Attn: Eric A. Packel, Esq.<br>1 Penn Center Suburban Station<br>1617 J. F. Kennedy Blvd., Ste. 700<br>Philadelphia, PA 19103 | Certain Underwriters<br>Attn: M.J. Hasty<br>1800 E. Imperial Hwy.<br>PO Box 6500<br>Brea, CA 92621 | Friends of Hawarden Hills<br>Attn: Edward Kloth<br>PO Box 24011<br>Seattle, WA 98124-9611 |
| Tory Corporate Real Estate Advisors, Inc.<br>Attn: Ms. Linda Brusseau<br>PO Box 6500<br>1800 E. Imperial Hwy.<br>Brea, CA 92621 | TAF, Inc., d/b/a<br>Commercial Chemical Products<br>Attn: Bob Koza<br>CNA Plaza 375<br>Chicago, IL 60685 | Roger Scullion<br>CNA Insurance Companies<br>PO Box 230<br>San Bruno, CA 94066 |
| Vital Signs, Inc.<br>Attn: Ms. Laura S. Edmunson<br>1800 E. Imperial Hwy.<br>PO Box 6500<br>Brea, CA 92621 | Richard Shupack<br>Myra Goldfield<br>Attn: Ms. Linda Brusseau<br>PO Box 6500<br>Brea, CA 92622 | A.J. Batt<br>Attn: Mr. John Droutsas<br>PO Box 6500<br>Brea, CA 92621 |
| Bruce Lavine<br>Elizabeth Zimmerman<br>Attn: Ms. Sue Markham<br>1800 E. Imperway Hwy.<br>Brea, CA 92621 | Gina DeVito<br>Attn: Mr. Steve Wuderlich<br>1800 E. Imperial Hwy.<br>PO Box 2300<br>Brea, CA 92621 | Azzam Abdo<br>CNA Insurance Companies<br>PO Box 2300<br>Brea, CA 92622 |
| Jay P. Telenda<br>CAN Insurance Companies<br>3080 S. Bristol St., Ste. 402<br>Costa Mesa, CA 92626 | David Papera<br>CNA Insurance Company<br>1800 E. Imperial Hwy.<br>PO Box 6500<br>Brea, CA 92621 | Iole Sari<br>Attn: Ms. Lauren Feldman<br>1800 E. Imperial Hwy.<br>PO Box 6500<br>Brea, CA 92621 |
| Byrd Development, LLC<br>CNA Insurance Companies<br>3080 Bristol St., 4th Fl.<br>Costa Mesa, CA 92626 | Paul Jain<br>Attn: Dennis Copelan<br>3080 Bristol St., #402<br>Costa Mesa, CA 92626 | Magnum International<br>Attn: Rose Larrabee Claims Consultant<br>3080 Brustik St., #402<br>Costa Mesa, CA 92626 |
| Movers USA<br>Attn: Ms. Debra Dennis<br>3700 Wilshire Blvd., Ste. 520<br>Los Angeles, CA 90010 | Maurice Lombardo<br>Cravens Dargan & Company<br>475 Sansome St., Ste. 870<br>San Francisco, CA 94111 | Nacio Investment Group, LLC<br>Atn: Mr. Paul Bongfeldt<br>350 California St., Ste. 1600<br>San Francisco, CA 94104 |
| The Peelle Company<br>Electric Mutual<br>152 Conant St.<br>PO Box 1026<br>Beverly, MA 01915-0726 | Great Western Funding<br>Electric Insurance Co.<br>152 Conant St.<br>Beverly, MA 01915-0726 | Yang/Fagelson/Hahne<br>Law Offices of Beth Zaro Green<br>110 William Street, 18th Fl.<br>New York, NY 10038 |

| | | |
|---|---|---|
| Cha C/N 25784<br>P.O. Box 1469<br>San Jose CA 95109 | Cha C/N 31434<br>San Francisco Regional Office<br>455 Market Street PO Box 3615<br>San Francisco CA 94119-9971 | Cha C/N 32485<br>Bishop Square - Pacific Tower South<br>King & Alakea Streets<br>P. 0. Box 2255<br>Honolulu HI 96804 |
| Cha C/N 34104<br>Attn: Mr. Albert Dischinger<br>P.0.Box 1052<br>Colorado Springs CO 80901 | Cha C/N 3 840<br>100 Pine Street<br>San Francisco CA 94111 | Cha C/N Pyo 26977<br>Attn: Workers Compensation Claims<br>Department 3<br>Embarcadero Center<br>19 Floor<br>San Francisco CA 94111 |
| Cha C/N 26978<br>2102 West Indian School Road<br>Phoenix AZ 85015 | Cha C/N 81/0191<br>c/o CA Ins. Guarantee Assn.<br>3324 Wilshire Blvd.<br>Los Angeles CA 90010 | Cha C/N 83/0191<br>c/o CA Ins. Guarantee Assn.<br>3324 Wilshire Blvd.<br>Los Angeles CA 90010 |
| Five Star Building Maintenance<br>333 S Hope St<br>Ste 2500<br>Los Angeles CA 90071 | Lucas Industries<br>Attn: Luke P Argilla<br>Vice President/General Counsel<br>260 Townsend Street<br>San Francisco CA 94107 | John Glenn Adjusters<br>Attn: Matthew D. Soyster<br>2501 118th A venue North<br>St. Petersburg, FL 33716 |
| Kaiser Permanente Medical Care<br>Fred Hatami<br>25 851 Elderbrook Lane<br>Laguna Hills CA 9265 3 | Allendale Insurance<br>William Newell Cameron Newell<br>Advertising<br>16001 Ventura Blvd., Ste 200<br>Encino, CA 91436 | James Kimo Campbell<br>Attn: Ms. Nancy Rayburn<br>Director of Administration<br>100 Thorndale Drive<br>San Rafael, CA 94903 |
| Whittington Syndicate<br>c/o Johnson & Higgins Ltd.<br>Victoria Hall<br>P.O. Box Hm 1826<br>Hamilton Hm Hx<br>Bermuda | Bombadier-Rotax<br>Mr Peter Calibraro<br>Executive Director<br>805 Veterans Boulevard<br>Redwood City, CA 94063 | Charles G. Oewel<br>Karel L Zaruba Esq<br>201 Tabor Road<br>Morris Plains, NJ 7950 |
| Gay & Taylor, Inc.<br>Thomas M Loarie<br>48630 Milmont Drive<br>Freemont CA, 94538-7353 | Savers Property & Casualty Ins<br>Attn David Cole Esq<br>1530 Timberwolf Drive<br>PO Box 960<br>Holland, OH 43528 | Gerling America Insurance Company<br>First City Servicing Corp<br>38 Pond Street, Suite 106<br>Franklin, MA 2038 |
| Ameritech<br>Richard D Carroll Esq<br>100 Ocean Gate, Ste 880<br>Long Beach, CA 90802 | Mag Mutual Insurance Company<br>Attn Katherine Hicks<br>231 G Street #27<br>Davis, CA 95616 | Justin Management Company<br>30 Burton Hills Blvd., #400<br>Nashville TN 3 7215 |
| SDS Mariagement Corporation<br>Baskin Robbins USA Co<br>31 Baskin Robbins Place<br>Glendale, CA 91201 | Auto Zone Inc<br>Attn Ed Cunningham<br>PO Box 1292<br>Victorville, CA 92392 | Siegel Trading Company<br>Smith & Cashion<br>Suntrust Center<br>424 Church Street, Suite 1200<br>Nashville, TN 37219 |
| Physicians Health Services Inc<br>Attn Mr Mike Adams President<br>570 "B" West Central Avenue<br>Brea, CA 92621 | The Dialog Corporation<br>Attn: Mike Cunningham<br>395 Oyster Point Blvd.<br>Suite 405<br>South San Francisco, CA 94080 | Stafco Personnel Management<br>c/o Sears Point Raceway<br>Attn Steve Page, President<br>Highways 37 and 121<br>Sonoma CA 95476 |

| | | |
|---|---|---|
| Vereinte Versicherungs<br>Attn Stephen I Leonard, Pres<br>620 Davis Street<br>San Francisco, CA 94111 | Vereinte Versicherungs<br>Attn Stephen I Leonard, Pres<br>620 Davis Street<br>San Francisco, CA 94111 | Commercial Underwriters Insurance Company<br>Attn Jennie March-Aleu<br>74 Via Los Altos<br>Tiburon, CA 94920 |
| AGF Marine Underwriting Svc.<br>107 Flynn Drive<br>P.O. Box2M<br>Milbank, SD 57253 | Revatex, Inc.<br>Attn: John S. Wurzler<br>3520 Okemos Road, Suite 6<br>PMB 120<br>Okemos, MI 48864 | Lawyers Mutual Insurance Company<br>c/o Marilyn S Klinger Esq<br>939 15th Street #10<br>Santa Monica CA 90403 |
| Applied Anagramics, Inc.<br>Kathy Ireland World Wide LLC<br>1900 Ave of The Stars, 16th Flr.<br>Los Angeles CA 90067 | TKG International<br>Attn: John Cackett<br>28 Queen Street<br>Hamilton Hm Mx<br>Bermuda | Drakes Landing/100 Sir Francis<br>PO Box 767668<br>Roswell, GA 30076-7668 |
| JS Mattison & Company<br>Western Technologies<br>Attn: Steve Yula<br>520 Eagleview Blvd.<br>Exton PA 19341 | SMC Development Corporation<br>President<br>Municipal Attorney's Assn<br>c/o Office of the District Attorney<br>City & County<br>of San Francisco<br>850 Bryant Street, Room 322<br>San Francisco CA 94103 | Venes Technology Corporation<br>Nobel Ins. Co.<br>C/0 Anne L Meyers<br>28601 Chagrin Blvd., Ste 500<br>Cleveland, OH 44122 |
| Farallon Decauter Meadows Ltd.<br>Attn: Clarence W. Rippel<br>281 Masonic Avenue<br>San Francisco, CA 94118 | Mid-State Mutual Insurance Company<br>Employers Reinsurance Corp<br>5200 Metcalf<br>PO Box 2991<br>Overland Park KS 66201-1391 | Atel Capital Group (Rome)<br>Vasco H Morais<br>321 Karen Way<br>Tiburon, CA 94920 |
| Delaware Historical Development<br>Attn Joan Anyon, CJA Attorney<br>United States District Court<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 | State Auto Insurance Companies<br>Attn Scott Bardowell<br>Senior Counsel<br>8741 Landmark Road<br>Richmond, VA 23228 | Care Technologies, Inc.<br>Simon Allport Ashley Palmer<br>2 7 Leadenhall Street<br>London Ec3a laa<br>England |
| NC Copping Syndicate at Lloyds<br>P. 0. Box 7133<br>San Francisco, CA 94120 | Specialty Motors, Inc.<br>Attn: Mr. R. E. Galaher<br>3 5 80 Wilshire Boulevard<br>Los Angeles CA 90010 | Prudential Property & Casualty<br>Attn: Robert Slater<br>One City Boulevard West, #407<br>Orange, CA 92668 |
| Mark III Industries<br>Attn: Robert Slater<br>One City Boulevard West, #407<br>Orange CA 92668 | Centaur Re<br>Atten: Robert H. Peirce<br>3580 Wilshire Boulevard<br>Los Angeles, CA 90010 | City of San Mateo<br>Attn: Claims Dept.<br>3580 Wilshire Boulevard<br>Los Angeles CA 90010<br>Attn: Legal Department |
| L. Kee & Co., Inc. dba Keeco<br>Attn: Mr. Patrick O'Brien<br>3580 Wilshire Blvd.<br>Los Angeles CA 90010 | J runes E. Hawthorne<br>Attn: Robert H. Peirce<br>3580 Wilshire Blvd.<br>Los Angeles CA 900 I 0 | Robles del Rio Lodge LLC<br>Attn: Mrs. Debbie Powell<br>3580 Wilshire Blvd<br>Los Angeles CA 90010 |
| Zimmer-Cook Associates<br>Attn: Mr. Carmen Martino<br>3580 Wilshire Boulevard | Healthone, Inc.<br>Attn: Douglas Rothman, Claims<br>PO 3500<br>Woodland Hills CA 91365 | Goodman Manufacturing Company<br>Attn: Mr. Al Parham<br>3580 Wilshire Blvd.<br>Los Angeles, CA. 90010 |

| Hudson Insurance Company<br>Attn: Mr. David Smith<br>3580 Wilshire Boulevard<br>Los Angeles, CA 90010 | San Francisco Municipal Attys<br>Attn: Ms. Margaret Pearson<br>3580 Wilshire Boulevard<br>Los Angeles CA 90010 | Greenland Corporation<br>Bradley Plaza<br>2200 W. Orangewood Ave.<br>P. 0. Box 1085<br>Orange, CA 92668 |
|---|---|---|
| Sable Insurance<br>Attn: Mr. Rick Reuter<br>P.O. Box 5000<br>Orange, CA 92613-5000 | ComStar Mortgage Corporation<br>Attn: Mr. Ron Lucchesi<br>P.O. Box 29007<br>Glendale CA, 91210 | California Consumer Credit<br>Attn: Mr. Rick Reuter<br>2677 North Main Street<br>Santa Ana, CA 92701 |
| Global Switch, Inc.<br>Attn: Mr. Gary Jones<br>P.O. Box 29007<br>Glendale, CA 91210 | America Online<br>Aetna Casualty & Surety Co<br>PO Box 12015<br>Riverside, CA 92502-2015 | Smith Paint & Supply Company, Inc.<br>Attn: Ms. Denise Lupear<br>P.O. Box 6900<br>Redlands, CA 923 7 5 |
| Riklis, Meshulam<br>Attn; Ms. Sandra Breslow<br>P.O. Box 4003<br>Woodland Hills, CA 91365-4003 | Excite @Home<br>Attn: Mr. Elliot Padernacht<br>Bond Claim Division, TSlB<br>151 Farmington A venue<br>Hartford, CT 6156 | SR International Business Insurance<br>Co. Ltd.<br>Aetna Casualty & Surety Co<br>Po Box 12015<br>Riverside, CA 92502-2015 |
| Oxford Investments LLC<br>Travelers Property Casualty<br>21600 Oxnard St<br>Woodland Hills, CA 91365-4003 | Amex Plating, Inc.<br>Aetna Casualty & Surety Co<br>PO Box 12015<br>Riverside, CA 92502-2215 | Brush-Wellman<br>Aetna Casualty & Surety Co<br>PO Box 12015<br>Riverside, CA 92502-2015 |
| Goodwyn, M.W.<br>Aetna Casualty & Surety Co<br>One Tower Square<br>Hartford, CT 06183-1050 | Henshaw Associates, Inc.<br>The Travelers Ins Group Commercial<br>Lines<br>Law Dept<br>One Tower Square-7pb<br>Hartford. CT 6183 | Don Koblick<br>Travelers Property Casualty<br>One Tower Square/Prospect Bldg<br>205 Columbus Blvd<br>Hartford, CT 06183-9062 |
| Peery-Arrillaga<br>Attn: Mr. Rick Reuter<br>P.O. Box 5000<br>Orange, CA 92613-5000 | Seimens Real Estate, Inc.<br>Attn: Ms. Tamy Mosier<br>Post Office Box 5000<br>Orange, CA 92613-5000 | Stuart, Victoria<br>Attn: Ms. Linda Tonkovich<br>P.O. Box 5000<br>Orange, CA 92613-5000 |

| **SENT MARCH 30, 2019 VIA US MAIL** | | |
|---|---|---|
| FOJP-GL-Beth Israel Medical<br>Attn: Legal Department<br>3400 Riverside Dr 10th Fl<br>Burbank CA 91505-4153 | PLCM-GL-North General Hospital<br>Attn: Legal Department<br>P O Box 19018<br>Green Bay WI 54307 | FOJP-GL-Bronx Lebanon Hospital<br>Attn: Legal Department<br>17780 Fitch Street Suite 200<br>P O Box 19725<br>Irvine CA 92714 |
| FOJP-GL-Miscellaneous<br>Attn: Legal Department<br>444 South Flower Street 14th Floor<br>Los Angeles CA 90071 | FOJP-Third Party/Workers Comp<br>Attn: Legal Department<br>1900 W Olive Ave<br>Burbank CA 91506 | FOJP-Service Corp-Miscellaneous<br>Attn: Legal Department<br>P O Box 5011<br>Upland CA 91785-5011 |
| FOJP-Nursing Home/AIG<br>Attn: Legal Department<br>10 Light Street<br>Baltimore MA 21202-1487 | Yeshiva-GL<br>Attn: Legal Department<br>Stevenson Expressway at King Drive<br>Chicago IL 60616 | Affiliated Risk Control Admin<br>Attn: Legal Department<br>Lloyd's of London<br>One Lime Street London<br>EC3M 7HA England |
| Montefiore Miscellaneous<br>Attn: Legal Department<br>676 North Saint Clair Street<br>Chicago IL 60611-2997 | FOJP<br>Attn: Legal Department<br>8717 West 110th Street, Suite 300<br>Overland Park KS 66210 | FOJP-MED MAL-HAECOM<br>Attn: Legal Department<br>550 South Melrose Street<br>Placentia CA 92670 |

| FOJP-MED MAL-BETH ISRAEL<br>Attn: Legal Department<br>2120 South Susan Street<br>Santa Ana CA 92704 | CCC-MED MAL-BROOKLYN HOSPITAL<br>Attn: Legal Department<br>150 East Baker Street<br>Costa Mesa CA 92626 | CCC-MED MAL-ST LUKES/ROOSEVELT<br>Attn: Legal Department<br>150 East Baker Street<br>Costa Mesa CA 92626 |
|---|---|---|
| CCC-Med Mal-Brookdale Hospital<br>Attn: Legal Department<br>559 West Las Tunas Drive<br>San Gabriel CA 91776 | CCC-Med Mal-Long Island College Hospital<br>Attn: Legal Department<br>401 East Valley Blvd., Ste. 200<br>San Gabriel CA 91776 | CCC-Med Mal-OLMMC<br>Attn: Legal Department<br>Herrn Mag Reinald Westreicher<br>Kaernterring 12 1010<br>Vienna AUSTRIA |
| FOJP-Med Mal-Bronx Lebanon<br>Attn: Sandy Sytton, Esq.<br>12 East Armour Blvd.<br>Kansas City MO 64111 | FOJP-Med Mal-Beth Israel North<br>Attn: Legal Department<br>130 East 59th Street<br>New York NY 10022 | Syndicate 1212 - S J Burnhope<br>Attn: Legal Department<br>37599 Filbert Street<br>Newark CA 94560 |
| Travelers – Value Billing<br>Attn: Legal Department<br>8572 Sierra Avenue, Ste. B<br>Fontana CA 92335 | CAC/Rental Realty<br>Attn: John Pagan<br>PO Box 10289<br>Van Nuys CA 91410-0289 | FOJP-Med Mal-Beth Israel Kings Hwy<br>Attn: Legal Department<br>2881 East Oakland Park Blvd., Ste. 200<br>Fort Lauderdale FL 33306 |
| Bankers Insurance/Salvage<br>Attn: Legal Department<br>Labatt Brewing Company<br>303 Richmond Street<br>London, Ontario<br>CANADA N6B 2H8 | Brockbank Syndicate 862<br>Attn: Legal Department<br>Buena Park Anaheim Independent<br>17316 Edwards Road, Suite B120<br>Cerritos CA 90703 | Kaiser 4049 Trust<br>Attn Mr Peter Young<br>550 Montgomery Street<br>San Francisco CA 94111 |
| Associated Merchandising Corp.<br>Attn Valerie Acerra, General Counsel 1440 Broadway<br>New York NY 10018 | United States District Court<br>Attn: Mr. Charles Wade<br>555 California St., Suite 2950<br>San Francisco CA 94104 | CNA re Facility Matters<br>Attn: Legal Department<br>Aetna Casualty & Surety<br>PO Box 12015<br>Riverside CA 92502-2015 |
| Admiral Encon Underwriters<br>Attn: Ms Cheryl Chrzas<br>100 West Broadway<br>Glendale CA 91210 | KEMPES<br>Attn: Mr. Rick Reuter<br>PO Box 5000<br>Orange, CA 92613-5000 | CCC-Med-Mal-Hospital For Joint Diseases<br>Attn: Ms. Lou Peele<br>PO Box 8090<br>Walnut Creek CA 94596 |
| General Refractories Company<br>Attn Legal Department<br>The Upjohn Company<br>7000 Portage Road<br>Kalamazoo, MI 49001 | Epic Financial Services, LLC<br>Attn: Legal Department<br>Travelers Property Casualty<br>PO Box 479<br>Napa CA 94559 | R A Edwards, Syndicate 219<br>Attn Legal Department<br>Travelers Property Casualty<br>PO Box 97<br>Santa Cruz CA 95063 |
| General Brewing Company<br>Attn: WH Palmer<br>68 Willow Road<br>Menlo Park CA 94025 | Eagle Insurance Group<br>Attn: Robert Shannonhouse<br>68 Willow Road<br>Menlo Park CA 94025 | Andrew D. Weissman<br>c/o American Hardware Mutual Ins<br>275 Shoreline Drive<br>Redwood City CA 94065-1497 |
| Yang/Fagelson/Hahne<br>c/o Law Offices of Beth Zaro Green<br>110 William Street, 18th Floor<br>New York NY 10038 | Shultz Pharmacy<br>Attn: Legal Department<br>PO Box 696<br>Concord CA 94522 | Test Client<br>Attn Legal Department<br>123 Main Street<br>Tustin CA 92535 |
| John Taylor<br>Attn: Legal Department<br>Comercial Union Ins Co<br>801 N Brand Blvd.<br>PO Box 29037<br>Glendale CA 91209-9037 | Saks Incorporated<br>Attn: Legal Department<br>CNA Plaza 4 South<br>333 South Wabash<br>Chicago IL 60685 | Color Digital Reprographics, Inc.<br>Attn: Legal Department<br>Electric Insurance<br>3000 W Alameda Ave., Rm C190<br>Burbank CA 91523 |

| | | |
|---|---|---|
| TRS Partners, LLC<br>Attn: Legal Department<br>Electric Insurance<br>3000 W Alameda Ave., Rm C125<br>Burbank CA 91523 | Southwestern Medical Group<br>Attn: Mr. Leland W. Damner<br>4340 Stevens Creek Blvd., Ste. 225<br>San Jose, CA 95l29 | Michael DeLange<br>Attn: Michele Viglucci<br>Special Litigation Unit<br>P O. Box 1026<br>Beverly MA 01915-0726 |
| Frank, J. Ehret<br>Attn: Sr Attorney Litigation Dept<br>Electric Mutual<br>PO Box 1026<br>Beverly MA 01915-0726 | Lopez & Lopez Architects, Inc.<br>Attn: Sr Attorney Litigation Dept<br>Electric Mutual<br>PO Box 1026<br>Beverly MA 01915-0726 | Judy Lawhorn & Gassaway Apothecary Inc.<br>Attn: Sr Attorney Litigation Dept<br>Electric Mutual<br>PO Box 1026<br>Beverly MA 01915-0726 |
| XCS<br>Attn: Sr Attorney Litigation Dept<br>Electric Mutual<br>PO Box 1026<br>Beverly MA 01915-0726 | James Doyle<br>Attn: Legal Department<br>Toxic & Environmental Lit Dept<br>Electric Insurance Co<br>PO Box 1029<br>Beverly MA 01915-0729 | Dale Bedgood<br>Attn: Legal Department<br>Toxic & Environmental Lit Dept<br>Electric Insurance Co<br>PO Box 1029<br>Beverly MA 01915-0729 |
| IAN Medical Resources, Inc.<br>Attn: Larry Morton<br>P O Box 7847<br>San Francisco, CA 94120 | Terry & Susan Rummel<br>Attn: Claims Department<br>PO Box 7847<br>San Francisco, CA 94120 | Jane Viltman & Yury Khaykin<br>Attn: Workers Comp Claims Department<br>PO Box 7847<br>San Francisco, CA 94120 |
| Margaret S. Yung<br>Attn: Claims Department<br>PO Box 7847<br>San Francisco, CA 94120 | Stephen R. Walker<br>Attn: Claims Department<br>500 California Street<br>San Francisco CA 94120 | iSmart International Ltd.<br>Attn: Claims Department<br>PO Box 7847<br>San Francisco CA 94120 |
| Tweak, Inc.<br>Attn: Mr. Dennis C. Harvey, Claims Attorney<br>10900 N.E. 4th Street, 12th Flr.<br>Bellevue WA 98004 | Mohamed Poonja<br>PO Box 145<br>Tower Place<br>London ENGLAND<br>EC3P 3BE | James S. Kessler<br>1 Minster Court<br>Mincing Lane<br>London ENGLAND<br>EC3R 7AA |
| Movie Mex<br>PO Box 145<br>Tower Place<br>London ENGLAND<br>EC3P 3BE | Tongda<br>1 Minster Court<br>Mincing Lane<br>London ENGLAND<br>EC3R 7AA | M.J. Harrington Syndicate 2000<br>PO Box 145<br>Tower Place<br>London ENGLAND<br>EC3P 3BE |
| A.J. Lynch & Company<br>Attn: Legal Department<br>St Helen's 1 Undershaft<br>London ENGLAND<br>EC31 8JT | Joel & Joanne Shefflin<br>Attn: Legal Department<br>St Helen's 1 Undershaft<br>London ENGLAND<br>ECEA 8JT | Gayda Airth<br>Attn: Legal Department<br>St Helen's 1 Undershaft<br>London ENGLAND<br>EC3A 8JT |
| Tejpaul, Shashi K. aka Paul, S.K.<br>Attn: Legal Department<br>St Helen's 1 Undershaft<br>London ENGLAND<br>EC3A 8JT | Kathyrn and Robert Black<br>Attn: Claims Dept.<br>PO Box 200<br>San Bruno CA 94066 | Mel Connet<br>Attn: Claims Dept.<br>PO Box 200<br>San Bruno CA 94066 |
| Edmond Adaimy<br>Attn: Claims Dept.<br>PO Box 7601<br>San Francisco CA 94120 | Tarkett Corporation<br>Attn: Claims Dept.<br>PO Box 1980<br>Berkeley CA 94701 | Halsey Minor<br>Attn: Claims Dept.<br>1330 Broadway<br>Oakland CA 94612 |
| The Rizza Group<br>Attn: Workers Comp. Claim Dept.<br>330 Broadway<br>Oakland, CA 94612 | Jill Rommel<br>Attn: Charrise Hong<br>1330 Broadway<br>Oakland CA 94612 | Ordinary Mutual Insurance Company<br>Attn: Claims Dept.<br>1330 Broadway<br>Oakland CA 94612 |

| | | |
|---|---|---|
| James W. and Gail P. Spann<br>Attn: Workers Comp. Claims Dept.<br>PO Box 2449<br>San Francisco CA 94126 | Dominik Schieweck<br>Attn: Workers Comp. Claims Dept.<br>50 California Street<br>San Francisco CA 94111 | Mark Meaders<br>Attn: Workers Comp. Claims Dept.<br>PO Box 9111<br>Walnut Creek CA 94598 |
| Michael Tedesco<br>Attn: Workers Comp. Claims Dept.<br>PO Box 2449<br>San Francisco CA 94126 | Eric Roach<br>Attn: Claims Dept.<br>PO Box 9111<br>Walnut Creek CA 94598 | Dealers Finance Source LLC<br>Attn: Darrell Huseth<br>PO Box 9111<br>Walnut Creek, CA 94598 |
| Robert E. Forrest<br>Attn: Claims Dept.<br>PO Box 9111<br>Walnut Creek CA 94598 | Birdstep Technology ASA<br>Attn: Mr Paul Van Der Heyden<br>333 West Pierce Road<br>PO Box 478<br>Itasca IL 60143-3134 | Jungo, Inc.<br>Attn: Ms. Carolyn<br>15350 Sherman Way, Ste. 320<br>PO Box 9227<br>Van Nuys CA 91409 |
| Janet Mortenson<br>Attn: Workers Comp. Claims Dept.<br>PO Box 4089<br>Santa Rosa CA 95402 | Smith, James W. & Finite Validations<br>Attn: Workers Comp. Claims Dept.<br>650 California Street<br>San Francisco CA 94108 | Elisabeth M. Newell<br>Attn: Shirley Ludwico<br>PO Box 6616<br>San Jose CA 95150 |
| James and Junko Fyffe<br>Attn: Legal Department<br>Insurance Services Group Inc<br>707 Skokie Blvd., Suite 540<br>Northbrook IL 60062 | Riordan, Michael T. and BRRC, LLC<br>Attn: Legal Department<br>Insurance Services Group Inc<br>707 Skokie Blvd., Suite 540<br>Northbrook IL 60062 | Henry Kaufman<br>Attn: Legal Department<br>Gulf Insurance Company<br>PO Box 446<br>Dallas TX 75221-0446 |
| Robert Epstein<br>Attn: Legal Department<br>Claims Examiner II<br>Gulf Insurance Group<br>PO Box 446<br>Dallas TX 75221-0446 | Basina, Glenn V., et al.<br>Attn Douglas Poetzsch, Esq.<br>125 Broad Street<br>New York NY 10004 | Bluff Springs Investors, Ltd.<br>Attn Legal Department<br>Interstate Insurance Group<br>55 E Monroe, Suite 3300<br>Chicago IL 60603 |
| Arthur G. Schrieber<br>Attn Legal Department<br>Kemper National Insurance Cos<br>3179 Temple Ave., Ste. 250<br>Pomona CA 91769-1769 | Lee Roy Chaney<br>Attn Legal Department<br>Kemper National Insurance Co.<br>PO Box 289007<br>San Diego CA 92198-9007 | 1442-1448 Sacramento Street LLC<br>Attn Legal Department<br>Kemper National Insurance Co.<br>3201 Temple Avenue<br>Pomona CA 91768 |
| Asa Crawford Andersen<br>Attn Legal Department<br>Kemper National Insurance Co.<br>80 Blue Ravine Road<br>Folsom CA 95630 | Jurate Antioco<br>Attn Legal Department<br>Kemper National Insurance Co.<br>16835 West Bernardo Drive, Ste. 103<br>San Diego CA 92127 | Brenda Betcone<br>Attn Legal Department<br>Kemper National Insurance Co.<br>PO Box 15810<br>Sacramento CA 95852-0810 |
| Perlita Billedo<br>Attn Legal Department<br>Kemper National Insurance Co.<br>PO Box 25229<br>Santa Ana CA 92799 | Kevin Birmingham<br>Attn Legal Department<br>Kemper National Insurance Co.<br>3179 Temple Ave., Ste 250<br>Pomona CA 91769-1769 | Builders Supply Club, LLC<br>Attn Legal Department<br>Kemper National Insurance Co.<br>PO Box 1769<br>Pomona CA 91769-1769 |
| Edna Caldwell<br>Attn Legal Department<br>Kemper National Insurance Co.<br>Douglas Corporate Center<br>2999 Douglas Blvd., Ste. 220<br>Roseville CA 95661 | Julie Chan<br>Attn Legal Department<br>Kemper National Insurance Co.<br>B-6 Rout 22 and Krueger Rd<br>Long Grove IL 60049 | Chao Ming Chang<br>Attn Legal Department<br>Kempler National Insurance Co<br>Douglas Corporate Center<br>2999 Douglas Blvd., Ste. 220<br>Roseville CA 95661 |

| | | |
|---|---|---|
| Daniel Chim<br>Attn Legal Department<br>Kemper National Insurance Co.<br>1 Kemper Drive<br>Long Grove IL 60049-0001 | Jennie Chin<br>Attn Legal Department<br>Kemper National Insurance Co.<br>PO Box 25229<br>Santa Ana CA 92799 | Mary China<br>Attn Legal Department<br>Kemper National Insurance Co.<br>950 S Bascom Ave., Ste. 2120<br>PO Box 28550<br>San Jose CA 95159-8550 |
| Lin Lin Chow<br>Attn Legal Department<br>Kemper National Insurance Co.<br>l Kemper Drive<br>Long Grove IL 60049-0001 | Xiomara Corrales<br>Attn Legal Department<br>Kempler National Insurance Co.<br>PO Box 22437<br>Tampa FL 33622 | Kevin Curran<br>Attention: Bruce Bodini<br>2101 E. Fourth Street<br>PO Box 15363<br>Santa Ana CA 92705-0363 |
| Thais DaRosa<br>Attn: Legal Department<br>Kemper National Insurance Co.<br>2677 North Main St., 3rd Flr.<br>Santa Ana CA 92705 | Bill Davies<br>Attn Michael M Triplett, Claim Rep.<br>2677 North Main Street, Ste. 300<br>Santa Ana CA 92705 | Eric Downing<br>Attn Legal Department<br>Executive National Ins Cos<br>Douglas Corporate Center<br>2999 Douglas Blvd., Ste. 220<br>Roseville CA 95661 |
| Rick Durazzo<br>Attn: John Schroeder<br>l75 Berkeley Street<br>Boston MA 02116 | Kaj Wdholm<br>Attn: Claims Department<br>2233 Watt Avenue<br>Sacramento CA 95825 | Clark and Maria Fong<br>Attn: Mr. Morgan Cox<br>175 Berkeley Street<br>Boston MA 02116 |
| Alfonso Fonseca<br>Attn: Gary Duke<br>216 Pine Street<br>San Francisco CA 94104 | Matt & Dan Friedman<br>Attn: Claims Department<br>216 Pine Street<br>San Francisco CA 94104 | Larry Gean<br>Attn: Claims Department<br>2233 Watt Avenue<br>Sacramento, CA 95825 |
| Gary L. and Victoria Hong<br>Attn: Fran L. Rudich, Esq.<br>70 Pine Street<br>New York NY 10270-0110 | Glendy Hsu<br>Attn: Ms. Sandra Oglesby<br>80 Pine Street, 6th Floor<br>New York NY 10015 | Ben & Mary Ishisaki<br>Attn: Legal Department<br>AIG Technical Services Inc<br>80 Pine Street, 6th Floor<br>New York NY 10005 |
| Burton Jang<br>Attn: Legal Department<br>AIG Technical Services Inc<br>80 Pine Street, 6th Floor<br>New York NY 10005 | Jon Jernigan<br>Attn: Legal Department<br>AIG Environmental Management<br>3 Embarcadero Center, Ste. 301<br>San Francisco CA 94111 | Margaret Peggy Jordan<br>Attn: Legal Department<br>AIG Technical Services, Inc.<br>80 Pine Street, 6th Floor<br>New York NY 10005 |
| Andrew Jurinka<br>Attn: Legal Department<br>AIG Technical Services, Inc.<br>80 Pine Street, 10th Floor<br>New York NY 10005 | Ron Kagehiro<br>Attn: Legal Department<br>AIG Technical Services, Inc.<br>80 Pine Street, 10th Floor<br>New York NY 10005 | Leavena Khayat<br>Attn: Legal Department<br>Litigation Specialist Penn National Insurance<br>PO Box 21727<br>Greensboro NC 27420-1727 |
| Paul Kokezaz<br>Attn: Legal Department<br>Penn National Svc Bureau<br>1 Penn Center<br>1617 JFK Blvd., Ste. 700<br>Philadelphia PA 19103 | James Kolinos<br>Attn: Legal Department<br>Penn National Svc Bureau<br>1 Penn Center<br>1617 JFK Blvd., Ste. 700<br>Philadelphia PA 19103 | Richard Krooth<br>Attn: Legal Department<br>Penn National Svc Bureau<br>1 Penn Center<br>1617 JFK Blvd., Ste. 700<br>Philadelphia PA 19103 |
| Chu Ming Kwok<br>Attn: Legal Department<br>Penn National Svc Bureau<br>1 Penn Center<br>1617 JFK Blvd., Ste. 700<br>Philadelphia PA 19103 | Ted Loewenberg,<br>4333 Saltillo Street<br>Woodland Hills, CA 91364 | Mark Lovewell<br>Attn: Legal Department<br>Haight Brown & Bonesteel<br>3880 Lemon Street, Suite 410<br>Riverside, CA 92501 |

| | | |
|---|---|---|
| Ken Luu<br>Attn: Legal Department<br>Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 | Greg McDowell<br>Attn: Legal Department<br>Thomas Howell Group (USA)<br>2220 East Alosta Ave., Ste. 225<br>Glendora CA 91740-4594 | Dr Gideon Peri<br>Kapam Ltd.<br>49 Eder Street<br>34752 Haifa, Israel<br>Attn: Legal Department |
| Palm 6 Productions<br>8950 Ellis Ave<br>Los Angeles CA 90034<br>Attn: Legal Department | Daniel Wong<br>2506 N. Orchard<br>Chicago, IL 60614 | John B. Wong<br>Brothers Productions<br>308 Ashby Court<br>Berryville, VA 22611 |
| Argonaut Great Central Ins Co.<br>PO Box 807<br>Peoria, IL 61652 | Allen Okamoto<br>16133 Ventura Blvd.<br>Penthouse Suite A<br>Encino, CA 91436 | George Padgett<br>344 Isle of View Drive<br>McQueeny, TX 78123 |
| CNA Insurance Companies<br>CNA Plaza<br>Chicago, IL 60685 | Aldrich Taylor Insurance<br>PO Box 1098<br>Burbank, CA 91507 | Reinhart Boemer Van Deuren<br>Norris & Rieselbach SC<br>P O Box 92900<br>Milwaukee, WI 53202-0900 |
| Most Travel<br>1351 South Beach Blvd il<br>La Habra, CA 90631 | Ectax Inc.<br>300 Esplanade, Ste. 900<br>Oxnard CA 93030 | Benny Tan<br>Attn: Ms. Linda L. Harrington<br>100 Van Ness Avenue, 28th Flr.<br>San Francisco, CA 94102-5238 |
| Visit Taveethancharoen<br>6121 Shoup, No 17<br>Woodland Hills, CA 91367 | James To<br>32 Belcourt Drive<br>Newport Beach, CA 92660 | Forty Six Hundred Partnership<br>4600 Campus Drive Suite 101<br>Newport Beach, CA 92660-1801 |
| Anthony Tse<br>1001 West Euless Blvd., Suite 300<br>Euless, TX 76040-5033 | Greentree Laboratories Inc.<br>PO Box 425<br>Tustin, CA 92681 0425 | VIP Simi Valley Project Ltd.<br>482 Stanford Drive<br>Arcadia, CA 91007 |
| Alison Tarn<br>Attn: Steven C. Cutler<br>655 Redwood Highway, Ste. 309<br>Mill Valley, OA 94941 | Kirkpatrick Ficus<br>Attn: David Stephens CPA<br>2201 Dupont Drive, Suite 400<br>Irvine, OA 92612 | Major Medical Integrated, Inc.<br>256 Third Street<br>P.O. Box 120<br>Falls Station<br>Niagara Falls, NY 14303 |
| Brian Caffyn<br>Attn: Ms. Diane Weaver, Esq.<br>500 S.E. 6th Street<br>Ft. Lauderdale, PL 33301 | James Morrow, M.D.<br>1633 Old Bay shore Highway<br>Burlingame, CA 94010-0727 | Suet Ying Lau<br>General Manager<br>North American Transformer<br>1200 Piper Drive<br>Milpitas CA 95035 |
| Systems, Inc.<br>Attn: Mr. TomHui<br>4 Orinda Way, Suite HOB<br>Orinda, CA 94563 | Litigation Control Manager<br>Office Special Deputy Receiver<br>446 E. Ontario, Suite 700<br>Chicago, XL 60611 | Elinore Green<br>c/o Tim Savinar, Esq.<br>2097 Market Street, Ste. A<br>San Francisco, CA 94114 |
| Municipal Court City &<br>County of San Francisco<br>City Hall Room 303<br>San Francisco, CA 94102 | Joe H. Brims<br>126 Blackstone Drive<br>Danville, CA 94506 | Sanchez Hilltop<br>3720 21st Street<br>San Francisco CA 94114 |
| Craddick Candland & Conti<br>915 San Ramon Valley Blvd.<br>PO Box 810<br>Danville, CA 94526-0810 | Park Assurance Company<br>155 Felker Street, Suite 1<br>Santa Cruz, CA 95060 | Matthew S. Miller<br>170 Corte Anita<br>Greenbrae, CA 94904-1106 |
| Kinder Wuerfel & Cholakian<br>555 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 | John J. Mucia<br>817 Sputh Madison Avenue<br>Pasadena, CA 91106 | John Gilmore<br>503 Explorer<br>Austin TX 78734 |

| | | |
|---|---|---|
| Michael Dee<br>10338 Larwin Avenue<br>Chatsworth, CA 91311 | Sedgwick Mediation/Arbitration Services<br>Attn: Legal Department<br>Chrysler Corporation<br>12000 Chrysler Drive<br>Highland Park MI 48288-1919 | Sedgwick Client Accommodation Matters<br>Attn: Legal Department<br>Chrysler Corporation<br>12000 Chrysler Drive<br>Highland Park MI 48288-1919 |
| GOL Linhas Aéreas Inteligentes S.A<br>Attn: Legal Department<br>Allied Mutual Insurance Co<br>2301 Circadian Way<br>PO Box 849<br>Santa Rosa CA 95407-8498 | Kurt Link<br>209 South Lasalle Street<br>Chicago, IL 60604-1202 | Walter Larsen & Associates<br>1320 Divisadero Street<br>San Francisco, CA 94115 |
| President Bridge International Company<br>41 Drumm Street<br>San Francisco, CA 94111 | Franciscan Friars of Northern California<br>1500 34th Avenue<br>Oakland, CA 94601 | New River Gallery Inc.<br>65 El Portal Drive<br>Clayton, CA 94517 |
| Belie Chou<br>155 Montgomery Street<br>San Francisco, CA 94104 | Jonathan Kantor<br>Attn: Rafael C. Vialo<br>San Salvador<br>El Salvador, Central America | David and Michelle King<br>c/o Palmer, Duckworth, et al.<br>Attn: Kenneth F. Strong, Esq.<br>P. O. Box 26<br>Novato, CA 94948 |
| Sun Tea Brewers Company<br>c/o Pepsi Cola Newburgh<br>237-241 Dupont Avenue<br>Newburgh, NY 12550-0608 | Judy Cheng<br>5942 Gaviota Avenue<br>Long Beach, CA 90805 | Gregory O. Petersen<br>3035 Pierce Street<br>San Francisco, CA 94123 |
| Tony Phan<br>Thuong Nguyen<br>7648 South Latrobe<br>Chicago, IL 60459 | Joanna Burpo<br>69 Paseo Mirasol<br>Tiburon, CA 94920 | Covia Partnership<br>9700 West Higgins Road, Suite 400<br>Rosemont, IL 60018 |
| 880 Associates<br>880 North Point<br>San Francisco CA 94109 | Koschenrutistrasse<br>74 Ch-8052<br>Zurich, Switzerland | Greenwood Bay Homeowners Assoc.<br>232 Michele Circle<br>Novato, CA 94947 |
| Elite Tile<br>Attn: Robert F. Alexander<br>945 East Paces Ferr Road<br>Suite 1890<br>Atlanta, GA 30326-1125 | Arythmia Records, Inc.<br>Attn: Craig Queen, Esq.<br>233 South Wacker Drive<br>Ste. 2420, Sears Tower<br>Chicago, IL 60606-6308 | Travelers Property Casualty<br>Commercial Lines<br>One Tower Square 7PB<br>Hartford, CT6183 |
| Travelers Property Casualty<br>9600 SW Oak, Ste. 450<br>Portland, OR 97223 | Andrew J. Stewart<br>The Baltic Exchange<br>38 St. Mary Axe<br>London EC3 8BH, England | Tammy and Gary Gladd<br>Attn: A.O. Ramage<br>16 Minories<br>London EC3N 1 AX, England |
| Doralee Ashby<br>Attn: Anson J. Paul<br>Bishops Court 27-33<br>Artillery Lane<br>London El 71P, England | Larry B. Anderson<br>Attn: Tony Outuwaite<br>Friary Court /Crutched Friars<br>London EC3N 2NP, England | 21st Century Insurance Co.<br>6301 Owensmouth Avenue<br>Woodland Hills, CA 91367 |
| 21st Century Insurance Co.<br>6301 Owensmoth Avenue<br>Woodland Hills, CA 91367 | Claim Attorney<br>21st Century Insurance Co.<br>6301 Owensmouth Avenue<br>Woodland Hills, CA 91367 | Zurich US<br>801 North Brand Blvd., Penthouse<br>Glendale, CA 91203 |
| Rik B. Mitchell<br>Attn: Edward Stone<br>Third Floor, Commercial Union Bldg.<br>St. Helen's 1 Undershaft | Toni Lynne To we<br>Attn: Derek Perkins<br>New Loom House<br>101 Blackchurch Lane<br>London El 71U, England | Claims Examiner<br>21st Century Insurance Co.<br>1732 N. 1st Street, Suite 350<br>San Jose, CA 95112 |

| | | |
|---|---|---|
| London EC3A 8L4, England | | |
| Jefferson-Pilot Life Insurance<br>PO Box 21008<br>Greensboro, NC 27420 | Merco, Inc.<br>Ill7 Route 31 South<br>Lebanon, NJ 8833 | Elliott J. Vance<br>Attn: Daniel Durst<br>Soodmattenstrasse 2<br>Box 8134<br>Adliswil, Switzerland |
| Swiss Reinsurance Company<br>Mythenquai 50/60 8022<br>Zurich, Switzerland | Schmuel Leblancestembe<br>Attn: Thomas Crawford<br>20 North Michigan Avenue, Suite 700<br>Chicago, IL 60602 | Metropolitan Life Insurance Co. Law 7C<br>One Madison Avenue<br>New York, NY 10010 |
| Thompson, Hines<br>One Chase Manhattan Plaza<br>58th Floor<br>New York, NY 10005 | Baker & Daniels<br>111 E. Wayne Street, Suite 800<br>Fort Wayne, IN 46802 | Exxon Risk Management Services<br>PO Box 3342<br>Houston, TX 77253-3342 |
| Legalbi;; & Review Mgmt., Inc.<br>PO Box 1788<br>Brentwood, TN 37024-1788 | Physician Reciprocal Insurers<br>111 East Shore Road<br>PO Box 4300<br>Manhasset, NY 11030 | Senior Claims Examiner<br>Markel Corporation<br>PO Box 38708<br>Glen Allen, VA 23058-3870 |
| Claims Manager<br>Markel Insurance Company<br>P.O. Box 3870<br>Glen Allen, VA 23058-3870 | Boat US<br>Attn: Kenneth M. Perscheid<br>Litigation Counsel<br>P. O. Box 9280<br>Walnut Creek, CA 94598-0980 | McCullough Campbell & Lane<br>401 N. Michigan Avenue<br>Chicago, IL 60611-4277 |
| Latino Health Care Inc.<br>517 North Main Street<br>Santa Ana, CA 92701 | Janssen/Bayer<br>Attn: Jerri Solomon, Esq.<br>Sr. Corporate Counsel<br>4680 Wilshire Blvd.<br>Los Angeles CA 90010 | Zurich Ins Company<br>1400 American Lane<br>Schaumburg, IL 60196-1056 |