Development Specialists, Inc.
150 Post Street, Suite 400
San Francisco, CA 94108
Telephone: 415/981-2717
Facsimile: 415/981-2718

*Financial Advisor to the Debtor*

**Entered on Docket
April 02, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: April 2, 2019**



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>　　　　　　　　　Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEVELOPMENT SPECIALISTS, INC. AS ADVISORS TO THE DEBTOR, SEDGWICK, LLP, FOR THE PERIOD OCTOBER 2, 2018 THROUGH JANUARY 31, 2019**<br><br>Date:　April 4, 2019<br>Time:　10:00 a.m.<br>Place:　United States Bankruptcy Court<br>　　　　450 Golden Gate Avenue, 16th Floor<br>　　　　Courtroom 19<br>Judge:　Honorable Hannah L. Blumenstiel |

**THIS MATTER** came before the Court upon consideration of the application for approval of compensation and reimbursement of expenses [Docket No. 174] (the "**Application**"), filed by Development Specialists, Inc. ("**DSI**"), financial advisor for the above-captioned debtor and debtor in possession (the "**Debtor**"). Based upon the Court's review and consideration of the Application, the declarations in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 case,

DOCS_SF:100771.1 77998/002

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances.

It appears to the Court that good cause exists for interim approval of the fees and expenses requested by DSI in the Application, pursuant to section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis as reflected herein:

2. The Court allows and awards on an interim basis $138,526.50 in fees for services rendered and $288.72, in expenses incurred by DSI, which reflects the reduction in fees in the amount of $773.50 and expenses in the amount of $56.42.

3. DSI is authorized to apply any retainer towards the payment of the fees and expenses approved by this Order and the Debtor is hereby authorized and directed to promptly pay DSI such allowed fees and expenses to the extent unpaid.

4. This Order is effective immediately upon entry.

5. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END ORDER \*\*\***

**COURT SERVICE LIST**

DOCS_SF:100771.1 77998/002