SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ALAN M. FELD, Cal. Bar No. 155345
MICHAEL M. LAUTER, Cal. Bar No. 246048
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        afeld@sheppardmullin.com
              mlauter@sheppardmullin.com
              sfarzan@sheppardmullin.com

Attorneys for the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Sedgwick LLP,<br><br>        Debtor. | Case No. 18-31087<br><br>Chapter 11<br><br>**COMMITTEE'S STATEMENT ON EXCLUSIVITY AND REQUEST FOR A SCHEDULING CONFERENCE** |

Paragraph 4 of this Court's order entered May 21, 2019 as Docket No. 224 provided that the above-captioned debtor ("Debtor") and the Official Committee of Unsecured Creditors ("Committee") could file simultaneous briefs on whether to extend the exclusivity period past its current date of June 17, 2019, and that if no briefs were filed by today, the exclusivity period would expire on its own on June 17, 2019 and the hearing set on exclusivity on June 13, 2019 at 10:00 a.m. in this Court would be cancelled.

The Committee opposes any further extension of the exclusivity period beyond June 17, 2019. Committee counsel had fully prepared, and was about to file, a brief to that effect today when Committee counsel received a call from Debtor's counsel at approximately 2:15 p.m. today informing Committee counsel that the Debtor (i) would not be filing a request to extend exclusivity; and (ii) would be filing a Rule 9019 settlement motion settling clawback claims against certain former partners without the Committee's consent or approval. The Debtor then filed that unilateral settlement motion today as Docket No. 234.

The Committee is disappointed that the Debtor waited until the day briefs were due to notify counsel that it was not seeking to extend exclusivity, thus causing the estate to expend unnecessary attorney's fees in preparing the Committee's brief. Moreover though, the Committee is shocked that the Debtor has taken this unilateral approach on the settlement of the clawback claims, given that the creditors represented by the Committee are the sole beneficiaries of the value of those claims. The Committee plans to object to the settlement, seek discovery in connection with the settlement motion, and seek additional affirmative relief. The Committee requests that in light of this development, and given the fact that this hearing was already calendared for the Court and certain participants, including the Committee chairman Kelly Kinnon and Committee counsel, Alan Feld, had already made plans to attend the scheduled hearing from out of town, that the Court treat the hearing that had been scheduled for June 13, 2019 at 10:00 a.m. on exclusivity (which is no longer necessary as exclusivity will expire on its own on June 17, 2019) as a scheduling conference on the settlement motion and the related relief to be sought by the Committee.

June 6, 2019                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By        */s/ Michael Lauter*
                                          MICHAEL LAUTER
                                   Attorneys for the Official Committee of Unsecured
                                                     Creditors