1 | John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:     jlucas@pszjlaw.com
           jrosell@pszjlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP**,<br><br>Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR AND THYSSENKRUPP ELEVATOR CORPORATION**<br><br>**Hearing Date:**<br>Date: July 1, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: U.S. Bankruptcy Court<br>       450 Golden Gate Avenue, Courtroom 19<br>       San Francisco, CA<br>Judge: Hon. Hannah L. Blumenstiel |

**PLEASE TAKE NOTICE** that on June 10, 2019, Sedgwick, LLP ("**Debtor**") filed its *Motion for Order Approving the Compromise of a Controversy among the Debtor and Thyssenkrupp Elevator Corporation* [Docket No.238] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on **July 1, 2019 at 10:00 a.m. (Pacific Time)**, or as soon thereafter as the matter may be heard, a hearing (the "**Hearing**") will be held with respect to the Motion in the courtroom of Honorable Hanna L. Blumenstiel, United States Bankruptcy Judge, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9014-1(c)(2), responses to the Motion, if any, shall be filed **on or before June 24, 2019**.

Dated:  June 10, 2019   PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jason H. Rosell*
    Jason H. Rosell
    Attorneys for Sedgwick, LLP