John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Tel/Fax: 415.263.7000 / 415.263.7010
Email:   jlucas@pszjlaw.com
              jrosell@pszjlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-31087 (HLB) |
| **SEDGWICK, LLP**, | Chapter 11 |
| Debtor. | **NOTICE OF DISCLOSURE STATEMENT HEARING** |

**Hearing Date**:
Date:       August 1, 2018
Time:       10:00 a.m. (Pacific Time)
Place:      450 Golden Gate Avenue,
               16th Floor
               San Francisco, CA 94102
Judge:     Honorable Hannah Blumenstiel

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

> **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE COURT.**

1.      On June 17, 2019, the above-captioned debtor (the "Debtor") filed (a) *Plan of Liquidation of Sedgwick LLP*, dated June 17, 2019 (Docket No. 245) (as it may be amended or modified, the "Plan"); and (b) a related *Disclosure Statement in Support of Plan of Liquidation of Sedgwick LLP* (Docket No. 246) (as it may be amended or modified, the "Disclosure Statement") under section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

2.      On June 17, 2019, the Debtor filed the *Motion For an Order (I) Approving Disclosure Statement, (II) Approving the Form and Manner of Service of the Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes on Plan, (IV) Scheduling Hearing*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

"Motion") seeking approval of the Disclosure Statement and approval of Solicitation Procedures and Confirmation Procedures (as such terms are defined in the Motion) in connection with the Debtor's pursuit of confirmation of the Plan.

3.  A hearing to consider the approval of the Disclosure Statement and the other relief sought in the Motion (the "Disclosure Statement Hearing") will be held before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, at 450 Golden Gate Avenue, San Francisco, CA, Floor 16, Courtroom 19 (the "Bankruptcy Court"), on **August 1, 2019 at 10:00 a.m., Pacific time**.

4.  Objections to approval of the Disclosure Statement or the Motion, or proposed modifications to the Disclosure Statement, if any, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or proposed modification and provide the specific language of any proposed modification, where possible; and (d) be filed with the Bankruptcy Court and served on the following parties so that all objections are received no later than **4:00 p.m., Pacific time on July 15, 2019**: (a) Counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, Attn: John Lucas, 150 California Street, 15th Floor, San Francisco, CA 94111; (b) Office of the United States Trustee, Northern District of California, Attn: Terri H. Didion, 2500 Tulare Street, Ste. 1401 Fresno, California 93721; (c) Counsel to the Creditors' Committee, Sheppard Mullin Richter & Hampton, LLP, Attn: Michael Lauter and Alan Feld, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111; and (c) all other parties in interest that have filed requests for notice pursuant to Bankruptcy Rule 2002 in the Debtor's chapter 11 case.

5.  In accordance with Bankruptcy Rule 3017(a), requests for copies of the Disclosure Statement, the Plan, or the Motion by parties in interest may be made in writing to counsel of the Debtor or via email at ocarpio@pszjlaw.com. Copies of the Disclosure Statement and the Plan (along with exhibits to each as they are filed with the Court) and the Motion are available for review, with charge, and log-in and password required at https://ecf.canb.uscourts.gov/.

6.  **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE COURT.**

7.	The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

Dated:  June 17, 2019                    PACHULSKI STANG ZIEHL & JONES LLP


By: /s/ John W. Lucas
   John W. Lucas
   Attorneys for Sedgwick, LLP