```
```


**Entered on Docket**
**June 25, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone:    415.263.7000
Facsimile:    415.263.7010
Email:        jlucas@pszjlaw.com
              jrosell@pszjlaw.com

Signed and Filed: June 25, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-31087 (HLB) |
| SEDGWICK, LLP, | Chapter 11 |
| Debtor. | **ORDER APPROVING THE COMPROMISE OF A CONTROVERSY AMONG THE DEBTOR AND THYSSENKRUPP ELEVATOR CORPORATION** |

This matter came before the Court on the *Motion for Order Approving the Compromise of a Controversy Among the Debtor and thyssenkrupp Elevator Corporation* (the "Motion") filed by the above-captioned debtor and debtor in possession (the "Debtor").[1] The Court having reviewed the Motion and the declaration of Gregory C. Read filed in support thereof and finding that notice of the Motion was reasonable and appropriate under the circumstances, that the relief requested in the Motion is in the best interest of the Debtor's estate and its creditors; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to compromise the Account Receivable on the terms and conditions set forth in the Motion without further order of the Court.

3. The Former Client shall pay the Settlement Amount (*i.e.*, $30,000) to the Debtor promptly after entry of this Order.

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

DOCS_SF:101367.1
Case: 18-31087    Doc# 252    Filed: 06/25/19    Entered: 06/25/19 12:35:01    Page 1 of 3

4. The Debtor and Former Client are authorized to take any and all actions as may be necessary to implement the terms of the Settlement and this Order.

5. This Court shall retain jurisdiction over all matters arising from or related to the Settlement or the implementation of this Order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**