John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:  jlucas@pszjlaw.com
           jrosell@pszjlaw.com

Attorneys for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>Debtor. | Case No.: 18-31087-HLB<br><br>Chapter 11<br><br>**SEDGWICK, LLP'S CHAPTER 11 FIFTH STATUS CONFERENCE REPORT**<br><br>Date:  August 15, 2019<br>Time:  10:00 a.m.<br>Place:  450 Golden Gate Avenue<br>             Courtroom 19<br>             San Francisco, CA 94102<br>Judge:  Honorable Hannah L. Blumenstiel |

Sedgwick LLP, the debtor and debtor in possession in the above-captioned case (the "**Debtor**") hereby submits this fifth status conference statement (the "**Status Conference Statement**") in response to the Court's docket entry rescheduling the status conference and the date for a new status conference report entered by the Court on July 11, 2019.  The Debtor filed its first, second, third, and fourth status conference statements on December 13, 2018, February 6, 2019, May 9, 2019, and July 11, 2019, respectively.  The Debtor will not repeat the information in the previously filed status statements but only describe events that have occurred since the filing of the latest statement.  The Debtor respectfully states as follows:

## I.

## PARTNER CLAWBACK CLAIMS AND PLAN OF LIQUIDATION

Since the filing of the prior status conference statement on July 11, 2019, the Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") have continued working toward a settlement regarding the *Motion for an Order Approving the Compromise of a Controversy Among the Debtor and Certain Former Equity Partners* [Docket No. 234] (the "**Partner Settlement Motion**").

The Debtor, the subject former equity partners, and the Committee have narrowed the gap substantially since July 11, 2019. While the parties have not yet reached an agreement, the parties are extremely close and it is reasonable to expect that their continued settlement discussions will result in an agreement in the short term.

In the event the parties reach an agreement, the Debtor will withdraw the Partner Settlement Motion, the Debtor and Committee will prepare a joint plan of liquidation that will include any partner settlement the parties agree to, and the Debtor and Committee will seek to accelerate the plan confirmation process as much as reasonably possible so that the administration of this case can shift to claim reconciliation and distributions to holders of allowed claims.

The Debtor will appear at the August 15, 2019 status conference unless the Court continues the hearing to a future date.

## II.

## NOTICE

Notice of this Status Conference Statement was served on (i) the Office of the United States Trustee; (ii) counsel to the Official Committee of Unsecured Creditors; and (iii) all parties requesting service.

Dated: August 8, 2019         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
   John W. Lucas

   Attorneys for Sedgwick, LLP

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 8, 2019, I caused to be served the following documents in the manner stated below:

- ***SEDGWICK, LLP'S CHAPTER 11 FIFTH STATUS CONFERENCE REPORT***

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 8, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 8, 2019 at San Francisco, California.

                                                    */s/ Hung Phan*
                                                  Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1. **NEF/ECF List:**

   - **Shawn M. Christianson**   schristianson@buchalter.com
   - **Marcus O. Colabianchi**   mcolabianchi@duanemorris.com, dmicros@duanemorris.com
   - **Terri H. Didion**   terri.didion@usdoj.gov, patti.vargas@usdoj.gov
   - **Alan M. Feld**   afeld@sheppardmullin.com, sfarzan@sheppardmullin.com
   - **Jennifer C. Hayes**   jhayes@fhlawllp.com
   - **Cristina A. Henriquez**   chenriquez@mayerbrown.com
   - **William W. Huckins**   whuckins@allenmatkins.com
   - **Michael Lauter**   mlauter@sheppardmullin.com
   - **John William Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
   - **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
   - **Mike F. Pipkin**   mpipkin@weinrad.com
   - **Jason Rosell**   jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
   - **Gregory A. Rougeau**   grougeau@brlawsf.com
   - **Nathan A. Schultz**   nschultz@foxrothschild.com
   - **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com
   - **Elizabeth Weller**   dallas.bankruptcy@lgbs.com

2. **VIA US MAIL**

| | | |
|---|---|---|
| Eugene Brown, Jr.<br>128 Caperton Avenue<br>Piedmont, CA 94611 | CPF 801 Tower, LLC<br>c/o Barings LLC<br>2321 Rosecrans Ave. Suite 4225<br>El Segundo, CA 90245 | Ideal Holdings Inc., LLC<br>Attn: Connor Yang<br>One Newark Center<br>1085 Raymond Blvd., 19th Floor<br>Newark, NJ 07102 |
| BMO Harris Bank, NA<br>c/o Janet Goodroe<br>9333 N 90th Street<br>Scottsdale, AZ 85258 | Switch<br>Attn: Sam Castor<br>7135 South Decatur Blvd.<br>Las Vegas, NV 89118 | Document Technologies LLC<br>P.O. Box 935151<br>Atlanta, GA 31193-5151 |
| XO Communications, a Verizon Company<br>P.O. Box 15043<br>Albany, NY 12212-5043 | Covenant Consulting LLC<br>5251 W. 116th Place, Ste 200<br>Leawood, KS 66211-7820 | Cogent Communications, Inc.<br>2450 N Street NW<br>Washington, DC 20037 |
| First Legal Network, LLC<br>1202 Howard St<br>San Francisco, CA 94103 | Inoutsource, LLC<br>1518 Walnut Street, Suite 1800<br>Philadelphia, PA 19102 | U.S. Bank Equipment Finance, Inc.<br>1310 Madrid Street, Ste. 100<br>Marshall, MN 56258 |
| Banc Of America Leasing & Capital, LLC<br>135 S. LaSalle Street<br>Mail Code: IL 4-135-10-12<br>Chicago, IL 60603 | Bank of the West<br>2527 Camino Ramon<br>NC-B07-3F-R<br>San Ramon, CA 94583 | Bank of the West<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 |
| Corporation Service Company<br>Po Box 2576<br>Springfield, IL 62708 | Insight Investments, LLC<br>611 Anton Blvd., Ste. 700<br>Costa Mesa, CA 92626 | Key Equipment Finance<br>1000 South MacCaslin Blvd.<br>Superior, CO 80027 |
| Mb Financial Bank, NA<br>6111 North River Road<br>Rosemont, IL 60018 | SG Equipment Finance, USA Corp.<br>480 Washington Blvd., 24th Floor<br>Jersey City, NJ 07310 | Suntrust Equipment Finance And Leasing Corp.<br>PO Box 4418<br>Mail Code: Ga-Mq-1740<br>Atlanta, GA 30302 |
| TCF Equipment Finance, Inc.<br>11100 Wayzata Blvd., Ste. 801<br>Minnetonka, MN 55305 | US Bancorp Equipment Finance, Inc.<br>801 Larkspur Landing Circle<br>Larkspur, CA 94939-1706 | Seattle Dept. Of Finance And Administrative Services<br>Po Box 34214<br>Seattle, WA 98124-4214 |

3. **VIA E-MAIL**

| **Attorneys for One Biscayne Tower, LLC**<br>Shane P. Martin<br>Nelson Mullins Broad and Cassel<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, 21st Floor<br>Miami, Florida 33131<br>shane.Martin@nelsonmullins.com | **Attorneys for Creditor WFP Tower B Co. L.P.**<br>Heath B. Kushnick, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>kushnickh@gtlaw.com | **Attorneys for GRM Information Management Services**<br>Paul Labov, Esq.<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, Suite 1700<br>New York, NY 10178<br>plabov@foxrothschild.com |
|---|---|---|
| Carrollton-Farmers Branch Independent School District<br>c/o Eboney Bobb<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>500 East Border Street, Ste. 640<br>Arlington, TX 76010<br>ecobb@pbfcm.com | Maria Tiergen<br>Christopher Marks<br>Tanenbaum Keale LLP<br>1 Convention Place<br>701 Pike Street, Ste. 1575<br>Seattle, WA 98101<br>mtiegen@tktrial.com;<br>cmarks@tktrial.com | Stephanie Pereyo<br>PM Legal, LLC<br>75 Maiden Lane, 11th Floor<br>New York, NY 10038<br>spereyo@pmlegal.com |
| James L. Gault<br>jimgault14@gmail.com | Catalina Sugayan<br>Clyde & Co US LLP<br>55 West Monroe Street, Ste, 3000<br>Chicago, IL 60603<br>catalina.sugayan@clydeco.us | **Counsel to the Official Committee of Unsecured Creditors**<br>William J. Hotze<br>Pillsbury Winthrop Shaw Pittman LLP<br>900 Fannin, Ste. 2000<br>Houston, TX 77010<br>william.hotze@pillsburylaw.com |
| Joshua Wolfgram<br>BMO Harris Bank N.A.<br>180 N Executive Dr.<br>Brookfield, WI , 53005<br>joshua.wolfgram@bmo.com | Sean McCarty<br>Transworld Interpreters<br>3108 El Caminito<br>La Crescenta, CA 91214<br>seanpat@me.com | Marilyn Klinger<br>SMTD Law LLP<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>mklinger@smtdlaw.com |
| **Attorneys for the Chubb Companies**<br>Wendy M. Simkulak, Esq.<br>Drew S. McGehrin, Esq.<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>wmSimkulak@duanemorris.com<br>dsmcGehrin@duanemorris.com | **Attorney for Creditor Richard P. Herman**<br>Matthew Kish<br>Shapiro Blasi Wasserman & Hermann, PA<br>7777 Glades Road, Ste. 400<br>Boca Raton, DL 33434<br>mkish@sbwh.law | David McBride<br>Brookfield Property Partners<br>250 Vesey Street, 15th Floor<br>New York, NY 10281<br>david.mcbride@brookfield.com |
| **Attorneys for 333 Bush, L.L.C.**<br>Glenn A. Good<br>Tishman Speyer<br>333 Bush Street, Ste. 2210<br>San Francisco, CA 94104<br>ggood@tishmanspeyer.com | City & County of San Francisco Tax Collector<br>Attn: Felipe Leiva<br>felipe.leiva@sfgov.org | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| **Attorneys for WPF Tower B Co. L.P.**<br>Daniel Ansell<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>anselld@gtlaw.com | **Attorneys for Ideal Holdings Inc. LLC**<br>Dentons US LLP<br>601 S. Figueroa Street, Ste. 2500<br>Los Angeles, CA 90017-5704<br>andrea.chang@dentons.com | **Attorneys for Insight Investments, LLC / 2nd Gear, LLC**<br>Joaquin M. C de Baca<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>jcdebaca@mayerbrown.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:101673.1 77998/002

Case: 18-31087   Doc# 262   Filed: 08/08/19   Entered: 08/08/19 15:35:37   Page 5 of 6

CERTIFICATE OF SERVICE

| **Attorneys for Lano/Armada Harbourside, LLC**<br>John D. McIntyre Wilson & McIntyre<br>101 West Main Street, Suite 920<br>Norfolk, VA 23510<br>jmcintyre@wmlawgroup.com | **Attorneys for One North Wacker Drive LLC**<br>Martin B. Greenbaum<br>Greenbaum Law Group LLP<br>170 Newport Center Dr. Suite 720<br>Newport Beach, Ca 92660<br>mgreenbaum@collectionlaw.com | Scott Davis<br>Irvine Company of Properties<br>111 Innovation Drive<br>Irvine, CA 92617<br>scottdavis@irvinecompany.com |
|---|---|---|
| **Attorneys for GRM Information Management Services**<br>Brett A. Axelrod, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>baxelrod@foxrothschild.com | **Attorneys for Iron Mountain Information Management LLC**<br>Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110<br>bankruptcy2@ironmountain.com | **Attorneys for Thomson Reuters - West**<br>Michael T. Etmund<br>Moss & Barnett<br>150 South Fifth Street, Ste. 1200<br>Minneapolis, MN 55402<br>mike.etmund@lawmoss.com |
| UnitedLex Corporation<br>Jessica Gemperline<br>6130 Sprint Parkway, Suite 300<br>Overland Park, KS 66211<br>jessica.gemperline@unitedlex.com | Epiq Systems<br>Mark R. Euler<br>501 Kansas Ave.<br>Kansas City, KS 66105<br>meuler@epiqglobal.com | LexisNexis Matthew Bender & Co., Inc.<br>Kermit F. Lowry<br>9443 Springboro Pike<br>Miamisburg, OH 45342<br>kermit.lowry@lexisnexis.com |
| Nicholas Heldt<br>6017 Margarido Dr.<br>Oakland, CA 94618<br>nickheldt50@gmail.com | Gregory A. Rougeau<br>Brunetti Rougeau LLP<br>235 Montgomery Street, Suite 410<br>San Francisco, CA 94104<br>E-mail: grougeau@brlawsf.com | |