Elizabeth A. Green (FL 0600547) *pro hac vice*
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com

*Former Attorneys for The Official
Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEDGWICK, LLP,<br><br>                Debtor. | Case No.: 18-31087<br><br>Chapter 11<br><br>**FIRST AND FINAL FEE APPLICATION OF BAKER & HOSTETLER LLP FOR ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2019 THROUGH AND INCLUDING APRIL 30, 2019**<br><br>Date:       September 4, 2019<br>Time:      10:00 a.m.<br>Ctrm:     U.S. Bankruptcy Court<br>            450 Golden Gate Ave.,<br>            Courtroom 19, 16th Floor<br>            San Francisco, CA<br>Judge:    Honorable Hannah Blumenstiel |

Baker & Hostetler LLP ("**Baker**"), former counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned bankruptcy case (the "**Bankruptcy Case**"), hereby submits its first and final application (the "**Application**") seeking entry of an order pursuant to sections 105, 330, and 331 of title 11, United States Code (the "**Bankruptcy**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, effective February 19, 2014 (the "**Guidelines**")[1] approving and allowing on a final basis, and authorizing payment by the Debtor of compensation in the amount of $44,814.00, and reimbursement of reasonable, actual, and necessary expenses in the amount of $1,224.55, during the period March 1, 2019 through and including April 30, 2019 (the "**Application Period**").

Baker's request for relief is based on this Application, the Declaration of Elizabeth A. Green filed in support of the Application, and any evidence or argument that the Court may entertain at the time of the hearing on the Application.

## BACKGROUND AND CASE STATUS

1. On October 2, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor has continued to manage its assets and operate its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner.

2. On October 10, 2018, the Office of the United States Trustee appointed the Committee [ECF Doc. No. 37]. The members of the Committee are: (i) BMO Harris Bank; (ii) CPF 801 Tower LLC; and (iii) One North Wacker Drive LLC.

3. On March 25, 2019, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Retain and Employ Baker & Hostetler LLP as Bankruptcy Counsel Nunc Pro Tunc to March 1, 2019* [ECF Doc. No. 182]. On April 11, 2019, the Court entered the *Order Authorizing Employment of Baker & Hostetler LLP as Bankruptcy Counsel for the Official*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

---

[1] The Guidelines contain language confirming that they "will satisfy the requirements of the United States Trustee," which includes the Guidelines for Reviewing Fee Applications for Compensation and Reimbursement of Expenses Filed Under 11 U S C § 330 issued by the U S Department of Justice effective January 30, 1996.

- 2 -

*Committee of Unsecured Creditors* ("Retention Order") [ECF Doc. No. 209]. A true and correct copy of the Retention Order is attached hereto as **Exhibit A.**

4. During the Application Period Baker met with the Committee to discuss various potential claims against former partners of Sedgwick and to compromises proposed by the Debtor related to non-partners. Baker also attended a settlement conference between the Committee and the Debtor and had numerous discussions with Debtor's counsel related to the value of a potential mediation of claims against former Sedgwick partners. In addition, Baker separately reviewed potential settlements, objected to the GRM settlement, and reviewed claims in order to gain an understanding of the universe of claims in the bankruptcy case.

5. In May 2019, the Committee decided to transfer the Committee's legal representation to Sheppard Mullin Richter and Hampton LLP. Accordingly, Baker is filing this Application for final approval for their fees and expenses incurred during their representation of the Committee.

6. As allowed in the Guidelines, Baker incorporates by reference the narrative history furnished in the contemporaneous applications filed by the Debtor's professionals.

7. Baker is not holding and has not held any retainer in connection with this matter. This is Baker's first and final application for payment of fees and reimbursement of costs in this case.

## RELIEF REQUESTED AND BASIS FOR RELIEF

8. This Application is Baker's first and final request for allowance and payment of fees and expenses as counsel to the Committee.

9. Pursuant to Bankruptcy Code §§ 330 and 331, Baker respectfully requests entry of an order allowing and approving on a final basis and authorizing and directing the Debtor to pay professional fees in the amount of $44,814.00 and reimbursement of reasonable expenses in the amount of $1,224.55, for a total amount of $46,038.55, incurred during the Application Period.

- 3 -

Copies of Baker's invoices detailing the services rendered and expenses incurred during the Application Period are annexed hereto as **Exhibit B**.

10.    Baker has made every effort to ensure that this Application complies with the Guidelines, and to avoid unnecessary duplication of effort by and among its attorneys and paraprofessionals, as well as with other retained professionals in this case.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

11.    Baker's attorneys spent 81.50 hours in performing the services described in the Application, at an average billing rate of approximately $589.79 per hour.

## PROJECT BILLING

A.    **Billing Categories**

12.    In addition to the requirement that a description of the general services rendered by a professional be provided in a fee application, the Guidelines also require that applications for compensation should:

> Categorize by subject matter, and separately discuss, each professional project or task…with respect to each project or task, the number of hours spent and the amount of compensation and expenses requested should be set forth at the conclusion of the discussion of that project or task.

13.    Accordingly, Baker established separate project billing categories for its representation of the Committee, as follows:

| CODE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| B110 | Case Administration | 3.60 | $2,063.50 |
| B120 | Asset Analysis and Recovery | 4.50 | $2,568.50 |
| B150 | Meetings and Communications with Creditors | 15.00 | $10,216.00 |
| B160 | Fee/Employment Applications | 7.80 | $3,913.00 |
| B170 | Fee/Employment Objections | 4.90 | $2,670.50 |
| B180 | Avoidance Action Analysis | 5.30 | $3,310.00 |
| B190 | Other Contested Matters | 23.60 | $13,413.50 |
| B310 | Claims Administration and Objections | 16.80 | $6,659.00 |
| **TOTAL** | | **81.50** | **$44,814.00** |

14.    These distinct, numbered project billing categories enable Baker to monitor its activities and appropriately account for the time expended by its professionals and

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

paraprofessionals. Baker further accounts for the time expended within the above-listed categories, by delineating the amount of time expended by task.[2] This procedure enables Baker to better inform the Committee, the Court, and the U.S. Trustee regarding the nature of the services provided and time expended by its professionals.

15.     In an effort to streamline and control legal fees and expenses, Baker minimizes the expenditure of time by its senior partners by delegating responsibilities to junior partners, associates and other paraprofessional employees, as appropriate.  The blended hourly rate of all Baker's professionals and paraprofessionals who provided services during the Application Period is $589.79.  Annexed hereto as **Exhibit C** is a summary sheet setting forth a summary of the Application, including the name and billing rate of each Baker attorney and paraprofessional who provided services to the Committee.

### B.  Professionals and Paraprofessionals

16.     In compliance with the Guidelines, a description of the professional education and biographies of the paralegals, professional assistants, and law clerks employed by Baker who rendered services in this case during the Application Period and whose time entries appear in  the invoices, are included in **Exhibit D** annexed hereto.

### C.     Client Review of Billing Statements

17.     Pursuant to the Northern District Guidelines, a cover letter enclosing this Application is being sent to the Committee Chairperson concurrently.  The letter invited the Committee to discuss with the Firm and/or the Office of the United States Trustee any objections, concerns, or questions the Committee may have with regard to the requested compensation and

---

[2] In certain limited instances, where more than one category of issues might have been addressed during the course of a meeting or telephone conference, Baker's time records may include that time in only one billing category.

4812-2873-7688.2

reimbursement of expenses set forth in the Application. A copy of the transmittal letter is attached hereto as **Exhibit E.**

### D. Compliance with Bankruptcy Code §504

18. Pursuant to Bankruptcy Code §504, Baker has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded to Baker in these proceedings, except to be shared among members of Baker.

### E. Description of Services Rendered

19. Set forth below is a summary description by project billing category of the services rendered by each of the Baker's professionals and paraprofessionals working on this matter during the Application Period. The specific tasks, the number of hours devoted, and the amounts charged by each professional or paraprofessional within each billing category are set forth below, and are detailed in the invoices attached as **Exhibit B.**

### B110 - Case Administration

During the Application Period, Baker monitored and reviewed the docket, pending motions, orders and claims. Baker also discussed next steps with financial advisors.

### B120 - Asset Analysis and Recovery

During the Application Period, Baker reviewed and analyzed the Uribe settlement motion and time records, as well as the time records from the Shapiro firm. Baker review the Sedgwick accounts receivable reports, analyzed the top twenty accounts receivable claims and reviewed the issues related to the collection of accounts receivable. Baker also reviewed the Debtor's motion to approve settlement with Vasquez, Central Basin MWD and Buchalter, discussed same with the Committee and drafted potential objections to same. Baker reviewed the claim of First Legal and discussed case status, asset recovery and claim objections with counsel for First Legal.

# 4812-2873-7688.2

## B150 – Meetings of and Communications with Creditors

During the Application Period, Baker attended meetings with the Debtor, Committee, committee professionals and financial professionals regarding claims. Baker had various telephone discussion with Mr. Lucas and the Committee regarding case management, partner claw backs, settlement meetings and negotiations, compromise issues and mediation. Baker drafted summaries of hearings and rulings for the Committee.

## B160 – Fee/Employment Applications

During the Application Period, Baker prepared an Application to Employ Baker as Attorneys for the Committee.

## B170 – Fee/Employment Objections

During the Application Period, Baker reviewed minute orders regarding the fee applications set for hearing. Baker reviewed the fee applications of Pachulski Stang Ziehl and Jones LLP, Development Specialists, Inc., Armanino LLP, Pillsbury Winthrop Shaw Pittman, LLP and drafted a summary of the professional fees listed in the interim fee applications. Baker reviewed the Commenda Asset Resolution Partners ("Commenda") fee application and discussed same with Mr. Hayes, of Commenda.. Baker attended the fee application hearing on Commenda Assets and communicated the ruling and correction action needed on same. Baker reviewed the orders approving the first interim fee applications.

## B180 – Avoidance Action Analysis

During the Application Period, Baker participated in discussions with various parties regarding the dissolution of the Committee's counteroffer. Baker researched and analyzed the standards for derivative standing to assert avoidance claims behalf of the estate. Baker communicated with the Committee about settlement of contingency, potential mediators and issues regarding mediation.

- 7 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

## B190 – Other Contested Matters

During the Application Period, Baker communicated with the Committee regarding the continuance of the GRM hearing. Baker reviewed and analyzed the issue of lien enforceability in confidential client data for GRM claim. Baker reviewed and analyzed Debtor's motion to compromise GRM claim, the GRM proof of claim and the GRM administrative claim. Baker reviewed the issues regarding the refusal of GRM to release client records. Baker drafted an objection to the GRM settlement motion. Baker reviewed the GRM claim issue under UCC and attorney lien on client files issue under California rules. Baker attended the hearing on Debtor's motion to approve the GRM settlement. Baker reviewed the Debtor's motion to extend exclusivity and the objection deadline for same.

## B310 – Claim Administration and Objection

During the Application Period, Baker reviewed the bankruptcy claims register and supporting documents regarding claims and analyzed the claims to determine the universe of unsecured claims in the case. Baker reviewed the issues regarding file storage claims and landlord claims.

### F. Disbursements for Out-of-Pocket Expenses

20. Baker requests allowance and reimbursement in the amount of $1,224.55 for reasonable, actual and necessary out-of-pocket expenses incurred while rendering professional services on behalf of the Committee during the Application Period. Expenses incurred by Baker during the Application Period are set forth in detail on the invoices found in **Exhibit B** and can be summarized as follows:

| | |
|---|---|
| Photocopying | $50.40 |
| Postage | $69.05 |
| Outside Copying/Mailing | $693.10 |
| Telephonic court appearance | $102.00 |
| Filing Fees | $310.00 |
| **TOTAL** | **$1,224.55** |

- 8 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

21.     Baker submits that all expenses incurred during the Application Period were reasonable and necessary, are sought in compliance with the Guidelines, and should be allowed on a final basis by the Court.

## BASIS FOR RELIEF REQUESTED

22.     11 U.S.C. § 330 provides, in part, as follows:

(a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103—

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

(3) In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title,

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

23.     "A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee."

- 9 -

*Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir. 1988).

Factors ordinarily accounted for in either the hourly rate or the number of hours expended include: (1) the novelty and complexity of issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained. *Id*. In this case, the factors set forth in § 330 are met.

### A.    Time and Labor Required

24.    From March 1, 2019 through April 30, 2019, Baker expended a total of 81.50 hours in this case. These services were necessary to work with the Committee to analyze the potential recovery of distributions to the Debtor's former partners, the recovery of the Debtor's accounts receivable, and the disposition of the Debtor's client files.

### B.    The Services Were Necessary or Beneficial

25.    As set forth above, Baker's services were necessary and beneficial. Baker assisted the Committee in fulfilling its duties to creditors and taking the steps necessary to ensure that creditors' interest in the estate were preserved and that they received the greatest possible recovery from the estate. Baker helped the Committee work with the Debtor to establish procedures to recover accounts receivable, address the disposition of the Debtor's client files, and to evaluate potential recovery of distributions previously made to the Debtor's former partners. Baker's efforts moved this case forward towards a successful exit that treats all creditors fairly.

### C.    Time Spent and Rate Charged Were Reasonable

#### (i) Novelty and Difficulty of the Questions

26.    Baker encountered complex issues in this case as discussed in more detail above and various issues in this case required the expertise and skills of Baker professionals.

#### (ii) Skill Required to Perform the Services Properly

27.    The preceding remarks illustrate the necessity of Baker's bankruptcy knowledge and skills in fulfilling its obligations to the Committee.

- 10 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

(iii) <u>The Quality of Representation</u>

28.     The narrative statement concerning Baker's services reflects that Baker professionals provided the highest quality of services to the Committee.

(iv) <u>The Result Obtained</u>

29.     The results obtained are set forth in detail in the narrative statement above and the invoices in **Exhibit B.**

(v) <u>Customary Fees</u>

30.     The rates charged by Baker are normal charges for work performed on legal matters, without considering size and degree of responsibility, difficulty, complexity, or results achieved.

(vi) <u>Whether the Fee is Fixed or Contingent</u>

31.     As in all bankruptcy proceedings, Baker's fees in connection with its representation of the Committee are subject to the discretion of the Court in determining the value of the services rendered to the estate and are subject to the availability of the funds of the estate and are, accordingly, in effect contingent.

(vii) <u>Experience, Reputation and Ability of Counsel</u>

32.     Baker's attorneys have extensive knowledge in insolvency, reorganization, and bankruptcy law. Baker's professionals rendering services on behalf of the Committee have considerable experience and resources available to them, which greatly assisted them in rendering the services Baker has been able to perform in this highly specialized field. Counsel with lesser experience or available resources might have required additional time in order to render such services.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 11 -

4812-2873-7688.2

## **AVAILABLE FUNDS**

33.     Baker understands that the Debtor has sufficient funds available for the payment of fees and costs requested herein.

## **CONCLUSION**

34.     Baker believes that this Application appropriately sets forth the significant matters handled on behalf of the Committee and provides this Court, the U.S. Trustee, the Debtor's creditors, and interested parties with an insightful overview of the scope of services rendered. Thus, Baker respectfully submits that the fees and expenses sought herein are reasonable and that the services rendered were necessary, effective, efficient, and economical. Accordingly, Baker respectfully requests that this Application for allowance on a final basis and payment of fees and reimbursement of expenses be granted in all respects.

WHEREFORE, Baker respectfully seeks entry of an order:

1.     Granting final approval of compensation totaling $46,038.55, consisting of professional fees of $44,814.00 and reimbursement of expenses of $1,224.55, for services rendered on behalf of the Committee during the Application Period.

2.     Authorizing and directing the Debtor to make prompt payment to Baker of all allowed and outstanding amounts sought in this Application and approved by the Court; and

3.     Granting such other and further relief as the Court may deem just and proper.

Dated:     August 15, 2019

Respectfully submitted,
BAKER & HOSTETLER LLP
By:     */s/ Elizbeth A. Green*
         Elizabeth A. Green

Former Attorneys for Official Committee of Unsecured Creditors

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

4812-2873-7688.2

# EXHIBIT A
# (Retention Order)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1   Cecily A. Dumas (SBN 111449)
    BAKER & HOSTETLER LLP
2   1160 Battery Street, Suite 100        Signed and Filed: April 11, 2019
    San Francisco, CA 94111
3   Telephone:    628.208.6434
    Facsimile:    310.820.8859
4   Email:        cdumas@bakerlaw.com
    *Proposed Counsel to the*
5   *Official Committee of Unsecured*     _____
    *Creditors*                          **HANNAH L. BLUMENSTIEL
6                                         U.S. Bankruptcy Judge**

7

8            **IN THE UNITED STATES BANKRUPTCY COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11  In re:                              Case No.: 18-31087

12      SEDGWICK LLP,                   Chapter 11

13              Debtor.                 **ORDER AUTHORIZING EMPLOYMENT
                                        OF BAKER & HOSTETLER LLP AS
14                                      BANKRUPTCY COUNSEL FOR THE
                                        OFFICIAL COMMITTEE OF
15                                      UNSECURED CREDITORS *NUNC PRO
                                        TUNC* TO MARCH 1, 2019**

16

17

18

19          Upon the Application (the "Application")[1] of the Official Committee of Unsecured

20  Creditors (the "Committee") of Sedgwick LLP ("Sedgwick," or the "Debtor"), appointed in the

21  above-captioned bankruptcy case (the "Bankruptcy Case"), for authorization, pursuant to 11

22  U.S.C. §§ 328(a) and 1103 and Bankruptcy Rule 2014, to employ Baker & Hostetler LLP

23  ("Baker") as Counsel to the Committee *nunc pro tunc* to March 1, 2019 (the "Application"), as

24  more fully set forth in the Application; and the Court having jurisdiction to consider the

25  Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

26

27

28  _____
    [1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the
    Application

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408

and 1409; and the Committee having provided appropriate notice of the Application and no

other or further notice need be provided; and the Court having reviewed the Application; and

the Court having considered the Application, all pleadings and papers filed in connection

with the Application; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED**.

2.      The Committee is authorized to employ Baker as counsel, effective as of March 1, 2019, on the terms set forth in the Application and the Dumas Declaration.

3.      The Court's guidelines for compensation and reimbursement will apply.  They are available at www.canb.uscourts.gov.

4.      Baker is authorized to perform the services described in the Application, and compensation for such services shall be paid from the Debtor's estate in such amounts and at such times as the Court may hereafter allow.

**### END OF ORDER###**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT B
# (Baker Invoices)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 14 -

4812-2873-7688.2

# BakerHostetler

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of | Invoice Date: | 04/15/19 |
| Sedgwick LLP | Invoice Number: | 50616137 |
| c/o Baker & Hostetler LLP | B&H File Number: | 13290/115215/000001 |
| 11601 Wilshire Boulevard, Suite 1400 | Taxpayer ID Number: | 34-0082025 |
| Los Angeles, CA 90025 | | Page 1 |

---

**Regarding:** **In re Sedgwick LLP Chapter 11 Bankruptcy**

For professional services rendered through March 31, 2019

**BALANCE FOR THIS INVOICE DUE BY 05/15/19** $ 30,759.05

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50616137**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189**<br><br>**Reference Invoice No:**<br>**50616137** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u><br><br>**Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |
|---|---|

# BakerHostetler

Official Committee of Unsecured Creditors of Sedgwick LLP
c/o Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

Invoice Date: 04/15/19
Invoice Number: 50616137
B&H File Number: 13290/115215/000001
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**     **In re Sedgwick LLP Chapter 11 Bankruptcy**

For professional services rendered through March 31, 2019

| | | |
|---|---|---|
| **Fees** | $ | **29,957.00** |
| **Expenses** | $ | **802.05** |
| **BALANCE FOR THIS INVOICE DUE BY 05/15/19** | $ | 30,759.05 |
| PREVIOUS BALANCE | | 17,043.50 |
| TOTAL BALANCE DUE | | 47,802.55 |

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Regarding:** **In re Sedgwick LLP Chapter 11 Bankruptcy**

Matter Number: 115215.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Dumas, Cecily A. | 2.00 | $ 750.00 | $ 1,500.00 |
| Green, Elizabeth A. | 13.90 | 690.00 | 9,591.00 |
| Attard, Lauren T. | 3.00 | 510.00 | 1,530.00 |
| Fuller, Lars H. | 27.40 | 545.00 | 14,933.00 |
| Rawles, Michael M. | 8.90 | 270.00 | 2,403.00 |
| **Total** | **55.20** | | **$ 29,957.00** |

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 03/18/19 | Green, Elizabeth A. | Telephone conference with financial advisors regarding next steps.(55471193) | 690.00 | 0.70 | 483.00 |
| 03/20/19 | Fuller, Lars H. | Review and analyze Sedgwick bankruptcy docket, filings, and orders.(55523682) | 545.00 | 2.20 | 1,199.00 |
| 03/25/19 | Fuller, Lars H. | Review and analyze docket and pending motions in Sedgwick bankruptcy.(55506465) | 545.00 | 0.40 | 218.00 |
| **Case Administration(B110)** | | | | **3.30** | **1,900.00** |
| 03/26/19 | Fuller, Lars H. | Review and analyze Uribe settlement motion and time records for Uribe matter.(55577976) | 545.00 | 1.20 | 654.00 |
| 03/26/19 | Fuller, Lars H. | Exchange communications with Ms. Green regarding Uribe settlement motion and time records for Uribe matter.(55577977) | 545.00 | 0.40 | 218.00 |
| 03/27/19 | Green, Elizabeth A. | Review time from Shapiro firm.(55546413) | 690.00 | 0.60 | 414.00 |
| **Asset Analysis And Recovery(B120)** | | | | **2.20** | **1,286.00** |
| 03/06/19 | Dumas, Cecily A. | Emails Kinnon, Feld re case management and settlement meeting(55430612) | 750.00 | 0.40 | 300.00 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 03/07/19 | Dumas, Cecily A. | Conference Call Kinnon, Feld re meeting with Lucas, DSI(55431712) | 750.00 | 0.50 | 375.00 |
| 03/08/19 | Dumas, Cecily A. | Tel conference Lucas re meeting to discuss partner claw backs(55431722) | 750.00 | 0.40 | 300.00 |
| 03/11/19 | Green, Elizabeth A. | Attend meeting with debtor, committee, committee professionals, liquidation committee related to claims.(55471117) | 690.00 | 3.00 | 2,070.00 |
| 03/15/19 | Green, Elizabeth A. | Telephone conference with John Lucas and committee professional.(55471176) | 690.00 | 0.50 | 345.00 |
| 03/19/19 | Green, Elizabeth A. | Committee call regarding issues related to negotiation with Debtor.(55502290) | 690.00 | 1.30 | 897.00 |
| 03/19/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding issues related to compromise.(55502291) | 690.00 | 0.40 | 276.00 |
| 03/19/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding compromise.(55502292) | 690.00 | 0.30 | 207.00 |
| 03/21/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding mediation.(55502303) | 690.00 | 0.60 | 414.00 |
| 03/22/19 | Green, Elizabeth A. | Emails to committee regarding settlement and update.(55502323) | 690.00 | 0.30 | 207.00 |
| 03/26/19 | Fuller, Lars H. | Exchange communications with Ms. Green and members of the Committee regarding Sedwick objection and objection to Uribe settlement.(55577979) | 545.00 | 1.20 | 654.00 |
| 03/26/19 | Green, Elizabeth A. | Emails to committee regarding status.(55546405) | 690.00 | 0.50 | 345.00 |
| 03/27/19 | Green, Elizabeth A. | Emails to committee regarding contingency settlement.(55546412) | 690.00 | 0.40 | 276.00 |
| 03/28/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding mediation and rescheduling hearing.(55546420) | 690.00 | 0.60 | 414.00 |
| 03/29/19 | Green, | Telephone conference with John Lucas | 690.00 | 0.30 | 207.00 |

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Official Committee of Unsecured Creditors of Sedgwick LLP

| | |
|---|---|
| Invoice Date: | 04/15/19 |
| Invoice Number: | 50616137 |
| Matter Number: | 115215.000001 |
| | Page 5 |

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | Elizabeth A. | regarding issues regarding settlement.(55546438) | | | |

**Meeting And Communication With Creditors(B150)**                          **10.70**     **7,287.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 03/20/19 | Attard, Lauren T. | Prepare employment application for filing.(55532053) | 510.00 | 2.20 | 1,122.00 |
| 03/28/19 | Fuller, Lars H. | Exchange communications regarding pending fee applications, hearing dates, and hearing requirements.(55578257) | 545.00 | 0.50 | 272.50 |

**Fee - Employment Application(B160)**                            **2.70**     **1,394.50**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 03/15/19 | Dumas, Cecily A. | Conference call Lucas, Everett, Hayes, Gansman, Green re Dissolution Committee's counteroffer(55487614) | 750.00 | 0.50 | 375.00 |
| 03/15/19 | Green, Elizabeth A. | Research regarding claim and derivative status.(55471177) | 690.00 | 0.60 | 414.00 |
| 03/18/19 | Green, Elizabeth A. | Review standard for derivative standing.(55471194) | 690.00 | 0.50 | 345.00 |
| 03/20/19 | Fuller, Lars H. | Review and analyze standards for derivative standing to assert avoidance claims on behalf of estate.(55523672) | 545.00 | 2.00 | 1,090.00 |
| 03/28/19 | Green, Elizabeth A. | Email to committee regarding schedule hearing and settlement of contingency.(55546421) | 690.00 | 0.40 | 276.00 |
| 03/29/19 | Green, Elizabeth A. | Telephone conference with Judge Montali regarding issues regarding mediation.(55546437) | 690.00 | 0.70 | 483.00 |

**Avoidance Action Analysis(B180)**                            **4.70**     **2,983.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 03/13/19 | Dumas, Cecily A. | Email Lucas re continuance of GRM hearing(55487630) | 750.00 | 0.20 | 150.00 |
| 03/20/19 | Fuller, Lars H. | Review and analyze issue of lien and enforceability in confidential client data for GRM claim in Sedgwick bankruptcy.(55523850) | 545.00 | 2.20 | 1,199.00 |
| 03/20/19 | Fuller, Lars H. | Review and analyze Debtor's motion to | 545.00 | 2.20 | 1,199.00 |

**Baker&Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Case: 18-30877   Doc# 267   Filed: 08/15/19   Entered: 08/15/19 12:44:18   Page 21 of 51

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | compromise GRM claim; GRM notice of continue hearing; and GRM proof of claim.(55523849) | | | |
| 03/21/19 | Fuller, Lars H. | Review and analyze confidential data issue for objection to GRM settlement in Sedgwick bankruptcy.(55524386) | 545.00 | 2.20 | 1,199.00 |
| 03/22/19 | Fuller, Lars H. | Review and analyze protections for confidential client data and effect on asserted warehouse lien by GRM in Sedgwick bankruptcy.(55524942) | 545.00 | 1.20 | 654.00 |
| 03/22/19 | Fuller, Lars H. | Review communications from Sedgwick's counsel and Committee counsel regarding quantification of GRM charges and dispute over proposed settlement.(55524899) | 545.00 | 1.00 | 545.00 |
| 03/25/19 | Green, Elizabeth A. | Review issues regarding refusal or GRM to release client records.(55547112) | 690.00 | 0.60 | 414.00 |
| 03/26/19 | Fuller, Lars H. | Review and analyze Debtor's summary of GRM potential administrative claim and review summary of potential claim from motion to approve settlement.(55577972) | 545.00 | 0.60 | 327.00 |
| 03/26/19 | Fuller, Lars H. | Revise draft objection to GRM settlement motion.(55577978) | 545.00 | 1.00 | 545.00 |
| 03/26/19 | Green, Elizabeth A. | Email to John Lucas regarding GRM.(55546407) | 690.00 | 0.30 | 207.00 |
| 03/27/19 | Fuller, Lars H. | Revise objection to GRM settlement.(55578248) | 545.00 | 1.60 | 872.00 |
| 03/27/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding issues regarding GRM settlement and mediation.(55546411) | 690.00 | 0.50 | 345.00 |
| 03/28/19 | Fuller, Lars H. | Draft motion to move hearing on GRM objection.(55578254) | 545.00 | 1.20 | 654.00 |
| 03/28/19 | Fuller, Lars H. | Review status of pending motions and hearing settings.(55578256) | 545.00 | 0.50 | 272.50 |

| | | | | | |
|------|------|------|------|-------|--------|
| **Other Contested Matters(B190)** | | | | **15.30** | **8,582.50** |

# Baker&Hostetler LLP

Case: 18-30877    Doc# 267    Filed: 08/15/19    Entered: 08/15/19 12:44:18    Page 22 of 51

Official Committee of Unsecured Creditors of Sedgwick LLP

| | Invoice Date: | 04/15/19 |
|---|---|---|
| | Invoice Number: | 50616137 |
| | Matter Number: | 115215.000001 |
| | | Page 7 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/07/19 | Rawles, Michael M. | Work on preparation of chart of analysis of landlord claims.(55429026) | 270.00 | 0.80 | 216.00 |
| 03/07/19 | Rawles, Michael M. | Correspondence with Kelly Kinnon regarding landlord claims.(55429027) | 270.00 | 0.20 | 54.00 |
| 03/07/19 | Rawles, Michael M. | Draft and revise chart of analysis of all filed claims.(55429028) | 270.00 | 1.70 | 459.00 |
| 03/07/19 | Rawles, Michael M. | Review and analysis of bankruptcy claims register and supporting documents regarding claims details and basis for each of the first thirty five claims.(55429029) | 270.00 | 2.00 | 540.00 |
| 03/08/19 | Rawles, Michael M. | Continued work on drafting and revising chart of analysis of all filed claims.(55430624) | 270.00 | 1.60 | 432.00 |
| 03/08/19 | Rawles, Michael M. | Continued review and analysis of bankruptcy proofs of claims and attachments regarding claims details and basis for each of the remaining forty four claims.(55430623) | 270.00 | 2.60 | 702.00 |
| 03/12/19 | Attard, Lauren T. | Review claims to determine potential defenses.(55434911) | 510.00 | 0.60 | 306.00 |
| 03/13/19 | Attard, Lauren T. | Review claims to determine potential defenses.(55462483) | 510.00 | 0.20 | 102.00 |
| 03/22/19 | Green, Elizabeth A. | Review issues regarding file storage claims.(55502324) | 690.00 | 0.80 | 552.00 |
| 03/25/19 | Fuller, Lars H. | Draft objection to Sedgwick motion to approve compromise.(55506466) | 545.00 | 4.40 | 2,398.00 |
| 03/25/19 | Fuller, Lars H. | Review and analyze authority cited by Sedgwick in motion to approve compromise.(55506464) | 545.00 | 1.40 | 763.00 |

| **Claims Administration And Objections(B310)** | | | | **16.30** | **6,524.00** |
|---|---|---|---|---|---|

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

## TASK CODE MATTER SUMMARY

### CURRENT INVOICE

| Task Code | Description | Hours Billed | Amount Billed |
|-----------|-------------|-------------:|--------------:|
| B110 | Case Administration | 3.30 | 1,900.00 |
| B120 | Asset Analysis And Recovery | 2.20 | 1,286.00 |
| B150 | Meeting And Communication With Creditors | 10.70 | 7,287.00 |
| B160 | Fee - Employment Application | 2.70 | 1,394.50 |
| B180 | Avoidance Action Analysis | 4.70 | 2,983.00 |
| B190 | Other Contested Matters | 15.30 | 8,582.50 |
| B310 | Claims Administration And Objections | 16.30 | 6,524.00 |
| **Total** | | 55.20 | **29,957.00** |

## Expenses and Other Charges

| | | |
|---|---|---:|
| 03/28/19 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Sedgwick LLP - Mail Out; Inv. 47336-01-01 | 295.82 |
| 03/28/19 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Mail out; Inv. 47337-01-01 | 196.23 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **492.05** |

| | | |
|---|---|---:|
| 03/27/19 | Filing Fees (E112) Filing Fees and Related; Elizabeth Green; Filing Fees for Motion to Appear Pro Hac Vice in the United States District Court Northern California Bankruptcy Division; Mar 27, 2019; | 310.00 |
| | **Subtotal - Filing Fees (E112)** | **310.00** |

| | | |
|---|---|---:|
| | **Total** | **$ 802.05** |

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 05/03/19 | 50623789 | $ 15,279.50 | $ | 0.00 | $ | $ | 15,279.50 |
| 07/17/19 | 50651069 | 1,764.00 | | 0.00 | | | 1,764.00 |
| | Total | $ 17,043.50 | $ | 0.00 | $ | $ | 17,043.50 |

**Account Receivable Balance** $ 17,043.50
**This Invoice** $ 30,759.05
**Total Due including current invoice** $ 47,802.55

Baker & Hostetler LLP

*Atlanta, Houston*   *Chicago, Los Angeles*   *Cincinnati, New York*   *Cleveland, Orlando*   *Columbus, Philadelphia*   *Costa Mesa, Seattle*   *Denver, Washington, DC*

# BakerHostetler

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of | Invoice Date: | 05/03/19 |
| Sedgwick LLP | Invoice Number: | 50623789 |
| c/o Baker & Hostetler LLP | B&H File Number: | 13290/115215/000001 |
| 11601 Wilshire Boulevard, Suite 1400 | Taxpayer ID Number: | 34-0082025 |
| Los Angeles, CA 90025 | | Page 1 |

---

**Regarding:**     **In re Sedgwick LLP Chapter 11 Bankruptcy**

For professional services rendered through April 30, 2019

**BALANCE FOR THIS INVOICE DUE BY 06/02/19**     $     15,279.50

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50623789**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| | |
|---|---|
| Please Remit To: | FOR WIRE REMITTANCES: |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, OH 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: | Email the "Remittance Copy" to |
| 50623789 | bakerlockbox@bakerlaw.com |

# BakerHostetler

Official Committee of Unsecured Creditors of Sedgwick LLP
c/o Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

Invoice Date: 05/03/19
Invoice Number: 50623789
B&H File Number: 13290/115215/000001
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**      **In re Sedgwick LLP Chapter 11 Bankruptcy**

For professional services rendered through April 30, 2019

| | | |
|---|---|---|
| **Fees** | $ | **14,857.00** |
| **Expenses** | $ | **422.50** |
| **BALANCE FOR THIS INVOICE DUE BY 06/02/19** | $ | **15,279.50** |
| **PREVIOUS BALANCE** | | 32,523.05 |
| **TOTAL BALANCE DUE** | | 47,802.55 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 18-30817   Doc# 267   Filed: 08/15/18   Entered: 08/15/18 12:44:18   Page 27 of 51

Official Committee of Unsecured Creditors of Sedgwick LLP

| | |
|---|---|
| Invoice Date: | 05/03/19 |
| Invoice Number: | 50623789 |
| Matter Number: | 115215.000001 |
| | Page 3 |

**Regarding:**      **In re Sedgwick LLP Chapter 11 Bankruptcy**

Matter Number:      115215.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dumas, Cecily A. | 2.80 | $ 750.00 | $ 2,100.00 |
| Green, Elizabeth A. | 2.40 | 690.00 | 1,656.00 |
| Attard, Lauren T. | 1.40 | 510.00 | 714.00 |
| Fuller, Lars H. | 18.40 | 545.00 | 10,028.00 |
| Lane, Deanna L. | 0.80 | 280.00 | 224.00 |
| Rawles, Michael M. | 0.50 | 270.00 | 135.00 |
| **Total** | **26.30** | | **$ 14,857.00** |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/17/19 | Fuller, Lars H. | Review Sedgwick docket and status of pending motions.(55699641) | 545.00 | 0.30 | 163.50 |
| **Case Administration(B110)** | | | | **0.30** | **163.50** |
| 04/02/19 | Fuller, Lars H. | Review and analyze Sedwick AR Report.(55577277) | 545.00 | 0.20 | 109.00 |
| 04/02/19 | Fuller, Lars H. | Review and analyze summary of Top 20 A/R claims.(55581978) | 545.00 | 0.20 | 109.00 |
| 04/04/19 | Green, Elizabeth A. | Review issues related to collection of accounts receivable.(55590466) | 690.00 | 0.20 | 138.00 |
| 04/05/19 | Fuller, Lars H. | Review communications from Committee regarding motion to approve settlement with Vasquez, Central Basin MWD, and Buchalter.(55592512) | 545.00 | 0.30 | 163.50 |
| 04/05/19 | Fuller, Lars H. | Review Debtor's motion to approve settlement with Vasquez, Central Basin MWD, and Buchalter, settlement agreement, and notice.(55592513) | 545.00 | 0.40 | 218.00 |
| 04/05/19 | Fuller, Lars H. | Draft summary of issues and potential | 545.00 | 0.20 | 109.00 |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | objections to Debtor's motion to approve settlement with Vasquez, Central Basin MWD, and Buchalter.(55592514) | | | |
| 04/18/19 | Fuller, Lars H. | Review claim of First Legal.(55670476) | 545.00 | 0.20 | 109.00 |
| 04/18/19 | Fuller, Lars H. | Teleconference with attorney for First Legal regarding case status, asset recovery, and claim objections.(55670477) | 545.00 | 0.20 | 109.00 |
| 04/19/19 | Fuller, Lars H. | Review motion to approve Vasquez compromise and proposed order.(55692089) | 545.00 | 0.40 | 218.00 |
| **Asset Analysis And Recovery(B120)** | | | | **2.30** | **1,282.50** |
| 04/03/19 | Dumas, Cecily A. | Meeting with Kinnon, Committee Chair(55611280) | 750.00 | 1.30 | 975.00 |
| 04/03/19 | Fuller, Lars H. | Review communications from Committee regarding February operating report and administrative expenses.(55582367) | 545.00 | 0.40 | 218.00 |
| 04/03/19 | Green, Elizabeth A. | Emails to John Lucas regarding mediator.(55590459) | 690.00 | 0.20 | 138.00 |
| 04/03/19 | Green, Elizabeth A. | Emails to committee regarding mediation.(55590460) | 690.00 | 0.20 | 138.00 |
| 04/04/19 | Fuller, Lars H. | Draft summary of hearing and Judge Blumenstiel rulings for committee(55585145) | 545.00 | 0.40 | 218.00 |
| 04/04/19 | Green, Elizabeth A. | Telephone conference with John Lucas regarding mediation.(55590465) | 690.00 | 0.30 | 207.00 |
| 04/11/19 | Green, Elizabeth A. | Emails with committee regarding settlement proposal.(55644235) | 690.00 | 0.20 | 138.00 |
| 04/29/19 | Green, Elizabeth A. | In person meeting with John Lucas regarding mediation and case issues.(55739334) | 690.00 | 1.00 | 690.00 |
| 04/29/19 | Green, Elizabeth A. | Emails to Committee.(55739335) | 690.00 | 0.20 | 138.00 |
| 04/30/19 | Green, | Email to John Lucas regarding malpractice | 690.00 | 0.10 | 69.00 |

# Baker & Hostetler LLP

Case: 18-31087   Doc# 267   Filed: 08/15/19   Entered: 08/15/19 12:44:18   Page 29 of 51

Official Committee of Unsecured Creditors of Sedgwick LLP

| | |
|---|---|
| Invoice Date: | 05/03/19 |
| Invoice Number: | 50623789 |
| Matter Number: | 115215.000001 |
| | Page 5 |

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | Elizabeth A. | insurance and claim of Philadelphia indemnity company.(55758684) | | | |
| **Meeting And Communication With Creditors(B150)** | | | | **4.30** | **2,929.00** |
| 04/01/19 | Fuller, Lars H. | Exchange communications with Ms. Green and Ms. Dumas regarding Sedgwick fee issues; exchange communications with Mr. Hayes regarding fee application and hearing on 4/4; review Judge Blumenstiel procedures and US Trustee fee application procedures for Sedgwick.(55581981) | 545.00 | 1.50 | 817.50 |
| 04/04/19 | Fuller, Lars H. | Draft email to Commenda regarding Judge Blumenstiel ruling, US Trustee Guidelines, and Billing Categories.(55585146) | 545.00 | 0.40 | 218.00 |
| 04/10/19 | Attard, Lauren T. | Prepare and upload proposed order regarding employment application (.3); prepare and file certificate of service regarding the same (.7).(55641505) | 510.00 | 1.00 | 510.00 |
| 04/11/19 | Attard, Lauren T. | Prepare and upload amended proposed order regarding employment application pursuant to addition from the court.(55641509) | 510.00 | 0.40 | 204.00 |
| 04/17/19 | Fuller, Lars H. | Review docket order on Commenda interim fee application.(55699642) | 545.00 | 0.10 | 54.50 |
| 04/17/19 | Fuller, Lars H. | Exchange communications with Mr. Hayes regarding Commenda fee application and supplementation deadline.(55699643) | 545.00 | 0.20 | 109.00 |
| 04/18/19 | Fuller, Lars H. | Review draft supplemental Declaration of Commenda in support of fee application.(55670478) | 545.00 | 0.20 | 109.00 |
| 04/18/19 | Fuller, Lars H. | Review order regarding proposed order and draft supplemental Declaration for Commenda fee application.(55670479) | 545.00 | 0.20 | 109.00 |
| 04/18/19 | Lane, Deanna L. | Final editing, filing and serving of the Supplemental Declaration of Commenda re: First Interim Fee Application(55702670) | 280.00 | 0.80 | 224.00 |
| 04/23/19 | Fuller, Lars H. | Review Order on Commenda supplemental | 545.00 | 0.20 | 109.00 |

**Baker & Hostetler LLP**

Official Committee of Unsecured Creditors of Sedgwick LLP

| | |
|---|---|
| Invoice Date: | 05/03/19 |
| Invoice Number: | 50623789 |
| Matter Number: | 115215.000001 |
| | Page 6 |

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | interim fee application.(55708597) | | | |
| 04/23/19 | Fuller, Lars H. | Exchange communications with Mr. Hayes of Commenda regarding Order on Commenda supplemental interim fee application.(55708598) | 545.00 | 0.10 | 54.50 |
| **Fee - Employment Application(B160)** | | | | **5.10** | **2,518.50** |
| 04/01/19 | Fuller, Lars H. | Review minute order regarding fee applications set for April 4 hearing.(55563600) | 545.00 | 0.20 | 109.00 |
| 04/01/19 | Fuller, Lars H. | Review and analyze first interim Pachulski fee application.(55563601) | 545.00 | 0.40 | 218.00 |
| 04/01/19 | Fuller, Lars H. | Review and analyze first interim Development Specialist fee application and items denied by court.(55563602) | 545.00 | 0.50 | 272.50 |
| 04/01/19 | Fuller, Lars H. | Review and analyze Armamino first interim fee application.(55563603) | 545.00 | 0.30 | 163.50 |
| 04/01/19 | Fuller, Lars H. | Review and analyze first interim fee application of Pillsbury Winthrop.(55563604) | 545.00 | 0.40 | 218.00 |
| 04/01/19 | Fuller, Lars H. | Review and analyze fee application billing code requirement.(55563605) | 545.00 | 0.40 | 218.00 |
| 04/01/19 | Fuller, Lars H. | Draft summary of Debtor and Committee professional fees and interim fee applications for case.(55563615) | 545.00 | 0.40 | 218.00 |
| 04/01/19 | Fuller, Lars H. | Teleconference with Mr. Hayes of Commenda Asset regarding fee application status and issues.(55563842) | 545.00 | 0.20 | 109.00 |
| 04/02/19 | Fuller, Lars H. | Review and analyze Commenda fee application and potential issues for hearing.(55577278) | 545.00 | 1.00 | 545.00 |
| 04/03/19 | Fuller, Lars H. | Review orders approving first interim fee applications of Pachulski, Armanino, and DSI.(55582364) | 545.00 | 0.20 | 109.00 |
| 04/03/19 | Fuller, Lars H. | Exchange communications with Ms. Dumas and Committee regarding hearing on fee | 545.00 | 0.20 | 109.00 |

**Baker & Hostetler LLP**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | applications.(55583496) | | | |
| 04/04/19 | Fuller, Lars H. | Hearing on pending fee applications of Commenda and Pillsbury.(55585144) | 545.00 | 0.50 | 272.50 |
| 04/04/19 | Fuller, Lars H. | Teleconference with Mr. Hayes regarding Judge Blumenstiel fee app ruling and corrections needed.(55585147) | 545.00 | 0.20 | 109.00 |

**Fee - Employment Objections(B170)**     **4.90**     **2,670.50**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 04/02/19 | Fuller, Lars H. | Review communications regarding potential mediators for potential resolution of insider claim.(55581977) | 545.00 | 0.60 | 327.00 |

**Avoidance Action Analysis(B180)**     **0.60**     **327.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 04/01/19 | Fuller, Lars H. | Draft summary of remaining matters for April 4 hearing and Court's rulings from April 1.(55563606) | 545.00 | 0.40 | 218.00 |
| 04/01/19 | Fuller, Lars H. | Review and analyze GRM lien claim issue under UCC.(55581980) | 545.00 | 1.20 | 654.00 |
| 04/02/19 | Fuller, Lars H. | Review and analyze California rules for attorney lien on client files for GRM settlement objection.(55577500) | 545.00 | 1.20 | 654.00 |
| 04/03/19 | Dumas, Cecily A. | Appear at hearing on Debtor's motion to approve GRM settlement(56013645) | 750.00 | 1.50 | 1,125.00 |
| 04/03/19 | Fuller, Lars H. | Review and analyze potential GRM administrative claim of $1.3 million in motion for compromise and spreadsheet and purported loan from GRM to Debtor.(55582368) | 545.00 | 1.30 | 708.50 |
| 04/03/19 | Fuller, Lars H. | Review and analyze GRM proof of claim and compilation of prepetition charges.(55582369) | 545.00 | 0.30 | 163.50 |
| 04/03/19 | Fuller, Lars H. | Review and analyze February Operating Report and payment of GRM.(55582370) | 545.00 | 0.30 | 163.50 |
| 04/03/19 | Fuller, Lars H. | Hearing on Committee objection to hearing on GRM settlement.(55583494) | 545.00 | 1.00 | 545.00 |

**Baker & Hostetler LLP**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 04/03/19 | Fuller, Lars H. | Exchange communications with Ms. Green regarding hearing on Committee objection to hearing on GRM settlement.(55583495) | 545.00 | 0.40 | 218.00 |
| 04/29/19 | Fuller, Lars H. | Review and analyze Debtor's Motion to Extend Exclusivity, affidavit in support, Notice of Hearing and objection deadline; Ex Parte Motion for Bridge Order Extending Exclusivity, affidavit in support, and Order granting Ex Parte Motion for Bridge Order.(55751038) | 545.00 | 0.50 | 272.50 |
| 04/29/19 | Fuller, Lars H. | Exchange communications with Ms. Green regarding Debtor's exclusivity motions, hearing, and objection deadline.(55751039) | 545.00 | 0.20 | 109.00 |
| **Other Contested Matters(B190)** | | | | **8.30** | **4,831.00** |
| 04/01/19 | Rawles, Michael M. | Revise and update creditors claims chart.(55595282) | 270.00 | 0.30 | 81.00 |
| 04/01/19 | Rawles, Michael M. | Review Bankruptcy Court claims docket list for amended and recently filed creditor claims.(55595532) | 270.00 | 0.20 | 54.00 |
| **Claims Administration And Objections(B310)** | | | | **0.50** | **135.00** |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

### TASK CODE MATTER SUMMARY

#### CURRENT INVOICE

| Task Code | Description | Hours Billed | Amount Billed |
|-----------|-------------|-------------:|--------------:|
| B110 | Case Administration | 0.30 | 163.50 |
| B120 | Asset Analysis And Recovery | 2.30 | 1,282.50 |
| B150 | Meeting And Communication With Creditors | 4.30 | 2,929.00 |
| B160 | Fee - Employment Application | 5.10 | 2,518.50 |
| B170 | Fee - Employment Objections | 4.90 | 2,670.50 |
| B180 | Avoidance Action Analysis | 0.60 | 327.00 |
| B190 | Other Contested Matters | 8.30 | 4,831.00 |
| B310 | Claims Administration And Objections | 0.50 | 135.00 |
| | **Total** | 26.30 | **14,857.00** |

### Expenses and Other Charges

| | | |
|---|---|---:|
| 04/04/19 | Teleconference Charges (E105) CourtCall for hearing on 4/3/2019; Inv. 9704128 | 44.00 |
| 04/05/19 | Teleconference Charges (E105) CourtCall for hearing on 4/4/2019; Inv. 9704136 | 58.00 |
| | **Subtotal - Teleconference Charges (E105)** | **102.00** |
| 04/24/19 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Postage mail out; Inv. 47639-01-03 | 201.05 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **201.05** |
| 04/19/19 | Postage | 69.05 |
| | **Subtotal - Postage (E108)** | **69.05** |
| 04/19/19 | Copier / Duplication (E101) | 50.40 |
| | **Subtotal - Copier / Duplication (E101)** | **50.40** |

## Baker&Hostetler LLP

| | | |
|---|---|---|
| **Total** | **$** | **422.50** |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/15/19 | 50616137 | $ 30,759.05 | $ | 0.00 | $ | $ | 30,759.05 |
| 07/17/19 | 50651069 | 1,764.00 | | 0.00 | | | 1,764.00 |
| **Total** | | **$ 32,523.05** | **$** | **0.00** | **$** | **$** | **32,523.05** |

| | | |
|---|---|---|
| **Account Receivable Balance** | **$** | **32,523.05** |
| **This Invoice** | **$** | **15,279.50** |
| **Total Due including current invoice** | **$** | **47,802.55** |

Baker & Hostetler LLP

*Atlanta, Houston   Chicago, Los Angeles   Cincinnati, New York   Cleveland, Orlando   Columbus, Philadelphia   Costa Mesa, Seattle   Denver, Washington, DC*

# EXHIBIT C

## (Application Summary)

**COMPENSATION BY PROFESSIONAL**
**MARCH 1, 2019 THROUGH APRIL 30, 2019**

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Green, Elizabeth A. | Partner | | $690.00 | 16.30 | $11,247.00 |
| Dumas, Cecily A. | Partner | | $750.00 | 4.80 | $3,600.00 |
| Fuller, Lars H. | Of Counsel | | $545.00 | 45.80 | $24,961.00 |
| Attard, Lauren T. | Associate | | $510.00 | 4.40 | $2,244.00 |
| Lane, Deanna H | Paralegal | | $280.00 | 0.80 | $224.00 |
| Rawles, Michael M | Paralegal | | $270.00 | 9.40 | $2,538.00 |
| **TOTAL** | | | | **81.50** | **$44,814.00** |
| **Blended Hourly Rate** | | | **$589.79** | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 15 -

4812-2873-7688.2

# EXHIBIT D
### (Paraprofessional Biography)

4812-2873-7688.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

# BakerHostetler

## Cecily A. Dumas

**Partner**

**Los Angeles**
T +1.310.442.8886
F +1.310.820.8859

cdumas@bakerlaw.com



## Overview

Cecily Dumas represents clients across diverse industries in all facets of financial distress, notably debt restructuring, mergers and acquisitions, and chapter 11 cases. Her significant background with business insolvency has led to favorable results for debtors, creditors' committees, chapter 11 trustees, secured and unsecured creditors, lessors and assets acquirers. Creative and collaborative, Cecily's strengths as a bankruptcy attorney have led to a solid reputation with leaders in technology, healthcare, biopharmaceuticals, real estate, energy and other fields.

Cecily is frequently asked to speak on panels and at corporate events, sharing her knowledge of the complex processes and procedures of bankruptcy cases.

## Experience

- Counsel to a Silicon Valley company that designs and manufactures computer data storage products, in its chapter 11 reorganization and acquisition, through which pre-petition debt was converted to sole equity ownership while preserving $390 million of net operating loss carryforwards. Transaction honored as "Top Midmarket Turnaround" in Global M&A Network's 10th Annual Turnaround Atlas Awards.
- Restructuring counsel to a nonprofit healthcare system in the divestiture and recapitalization of its $700 million Catholic hospital network.
- Advised agricultural landowner/commercial developer in complex restructuring involving $25 million mezzanine financing, and refinancing and restructuring of $50 million secured loans covering 14,000 acres of farm and grazing land, as well as business park in Central California.
- Counsel to the chapter 11 trustee in the bankruptcy cases of mortgage loan originator and blind pool fund involving $180 million Ponzi scheme-related claims.
- Counsel to the debtor in the chapter 11 cases of *Mortgage Fund '08, Laboratory Skin Care, Wilkes Bashford Company* and *Ring Enterprises.*
- Represented more than 175 former partners in the bankruptcies of three major law firms with respect to claims by trustees for recovery of partner distributions and unfinished business claims.
- Ongoing representations of several Fortune 500 Silicon Valley companies regarding customer credit and bankruptcy matters. Possess experience in treatment of technology equipment leases and licenses in bankruptcy.

## Recognitions and Memberships

## Recognitions

- American College of Bankruptcy, Class XXI: Fellow
- Chambers USA: Bankruptcy/Restructuring in California (2017 to 2019)
  ◦ Band 4 (2017 to 2019)
- *The Best Lawyers in America©* (2017 to 2019)
  ◦ California: Bankruptcy and Creditor Debtor Rights /Insolvency and Reorganization Law
- *Northern California Super Lawyers*
  ◦ Bankruptcy and Debtor/Creditor (2007 to 2018)
  ◦ Top 50 Women Lawyers in Northern California (2012 to 2013)

- *Daily Journal*, Top Woman Lawyer (2019)

## Memberships

- American College of Bankruptcy: Ninth Circuit District Council
- American Bar Association, Business Law Section
- American Bankruptcy Institute
- Bay Area Bankruptcy Forum: Board Member (2014 to 2016)
- Bar Association of San Francisco
  ◦ Commercial Law & Bankruptcy Section: Chair (2002)
- Northern District of California: Ninth Circuit Lawyer Representative (2009 to 2012)

## News

- 5/10/2019
  Cecily Dumas Named a "Top Woman Lawyer" in California

## Press Releases

- 4/29/2019
  Chambers and Partners USA Honors 127 Attorneys and 43 Practice Areas in 2019 Guide
- 4/17/2019
  BakerHostetler Enhances West Coast Presence With Addition of 3 Partners

## Community

- San Francisco Youth Soccer: Board of Directors

## Services

- Bankruptcy, Restructuring and Creditors' Rights
- Mergers and Acquisitions

## Industries

- Energy Industry
- Healthcare Industry

## Admissions

- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California
- U.S. Court of Appeals, Ninth Circuit
- California

## Education

- J.D., Golden Gate University School of Law
- A.B., University of California, Berkeley

# BakerHostetler

## Elizabeth A. Green

**Partner**

**Orlando**
T +1.407.649.4036
F +1.407.841.0168

egreen@bakerlaw.com



## Overview

*"Elizabeth Green is hailed as an 'encyclopedia of bankruptcy knowledge' by market sources, who describe her as 'creative and strategically minded.'"*

— Chambers USA 2018

Elizabeth Green practices primarily in the areas of bankruptcy and restructuring, and has represented corporate debtors and secured creditors, unsecured creditors, committees, bondholders and trustees in bankruptcy cases of corporate and individual debtors. Elizabeth also has experience with out-of-court workouts, assignments and receiverships, and has represented numerous parties as buyers in 363 sales.

Elizabeth is the leader of the firm's national Bankruptcy, Restructuring and Creditors' Rights team and a member of the Policy Committee, our governing body. She has been inducted as a fellow in the prestigious American College of Bankruptcy, was named one of five Law 360 MVP's in Bankruptcy in 2016 and is an adjunct professor at the University of Florida, Levin College of Law, where she teaches Advanced Bankruptcy.

## Experience

### Energy

- Represented, as lead counsel, Black Elk Energy Offshore Operations LLC in a chapter 11 in the Southern District of Texas.
- Represented, as lead counsel, American Eagle Energy Corporation in a bankruptcy case filed in the District of Colorado.
- Counsel to Dakota Plains LLC, a midstream transportation energy company, filed in the District of Minnesota.
- Represented creditors of Goodrich Petroleum Corporation, Northstar Offshore Group LLC and Bennu Oil & Gas LLC in the Southern District of Texas.

### Healthcare

- Represents, as lead debtors' counsel, Uplift LLC and Alliance Health Networks Inc., as well as 62 related debtors in the Southern District of Texas.
- Counsel to Southern Inyo Healthcare District in a Chapter 9 in the Eastern District of California.
- Served as debtor's counsel to Behavioral Support Services Inc., an outpatient care facility in Altamonte Springs, Florida.
- Served as an expert witness for Fundamental Long Term Care Holdings LLC in the Middle District of Florida.
- Served as a mediator for Campbellton-Graceville Hospital in the Northern District of Florida.
- Represents buyers in Vanguard Healthcare LLC in the Middle District of Tennessee; Preferred Inc. in the Northern District of Texas; and Sr. Care Group Inc. in the Middle District of Florida.
- Represented Bayou Shores SNF LLC as debtor's counsel in Chapter 11 case in the Middle District of Florida. Obtained a ruling finding that the Medicaid and Medicare provider agreements were not terminated, and enjoined their termination.

- Served as debtor's attorney in the successful restructuring and reorganization of Legacy Healthcare LLC's three nursing homes and its related entities in the Western District of New York.
- Advised CRO in HMO cases of In Re Universal Healthcare of Texas and Nevada.

## Hospitality

- Served as lead counsel in Chapter 11 cases of Island One Resorts Inc., et al. Successfully confirmed the reorganization plan for timeshare developer debtors.
- Served as lead counsel in the Chapter 11 cases of Tempus Resorts International LTD, et al. Successfully confirmed the reorganization plan for timeshare developer debtors.
- Served as out-of-court restructuring counsel to Westgate Resorts, a timeshare developer with 39 timeshare resorts across the country.
- Handled hotel reorganizations, including Orlando Hyatt, Hotel Royal Plaza and The Resort at Lake Eve.

## Real Estate

- Handled both business and residential condominium reorganization cases including Studio Parc LLC; Cornerstone Orlando LLC; and The Plaza LLC.
- Served as debtor's attorney for F.F. Station LLC d/b/a Church Street Station, a 5-acre entertainment complex in downtown Orlando, Florida.
- Represented Pringle Holdings LLC and affiliates, the second-largest developer of retirement housing in Florida.

## Other Debtor Representation

- Serves as debtor's counsel in Chapter 11 case of Orange County Environmental LLC, the owner of multiple landfills and recycling facilities.
- Serves as debtor's counsel for nine related companies operating investment funds, primarily investing in real estate, energy, and website projects. Re Pelican Real Estate and In Re Smart Money Secured Investment Fund LLC, Inc.
- Served as debtor's attorney in the case of Ace Electric LLC, an aftermarket auto parts supplier located in Columbus, Kansas. There was a significant dividend paid to unsecured creditors and bondholders.
- Served as debtor's attorney for Church Mortgage and Loan Corporation Inc., a church bond company.
- Served as debtor's attorney for Clarklift of Orlando Inc. related to its dealerships across Florida.
- Successfully represented the receiver excused from turnover in the Chapter 11 case of Big Oaks Buick Inc.
- Served as debtor's attorney in the manufacturing cases of Tube Tec Inc. (steel); Designer's Choice Cabinetry Inc. (nationwide manufacturer of cabinets); and Ideal Aluminum Products LLC (aluminum fencing manufacturer).
- Served as debtor's attorney for AP Military Group Inc., a produce broker adversely affected by an E. coli spinach outbreak.

## Creditor Representation

- Served as counsel to ATLC LTD, largest unsecured creditor, in the case of In Re Eastman Kodak Company in the Southern District of New York.
- Served as Official Unsecured Creditors Committee counsel in the case of In Re Element LLC in the Middle District of Florida.
- Served as Official Unsecured Creditors Committee counsel in the bitcoin case of in Re Hashfast Inc. in the Northern District of California.

## Mediations

- Served as mediator in more than 100 matters. (Resume provided upon request.)
- Served as official bankruptcy court-appointed mediator in more than 100 fraudulent transfer and D&O cases in the case of In Re E Brands LLC.

## Recognitions and Memberships

### Recognitions

- American College of Bankruptcy: Fellow
- Chambers USA: Bankruptcy/Restructuring in Florida (2012 to 2019)
  - Band 1 (2015 to 2019)
  - Recognized Practitioner: Nationwide Bankruptcy/Restructuring (2017 to 2018)
- Law360 Bankruptcy MVP (2016)
- *The Best Lawyers in America*© (2006 to present)
  - Florida: Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law
    - Best Lawyers® "Lawyer of the Year" (2012, 2016, 2019)
  - Florida: Litigation – Bankruptcy
    - Best Lawyers® "Lawyer of the Year" (2015, 2017, 2019)
- Florida "Super Lawyer" (2007 to 2019)
- Florida Trend "Legal Elite" (2006 to present)
- Orlando Magazine "Top Lawyers" (2006 to present)
- Martindale-Hubbell: AV Preeminent

### Memberships

- United States Bankruptcy Court for the Southern District of Texas: Complex Case Committee (2018 to 2020)
- American College of Bankruptcy: 11th Circuit District Council
- Fishburne Hudgens Educational Foundation, Inc.: Board of Directors
- Central Florida Bankruptcy Bar Association
  - Board of Directors (2007 to 2014)
  - Past President
- Central Florida Bankruptcy Bar Association Annual Seminar: Chair (2009 to 2014)
- American Bankruptcy Institute Southeast: Advisory Board
- American Bankruptcy Institute Paskay Seminar: Advisory Board
- University of Florida Levin College of Law: Adjunct Professor

### News

- 3/21/2019
  Elizabeth Green, Jorian Rose Speakers at Southeastern Bankruptcy Law Seminar
- 2/21/2019
  Elizabeth Green Speaking on Restructuring Options in Provider Healthcare
- 1/17/2019
  Liz Green Leads Discussion of Health Industry Restructurings
- 1/17/2019
  Liz Green, Team Earn "Deal of Year" Honors for Alliance Medical Holdings Sale
- 1/7/2019
  Liz Green Speaks on Issues Facing Community and Critical-Access Hospitals
- 10/31/2018
  Elizabeth Green Moderates "View from the Bench" Bankruptcy Panel in Florida
- 8/15/2018
  193 BakerHostetler Attorneys Named in 2019 Best Lawyers List; 10 Recognized "Lawyer of the Year"
- 7/10/2018
  Elizabeth Green Appointed to Complex Case Committee for U.S. Bankruptcy Court for the Southern District of Texas
- 2/5/2018
  Elizabeth Green a Speaker at ABI Spring Meeting
- 12/14/2017
  Elizabeth Green Speaking at ABI Bankruptcy Conference

- 12/14/2017
  Elizabeth Green a Panelist for CLE Webinar on Healthcare Business Bankruptcies
- 8/15/2017
  190 BakerHostetler Attorneys Named in 2018 Best Lawyers List; 18 Recognized "Lawyer of the Year"
- 12/28/2016
  150 BakerHostetler Attorneys Named 2016 Super Lawyers; 91 Named Rising Stars
- 10/29/2015
  160 BakerHostetler Attorneys Named 2015 Super Lawyers; 112 Named Rising Stars

## Press Releases

- 4/29/2019
  Chambers and Partners USA Honors 127 Attorneys and 43 Practice Areas in 2019 Guide
- 5/3/2018
  *Chambers and Partners USA* Honors 118 Attorneys and 45 Practice Areas in 2018 Guide

## Services

- Bankruptcy, Restructuring and Creditors' Rights

## Industries

- Financial Services Industry
- Energy Industry
- Healthcare Industry

## Admissions

- U.S. Court of Appeals, Eleventh Circuit, 1986
- U.S. District Court, Southern District of Texas, 2015
- U.S. District Court, Northern District of Texas, 2018
- U.S. District Court, Southern District of Florida, 2012
- U.S. District Court, Middle District of Florida, 1986
- U.S. Court of Appeals, Second Circuit, 2011
- Florida

## Education

- J.D., University of Florida Levin College of Law, 1986, with honors, top 5% of class, Order of the Coif
- B.A., New College of Florida, 1984

# BakerHostetler

## Lauren T. Attard

**Associate**

**Los Angeles**
T +1.310.442.8896
F +1.310.820.8859

lattard@bakerlaw.com



## Overview

Lauren Attard focuses her practice on bankruptcy, restructuring and creditors' rights. She has a depth of bankruptcy and capital markets experience from her position as Assistant General Counsel at the Securities Investor Protection Corporation (SIPC) and working for Congressman Brad Sherman, a senior member of the House Financial Services Committee, on financial services, tax and legal issues.

## Experience

### Financial Services

- Advised Congressman Sherman on all matters under the jurisdiction of the House of Financial Services Committee, including banking, securities and housing, as well as tax, intellectual property and environmental law.
- Drafted and negotiated legislation and amendments.

### SIPC

- Drafted briefs and argued motions and appeals in all phases of litigation, including the U.S. Court of Appeals for the Second Circuit and the U.S. District Court for the Southern District of New York in the liquidation of Bernard L. Madoff Investment Securities, LLC.
- Lead counsel to SIPC as Trustee for Hudson Valley Capital Management.

### Entertainment

- Drafted sample agreements and side-artist agreements for a major record label.
- Drafted artwork licenses for The Strokes' album, "First Impressions of Earth."
- Researched artist recording contracts, copyrights and licenses.

## Alerts

- 5/20/2019
  Show Me the Data: Investors Demand Better ESG Disclosures

## Community

- Levine School of Music: Committee Member (2010 to 2014)
- Niagara Symphony Orchestra: Guest Soloist
- French Piano Institute in Paris: Classical Pianist
- New Paltz Festival, Piano Summer: Classical Pianist

## Services

- Bankruptcy, Restructuring and Creditors' Rights

## Industries

- Investment Funds

## Prior Positions

- Office of Congressman Brad Sherman: Legislative Counsel (2015 to 2016)
- Securities Investor Protection Corporation
  - Assistant General Counsel (2012 to 2015)
  - Staff Attorney (2010 to 2011)

## Admissions

- New York, 2008
- California, 2018

## Education

- J.D., Fordham University School of Law, 2007
- B.A., McGill University (Montreal, Quebec, Canada), 2004

# BakerHostetler

## Lars H. Fuller

**Counsel**

**Denver**
T +1.303.764.4114
F +1.303.861.7805

lfuller@bakerlaw.com



## Overview

Lars Fuller is a commercial attorney with particular experience in bankruptcy and distressed circumstances. He focuses his practice on transactions, restructurings and litigation related to troubled company situations. Lars draws from a depth of knowledge to design unique solutions to complicated problems, ensuring long-term success for his clients.

## Experience

- Represents Irving H. Picard, Trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities LLC, in connection with BakerHostetler's role as counsel.
- Represented privately held entity with excess of $30 million in debt resolution and windup outside of bankruptcy.
- Represented oil and gas developer in recovery of more than $1 million from executory contract in chapter 11 bankruptcy pending in the Northern District of Texas.
- Represented landlord in recovery of post-petition rents in chapter 11 bankruptcy of national retailer penning in Delaware.
- Represented international preference defendant in bankruptcy litigation defending claim in excess of $900,000.
- Representing committee of unsecured creditors holding claims in excess of $30 million in bankruptcy of title insurance agent and subsidiaries.
- Represented oil and gas supplier as creditor in chapter 11 bankruptcies involving secured and unsecured claims.
- Represented minerals producer in startup, development and litigation.
- Represented chair of unsecured creditors committee in chapter 11 bankruptcy of debtor with debts in excess of $20 million.
- Represented secured creditor holding $8 million claim in condominium complex owned by chapter 11 debtor. Evaluated and advised creditor on cash collateral issues, relief from stay, disclosure statement and plan issues.
- Represented bank holding $16 million claim secured by real estate and cattle held by individual and entities and located in multiple states.
- Coordinated Article 9 foreclosure and advisement of bank following involuntary bankruptcy filed against debtor.
- Represented commercial debtor with debts in excess of $3 million, in windup outside of bankruptcy.
- Represented aircraft lessor holding claims in excess of $10 million in chapter 11 bankruptcies.
- Represented reorganization of chapter 11 commercial debtor with more than $3 million in gross annual revenues. Drafted statement of financial affairs, schedules, monthly operating reports, disclosure statement and plan.
- Represented bank holding claim in excess of $400,000 secured by cattle and personalty. Evaluated Article 9 rights and remedies, title issues, and estate claims, and negotiated resolution with chapter 7 bankruptcy trustee.
- Represented commercial landlord of 185,000-square-foot building and $9 million future rent claim with tenant in chapter 11, advising client of bankruptcy rights and remedies.
- Represented bankruptcy trustee of estate with claims in excess of $30 million and assets valued between $5 million and $10 million, in avoidance suits.
- Represented international company in sale of assets, liquidation litigation and windup.
- Represented borrower in refinancing of $3 million plus debt for apartment complex.
- Represented secured lender with claim in excess of $300,000 in chapter 11 bankruptcy, evaluating disputed lien priority issues, cash collateral issues and default remedies.

## Recognitions and Memberships

### Memberships

- American Bankruptcy Institute (ABI Volo Project Editor)
- Colorado Bar Association
- Denver Bar Association
- Faculty of Federal Advocates

### News

- 1/5/2012
  *The Wall Street Journal* showcases BakerHostetler and the "unprecedented magnitude" of the global recovery efforts in article "The Madoff Liquidation, Three Years Later"
- 10/4/2011
  Press Release: Initial Interim Distribution of Recovered Funds to Madoff Claims Holders

### Alerts

- 3/27/2019
  Financial Services 2018 Year-End Report
- 1/10/2019
  Supreme Court Overturns "Wholly Groundless" Exception to Contractual Delegations of Arbitrability Decisions to Arbitrators

### Services

- Bankruptcy, Restructuring and Creditors' Rights
- Debt Finance
- Private Equity and Venture Capital
- Commercial Litigation

### Industries

- Financial Services Industry

### Prior Positions

- Jessop & Company, P.C.: Associate
- Rothgerber Johnson & Lyons LLP: Associate
- Connolly, Halloran & Lofstedt, P.C.: Associate
- Law Clerk for the Honorable Patricia Clark, U.S. Bankruptcy Court for the District of Colorado
- Law Clerk for the Honorable A. Bruce Campbell, U.S. Bankruptcy Court for the District of Colorado

### Admissions

- U.S. District Court, District of Colorado
- U.S. District Court, District of Nebraska
- Colorado, 1995

### Education

- J.D., University of Colorado Law School, 1995
- B.A., English and Philosophy, University of Southern California, 1990

**DEANNA LYNN HEIDELBERG LANE, FRP**

**BAKER & HOSTETLER LLP**

**EXPERIENCE**

2003-Present        Baker & Hostetler LLP, Orlando, FL
                         Bankruptcy Paralegal

2000-2003         Rumberger, Kirk & Caldwell, PA, Orlando, FL
                         Contract Litigation Paralegal

1987-1991         Cook & Franke, SC, Milwaukee, WI
                         Litigation Paralegal

1984-1987         Kirkland & Ellis, LLP, Chicago, IL
                         Senior Litigation Paralegal

1981-1984         Winston & Strawn, LLP, Chicago, IL
                         Litigation and Bankruptcy Paralegal

**EDUCATION**

1981              Lawyers Assistant Program, with honors in legal writing,
                         Roosevelt University, Chicago, IL

1978              Bachelor of Music, with highest honors, University of Southern
                         Mississippi, Hattiesburg, MS

**Michael Rawles**
**BAKER & HOSTETLER LLP**

| | |
|---|---|
| March 2007 – Present | **Baker & Hostetler LLP**<br>Paralegal |
| April 2002 – February 2007 | **Jenkens & Gilchrist, P.C.**<br>Paralegal |
| May 1998 – April 2002 | **Foley & Lardner LLP**<br>Paralegal |
| 1984 – April 1998 | **Shapiro, Rosenfeld & Close**<br>Paralegal |
| 1983 – 1984 | **LaFollette Johnson**<br>Paralegal |

University of California Los Angeles, Paralegal Certificate, October 1982

University of Southern California, Bachelor of Science Business Administration, January 1979

# EXHIBIT E

## (Cover Letter to Committee)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 17 -

4812-2873-7688.2

# BakerHostetler

Baker&Hostetler LLP

SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432

T 407.649.4000
F 407.841.0168
www.bakerlaw.com

Elizabeth A. Green
direct dial: 407.649.4036
egreen@bakerlaw.com

August 15, 2019

Official Committee of Unsecured Creditors of
Sedgwick, LLP
c/o Mr. Michael Lauter
SheppardMullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Email: mlauter@sheppardmullin.com

Re:    *In re: Sedgwick LLP – Case No. 18-31087*

Dear Michael:

Enclosed please find our firm's first and final fee application in the above captioned cases, along with its exhibits and supporting certification. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor-in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estates' professionals. I invite you to discuss with me any objections, concerns or questions that you or the Committee may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The Court will consider timely-filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

Sincerely,

Elizabeth A. Green
Partner

Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC