1 Elizabeth A. Green (FL 0600547) *pro hac vice*
  BAKER & HOSTETLER LLP
2 SunTrust Center, Suite 2300
  200 South Orange Avenue
3 Orlando, FL 32801-3432
  Telephone: 407.649.4000
4 Facsimile: 407.841.0168
  Email: egreen@bakerlaw.com
5

6 *Former Attorneys for Official Committee of Unsecured*
  *Creditors*
7

8                **UNITED STATES BANKRUPTCY COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12 **In re:**                              | **Case No.: 18-31087**

13 **SEDGWICK LLP,**                        | **Chapter 11**

14              **Debtor.**                 | **DECLARATION OF ELIZABETH A.**
                                            | **GREEN IN SUPPORT OF FIRST AND**
15                                          | **FINAL FEE APPLICATION OF BAKER**
                                            | **& HOSTETLER LLP FOR ORDER**
16                                          | **ALLOWING COMPENSATION AND**
                                            | **REIMBURSEMENT OF EXPENSES**
17                                          | **INCURRED AS COUNSEL FOR THE**
                                            | **OFFICIAL COMMITTEE OF**
18                                          | **UNSECURED CREDITORS FOR THE**
                                            | **PERIOD MARCH 1, 2019 THROUGH**
19                                          | **AND INCLUDING APRIL 30, 2019**
20

21 I, Elizabeth A. Green, declare:

22       1.      I am an attorney with *pro hac vice* status to practice before this Court in the above

23 matter. I am a partner of the law firm of Baker & Hostetler LLP ("**Baker**"), and as such am

24 authorized to make this Declaration on behalf of Baker. I specialize in insolvency, creditors'

25 rights, and bankruptcy.

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

4822-7744-7832.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

2. The matters stated in this Declaration are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of Baker, and if called upon to testify as a witness, I could and would testify competently thereto.

3. This Declaration is made in support of the First and Final Application for Allowance of Compensation and Reimbursement of Expenses of Baker & Hostetler LLP, Former Counsel to the Official Committee of Unsecured Creditors (the "**Application**") for the period March 1, 2019 through April 30, 2019 (the "**Application Period**"), filed concurrently with this Declaration. Capitalized terms not defined in this Declaration have the meanings provided to them in the Application.

4. The Application was prepared at my direction and under my supervision. I am the "certifying professional" required by the guidelines (the "**Northern District Guidelines**") for compensation and expense reimbursement for professionals and trustees, and the United States Trustee's guidelines (the "**Trustee's Guidelines**") for the compensation of professional persons. The Northern District Guidelines and the Trustee's Guidelines are referred to together in the Application and herein as the "**Guidelines**." To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines, except as specifically noted in the Application and in this Declaration.

5. Upon thorough review of the Application, I find that it accurately reflects the work performed by Baker on behalf of the Committee during the Application Period.

6. Baker seeks an order of the Court (i) granting final approval of compensation and reimbursement of expenses totaling $46,038.55 (consisting of professional fees of $44,814.00 and reimbursement of expenses of $1,224.55) for services rendered on behalf of the Committee during the Application Period; (ii) authorizing and directing the Debtor to make immediate

- 2 -

IP 4822-7744-7832.1

payment to Baker of all allowed and outstanding amounts sought in this Application and approved by the Court; and (iii) granting such other and further relief as the Court may deem just and proper.

7.   Baker is not seeking fees for preparing this Application.

8.   Baker's employment was approved by this Court in an order entered April 12, 2019 at Docket No. 209.

9.   Baker is not holding and has not held any retainer in connection with this matter. Baker has neither applied for nor received any compensation of any kind in this case. This is Baker's first and final application for payment of fees and reimbursement of costs in this case.

10.   Detailed statements of the services performed and out-of-pocket expenses incurred by Baker during the Application Period are attached to the Application as **Exhibit B** (the "**Statements**"). The Statements set forth Baker's time and expense records as kept in the ordinary course of Baker's business and contains the following information: the names of each attorney or paralegal performing services, the description of the services, and the amount of time incurred for their services. The Statements are organized by billing code categories for each task or matter (each a "**Project Billing Category**") as required by the Guidelines. A summary of the professional fees incurred by each attorney or paralegal performing services, the hourly rate, the amount of time spent and related fees is set forth on **Exhibit C** to the Application.

11.   Baker seeks reimbursement of expenses totaling $1,224.55 incurred during the Application Period. Summaries of the expenses advanced by Baker are set forth in **Exhibit B**. Such expenses are billed at the actual cost to Baker.

12.   No agreement exists between Baker and any other person, firm or entity for division or sharing of compensation in this case which is in violation of Section 329(a) of the Bankruptcy Code.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 3 -

4822-7744-7832.1

13.     All compensation and expense reimbursements requested herein have been billed at rates in accordance with practices no less favorable than those customarily employed by Baker and generally accepted by Baker's clients.

14.     Pursuant to the Guidelines, Baker has served a true and correct copy of the Application on Michael Lauter, Attorney for the Committee, inviting discussion, questions, comments, concerns or objections to the Application. A true and correct copy of that correspondence dated August 15, 2019, from Baker to Mr. Kauter, is attached to the Application as **Exhibit E.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of August 2019 at Orlando, Florida.


*/s/ Elizabeth A. Green*
ELIZABETH A. GREEN

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

- 4 -

4822-7744-7832.1