SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ALAN M. FELD, Cal. Bar No. 155345
MICHAEL M. LAUTER, Cal. Bar No. 246048
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail      afeld@sheppardmullin.com
          mlauter@sheppardmullin.com
          sfarzan@sheppardmullin.com

Attorneys for the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 18-31087 |
| SEDGWICK LLP, | Chapter 11 |
| Debtor. | **FIRST INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 6, 2019 THROUGH JULY 31, 2019** |
| | Date:     September 5, 2019<br>Time:     10:00 a.m.<br>Place:    450 Golden Gate Ave., 16th Floor<br>          Courtroom 19<br>          San Francisco, CA 94102<br>Judge:  Hon. Hannah L. Blumenstiel |

# TABLE OF CONTENTS

Page:

I. INTRODUCTION ............................................................... 1

II. RELIEF REQUESTED AND BASIS FOR RELIEF ................ 3

III. EMPLOYMENT AND PRIOR COMPENSATION ................. 4

IV. CASE STATUS ............................................................ 4

    A.   General Background .................................................... 4

    B.   The Debtor's Plan ...................................................... 5

    C.   Settlement Efforts Regarding Clawback Actions ............. 5

    D.   Debtor's Settlement Motion with Former Partners. ..........

V. EXHIBITS TO APPLICATION ...................................... 6

VI. SUMMARY OF PROFESSIONAL SERVICES RENDERED ... 6

VII. PROJECT BILLING ................................................... 7

    A.   Maintenance of Records. ............................................. 7

    B.   Use of Project Billing Categories. ............................... 7

        1.   Case Administration. ........................................... 7

        2.   Avoidance Action Analysis. .................................. 7

        3.   Committee Matters/Communications. ...................... 8

        4.   Claims-Administration. ........................................ 9

        5.   Plan & Disclosure Statement ................................. 9

        6.   Bankruptcy Court Litigation .................................. 9

        7.   Discovery. ......................................................... 10

        8.   Mediation Efforts ............................................... 10

        9.   Professionals' Employment (Sheppard) ................... 11

VIII. EXPENSE REIMBURSEMENT ................................... 11

IX. CONCLUSION ......................................................... 12

# I.

## INTRODUCTION

This is the first interim fee application (the "Application") for allowance of compensation and reimbursement of expenses of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") as bankruptcy counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case.

Sheppard seeks Court approval for professional legal services rendered and reimbursement of expenses incurred as counsel for the Committee from May 6, 2019 through July 31, 2019 (the "Application Period") totaling $204,880.20 consisting of professional fees of $197,575.65 and reimbursement of expenses of $7,304.55. This amount is net of two significant reductions: (i) the 10% fee discount Sheppard agreed to at the outset of this representation (producing a $21,952.85 reduction in fees in the Application Period); and (ii) a voluntary write-off of $21,840.00 in fees during the Application Period as an accommodation to the Committee. Sheppard believes the amounts sought for approval in this Application are reasonable in light of the work performed and results achieved by Sheppard on behalf of the Committee.

As will be set forth in additional detail in other parts of this Application, Sheppard's efforts on behalf of the Committee during the Application Period have significantly benefited the Committee's constituency of unsecured creditors in a limited period of time.

Sheppard came into the case over sixth months after it began, substituting in for prior counsel at the Committee's request. At that time, a significant mediation with the Debtor and former partners over potential clawback actions was a little over two weeks away, and the two sides were still far apart in settlement discussions.

Working closely with the Committee's financial advisors, Sheppard quickly got up to speed on the clawback issues and the case generally, preparing a mediation brief and representing the Committee at the May 23rd mediation and in negotiations following the mediation.

Sheppard then worked with the Committee to develop and execute a game plan for the case when the May 23rd mediation proved unsuccessful and the Debtor took a more aggressive approach, filing a motion to settle the partner clawback actions without the Committee's approval

and filing a plan of liquidation without the Committee's input or approval that blocked the Committee from filing its own plan in this non-operating, liquidating chapter 11 with no secured creditors. The game plan Sheppard and the Committee developed involved three stages. First, Sheppard worked with the Committee to develop a game plan for opposing the Debtor's effort to settle the actions without Committee approval and confirm a plan that would appoint the Debtor's financial advisor as plan administrator. Second, Sheppard began to execute on that game plan, which involved preparing certain motions for affirmative relief, sending out discovery requests, taking the depositions of two of the members of the Dissolution Committee, and communicating with key creditor constituencies to garner their support and ensure that the Committee was proceeding in step with the overall creditor body. Third, prior to bringing the affirmative motions and objections to the Court, Sheppard led the Committee in an effort to restart negotiations with the Debtor to resolve the Committee's differences over the partner settlement motion and plan process and avoid the significant expense that litigation over those issues would impose on the estate and ultimately the creditors. Sheppard and the Committee walked the line of being ready to litigate to advance the interests of creditors, but also being mindful that litigation with the Debtor would cause the estate to incur administrative expenses on both sides and potentially put the estate on a path towards administrative insolvency.

Once negotiations were reopened and the hearings on the Debtor's plan and partner settlement motion continued to give space for a consensual resolution, Sheppard worked hard to broker a tentative resolution between the Debtor and the Committee on the partner settlement motion and the plan process that the Committee and Debtor expect should be finalized and presented to the Court soon. From the beginning of Sheppard's involvement, Sheppard focused on a negotiated resolution as the preferred path, keeping the settlement discussion and communication channels open even during acrimonious periods between the Debtor and Committee, resulting in a prospective settlement and prospective joint plan that will preserve millions of dollars for the estate and prevent the unnecessary incurrence of hundreds of thousands of additional legal and professional fees on all sides.

In addition, Sheppard worked with the Debtor and its financial advisors to analyze the other assets of the estate and the claims in the case in order to give the Committee an understanding of the overall distribution picture.

Finally, Sheppard has kept the Committee timely informed of all the developments in the case with frequent e-mail updates and committee calls.

## II.

## RELIEF REQUESTED AND BASIS FOR RELIEF

Sheppard seeks an order of the Court (1) granting interim approval of compensation totaling $204,880.20 (consisting of professional fees of $197,575.65 and reimbursement of expenses of $7,304.55) for services rendered on behalf of the Committee during the Application Period; (2) authorizing and directing the Debtors to make immediate payment to Sheppard of all allowed and outstanding amounts sought in this Application and approved by the Court; and (3) granting such other and further relief as the Court may deem just and proper.

Sheppard estimates that it will incur approximately $5,000.00 in fees preparing this Application. Some of those fees were incurred in the Application Period and included in amount sought in this Application, and some were incurred after the Application Period and would be sought in a later application.

Sheppard's request for relief is based on this Application, the declaration of Michael Lauter filed in support of the Application, and all related declarations and pleadings previously filed, or that may be filed, prior to the hearing on this matter.

This Application is made pursuant to the provisions of Bankruptcy Rule 2016 and Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"). Except as otherwise noted in the pages that follow, the Application conforms with the United States Trustee's guidelines for compensation and expense reimbursement for professionals (the "UST Guidelines") and the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court, Northern District of California ("District Guidelines"). The UST Guidelines and the District Guidelines are referred to together as the "Guidelines" in this Application.

In support of the Application, Sheppard respectfully represents as follows:

## III.

## EMPLOYMENT AND PRIOR COMPENSATION

On October 14, 2018, the U.S. Trustee filed its *Appointment of the Official Committee of Unsecured Creditors*. (*See* Dkt. No. 37) The Committee also initially selected and retained Pillsbury Winthrop Shaw Pittman LLP as its counsel. After the primary partner on the matter left the Pillsbury firm to join Baker Hostetler LLP in February 2019, the Baker Hostetler firm became Committee counsel in place of the Pillsbury firm. In May 2019, the Committee decided to switch counsel from Baker Hostetler to Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"). Sheppard's employment as counsel for the Committee was approved by this Court in an order entered May 29, 2019. (*See* Dkt. No. 233).

Sheppard is not holding and has not held any retainer in connection with this matter. This is Sheppard's first interim application in this case.

## IV.

## CASE STATUS

**A.     General Background**

The Debtor commenced this bankruptcy case by filing a voluntary Chapter 11 petition on October 2, 2018 and is operating as a debtor-in-possession under Bankruptcy Code sections 1107 and 1108. (*See* Dkt. No. 1.) No trustee or examiner has yet been sought or appointed. The Committee was formed in the Bankruptcy Case on October 14, 2018. (*See* Dkt. No. 37.) The Committee is comprised of BMO Harris Bank, CPF 801 Tower LLC (the Los Angeles landlord), and One North Wacker Drive LLC (the Chicago landlord).

The Court set a general claims bar date of January 22, 2019. Over $45 million in claims were timely asserted. The Debtor requested two extensions of the exclusive period in which only the Debtor could file a plan. The first extension was approved over the Committee's objection, and the second extension was granted following an agreement reached between the Committee and the Debtor resolving their disputes over the Debtor's second exclusivity motion.

**B.     The Debtor's Plan**

On June 17, 2019, the Debtor filed a proposed plan of liquidation (Dkt. No. 245).

**C.     Settlement Efforts Regarding Clawback Actions**

One of the Debtor's stated goals for this case, announced in the declaration filed in support of first day motions (Dkt. No. 2), was to reach a settlement with the Committee on the amount of so-called "clawbacks" of distributions made to partners when the Debtor was insolvent or nearly insolvent – i.e., avoidance actions for the return of said distributions under constructive fraudulent conveyance and other theories.

After the Committee engaged counsel and financial advisors, the Committee requested certain information regarding the clawback actions from the Debtor, and the Debtor provided some of that information as well as certain analyses of the clawbacks done by the Debtor's financial advisors.  Prior to Sheppard becoming counsel for the Committee, the Debtor and Committee met in an effort to settle these actions on December 17, 2018 and March 11, 2019. After Sheppard become Committee counsel, the Debtor and Committee participated in an all-day mediation with Michael Cooper of the Wendel Rosen firm on May 23, 2019.  The settlement meetings and mediation did not produce a settlement, and ultimately the Debtor decided to proceed without Committee consent and filed a settlement motion that the Committee did not approve and a plan of liquidation with no input from the Committee that appointed the Debtor's financial advisor as the plan administrator.

What followed was a period where the Committee prepared various affirmative motions and objections to ensure that the creditors had a voice in this liquidating chapter 11 where they are effectively the only residual beneficiaries of the value of the estate.  The Committee took discovery on these issue, including multiple depositions.  However, before bringing the disputes to the Court to resolve, with the attendant expense that would impose on the estate, the Committee in its role as fiduciary for the unsecured creditor body again pursued settlement of the partner settlement motion and liquidating plan with the Debtor.  The hearings on the Debtor's settlement motion and its disclosure statement were continued multiple times as the Committee and the

Debtor worked hard to bridge the gap between them and reach a tentative resolution that is in the best interests of the estate.

The Committee and the Debtor now hope to finalize and formalize that resolution in the near term, provided certain contingencies are achieved, and move this case quickly toward confirmation of a joint liquidating plan.

## V.

## EXHIBITS TO APPLICATION

The exhibits attached to this Application are as follows:

Exhibit A – A copy of the order employing Sheppard.

Exhibit B – A copy of the detailed statement (the "Statement") of the services performed and out-of-pocket expenses incurred by Sheppard during the Application Period. The Statement sets forth Sheppard's time and expense records as kept in the ordinary course of Sheppard's business, and contains the following information: the names of each attorney or paralegal performing services, the description of the services, and the amount of time incurred for their services. The Statement is organized in chronological order, separated by billing categories for each task or matter (each a "Project Billing Category") as required by the Guidelines. A summary of the professional fees incurred by each attorney or paralegal performing services, the hourly rate, the amount of time spent and related fees, is set forth on page 33 of the Statement.

Exhibit C – A summary of the Project Billing Categories used by Sheppard during the Application Period. The summary includes the total professional hours spent and the total fees requested under each category.

Exhibit D – A copy of Sheppard's letter to Kelly Kinnon, the Committee chair, inviting discussion, questions, comments, concerns or objections to the Application.

## VI.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

Sheppard's attorneys spent 308.3 hours in performing the services described in the Application, at an average hourly billing rate of $640.86. This reflects a 10% discount on fees agreed to by Sheppard for purposes of this engagement.

# VII.

## PROJECT BILLING

**A.     Maintenance of Records.**

In compliance with the Guidelines, Sheppard maintained its time records on a "Project Billing Category" basis.  Exhibit C provides summaries of the Project Billing Categories, the total professional hours spent in each category and the total fees requested for each category.

**B.     Use of Project Billing Categories.**

A narrative discussion of the work Sheppard performed during the Application Period in each Project Billing Category is set forth in the paragraphs that follow.  It is inevitable that not all matters fit precisely into one category, or that some items fit appropriately into more than one category.  Additionally, as in the case of telephone conferences or meetings where more than one subject is discussed, a time entry dealing with more than one subject must occasionally be placed in only one category.  Thus, while Sheppard has diligently attempted to segregate its time into the appropriate category, there may be some overlap between and among categories.  In some instances where an attorney assigns a project to another attorney, only one of the attorneys will bill for that time.  A discussion of the work performed in the Project Billing Categories follows below.

1.     <u>Case Administration.</u>

The work Sheppard performed to become apprised of the general status of the case and the matters that had developed until that the time it was retained as counsel to the Committee is included in this Project Billing Category.  The other type of work under this Project Billing Category covers general case administrative work typically required by a bankruptcy counsel, including preparing a notice of appearance for the Committee, preparation for hearings, and generally keeping apprised of the goings on in the case by reviewing the docket and new filings.

Sheppard spent a total of 11.8 hours and incurred fees totaling $9,023.00 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 5.

2.     <u>Avoidance Action Analysis.</u>

Since one of the main unresolved issues of the case when Sheppard came on as counsel was the amount of the clawback claims against former partners, Sheppard spent time researching

the facts of the case and the law on key points relevant to those claims, which are largely constructively fraudulent transfer claims. That involved reviewing filings in the case, reviewing the clawback analysis prepared by the Committee's financial advisors, working with the financial advisors to model out different potential settlements and outcomes, and researching the key legal points in dispute.

Lastly, Sheppard spent time in this category drafting a motion for derivative standing and related relief so that the Committee could take control of the process of settling the clawback actions. However, as mentioned above, before filing this and other motions, the Committee focused its efforts on settling these issues with the Debtor and so the standing motion, along with certain other pleadings, were not filed with the Court.

Sheppard spent a total of 32.2 hours and incurred fees totaling $23,713.00 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 7.

3. Committee Matters/Communications.

Sheppard's activities in this category were primarily related to Sheppard's preparation for and participation in numerous Committee calls and conferences to provide updates to the Committee, develop the Committee's position on issues as they arose, and develop a strategy to reach a resolution on key issues in the case that would be in the best interests of the Committee's constituents. Sheppard spent time in this category preparing for and attending meetings and telephone calls to discuss case strategy and status, drafting and reviewing correspondence, and preparing status reports for the Committee. Sheppard kept the Committee apprised on the progress of the case, the administrative costs of the estate, the developments in the case, the status of settlement discussions with the Debtor, and other avenues of recovery for the estate. Sheppard responded to inquiries from the Committee regarding these matters and prepared memoranda and summaries as appropriate to keep the Committee informed. Sheppard communicated constantly with the Committee, and always kept the Committee apprised of the matters pending in the case and the suggested next steps.

Sheppard spent a total of 12.6 hours and incurred fees totaling $9,411.00 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 10.

Case: 18-31087   Doc# 268   Filed: 08/15/19   Entered: 08/15/19 14:00:12   Page 10 of 59

### 4.    Claims-Administration

In order to arrive at an understanding of what an eventual distribution may be, which is important to inform the Committee's decision-making process generally, Sheppard spent time reviewing and analyzing the proofs of claim filed in the case and the claims schedule on the Debtor's schedules of assets and liabilities, and developing an analysis of what the eventual claims pool may be.

Sheppard spent a total of 10.7 hours and incurred fees totaling $6,838.50 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 11.

### 5.    Plan & Disclosure Statement

Given that the case is a non-operating, liquidating chapter 11 with no secured creditors, the Committee was focused on designing the exit to the case and the post-confirmation structure in a way that would best benefit the unsecured creditors. To that end, the Committee prepared a plan of liquidation and associated disclosure statement that it was prepared to file in mid June, but ultimately had to put the filing on hold when the Debtor filed its liquidating plan on the last day of the exclusivity period, blocking the Committee from filing its plan for the time being.

However, the time in this category will ultimately be beneficial to the estate, as the tentative resolution with the Debtor would involve filing a joint plan that would meld the Debtor's existing plan with the plan the Committee prepared. For instance, the Committee expects that the new joint plan would create a liquidating trust, using the Committee-prepared liquidating trust agreement as the basis.

In addition, after the Debtor filed its plan, Sheppard also spent time in this category carefully reviewing and discussing the Debtor's plan, and strategizing regarding the implications on unsecured creditors and the confirmability of the plan.

Sheppard spent a total of 47.7 hours and incurred fees totaling $33,875.50 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 14.

### 6.    Bankruptcy Court Litigation

Sheppard spent time in this billing category reviewing the debtor's motion and filings regarding exclusivity, negotiating with the Debtor re exclusivity, working with the Debtor on a

compromise regarding a dispute that arose over the terms of a prior agreement re exclusivity, and preparing an opposition to further extensions of exclusivity that was ultimately mooted when the Debtor announced on the day simultaneous briefs were due on exclusivity that would not seek further extensions of exclusivity.

Sheppard also spent time in this billing category reviewing the Debtor's 9019 motion, and strategizing regarding opposing said motion, including preparing certain motions for affirmative relief that were ultimately shelved as part of the settlement effort discussed above.

In addition to the above, Sheppard kept in contact with Debtor's counsel on other pending litigation issues in the case, and kept the Committee continually apprised on all of these issues as they progressed.

Sheppard spent a total of 65.10 hours and incurred fees totaling $47,110.50 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 20.

    7.    <u>Discovery.</u>

In order to represent the interest of the Committee and analyze the Debtor's proposed settlement with its former partners, Sheppard needed access to various information relevant to the Debtor, the Debtor's settlement process with the former partners, and other issues. To that end, Sheppard prepared discovery requests and deposition subpoenas and propounded them on the Debtor. Sheppard then reviewed and analyzed the Debtor's responsive documents. Sheppard then took the depositions of two of the Dissolution Committee members, before agreeing with the Debtor to stay further discovery as the parties focused on settlement.

Sheppard spent a total of 52.3 hours and incurred fees totaling $35,506.50 during the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 24.

    8.    <u>Mediation Efforts</u>

Sheppard hit the ground running upon its retention on May 6, 2019, and quickly analyzed and prepared a detailed mediation brief that was submitted approximately ten days later, in advance of the May 23 mediation. Sheppard then led the Committee at that mediation, and in further discussions thereafter which have recently led to a tentative agreement on terms that the parties hope to present to the Court soon.

Case: 18-31087    Doc# 268    Filed: 08/15/19    Entered: 08/15/19 14:00:12    Page 12 of 59
SMRH FIRST INTERIM FEE APPLICATION

1    Sheppard spent a total of 66.10 hours and incurred fees totaling $47,883.50 during

2    the Application Period on this Project Billing Category, as summarized on Exhibit C, p. 30.

3         9.    Professionals' Employment (Sheppard)

4         Time spent in this billing category consists of Sheppard's work drafting and

5    obtaining approval of its employment application.  Sheppard also drafted the form of order

6    approving the application.

7         Sheppard spent a total of 4.6 hours and incurred fees totaling $2,919.00 during the

8    Application Period on this Project Billing Category, as summarized on Exhibit C, p. 32.

9         10.   Sheppard Compensation

10        Time spent in this billing category consists of Sheppard's work drafting this fee

11   Application.

12        Sheppard spent a total of 5.2 hours and incurred fees totaling $3,248.00 during the

13   Application Period on this Project Billing Category, as summarized on Exhibit C, p. 31.

14                                   **VIII.**

15                       **EXPENSE REIMBURSEMENT**

16        Sheppard seeks expense reimbursement for costs totaling $7,339.30 incurred during the

17   Application Period.  Summaries of expenses advanced by Sheppard and detailed statements of

18   costs advanced by Sheppard are set forth on Exhibit B at pages 34.  These costs include the fees

19   and expenses of third party services used for photocopying, court reporting, courier service,

20   telephone, PACER, and postage. Such expenses are billed at the actual cost to Sheppard.  As

21   reflected on the Statement, the lion's share of the expenses was made up of the court reporting

22   service used at the two depositions.

23        Although Sheppard charges some of its non-bankruptcy clients for secretarial overtime,

24   word processing costs and incoming faxes, Sheppard has not sought recovery of those costs from

25   the Debtor's estate and those items have not been included on Exhibit C.

26        Sheppard uses the services of Xerox Corporation for its in-house photocopy services.

27   Sheppard has billed the estate at a rate of 20¢ per page for copies, which is less than the normal

28   cost that Sheppard charges its non-bankruptcy clients, and within the Guidelines.

## IX.

## CONCLUSION

WHEREFORE, Sheppard prays that the Court enter an order:

1.      Granting interim approval of compensation totaling $204,880.20 consisting of professional fees of $197,575.65 and reimbursement of expenses of $7,304.55, for services rendered on behalf of the Committee during the Application Period;

2.      Authorizing and directing the Debtor to make prompt payment to Sheppard of all allowed and outstanding amounts sought in this Application and approved by the Court; and

3.      Granting such other and further relief as the Court may deem just and proper.


Dated:  August 15, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By        _____/s/ Michael Lauter_____
                    MICHAEL LAUTER

Attorneys for the
Official Committee of Unsecured Creditors

# Exhibit A



1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
    ALAN M. FELD, Cal. Bar No. 155345
3  MICHAEL M. LAUTER, Cal. Bar No. 24
    SHADI FARZAN, Cal. Bar No. 301610
4  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
5  Telephone:    415.434.9100
    Facsimile:    415.434.3947
6  E mail        afeld@sheppardmullin.com
                  mlauter@sheppardmullin.com
7                 sfarzan@sheppardmullin.com

8  Proposed Attorneys for the Official Committee
    of Unsecured Creditors

Signed and Filed: May 29, 2019

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

9

10                    UNITED STATES BANKRUPTCY COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  In re                                    | Case No. 18-31087

15  Sedgwick LLP,                            | Chapter 11

16              Debtor.                      | **ORDER AUTHORIZING THE**
                                             | **EMPLOYMENT OF SHEPPARD,**
17                                           | **MULLIN, RICHTER & HAMPTON LLP**
                                             | **AS BANKRUPTCY COUNSEL FOR THE**
18                                           | **OFFICIAL COMMITTEE OF**
                                             | **UNSECURED CREDITORS**
19
20                                           | [No Hearing Requested Pursuant to Bankruptcy
                                             | Local Rule 9014-1(b)(3)]
21

22

23

24

25

26

27

28

ORDER AUTHORIZING EMPLOYMENT
APPLICATION

The Court, having considered the *Application for Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP As Bankruptcy Counsel for the Official Committee of Unsecured Creditors* (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") on May 21, 2019 as Docket No. 230, and the accompanying declaration in support thereof, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application is APPROVED.

2.      The Committee is authorized to employ Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") as bankruptcy counsel effective as of May 6, 2019.

3.      Sheppard Mullin is authorized to perform the services described in the Application, and compensation for such services shall be paid from the Debtor's estate in such amounts and at such times as the Court may hereafter allow.

4.      The court's Guidelines for Compensation and Reimbursement will apply.

**\*\* END OF ORDER \*\***

1    **Court Service List**

2    *ECF Parties*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 18-31087   Doc# 263   Filed: 09/25/19   Entered: 09/25/19 15:08:33   Page 18 of 8
SMRH:4840-1064-0024.1                                    EMPLOYMENT APPLICATION

# Exhibit B



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*Please return this page with your payment.*

Kelly Kinnon of CPF 801 Tower LLC
Committee Chair
c/o Barings
2321 Rosecrans Ave., Suite 4225
El Segundo, CA 90245

SMRH Tax ID 95-1463164
August 15, 2019
Invoice 380042505

Our Matter No.      68EC-298752
                    Sedgwick Creditors Committee
Billing Atty:       Michael Lauter

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

| | |
|---|---|
| Current Fees | $ 241,368.50 |
| Current Disbursements | $ 7,304.55 |
| | |
| Total Current Activity | $ 248,673.05 |
| Fee Discount | $ (21,952.85) |
| Voluntary Fee Reduction | $ (21,840.00) |
| Total Due for This Invoice | $ 204,880.20 |

Payment Terms:  Balance due upon receipt of this statement.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Kelly Kinnon of CPF 801 Tower LLC
Committee Chair
c/o Barings
2321 Rosecrans Ave., Suite 4225
El Segundo, CA 90245

SMRH Tax ID 95-1463164
August 15, 2019
Invoice 380042505

Our Matter No.        68EC-298752
                      Sedgwick Creditors Committee
Billing Atty:         Michael Lauter

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

| | |
|---|---|
| Current Fees | $ 241,368.50 |
| Current Disbursements | $ 7,304.55 |
| Total Current Activity | $ 248,673.05 |
| Fee Discount | $ (21,952.85) |
| Voluntary Fee Reduction | $ (21,840.00) |
| Total Due for This Invoice | $ 204,880.20 |

Payment Terms:  Balance due upon receipt of this statement.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 07/31/19

## **FEE DETAIL**

### Case Administration

| | | |
|---|---|---|
| 05/08/19 | Correspondence with Committee's prior counsel re substitution of counsel. | |
| | Michael Lauter | .20 hrs. |
| 05/10/19 | Reviewed docket and filings. | |
| | Alan  M. Feld | .40 hrs. |
| 05/13/19 | Prepared for status hearing. | |
| | Alan  M. Feld | .40 hrs. |
| 05/14/19 | Correspondence with prior counsel for Committee re Committee bylaws. | |
| | Shadi Mahmoudi | .10 hrs. |
| 05/16/19 | Reviewed Debtor and Commenda materials (0.5).  Conference with financial advisor re same (0.3).  Reviewed filings (0.2). | |
| | Alan  M. Feld | 1.00 hrs. |
| 05/22/19 | Reviewed docket and filings. | |
| | Alan  M. Feld | .40 hrs. |
| 06/04/19 | Reviewed docket. | |
| | Alan  M. Feld | .30 hrs. |
| 06/06/19 | Checked docket and filings. | |
| | Alan  M. Feld | .20 hrs. |
| 06/07/19 | Reviewed docket and filings (0.3).  Reviewed orders (0.3). | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## FEE DETAIL

|  | Alan  M. Feld | .60 hrs. |
| --- | --- | --- |

07/01/19   Reviewed docket and filings (0.30).  Reviewed orders and notices (0.60).

|  | Alan  M. Feld | .90 hrs. |
| --- | --- | --- |

07/08/19   Reviewed filings and docket (0.30).  Worked on litigation standstill (0.40).

|  | Alan  M. Feld | .70 hrs. |
| --- | --- | --- |

07/08/19   Call and correspondence with Mr. Lucas re continued dates, settlement motion objection, and related matters.

|  | Michael Lauter | .50 hrs. |
| --- | --- | --- |

07/09/19   Reviewed docket and filings.

|  | Alan  M. Feld | .30 hrs. |
| --- | --- | --- |

07/12/19   Reviewed docket and filings (operating report and status conference statements).

|  | Shadi Mahmoudi | .20 hrs. |
| --- | --- | --- |

07/15/19   Reviewed Debtor's status report (0.40).  Reviewed docket and filings (0.30). Corresponded re settlement status (0.20).  Conferred re same (0.20).

|  | Alan  M. Feld | 1.10 hrs. |
| --- | --- | --- |

07/16/19   Reviewed filings and docket (.30).  Reviewed operating report (0.40).  Reviewed Debtor's status report (0.30).

|  | Alan  M. Feld | 1.00 hrs. |
| --- | --- | --- |

07/18/19   Reviewed filings and docket (0.30).  Reviewed orders (0.30).  Corresponded  and conference re status of settlement (0.30).

|  | Alan  M. Feld | .90 hrs. |
| --- | --- | --- |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## FEE DETAIL

07/19/19     Reviewed docket and filings.

       Alan  M. Feld                 .30 hrs.

07/22/19     Reviewed filings and docket.

       Alan  M. Feld                 .30 hrs.

07/22/19     Reviewed docket and filings.

       Shadi Mahmoudi             .20 hrs.

07/23/19     Reviewed filings and docket.

       Alan  M. Feld                 .30 hrs.

07/24/19     Reviewed docket and filings re status (0.30).  Corresponded re settlement progress (0.30).

       Alan  M. Feld                 .60 hrs.

07/31/19     Reviewed filings and docket.

       Alan  M. Feld                 .30 hrs.

07/31/19     Corresponded re update on New Jersey partners (0.30).  Corresponded re settlement status (0.30).

       Alan  M. Feld                 .60 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Case Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| Michael Lauter | 0.70 | $ 715.00 | $ 500.50 |
| Alan M. Feld | 10.60 | $ 775.00 | $ 8,215.00 |
| Shadi Mahmoudi | 0.50 | $ 615.00 | $ 307.50 |
| Totals | 11.80 | $ 764.66 | $ 9,023.00 |

## Avoidance Action Analysis

05/07/19     Conducted research re applicable defenses to fraudulent transfer actions.

Shadi Mahmoudi                    1.30 hrs.

05/13/19     Reviewed Commenda analysis re partner liability (0.6). Conferred re same (0.3).

Alan M. Feld                    .90 hrs.

05/14/19     Calls and correspondence with Commenda re clawback analysis.

Michael Lauter                    1.60 hrs.

05/31/19     Reviewed recovery analysis (0.4). Reviewed claims analysis (0.4). Conferred re motion for derivative standing (0.4).

Alan M. Feld                    1.20 hrs.

05/31/19     Analyzed Debtor's bankruptcy schedules for valuation of avoidance claims (0.7). Analyzed Debtor's SOFA for valuation of potential claims (0.6). Began drafting factual background and argument section to derivative standing motion (1.4).

Michael Driscoll                    2.70 hrs.



06/03/19     Researched standards for derivative standing in the 9th Circuit (0.6).  Analyzed
             publicly-filed documents by Debtor on issues relevant to standing (0.4).  Analyzed
             recent law firm bankruptcies for precedent (1.1).  Drafted section of derivative standing
             motion (1.8).

             Michael Driscoll                    4.80 hrs.

06/05/19     Analyzed first day declaration onissues relevant to standing (0.7).  Analyzed SOFA for
             transfers (0.6). Revised standing motion (1.9).

             Michael Driscoll                    3.20 hrs.

06/05/19     Case law research re insured v. insured exception (0.5). Reviewed notice re exclusivity
             motion (0.2).

             Shadi Mahmoudi                       .70 hrs.

06/06/19     Revised standing motion with further revisions based on additional matters in
             bankruptcy documents.

             Michael Driscoll                    2.80 hrs.

06/07/19     Worked on motion for derivative standing.

             Alan  M. Feld                        .50 hrs.

06/10/19     Reviewed standing motion and strategized with Mr. Driscoll regarding same.

             Michael Lauter                       .70 hrs.

06/10/19     Researched self-dealing remedies under section 1104 and derivative standing (1.2).
             Drafted report to M. Lauter (SMRH) regarding summary of research (0.7). Analyzed
             Debtors' 9019 motion for issue of self-dealing (1.1).

             Michael Driscoll                    3.00 hrs.

06/12/19     Worked on derivative standing motion.

             Alan  M. Feld                        .60 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

06/12/19    Analyzed 9019 motion for arguments to derivative standing motion (0.9). Revised derivative standing motion with addition argument (2.9).

              Michael Driscoll                    3.80 hrs.

06/13/19    Researched standards for appointment of trustee based off self-dealing and conflicts of interest (1.1).  Revised motion for inclusion of argument (1.0).

              Michael Driscoll                    2.10 hrs.

06/15/19    Worked on derivative standing motion (0.8).

              Alan  M. Feld                    .80 hrs.

06/17/19    Worked on derivative standing/trustee motion (0.84.  Conferred with Mr. Driscoll re same (0.3).

              Alan  M. Feld                    .70 hrs.

06/18/19    Worked on derivative standing/trustee motion (0.5).  Conferred with Mr. Driscoll re same (0.3).

              Alan  M. Feld                    .80 hrs.

*Timekeeper Summary of: Avoidance Action Analysis*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 2.30 | $ 715.00 | $ 1,644.50 |
| Alan  M. Feld | 5.50 | $ 775.00 | $ 4,262.50 |
| Shadi Mahmoudi | 2.00 | $ 615.00 | $ 1,230.00 |
| Michael Driscoll | 22.40 | $ 740.00 | $ 16,576.00 |
| Totals | 32.20 | $ 736.43 | $ 23,713.00 |

**Committee Matters/Communications**



05/09/19     Conferred with Committee chair re issues in case and upcoming events.

        Alan  M. Feld                              .30 hrs.

05/28/19     Corresponded with Committee re post-mediation issues and next steps.

        Alan  M. Feld                              .30 hrs.

05/28/19     Prepared agenda for Committee call on next steps in case.

        Michael Lauter                            .20 hrs.

05/29/19     Reviewed meeting agenda (0.2).  Corresponded re same (0.2).  Prepared for and attended Committee meeting (1.1).

        Alan  M. Feld                              1.50 hrs.

05/29/19     Prepared for and participated in Committee call (1.4); prepared and circulated minutes of committee call (0.6).

        Michael Lauter                            2.00 hrs.

05/30/19     Reviewed Commenda analysis of clawback claims (0.4).  Followed up on Committee meeting (0.3).  Reviewed minutes (0.4).  Reviewed docket (0.2).

        Alan  M. Feld                              1.30 hrs.

06/06/19     Corresponded with Committee chair re recent events in case.

        Alan  M. Feld                              .40 hrs.

06/06/19     Follow up emails to Committee re recent events (0.6); calls with Mr. Gansman, Mr. Kinnon, and Mr. Feld re the foregoing (.7).

        Michael Lauter                            1.30 hrs.

06/07/19     Corresponded with Committee members re recent events in case and committee response.

        Alan  M. Feld                              .40 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

06/11/19      Conference calls with Committee members re recent events in case and committee
              response.

                     Alan  M. Feld                          .60 hrs.

06/12/19      Conference and corresponded with Committee members on partner settlement issues
              and committee response.

                     Alan  M. Feld                          .60 hrs.

06/17/19      Conference and corresponded with Committee members on partner settlement issues
              and committee response.

                     Alan  M. Feld                          .40 hrs.

06/24/19      Conference and conferred with Committee members on partner settlement issues and
              committee response.

                     Alan  M. Feld                          .40 hrs.

06/25/19      Conferred with Committee members on partner settlement issues and committee
              response.

                     Alan  M. Feld                          .50 hrs.

07/31/19      Prepared for Committee call on partner settlement issues (0.8); Committee call (0.8);
              calls with Mr. Lucas re same (0.8).

                     Michael Lauter                         2.40 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee
Michael Lauter

August 15, 2019
Invoice 380042505
Page 10 of 34

*Timekeeper Summary of: Committee Matters/Communications*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Michael Lauter* | *5.90* | *$ 715.00* | *$ 4,218.50* |
| *Alan M. Feld* | *6.70* | *$ 775.00* | *$ 5,192.50* |
| *Totals* | *12.60* | *$ 746.90* | *$ 9,411.00* |

## Claims - Administration

05/15/19    Reviewed claims register and schedules to determine claims pool.

        Shadi Mahmoudi        .70 hrs.

05/16/19    Reviewed claims register and schedules to summarize claim pool and amounts of priority, secured, and general unsecured claims.

        Shadi Mahmoudi        .40 hrs.

05/22/19    Reviewed debtor's schedules and filed claims and prepared claims spreadsheet.

        Shadi Mahmoudi        4.60 hrs.

05/23/19    Attention to updating claims spreadsheet.

        Shadi Mahmoudi        .80 hrs.

05/28/19    Reviewed claim filed by NY Landlord and updated claims analysis.

        Shadi Mahmoudi        .50 hrs.

06/05/19    Correspondence with committee regarding exclusivity brief.

        Michael Lauter        .50 hrs.

06/18/19    Downloaded claims from claims register and discussed same with financial advisors.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                          August 15, 2019
Michael Lauter                                                                     Invoice 380042505
                                                                                   Page 11 of 34

|                     | Shadi Mahmoudi            | 1.90 hrs. |
|---|---|---|

07/26/19     Corresponded with M. Lauter and others re settlement status (0.30).  Reviewed docket and filings (0.30).  Corresponded re claims analysis (0.30).

|                     | Alan  M. Feld             | .90 hrs. |
|---|---|---|

07/30/19     Reviewed updated  claims analysis.

|                     | Alan  M. Feld             | .40 hrs. |
|---|---|---|


*Timekeeper Summary of: Claims - Administration*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 0.50 | $ 715.00 | $ 357.50 |
| Alan  M. Feld | 1.30 | $ 775.00 | $ 1,007.50 |
| Shadi Mahmoudi | 8.90 | $ 615.00 | $ 5,473.50 |
| Totals | 10.70 | $ 639.11 | $ 6,838.50 |


## Plan & Disclosure Statement

06/11/19     Discussed with Mr. Lauter background and terms for chapter 11 plan (0.2); Reviewed background documents (1.0); commenced drafting chapter 11 plan (1.2).

|                     | Robert  K. Sahyan         | 2.40 hrs. |
|---|---|---|

06/12/19     Drafted Chapter 11 plan.

|                     | Robert  K. Sahyan         | 7.30 hrs. |
|---|---|---|

06/13/19     Drafted disclosure statement (0.8).

|                     | Michael Lauter            | .80 hrs. |
|---|---|---|

06/13/19     Continued drafting Chapter 11 plan.


|              | Robert  K. Sahyan                | 8.40 hrs. |

06/14/19    Finalized initial draft of Chapter 11 plan.

|              | Robert  K. Sahyan                | 3.40 hrs. |

06/15/19    Researched and drafted disclosure statement.

|              | Michael Lauter                   | 2.20 hrs. |

06/16/19    Researched and drafted disclosure statement.

|              | Michael Lauter                   | 1.30 hrs. |

06/17/19    Drafted disclosure statement (1.9); revised plan (0.3); correspondence with Committee re same (0.2); reviewed debtor plan and disclosure statement and corresponded with Committee re same (1.1); strategized with Mr. Feld re next steps (0.3).

|              | Michael Lauter                   | 3.80 hrs. |

06/17/19    Drafted Liquidating trust Agreement.

|              | Robert  K. Sahyan                | 2.20 hrs. |

06/17/19    Reviewed debtor's plan and disclosure statement and calendared key dates (0.4). Researched fiduciary duties of responsible individuals in bankruptcy (0.4).

|              | Shadi Mahmoudi                   | .80 hrs. |

06/18/19    Reviewed draft plan.

|              | Alan  M. Feld                    | .60 hrs. |

06/18/19    Finalized draft of liquidating trust agreement (1.0); reviewed revisions to chapter 11 plan and revise same (0.5).

|              | Robert  K. Sahyan                | 1.50 hrs. |

06/19/19    Reviewed and commented on plan (0.6).  Reviewed draft disclosure statement (0.6). Corresponded with potential contingency counsel (0.5).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                    August 15, 2019
Michael Lauter                                                               Invoice 380042505
                                                                             Page 13 of 34

|  | Alan  M. Feld | 1.70 hrs. |

06/19/19   Prepared voting chart reflecting voting chart and likely vote on debtor's plan.

|  | Shadi Mahmoudi | .30 hrs. |

06/22/19   Corresponded re plan status.

|  | Alan  M. Feld | .60 hrs. |

06/24/19   Worked on plan (0.8).  Worked on disclosure statement (0.5).

|  | Alan  M. Feld | 1.30 hrs. |

06/25/19   Reviewed debtor plan and disclosure statement.

|  | Alan  M. Feld | 1.10 hrs. |

06/27/19   Worked on litigation moratorium agreement (0.4).  Reviewed Debtor's plan and disclosure statement (0.8).  Conferred re same (0.4).

|  | Alan  M. Feld | 1.60 hrs. |

07/02/19   Analyzed Debtor plan terms (0.80).  Conferences re improved settlement terms (0.40).

|  | Alan  M. Feld | 1.20 hrs. |

07/02/19   Corresponded with Committee chair.

|  | Alan  M. Feld | .30 hrs. |

07/03/19   Reviewed and analyzed Debtor's disclosure statement (0.80).  Corresponded re litigation standstill (0.30).  Corresponded with financial advisor (0.30).

|  | Alan  M. Feld | 1.40 hrs. |

07/09/19   Reviewed disclosure statement process.

|  | Alan  M. Feld | .70 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                              August 15, 2019
Michael Lauter                                                                     Invoice 380042505
                                                                                     Page 14 of 34

07/10/19     Call and correspondence with Mr. Lucas re continued dates for disclosure statement and
             9019 hearing (0.3); correspondence with Mr. Lucas, Ms. Contreras, and Mr. Feld re
             same (0.3).

                      Michael Lauter                          .60 hrs.

07/11/19     Reviewed and analyzed plan terms (0.80).  Conference and corresponded re same.
             (0.40).  Corresponded re settlement status (0.30).

                      Alan  M. Feld                          1.50 hrs.

07/17/19     Reviewed plan proposal re releases (0.40).  Reviewed docket and filings (0.30).

                      Alan  M. Feld                          .70 hrs.


*Timekeeper Summary of: Plan & Disclosure Statement*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 8.70 | $ 715.00 | $ 6,220.50 |
| Robert  K. Sahyan | 25.20 | $ 680.00 | $ 17,136.00 |
| Alan  M. Feld | 12.70 | $ 775.00 | $ 9,842.50 |
| Shadi Mahmoudi | 1.10 | $ 615.00 | $ 676.50 |
| Totals | 47.70 | $ 710.18 | $ 33,875.50 |


**Bankruptcy Court Litigation**


05/07/19     Negotiation with Mr. Lucas re termination/extension on exclusivity.

                      Alan  M. Feld                          .60 hrs.

05/15/19     Reviewed Commenda analysis re insolvency date.

                      Alan  M. Feld                          .60 hrs.

05/16/19     Correspondence and call with Mr. Feld re exclusivity order.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

|  |  | Michael Lauter | .50 hrs. |
|---|---|---|---|

| 05/17/19 | Marked up proposed order on exclusivity motion (0.5); several calls and emails with Mr. Lucas, Mr. Feld, and others re same (0.9); email to committee seeking approval of resolution (0.4); coordinated with Mr. Feld and others re mediation and status of exchanging mediation briefs (0.4). | | |
|---|---|---|---|
|  |  | Michael Lauter | 2.20 hrs. |

| 05/20/19 | Worked on exclusivity compromise and order. | | |
|---|---|---|---|
|  |  | Alan  M. Feld | 1.10 hrs. |

| 05/20/19 | Prepare for Committee call (0.6); participate in Committee call (0.9); extensive calls and correspondence with Mr. Feld, Mr. Hayes, Mr. Gansman and Committee on mediation and related issues (1.7); analysis of issues for mediation (0.5); resolved issue re exclusivity order with Mr. Lucas and called court (0.7). | | |
|---|---|---|---|
|  |  | Michael Lauter | 4.40 hrs. |

| 05/21/19 | Worked on exclusivity dispute (0.4).  Negotiate order re same (0.5). | | |
|---|---|---|---|
|  |  | Alan  M. Feld | .90 hrs. |

| 05/21/19 | Call with Mr. Lucas regarding financial picture of case and mediation matters (0.6); correspondence with Committee re same (0.3); call with Mr. Cooper re mediation preparation (1.3); reviewed debtor mediation brief (0.6); worked with Commenda on settlement analysis (1.6); correspondence with Committee re settlement analysis (0.4). | | |
|---|---|---|---|
|  |  | Michael Lauter | 4.80 hrs. |

| 05/22/19 | Calls with Mr. Feld, Mr. Gansman, and Mr. Hayes re mediation issues (0.7); extensive preparations for mediation with Commenda, Mr. Feld, and Committee (1.6); correspondence with Committee re mediation issues (0.3). | | |
|---|---|---|---|
|  |  | Michael Lauter | 2.60 hrs. |

| 05/24/19 | Reviewed negotiated exclusivity order. | | |
|---|---|---|---|
|  |  | Alan  M. Feld | .50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                    August 15, 2019
Michael Lauter                                                                Invoice 380042505
                                                                             Page 16 of 34

05/28/19      Worked on claims analysis (0.6); calls with Committee FA on follow up from
              mediation (0.6); call with Mr. Feld, Mr. Gansman, Mr. Hayes, and Mr. Peirce re next
              steps in case (0.8).

                        Michael Lauter                          2.00 hrs.

05/29/19      Strategized with Committee FA's re next steps in analysis for upcoming Committee call
              and overall view of case (0.8); reviewed and revised materials prepared by Committee
              FA's for said purposes (0.7); coordinated with Mr. Driscoll re derivative standing
              motion (0.4).

                        Michael Lauter                          1.90 hrs.

06/02/19      Conducted legal research and worked on draft of opposition to exclusivity motion.

                        Shadi Mahmoudi                          1.00 hrs.

06/03/19      Researched and drafted opposition to exclusivity (2.1); reviewed and revised initial
              draft of derivative standing motion (0.9).

                        Michael Lauter                          3.00 hrs.

06/03/19      Worked on draft of opposition to exclusivity and conducted case law research re same.

                        Shadi Mahmoudi                          1.10 hrs.

06/04/19      Conference and corresponded re exclusivity motion.

                        Alan  M. Feld                           .40 hrs.

06/04/19      Researched and drafted exclusivity brief (1.0); revisions to same per comments from
              committee and Mr. Feld (1.0).

                        Michael Lauter                          2.00 hrs.

06/05/19      Worked on objection to exclusivity (0.9).  Corresponded and conferences re same and
              hearing strategy (0.4).  Corresponded with Committee Chairman (0.3).

                        Alan  M. Feld                           1.60 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

06/05/19      Revisions to exclusivity brief (0.9); revised derivative standing motion and conferred
              with Mr. Driscoll re same (0.4).

                        Michael Lauter                          1.30 hrs.

06/06/19      Worked on opposition brief re exclusivity extension.

                        Alan  M. Feld                           .80 hrs.

06/06/19      Drafted and revised exclusivity brief (1.8); call with Mr. Lucas re dropping exclusivity
              and filing 9019 without Committee (0.4); drafted and revised statement on exclusivity
              and request for status conference (0.5); reviewed 9019 motion (0.4); draft email to
              Committee re next steps (0.4).

                        Michael Lauter                          3.50 hrs.

06/07/19      Strategy calls with Mr. Feld and Mr. Katz re approach following 9019 from debtor
              (1.3); emails with Committee re same (0.8); AR settlement call with Mr. Lucas (0.2);
              call with creditors re plan support (0.4).

                        Michael Lauter                          2.70 hrs.

06/07/19      Case law research re affirmative relief.

                        Shadi Mahmoudi                          .30 hrs.

06/08/19      Reviewed Debtors Rule 9019 settlement motion (0.9).

                        Alan  M. Feld                           .90 hrs.

06/10/19      Reviewed and analyzed Debtor settlement motion (0.7).  Worked on response strategy
              re same (0.6).  Conferred re same (0.4).

                        Alan  M. Feld                           1.70 hrs.

06/10/19      Strategy call with Mr. Feld regarding upcoming issues following debtor's 9019 (1.0);
              correspondence with debtor's counsel re depos (0.1); strategized with FAs and
              colleagues re next steps in litigation against Debtor (0.4); call with Mr. Lucas and Mr.
              Gansman re AR settlement (0.5).

                        Michael Lauter                          2.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752 Sedgwick Creditors Committee                                    August 15, 2019
Michael Lauter                                                              Invoice 380042505
                                                                            Page 18 of 34

06/11/19        Analysis of proposed settlement (0.6).  Worked on opposition strategy (0.6).

                Alan  M. Feld                          1.20 hrs.

06/11/19        Call with Mr. Hayes and Mr. Peirce regarding clawback analysis (0.7); follow up
                correspondence re same (0.2); call with Mr. Feld and Mr. Lucas re deposition dates
                (0.3); coordinated with Mr. Driscoll regarding standing motion (0.2); coordinated with
                Mr. Sahyan re plan (0.3); strategized with Mr. Feld re discovery and depositions (0.3).

                Michael Lauter                        2.00 hrs.

06/12/19        Analysis of 9019 settlement motion.

                Alan  M. Feld                          .60 hrs.

06/12/19        Coordinated with Ms. Contreras, Mr. Feld, and Mr. Lucas regarding depositions (0.9);
                researched and drafted disclosure statement for committee liquidating plan (1.2).

                Michael Lauter                        2.10 hrs.

06/13/19        Worked on opposition to settlement motion (0.7).  Conferred re same (0.3).  Conference
                and corresponded with Committee members re settlement motion (0.5).

                Alan  M. Feld                          1.50 hrs.

06/13/19        Reviewed and revised subpoenas to dissolution committee members (0.5); call with Ms.
                Contreras and Mr. Feld re litigation strategy (0.7); call with potential special litigation
                counsel and follow up correspondence (0.7); correspondence with Mr. Lucas re depo
                dates and continued hearing (0.5).

                Michael Lauter                        2.40 hrs.

06/14/19        Worked on response strategy to settlement motion (0.7).  Conferred re same (0.3).

                Alan  M. Feld                          1.00 hrs.

06/14/19        Call with potential special litigation counsel and follow up correspondence (0.7); call
                with Mr. Lucas re deposition subpoenas (0.3); correspondence re subpoenas (0.5);
                reviewed and revised discovery requests (0.4); update to committee re status of
                litigation (0.2).



|  |  |  |
|---|---|---|
|  | Michael Lauter | 2.10 hrs. |

07/01/19      Negotiated stipulation re continued dates with debtor's counsel (0.6); update to committee re same (0.3).

|  |  |  |
|---|---|---|
|  | Michael Lauter | .90 hrs. |

07/02/19      Call with Mr. Rougeau re New Jersey partners (0.3); correspondence with Mr. Lucas re same (0.2).

|  |  |  |
|---|---|---|
|  | Michael Lauter | .50 hrs. |

07/09/19      Correspondence with Mr. Lucas and Mr. Feld re continued hearings.

|  |  |  |
|---|---|---|
|  | Michael Lauter | .40 hrs. |

07/11/19      Negotiated continued dates with Mr. Lucas on plan and settlement litigation (0.4); call with Mr. Kinnon re same (0.3); detailed update to Committee re same (0.4).

|  |  |  |
|---|---|---|
|  | Michael Lauter | 1.10 hrs. |

07/16/19      Multiple calls with Mr. Lucas re New Jersey partners and potential settlement (0.7); call with counsel for New Jersey partners and follow up correspondence with him (0.7); correspondence with Committee chair and advisors re status of issues pertaining to New Jersey partners, settlement with them, and settlement with the Debor (0.6).

|  |  |  |
|---|---|---|
|  | Michael Lauter | 2.00 hrs. |

07/18/19      Update to Committee on numerous items in case (0.5); correspondence with Committee responding to questions on various items (0.4).

|  |  |  |
|---|---|---|
|  | Michael Lauter | .90 hrs. |

07/29/19      Call with Mr. Lucas regarding settlement of 9019 (0.5); email to Committee re same (0.3); strategized with FA's and Mr. Feld regarding next steps (0.3).

|  |  |  |
|---|---|---|
|  | Michael Lauter | 1.10 hrs. |

07/30/19      Correspondence with Committee professionals concerning response to debtor settlement offer (0.4); calls with Committee professionals re same (0.5).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                     August 15, 2019
Michael Lauter                                             Invoice 380042505
                                                              Page 20 of 34

Michael Lauter                          .90 hrs.


*Timekeeper Summary of: Bankruptcy Court Litigation*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 49.30 | $ 715.00 | $ 35,249.50 |
| Alan  M. Feld | 13.40 | $ 775.00 | $ 10,385.00 |
| Shadi Mahmoudi | 2.40 | $ 615.00 | $ 1,476.00 |
| Totals | 65.10 | $ 723.66 | $ 47,110.50 |


## Discovery


06/11/19     Strategized with Mr. Lauter and Ms. Farzan re discovery.

             Shadi Mahmoudi                     .30 hrs.

06/12/19     Call with A. Feld and M. Lauter re background of case, status of settlement, good faith
             settlement motion and strategy for depositions (1.0); review materials provided by M.
             Lauter and prepare for depositions (0.9).

             Erinn Contreras                    1.90 hrs.

06/13/19     Continue reviewing information provided by M. Lauter re good faith settlement motion
             (0.8); confer with M. Lauter re same (0.3); prepare for depositions of dissolution
             committee members (0.9); strategize re procedure and logistics (0.3); revise and finalize
             subpoenas, attachments and notices of deposition (0.2).

             Erinn Contreras                    2.50 hrs.

06/13/19     Drafted subpoena and document requests.

             Shadi Mahmoudi                     2.10 hrs.

06/14/19     Prepared discovery requests re same.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                August 15, 2019
Michael Lauter                                                           Invoice 380042505
                                                                         Page 21 of 34

|               | Alan  M. Feld | .50 hrs. |

06/14/19    Review RFP to Sedgwick LLP and consider whether and to what extent to modify categories in subpoenas; revise subpoenas for depositions; confer internally re service of subpoenas.

|               | Erinn Contreras | .50 hrs. |

06/14/19    Drafted and revised document requests.

|               | Shadi Mahmoudi | .70 hrs. |

06/16/19    Worked on discovery re settlement motion (0.7).

|               | Alan  M. Feld | .70 hrs. |

06/17/19    Prepared depo outline (0.5); strategized with Ms. Contreras, Mr. Feld, and Ms. Farzan re discovery requests (0.3).

|               | Michael Lauter | .80 hrs. |

06/17/19    Prepare for depositions of dissolution committee members, including preparing potential lines of inquiry, conferring with M. Lauter and A. Feld and analyzing motion for good faith settlement to devise strategy for developing testimony to support opposition.

|               | Erinn Contreras | 1.70 hrs. |

06/17/19    Prepared request for production.

|               | Shadi Mahmoudi | 1.00 hrs. |

06/18/19    Calls with various creditors about settlement and plan (2.5); calls with Mr. Gansman re settlement (0.7); correspondence with Committee re potential settlement (0.4); revised depo outline for Parvin and discussed same with Ms. Contreras (0.8).

|               | Michael Lauter | 4.40 hrs. |

06/18/19    Review deposition outline and exhibits for use in same, and prepare for upcoming depositions of dissolution committee members.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                    August 15, 2019
Michael Lauter                                               Invoice 380042505
                                                             Page 22 of 34

|  | Erinn Contreras | .70 hrs. |
|---|---|---|

06/18/19   Conducted background research re debtor's duties to assist in preparing for depositions.

|  | Shadi Mahmoudi | .50 hrs. |
|---|---|---|

06/19/19   Prepared for depositions of Mr. Parvin and Mr. Celebrezze with Ms. Contreras (1.6); reviewed materials produced by debtor (0.8); research re legal issues relevant to depositions (0.3); revised deposition outline (0.6).

|  | Michael Lauter | 3.30 hrs. |
|---|---|---|

06/19/19   Meeting with M. Lauter to prepare for depositions of dissolution committee members (1.0); prepare for depositions of dissolution committee members by reviewing relevant bankruptcy filings, revising deposition outline and preparing deposition questions (3.0); review spreadsheet and emails produced by Debtor's counsel on behalf of Bruce and Curtis and revise outline accordingly (1.2); confer internally and with experts re deposition strategy and goals (1.5).

|  | Erinn Contreras | 6.70 hrs. |
|---|---|---|

06/20/19   Prepared for deposition (0.5).  Attended Parvin deposition (2.5).  Attended Celebreze deposition (1.3).  Met with Sedgwick's counsel re settlement discussions (0.7).

|  | Alan  M. Feld | 5.00 hrs. |
|---|---|---|

06/20/19   Prepared for and attended depositions of Parvin and Celebrezze (2.4); settlement discussions with debtors' counsel (0.7); follow up discussions with Mr. Feld (0.3); correspondence with Committee re same (0.7).

|  | Michael Lauter | 4.10 hrs. |
|---|---|---|

06/20/19   Finish preparing for depositions of C. Parvin and B. Celebrezze, including reviewing comments and questions from Commenda, and reviewing and preparing relevant exhibits (1.8); attend depositions of C. Parvin and B. Celebrezze, including discussions re strategy and thoughts with A. Feld and M. Lauter (8.1).

|  | Erinn Contreras | 9.90 hrs. |
|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752 Sedgwick Creditors Committee                                    August 15, 2019
Michael Lauter                                                         Invoice 380042505
                                                                        Page 23 of 34

06/21/19     Prepared correspondence to Committee re deposition and settlement discussions (0.6). Followed up re same (0.4). Conferred with J. Lucas (0.5).

             Alan M. Feld                          1.50 hrs.

06/21/19     Confer with M. Lauter re various follow-up items for upcoming depositions.

             Erinn Contreras                       .20 hrs.

06/26/19     Coordinated with Ms. Contreras re upcoming discovery and depo deadlines in light of continuance.

             Michael Lauter                        .20 hrs.

06/26/19     Confer with M. Lauter re follow-up needed before continued depositions.

             Erinn Contreras                       .10 hrs.

06/27/19     Correspondence with Mr. Lucas and Ms. Contreras re continued dates.

             Michael Lauter                        .20 hrs.

06/27/19     Confer internally re upcoming dates and deadlines.

             Erinn Contreras                       .20 hrs.

06/28/19     Correspondence and conferences with Mr. Lauter and Ms. Contreras re discovery.

             Alan M. Feld                          .50 hrs.

06/28/19     Calls with Mr. Lucas negotiating agreement re continued dates for discovery and hearings (0.8); follow up correspondence with Mr. Feld and Ms. Contreras re same (0.2).

             Michael Lauter                        1.00 hrs.

07/01/19     Confer with A. Feld and M. Lauter re timing of depositions, evidentiary hearing, settlement discussions, etc.

             Erinn Contreras                       .10 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752 Sedgwick Creditors Committee                                      August 15, 2019
Michael Lauter                                                                Invoice 380042505
                                                                              Page 24 of 34

07/10/19        Confer internally re dates for continued depositions.

                        Erinn Contreras                      .10 hrs.

07/25/19        Reviewed docket and filings (0.30).  Corresponded re status of discovery (0.30).
                Conferred re same (0.20).

                        Alan  M. Feld                        .80 hrs.

07/25/19        Strategized with Ms. Contreras re upcoming depositions.

                        Michael Lauter                       .10 hrs.

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 14.10 | $ 715.00 | $ 10,081.50 |
| Alan  M. Feld | 9.00 | $ 775.00 | $ 6,975.00 |
| Shadi Mahmoudi | 4.60 | $ 615.00 | $ 2,829.00 |
| Erinn Contreras | 24.60 | $ 635.00 | $ 15,621.00 |
| Totals | 52.30 | $ 678.90 | $ 35,506.50 |

## Mediation Efforts

05/06/19        Reviewed materials sent by Mr. Hayes in preparation for mediation call (0.9);
                participated in mediation call (0.8); follow up call following mediation call re next steps
                (0.4); correspondence re exclusivity stipulation (0.2).

                        Michael Lauter                       2.30 hrs.

05/07/19        Prepared for mediation (0.3).  Conference call with mediator (0.6).

                        Alan  M. Feld                        .90 hrs.

05/07/19        Strategized with Ms. Farzan re research needed for mediation brief.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                          August 15, 2019
Michael Lauter                                                                     Invoice 380042505
                                                                                   Page 25 of 34

|          | Michael Lauter                      | .10 hrs.  |

05/08/19    Conference and corresponded with financial advisors (0.7).  Prepared for mediation
            (0.4).  Reviewed agreed order on exclusivity (0.4).

            Alan  M. Feld                      1.50 hrs.

05/08/19    Call with Mr. Lucas regarding Uribe settlement (0.6); correspondence with Committee
            re Uribe settlement (0.4); correspondence with Mr. Cooper and others re mediation
            (0.5); call with Mr. Cooper and Mr. Lucas to set up mediation (0.9).

            Michael Lauter                      2.40 hrs.

05/09/19    Reviewed consent order (0.4).  Conference call with all parties re mediation brief (0.3).

            Alan  M. Feld                      .70 hrs.

05/09/19    Further call with Mr. Lucas re Uribe settlement (0.4); call with Mr. Lucas re Thyssen
            Krupp settlement (0.5); correspondence with Committee re same (0.4); research and
            drafted mediation statement (0.8).

            Michael Lauter                      2.10 hrs.

05/09/19    Attention to research re clawback claims and reasonably equivalent value in support of
            mediation brief.

            Shadi Mahmoudi                      1.80 hrs.

05/10/19    Prepared for mediation.

            Alan  M. Feld                      .60 hrs.

05/10/19    Researched and drafted mediation statement.

            Michael Lauter                      .80 hrs.

05/11/19    Researched and drafted mediation statement.

            Michael Lauter                      1.20 hrs.



05/11/19    Research re clawback claims and fraudulent conveyance (0.5). Worked on mediation statement (0.5).

      Shadi Mahmoudi                          1.00 hrs.

05/12/19    Researched and drafted mediation statement.

      Michael Lauter                          1.30 hrs.

05/13/19    Researched and drafted mediation statement (1.6); call with John Lucas re mediation issues (0.4); call with Mr. Hayes re factual background for mediation statement (0.8).

      Michael Lauter                          2.80 hrs.

05/13/19    Worked on draft mediation statement and research in support of same.

      Shadi Mahmoudi                          2.10 hrs.

05/14/19    Researched and drafted mediation statement.

      Michael Lauter                          3.90 hrs.

05/14/19    Strategized re research for mediation brief.

      Shadi Mahmoudi                           .20 hrs.

05/15/19    Prepared for mediation.

      Alan  M. Feld                            .40 hrs.

05/15/19    Researched and drafted mediation brief (1.8); coordinated with Commenda re mediation brief issues (0.5).

      Michael Lauter                          2.30 hrs.

05/15/19    Research re legal issues relevant to mediation brief.

      Shadi Mahmoudi                          1.00 hrs.

05/16/19    Researched and drafted mediation brief (3.2); several rounds of revisions re same per Committee comments (1.5).



|  | Michael Lauter | 4.70 hrs. |
|---|---|---|

05/16/19    Case law research re legal issues for mediation brief.

|  | Shadi Mahmoudi | 1.00 hrs. |
|---|---|---|

05/17/19    Conferences and corresponded re resolution (0.4).  Reviewed mediation agreement and procedures (0.6).

|  | Alan  M. Feld | 1.00 hrs. |
|---|---|---|

05/20/19    Conference re mediation strategy.

|  | Alan  M. Feld | .40 hrs. |
|---|---|---|

05/21/19    Prepared for mediation.

|  | Alan  M. Feld | .60 hrs. |
|---|---|---|

05/22/19    Prepared for mediation (0.6).  Reviewed mediation brief (0.5).

|  | Alan  M. Feld | 1.10 hrs. |
|---|---|---|

05/22/19    Call and emails with mediator and debtor's counsel re mediation.

|  | Michael Lauter | .70 hrs. |
|---|---|---|

05/23/19    Prepared for mediation (1.0).  Attended mediation (4.5).  Met with K. Kinnon (0.5).

|  | Alan  M. Feld | 3.00 hrs. |
|---|---|---|

05/23/19    Participated in day long mediation session with partners and debtor.

|  | Michael Lauter | 5.50 hrs. |
|---|---|---|

05/24/19    Followed up on mediation issues (0.5).  Conference with financial advisors (0.5).

|  | Alan  M. Feld | 1.00 hrs. |
|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

05/24/19    Post-mediation call with Mr. Hayes (0.4); correspondence with Mr. Feld and Mr. Gansman re next steps (0.2).

Michael Lauter                              .60 hrs.

05/28/19    Conference call with Commenda re mediation (0.3).  Worked on meeting agenda (0.2).

Alan  M. Feld                              .50 hrs.

05/29/19    Call with Mr. Lucas regarding settlement potential and follow up from mediation.

Michael Lauter                              .80 hrs.

05/30/19    Call with mediator re status of settlement effort (0.5); call with mediator and Mr. Lucas re settlement (1.0); correspondence with Mr. Lucas re claims analysis (0.1); extensive email to Committee chair and FA's about matters disclosed by Mr. Lucas (1.0).

Michael Lauter                              2.60 hrs.

06/04/19    Conferences and corresponded re further settlement discussions.

Alan  M. Feld                              .60 hrs.

06/21/19    Call with Mr. Lucas and Mr. Feld re potential settlement (0.4); correspondence with Committee re follow up issues from depositions and potential settlement (0.8).

Michael Lauter                              1.20 hrs.

06/23/19    Worked on negotiation re enhanced settlement terms.

Alan  M. Feld                              .90 hrs.

06/24/19    Settlement discussions on partner clawback claims with debtor's counsel and committee.

Michael Lauter                              .70 hrs.

06/25/19    Call with Mr. Lucas re settlement details (0.3); correspondence with Mr. Kinnon re status of case (0.2).

Michael Lauter                              .50 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| | | | |
|---|---|---|---|
| 06/26/19 | Conferred with opposing counsel re settlement (0.4).  Conferred with financial advisors re same (0.5).  Worked on litigation standstill (0.6). | | |
| | Alan  M. Feld | 1.50 hrs. | |
| 06/28/19 | Worked on improved settlement terms. | | |
| | Alan  M. Feld | .50 hrs. | |
| 07/01/19 | Conferred with Mr. Lauter and others re settlement negotiations. | | |
| | Alan  M. Feld | .40 hrs. | |
| 07/03/19 | Call with Mr. Lucas re New Jersey partner issues. | | |
| | Michael Lauter | .30 hrs. | |
| 07/05/19 | Corresponded and conference re litigation standstill (0.40).  Corresponded re improved settlement terms (0.40). | | |
| | Alan  M. Feld | .80 hrs. | |
| 07/08/19 | Corresponded and conferences with committee professionals re settlement. | | |
| | Alan  M. Feld | .60 hrs. | |
| 07/09/19 | Corresponded with committee professionals re settlement. | | |
| | Alan  M. Feld | .20 hrs. | |
| 07/10/19 | Corresponded with committee professionals re non-settling partners (0.40).  Corresponded with Debtors re same (0.40).  Corresponded re litigation standstill terms (0.40). | | |
| | Alan  M. Feld | 1.20 hrs. | |
| 07/12/19 | Corresponded with committee professionals re settlement status (0.40).  Reviewed filings and docket (0.30).  Corresponded re rescheduled hearings (0.30). | | |
| | Alan  M. Feld | 1.00 hrs. | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                                    August 15, 2019
Michael Lauter                                                              Invoice 380042505
                                                                            Page 30 of 34

07/19/19     Corresponded re New Jersey partners (0.30).  Corresponded and corresponded with
             financial advisor (0.40).

             Alan  M. Feld                          .70 hrs.

07/22/19     Corresponded with committee professionals and conferences re New Jersey partners.

             Alan  M. Feld                          .40 hrs.

07/23/19     Reviewed correspondence re New Jersey partners (0.30).  Corresponded with
             committee professionals re settlement status (0.30).

             Alan  M. Feld                          .60 hrs.

07/29/19     Reviewed docket and filings (0.30).  Conference with committee professionals re
             settlement issues (0.20).

             Alan  M. Feld                          .50 hrs.

07/30/19     Reviewed docket and filings (0.30).  Conference and corresponded re settlement
             progress (0.30).

             Alan  M. Feld                          .60 hrs.

*Timekeeper Summary of: Mediation Efforts*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 36.80 | $ 715.00 | $ 26,312.00 |
| Alan  M. Feld | 22.20 | $ 775.00 | $ 17,205.00 |
| Shadi Mahmoudi | 7.10 | $ 615.00 | $ 4,366.50 |
| Totals | 66.10 | $ 724.41 | $ 47,883.50 |

**Sheppard Compensation**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee
Michael Lauter

August 15, 2019
Invoice 380042505
Page 31 of 34

| 07/09/19 | Coordinated with Mr. Hayes and Ms. Farzan re fee application. | |
|---|---|---|
| | Michael Lauter | .40 hrs. |
| 07/11/19 | Revised pre-bill and began drafting SMRH first interim fee application. | |
| | Shadi Mahmoudi | 1.50 hrs. |
| 07/15/19 | Revised pre-bill in connection with first interim fee application. | |
| | Shadi Mahmoudi | .40 hrs. |
| 07/16/19 | Worked on draft SMRH fee application. | |
| | Shadi Mahmoudi | .90 hrs. |
| 07/17/19 | Drafted fee application (1.0). Further revisions to pre-bill (0.4). | |
| | Shadi Mahmoudi | 1.40 hrs. |
| 07/18/19 | Revisions to fee application (0.3). Drafted exhibits to fee application (0.3). | |
| | Shadi Mahmoudi | .50 hrs. |
| 07/22/19 | Coordinated with Ms. Farzan re fee applications. | |
| | Michael Lauter | .10 hrs. |

*Timekeeper Summary of: Sheppard Compensation*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Michael Lauter* | *0.50* | *$ 715.00* | *$ 357.50* |
| *Shadi Mahmoudi* | *4.70* | *$ 615.00* | *$ 2,890.50* |
| *Totals* | *5.20* | *$ 624.62* | *$ 3,248.00* |

**Sheppard Employment**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

68EC-298752  Sedgwick Creditors Committee                    August 15, 2019
Michael Lauter                                              Invoice 380042505
                                                             Page 32 of 34

05/19/19     Drafted SMRH employment application and supporting declaration.

             Shadi Mahmoudi                    .90 hrs.

05/20/19     Reviewed conflicts report and revised employment application and supporting
             declaration.

             Shadi Mahmoudi                    1.50 hrs.

05/21/19     Reviewed, revised and finalized employment application (0.6).

             Michael Lauter                    .60 hrs.

05/21/19     Revised employment application (0.4). Prepared for filing and filed notice of
             withdrawal, substitution of attorney and employment application and attention to
             service of same (0.7).

             Shadi Mahmoudi                    1.10 hrs.

05/28/19     Worked on employment order.

             Michael Lauter                    .30 hrs.

05/29/19     Attention to revisions to proposed order authorizing SMRH employment.

             Shadi Mahmoudi                    .20 hrs.

*Timekeeper Summary of: Sheppard Employment*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Lauter | 0.90 | $ 715.00 | $ 643.50 |
| Shadi Mahmoudi | 3.70 | $ 615.00 | $ 2,275.50 |
| Totals | 4.60 | $ 634.57 | $ 2,919.00 |



### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Erinn Contreras | 24.60 | $ 635.00 | $ 15,621.00 |
| Alan M. Feld | 81.40 | $ 775.00 | $ 63,085.00 |
| Michael Lauter | 119.70 | $ 715.00 | $ 85,585.50 |
| Michael Driscoll | 22.40 | $ 740.00 | $ 16,576.00 |
| Shadi Mahmoudi | 35.00 | $ 615.00 | $ 21,525.00 |
| Robert K. Sahyan | 25.20 | $ 680.00 | $ 17,136.00 |
| | | | |
| Current Fees | | | $ 219,528.50 |
| Fee Discount | | | $ -21,952.85 |
| **Total Fees for Professional Services** | | | **$ 197,575.65** |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 05/21/19 | A. Feld - 05/21/2019 - 05/23/2019 - UA roundtrip airfare to San Francisco, CA, re Sedwick (Creditors Committee) meeting - San Francisco, CA | 205.60 |
| 05/22/19 | A. Feld - 05/22/2019 - Lyft/taxi from airport to hotel in San Francisco re Sedgwick (Creditors Committee) meeting - San Francisco | 51.19 |
| 05/22/19 | A. Feld - 05/22/2019 - 05/23/2019 - Hotel room in San Francisco for Alan re Sedgwick (Creditors Committee) meeting - San Francisco, CA | 314.61 |
| 05/23/19 | A. Feld - 05/23/2019 - Uber/taxi from hotel back to airport re Sedgwick (Creditors Committee) meeting - San Francisco, CA | 48.89 |
| 06/19/19 | A. Feld - 06/19/2019 - Taxi to LAX re Sedgwick depo - Los Angeles | 85.00 |
| 06/19/19 | A. Feld - 06/19/2019 - 06/21/2019 - Airfare for Alan re Sedgwick depo - San Francisco | 181.30 |
| 06/19/19 | A. Feld - 06/19/2019 - 06/21/2019 - Hotel room for Alan re Sedgwick depo - San Francisco | 322.94 |
| 06/20/19 | A. Feld - 06/20/2019 - Lyft from hotel to Sedgwick deposition - San Francisco | 50.06 |
| 06/20/19 | A. Feld - 06/20/2019 - Lyft for Alan from Sedgwick depo back to hotel - San Francisco | 45.63 |
| 06/20/19 | A. Feld - 06/20/2019 - Breakfast for Alan - San Francisco | 22.29 |
| 06/21/19 | D. Ouderkirk - SF - Lunch for deposition - Official Committee of Unsecured Creditor - M. Lauter | 193.17 |
| 06/26/19 | Veritext, LLC. - Inv#SF3839390 - Original and 1 Certified Transcript... | 5,564.60 |
| 06/12/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 06/01/2019-06/15/2019 | 25.70 |
| 06/26/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 06/16/2019-06/30/2019 | 35.30 |
| | Color Copies | 7.50 |
| | Duplication | 139.00 |
| | Telephone | 11.77 |

**Total Disbursements**    **$ 7,304.55**

# Exhibit C

| No. | Project Billing Category | Invoice (May 6, 2019- July 31, 2019) | |
|---|---|---|---|
| | | Fees | Hours |
| 1 | Case Administration | $9,023.00 | 11.8 |
| 2 | Avoidance Action Analysis | $23,713.00 | 32.2 |
| 3 | Committee Matters/Communications | $9,411.00 | 12.6 |
| 4 | Claims-Administration | $6,838.50 | 10.7 |
| 5 | Plan & Disclosure Statement | $33,875.50 | 47.7 |
| 6 | Bankruptcy Court Litigation | $47,110.50 | 65.1 |
| 7 | Discovery | $35,506.50 | 52.3 |
| 8 | Settlement and Mediation Efforts | $47,883.50 | 66.1 |
| 9 | Sheppard Compensation | $3,248.00 | 5.2 |
| 10 | Sheppard Employment | $2,919.00 | 4.6 |
| | **TOTALS** | **$219,528.50** | **308.3** |
| | **Fee Discount** | ($21,952.85) | |
| | **Total Fees** | **$197,575.65** | |

# Exhibit D

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

August 15, 2019

*DELIVERED VIA EMAIL*

Kelly Kinnon
Committee Chairperson
Official Committee of Unsecured Creditors
of Sedgwick LLP
Kelly.Kinnon@barings.com

Re:  <u>In re Sedgwick LLP, Case No. 18-31087</u>

Dear Kelly:

We enclose a copy of our first interim fee application (the "Application") for allowance of compensation and reimbursement of expenses incurred as counsel to the Official Committee of Unsecured Creditors of Sedgwick LLP, and my declaration in support of the Application.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you have no objections to the Application please indicate so by signing in the space below and returning a copy of this letter to my attention.  Should you have any questions, objections or other concerns regarding the Application, please do not hesitate to contact our office.

Very truly yours,

Michael M. Lauter

Enclosures

**Sheppard**Mullin

NO OBJECTION

By: _____        Dated: _____ _____, 2019

            Kelly Kinnon
            Chair
for the Official Committee
of Unsecured Creditors of
        Sedgwick LLP

SMRH:4822-7175-6701.1