SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ALAN M. FELD, Cal. Bar No. 155345
MICHAEL M. LAUTER, Cal. Bar No. 246048
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
E mail   afeld@sheppardmullin.com
   mlauter@sheppardmullin.com
   sfarzan@sheppardmullin.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SEDGWICK LLP,<br><br>       Debtor. | Case No. 18-31087<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL LAUTER IN SUPPORT OF FIRST INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 6, 2019 THROUGH JULY 31, 2019**<br><br>Date:   September 5, 2019<br>Time:   10:00 a.m.<br>Place:   450 Golden Gate Ave., 16th Floor<br>         Courtroom 19<br>         San Francisco, CA 94102<br>Judge:  Hon. Hannah L. Blumenstiel |

I, Michael Lauter, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am a partner with the law firm Sheppard Mullin Richter & Hampton LLP ("Sheppard"), counsel to the committee of unsecured creditors (the "Committee") appointed in the bankruptcy case of debtor Sedgwick LLP ("Debtor"). I make this declaration in that capacity.

2. This declaration is provided in support of the *First Interim Application Of Sheppard, Mullin, Richter & Hampton LLP For Allowance Of Compensation And Reimbursement Of Expenses Incurred As Counsel to the Official Committee of Unsecured Creditors for the Period form May 6, 2019 through July 31, 2019* (the "Application") filed concurrently herewith by Sheppard. Capitalized terms not defined herein shall have the meanings given to them in the Application.

3. I am authorized by Sheppard to make this declaration on its behalf in support of the Application. Except for those statements made upon information and belief, I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called as a witness. As to those statements made upon information and belief, I believe them to be true.

4. By the Application, Sheppard seeks an order of the Court (1) granting interim approval of compensation totaling $204,880.20 [1] (consisting of total professional fees of $197,575.65 and reimbursement of expenses totaling $7,304.55) for services rendered on behalf of the Committee during the period from May 6, 2019 through July 31, 2019 (the "Application Period"); (2) authorizing and directing the Debtor to make immediate payment to Sheppard of all allowed and outstanding amounts sought in this Application and approved by the Court; and (3) granting such other and further relief as the Court may deem just and proper.

5. The Application was prepared at my direction and under my supervision. Upon a review of the Application, I find that it accurately reflects the work performed by Sheppard during the Application Period.

---

[1] The amount sought in this Application reflects: a voluntary discount given to the Debtor by Sheppard Mullin of $21,840.00.

-1-

6. There is no agreement or understanding between Sheppard and any other person, other than members of Sheppard, for the sharing of compensation and expense reimbursement to be received for services rendered and costs incurred in this case.

7. All compensation and expense reimbursement requested by Sheppard have been billed at rates in accordance with practices no less favorable than those customarily employed by Sheppard and generally accepted by Sheppard's clients.

8. A copy of the detailed statement (the "Statement") of the services performed and out-of-pocket expenses incurred by Sheppard during the Application Period is attached to the Application as Exhibit B. The Statement sets forth Sheppard's time and expense records as kept in the ordinary course of Sheppard's business, and contains the following information: the names of each attorney performing services, the description of the services, and the amount of time incurred for their services. The Statement is organized in chronological order, separated by billing categories for each task or matter (each a "Project Billing Category") as required by the Guidelines. A summary of the professional fees incurred by each attorney or paralegal performing services, the hourly rate, the amount of time spent and related fees, is set forth on page 33 of Exhibit B.

9. A summary of the Project Billing Categories used by Sheppard during the Application Period is attached to the Application as Exhibit C. The summary includes the total professional hours spent and the total fees requested under each category.

10. Sheppard Mullin has served a true and correct copy of the Application on Kelly Kinnon, the chairperson of the Committee, inviting discussion, questions, comments, concerns or objections to the Application. A true and correct copy of that correspondence is attached to the Application as Exhibit D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2019, at San Francisco, California.

*/s/ Michael Lauter*
MICHAEL LAUTER