Commenda Asset Resolution Partners
Michael Hayes
6300 Powers Ferry Road-Suite 600-231
Atlanta, GA 30339
Telephone: 312-833-1891
mhayes@commendacapital.com

Counsel to the Official Committee of Unsecured Creditors

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:** | No. 18-31087 |
| SEDGWICK LLP | CHAPTER 11 |
| Debtor. | **SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COMMENDA ASSET RESOLUTIONS PARTNERS, LLC** |
| | **Hearing Date:** Date: September 5, 2019 Time: 10:00 a.m. Place: United States Bankruptcy Court 450 Golden Gate Ave, 16th Floor Courtroom 19 San Francisco, California 94102 Judge: Honorable Hanna L. Blumenstiel |

Commenda Asset Resolution Partners, LLC ("**Commenda**" or "**Applicant**"), solely in its capacity as Financial Advisor to the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits this *Second Interim Application for Compensation and Reimbursement of Expenses of Commenda Asset Resolution Partners, LLC* (the "**Application**") in connection with the services that it has rendered as Applicant.

The Application seeks approval of fees pursuant to §§ 330 and 331 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for an order allowing the Applicant's fees in the amount of $103,238.33 and reimbursement of expenses in the amount of $2,664.92 for a total of $105,903.25 for the period from March 1, 2019 through July 31, 2019 (the "**Application Period**").

# I.     BACKGROUND

On October 2, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to manage its assets and operate its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner.

On October 10, 2018, the Office of the United States Trustee ("**U.S. Trustee**") appointed the Committee [Docket No. 37]. The members of the Committee are: (i) BMO Harris Bank, (ii) CPF 801 Tower LLC, and (iii) One North Wacker Drive LLC.

The Committee conducted a telephonic meeting on October 17, 2018, at which all members were present and appointed Kelly Kinnon of CPF 801 Tower LLC as Chairman. On October 29, 2018, the committee conducted interviews of prospective financial advisors and selected Commenda as its proposed financial advisor.

On April 4, 2019 and April 22, 2019, the Court entered its Initial Order and Supplemental Order, respectively, on the *First Interim Application for Compensation and Reimbursement of Expenses of Commenda Asset Resolution Partners, LLC* in which it awarded $138,725.56 in fees and $1,936.26 in reimbursement for expenses for a total of $140,661.82, on an interim basis. Commenda received payment of $140,661.82 from the Debtor.

# II.     EMPLOYMENT OF COMMENDA ASSET RESOLUTION PARTNERS

Commenda is a national financial consulting firm that provides financial advisory services to companies and professionals in financial distress. Commenda has extensive

knowledge of insolvency, including those involving bankruptcy and state court proceedings. On March 4, 2019, the Court entered its Order Authorizing Employment of Commenda Asset Resolution Partners, as Financial Advisor for the Official Committee of Unsecured Creditors.

### III. COMPENSATION REQUESTED AND BREAKDOWN BY PROFESSIONAL

The total compensation sought in this Application is set forth below:

| | |
|---|---|
| Financial Advisor's Fees (see Exhibit A) | $103,238.33 |
| Costs (see Exhibit B) | $2,664.92 |
| Total Compensation Requested | $105,903.25 |

For this engagement, Commenda agreed to base its fees on hourly rates. The billing rates that Commenda charged for services rendered are considered reasonable for this jurisdiction. The following chart provides (i) a list of Commenda employees who have worked on this matter, (ii) the respective employee's billing rate, (iii) the amount of time each employee worked on this matter, and (iv) the total amount billed:

| Name | Time (hours) | Cost (per hour) | Total |
|---|---|---|---|
| James Gansman | 69.00 | $427.50 | $29,497.50 |
| Michael Hayes | 133.73 | $427.50 | $57,169.58 |
| Chris Peirce | 49.10 | $337.50 | $16,571.25 |
| **TOTAL** | **251.83** | | **$103,238.33** |

### IV. TERMS OF ENGAGEMENT

#### A. PRECLUSION OF OTHER EMPLOYMENT

The financial advisory services performed were reasonable and necessary, and the time and resources Commenda expended could have been utilized for other matters.

## B. EXPERIENCE, REPUTATION AND ABILITY OF APPLICANT

James Gansman, Chris Peirce and Mike Hayes are all professionals with Commenda and they utilized their collective experience to assist the Committee in maximizing the bankruptcy estate by investigating distributions made pre-bankruptcy for potential claw-back liability and analyzing other actions of the Debtor, including monitoring the collections of accounts receivable and settling contingent fee matters.

## C. NO AGREEMENT

No agreement exists between Commenda and any other person other than members of the firm for sharing of compensation received from services rendered in this case,

## V. DESCRIPTION OF SUMMARY OF SERVICES PROVIDED

Commenda was engaged by the Committee to assist with financial analysis of the Debtor and specifically, to assist in the determination of a date of insolvency of the Debtor and identify any "clawback liability" against its former partners. The engagement has included the above activities as well as focusing on examining the Debtor's work-in-process and accounts receivable and collection of the same. There has been a recent investigation and analysis of assumptions surrounding the Debtor's (DSI's) calculation of its reasonably equivalent value defenses and overhead. Further, Commenda has been working with the Committee and the Debtor on possible settlement scenarios, including participating in mediation. Recently, the Debtor filed a plan and Commenda is working with the Committee in analyzing said plan.

Commenda's tasks to date consisted of: (i) designing plan of needed documents and requesting and reviewing said documents; (ii) review of Debtor's analysis and reports; (iii) preparation of analysis and report; and (iv) formulation of settlement proposal. The detail is set forth below.

## A. DESIGNING PLAN OF NEEDED DOCUMENTS, REQUESTING AND REVIEWING DOCUMENTS

Commenda reviewed the bankruptcy case file and assorted media reports to gain an understanding of the closing of Sedgwick, LLP and the eventual bankruptcy filing. From

this review and initial conversations with the Committee, Commenda drafted a schedule of documents needed to determine the date of insolvency of the Debtor as well as the potential claw-back liability. The documents have been sent on a piecemeal basis by the Debtor and in some cases, multiple requests have been made for the documents.

The documents and have been indexed and closely reviewed by the Commenda team. Most of this work occurred in November and December 2017 but is still continuing.

**TOTAL HOURS 1.1          FEES $398.25**

### B.     REVIEW OF DEBTOR'S ANALYSIS/REPORTS

On December 17, 2018, Commenda received Debtor's analysis. On that day, a meeting was held with the Debtor, DSI, the Committee and Commenda to discuss Debtor's analysis. Commenda used the analysis for raw data that it did not previously have, but also to understand the Debtor's position. Most of this work occurred in November and December 2017 but is still continuing.

**TOTAL HOURS 1.37     FEES $585.68**

### C.     PREPARATION OF COMMENDA ANALYSIS AND REPORT

Commenda delivered its draft report outlining the Debtor's insolvency date to the Committee and shared the same with the Debtor. The report sets forth Commenda's reasoning in determining an insolvency date. This was reviewed and updated over the last few months.

**TOTAL HOURS 1.5          FEES $641.25**

### D.     PREPARATION OF INSOLVENCY DATE ANALYSIS

In December 2017, the Committee refined its analysis of the insolvency date as information continued to become available to it. The determination of the insolvency date is critical to the clawback analysis of the liability of former partners. This was reviewed and updated over the last few months.

**TOTAL HOURS 1.35     FEES $577.12**

**E.     BUILD CLAWBACK ANALYSIS MODEL BY DATE AND PARTNER**

Commenda designed and built a clawback model and shared the model with not only the Creditor's Committee, but the Dissolution Committee as well.  By sharing this information and allowing all parties see the various financial upside and downside to their positions, it is hopeful a reasonable settlement can be reached.  Regardless, the information is available for all parties to analyze and will be useful in mediation or litigation.

**TOTAL HOURS 51.80     FEES $20,749.50**

**F.  PREPARATION FOR AND PARTICIPATION IN SETTLEMENT DISCUSSIONS**

Beginning in December 2017, the Creditor's Committee involved Commenda in attempting to reach a resolution with the Debtor, the Dissolution Committee and the former partners in reaching a resolution to the claw-back liability issue.  Commenda has been instrumental and creative in furtherance of this goal.  The settlement process has included sharing of information and strategies of which Commenda has been a major contributor.  These efforts are continuing.

**TOTAL HOURS 66.17     FEES $27,639.68**

**G. ANALYSIS OF STORAGE COMPANY EXPENSES**

The Creditor's Committee requested that Commenda review the proposed settlement with GRM and participate in discussions to determine if there were any other viable alternatives.  Commenda reviewed the proposed settlement agreement and conferred with the Creditor's Committee and discussed possible other alternatives.

**TOTAL HOURS 2.97    FEES $1,269.68**

## H.  REVIEW OF ISSUES RELATED TO EXTENSION OF EXCLUSIVITY PERIOD AND PLAN CONFIRMATION

Commenda spent time conferring with the Creditor's Committee on the Debtor's motion to extend exclusivity as well as the alternatives for the parties, including conformation of a plan or case conversion.

**TOTAL HOURS 8.87          FEES $3,710.92**

## I.  REVIEW OF INSURANCE POLICIES

Commenda did not spend time reviewing and analyzing the Debtor's insurance policies during the period covered by this fee application of March 2019 – July 2019.

**TOTAL HOURS 0    FEES $0**

## J.  ANALYSIS OF COLLECTION OF ACCOUNTS RECEIVABLE

Commenda spent time reviewing and analyzing the Debtor's accounts receivable collection process.  The write-off of accounts receivable and the involvement of the former partners in the process is important to the Creditor's Committee and may be relevant in settlement discussions and/or a final proposed plan.  Commenda continues to be heavily involved in the monitoring of collections of accounts receivable, including contingency matters.

**TOTAL HOURS 13.60          FEES $5,787.00**

## K. REVIEW OF MONTHLY OPERATING REPORTS

Commenda continues to review and analyze the Debtor's monthly operating reports.

**TOTAL HOURS 1.17          FEES $500.18**

**L.  PREPARATION FOR MEDIATION AND ATTENDANCE AT MEDIATION**

The Debtor and the Committee recently agreed to engage the services of an experienced mediator to resolve its differences.  Commenda spent time much time providing data, analysis and feedback to the mediator, Committee and the Committee's new counsel.  Commenda was an integral part of the preparation for mediation as well as the actual mediation.  Commenda's staff attended and actively participated in the mediation.

**TOTAL HOURS 52.66          FEES $21,270.15**

**M. PREPARATION OF FEE APPLICATION**

Commenda spent time preparing its First Interim Fee Application and this one, the Second Interim Fee Application.  Commenda believes it adhered to this Court's rules and spent 3.97% of its total fees sought ($9,627.50/($138,725.56 + $103,238.33) preparing the two fee applications.

**TOTAL HOURS 24.50          FEES $9,627.50**

**N.  REVIEW OF 9019 SETTLEMENT MOTION**

Commenda spent time reviewing and analyzing the Debtor's 9019 settlement motion.

**TOTAL HOURS 15.76          FEES $6,629.40**

**O. REVIEW OF REV AND OVERHEAD**

Commenda spent time reviewing and analyzing the Debtor's calculation of its reasonably equivalent value and overhead numbers per partner. Commenda has discussed said numbers with the Debtor and determined its own calculations based on the Debtor's own data. Commenda's calculations, if used, would increase the claims against each partner and increase the size of the estate.

**TOTAL HOURS 1.01          FEES $431.78**

**P. REVIEW OF DEBTOR'S PLAN**

Commenda spent time reviewing and analyzing the Debtor's Plan.

**TOTAL HOURS 8.00          FEES $3,420.00**

---

**D.     TOTAL REQUEST**

Based upon the foregoing, Applicant seeks payment of fees totaling $103,238.33, plus reimbursement of expenses in the amount of $2,664.92 for total interim compensation of $105,903.25.

**E.     PAYMENTS TO DATE**

Commenda previously received payments of $140,661.82 for its First Interim Fee Application.

**F.     AVAILABLE FUNDS**

Commenda believes that the Debtor currently has sufficient funds available for the payment of fees and expenses in connection with this Application.

**VI.     CONCLUSION**

1
2
3
4
5

Giving consideration to the nature of the services rendered, the size of the case, the legal and complexities encountered, the results achieved, and the time devoted by the Applicant, the Applicant respectfully submits that the fees and expenses for which compensation and reimbursement are sought in the Application are actual, reasonable and necessary costs of the administration of this chapter 11 case.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREFORE**, the Applicant respectfully requests that this Court enter an order: (a) allowing interim compensation for Applicant in the amount of $103,238.33 of fees and $2,664.92. of out of pocket costs incurred from March 1, 2019 through and including July 31, 2019; and (b) authorizing and directing the Debtor to pay said amounts.

Dated: August 13, 2019          By Michael Hayes
                                 Michael Hayes
                                 Managing Director
                                 Commenda Asset Resolution Partners, LLC

**DECLARATION OF MICHAEL HAYES, MANAGING DIRECTOR OF COMMENDA ASSET RESOLUTION PARTNERS, LLC**

1.      I am a Managing Director of Commenda Assets Resolution Partners ("Commenda"), financial advisor to the Committee of Unsecured Creditors in the above-captioned case.

2.      Commenda was employed pursuant to order of this Court on March 4, 2019.

3.      The compensation and expense requested in this Application were billed at rates no less favorable than those customarily billed by Commenda and generally accepted by Commenda's clients.

4.      I believe the Debtor has adequate funds on hand to pay the amount of $105,903.25 which is the amount sought and supported by this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this supplemental declaration was executed in Chicago, Illinois on August 14, 2019.

_____

Michael Hayes

**EXHIBIT A**

**FINANCIAL ADVISOR'S FEES BY CATEGORY**

**A.    DESIGNING PLAN OF NEEDED DOCUMENTS, REQUESTING AND REVIEWING DOCUMENTS**

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 6/11/19 | 0.80 | Chris | Peirce | Review and compile list of items requested but not received from debtor |
| 6/18/19 | 0.30 | James | Gansman | Call w/ Sean Southard regarding his pitch to represent the committee to sue partners |

**B.    REVIEW OF DEBTOR'S ANALYSIS/REPORTS**

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 5/6/19 | 0.17 | Mike | Hayes | Discuss Debtor's reports with Chris Peirce |
| 6/18/19 | 1.20 | James | Gansman | Review of Debtors Plan of reorganization filed with court |

**C.    PREPARATION OF COMMENDA ANALYSIS AND REPORT**

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/1/19 | 1.50 | Mike | Hayes | Review updated model sent by Chris Peirce |

**D.    PREPARATION OF INSOLVENCY DATE ANALYSIS**

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/20/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: data from Debtor re: insolvency dates and response of Chris Peirce. |
| 3/20/19 | 0.17 | Mike | Hayes | Review email from Chris Peirce forwarding insolvency data information from DSI. |
| 3/22/19 | 0.17 | Mike | Hayes | Emails from Kelly Kinnon and Liz Green re: requesting insolvency date info from Kelly Everett. |
| 3/22/19 | 0.33 | Mike | Hayes | Send email to Committee re: requesting insolvency date information from DSI. |
| 3/23/19 | 0.17 | Mike | Hayes | Email to Kyle Everett re: Debtor's analysis on insolvency date. |
| 3/23/19 | 0.17 | Mike | Hayes | Review Liz Green's email to John Lucas re: insolvency date. |
| 5/6/19 | 0.17 | Mike | Hayes | Email to John Lucas re: his theory of the insolvency dates. |

**E.    DESIGN AND BUILD CLAWBACK ANALYSIS MODEL BY DATE AND PARTNER**

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/1/19 | 0.40 | Chris | Peirce | Call with Mike Hayes to discuss AR credit for clawback as well as clawback scenarios in model |
| 3/1/19 | 1.00 | Chris | Peirce | Add AR credit functionality to clawback model as well as non-equity partners, retireesand AR to recovery scenarios. |
| 3/1/19 | 0.33 | Mike | Hayes | Review 2 emails sent by Chris Peirce re: updated model. |
| 3/2/19 | 1.00 | Mike | Hayes | Review of retiree clawback information pertaining to retirees. |
| 3/3/19 | 0.30 | Chris | Peirce | Call with Mike Hayes to discuss clawback model REV assumptions |

| Date | Hours | First Name | Last Name | Notes |
|------|-------|-----------|-----------|-------|
| 3/3/19 | 2.00 | Chris | Peirce | Review and revise clawback model REV calculations and add cash on hand |
| 3/3/19 | 0.10 | Chris | Peirce | Call with Mike Hayes to discuss clawback model write up to committee |
| 3/3/19 | 3.50 | Mike | Hayes | Create different settlement scenarios based on different REV defences. |
| 3/3/19 | 1.00 | Mike | Hayes | Research different REV scenarios based on dates of service. |
| 3/4/19 | 0.80 | James | Gansman | Call w Committee, Alan Feld and Mike regarding our deliverable on clawbacks from partners and Debtor motion to pay vendor of client records.  Follow up call with Kelly re same |
| 3/7/19 | 1.50 | Mike | Hayes | Review Clawback/Settlement Analysis to see if any further way to separate claims. |
| 3/10/19 | 2.50 | Chris | Peirce | Format Sedgwick model for printing detail and summary to .pdf and send to Mike Hayes and Jim Gansman |
| 3/13/19 | 0.30 | Chris | Peirce | Add 3/31/17 insolvency detail for both REV calculations, create .pdf, and send along with full model to John Lucas, Kyle Everitt, Mike Hayes, and Jim Gansman |
| 3/14/19 | 0.30 | Chris | Peirce | Telephone call with John Lucas, Jim Gansman, and Mike Hayes to discuss settlement model |
| 5/1/19 | 0.83 | Mike | Hayes | Telephone conference with Mick Lauter explaining Commenda's theory of the case and insolvency date conclusions and clawback analysis. |
| 5/2/19 | 0.33 | Mike | Hayes | Sent 2 emails to Mick Lauter with copies of Commenda's analysis. |
| 5/5/19 | 0.33 | Mike | Hayes | Tel call with ChrisPeirce re: Clawback Analysis |
| 5/6/19 | 0.17 | Mike | Hayes | Email to Commenda team re: liability of other partners beyond core 66. |
| 5/6/19 | 6.00 | Mike | Hayes | Review of DSI's original emails and Commenda's clawback analysis re: liability of partners beyond core 66. |
| 5/7/19 | 4.00 | Mike | Hayes | Continue to review additional partner liability beyond core 66. |
| 5/27/19 | 4.00 | Mike | Hayes | Review the REV and OH data provided by DSI, compare to the actual 2017 expenses and begin re: working the REV and OH numbers, per partner. |
| 5/28/19 | 5.50 | Mike | Hayes | Continued work on the REV-OH numbers provided by DSI. |
| 5/29/19 | 0.50 | Mike | Hayes | Review of email from Kelly Kinnon re: total amount of claims. |
| 5/29/19 | 0.17 | Mike | Hayes | Review of email from Mick Lauter re: total claims |
| 6/9/19 | 0.17 | Mike | Hayes | Email to Chris Peirce re: need to revise clawback model. |
| 6/11/19 | 0.70 | Chris | Peirce | Create clawback analysis showing exposure for members of dissolution committee |
| 6/11/19 | 0.80 | Chris | Peirce | Call with Mike Lauter, Alen Feld, and Mike Hayes regarding Dissolution Committee clawback, REV/overhead calculation, and discovery requested |
| 6/11/19 | 2.50 | Chris | Peirce | Create clawback analysis for income distributions of non-equity partners |
| 6/11/19 | 0.17 | Mike | Hayes | Email from Mick Lauter re: requesting meeting on Clawback Analysis and reply to the same. |
| 6/12/19 | 1.60 | Chris | Peirce | Create clawback summary with non-equity partners included and 3 different levels of REV based on overhead assumptions |
| 6/12/19 | 0.20 | Chris | Peirce | Call with Mike Hayes to discuss new REV analysis assumptions |
| 6/13/19 | 0.20 | Chris | Peirce | Call with Mike Hayes to discuss overhead calculation |
| 6/13/19 | 1.50 | Chris | Peirce | Create analysis of Sedgwick partner overhead liability as part of REV calculation |
| 6/29/19 | 6.00 | Mike | Hayes | Prepare OH analysis based on the actual 2017 expenses if Borrower |
| 7/13/19 | 1.10 | Chris | Peirce | Analysis of settlement scenarios split between NJ, Dallas, and other non-settling partners based on settled partner amount and % |

## F. PREPARATION FOR AND PARTICIPATION IN SETTLEMENT DISCUSSIONS

| Date | Hours | First Name | Last Name | Notes |
|------|-------|-----------|-----------|-------|
| 3/4/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: conference call with Committee re: Debtor motion to settle. |
| 3/4/19 | 0.17 | Mike | Hayes | Review email from Candice Korkis re: Committee conference call. |
| 3/6/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: settlement meeting |
| 3/6/19 | 0.33 | Mike | Hayes | Review email from Kelly Kinnon re: Liz Green bio |
| 3/6/19 | 0.17 | Mike | Hayes | Review email from Cecily Dumas re: settlement meeting |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 3/10/19 | 4.00 | James | Gansman | Review all the Clawback Models prepared by Commenda in prep for settlement meeting and review DSI's reports. |
| 2 | 3/10/19 | 3.00 | Mike | Hayes | Review all DSI models in preparation for settlement meeting. |
| 3 | 3/11/19 | 5.30 | Chris | Peirce | Call in to meeting with Debtor's counsel, creditor committee counsel, and Commenda regarding insolvency dates, clawback, and settlement scenarios |
| 4 | 3/11/19 | 7.20 | James | Gansman | Attendance at meeting in SF attended by Debtor, their advisors, Creditors Committee members, counsel and Commenda to discuss insolvency date and potential settlements.  Prep for same |
| 5 | 3/11/19 | 3.50 | James | Gansman | Determine what entire proceeds could yield UCC under best case and worst case scenarios |
| 6 | 3/11/19 | 3.00 | Mike | Hayes | Review of settlement meeting results and discuss same with Chris Peirce and Jim Gansman |
| 7 | 3/11/19 | 8.00 | Mike | Hayes | Settlement meeting in San Francisco with Debtor, Debtor's Counsel, Dissolution Committee, Creditor's Committee and Counsel |
| 8 | 3/15/19 | 0.50 | Chris | Peirce | Call with John Lucas, Kyle Everett, Cecily Dumas, Elizabeth Green, Jim Gansman, and Mike Hayes to discuss debtor settlement offer |
| 9 | 3/15/19 | 0.70 | James | Gansman | Call w/ Liz, Cecily and Mike with John Lucas and Kyle Everett to hear their settlement proposal |
| 10 | 3/15/19 | 1.17 | Mike | Hayes | Follow up settlement meeting with John Lucas, Kyle Everett, Jim Gansman, Chris Peirce, Cecily Dumas and Liz Green |
| 11 | 3/15/19 | 0.67 | Mike | Hayes | Discuss results of settlement meeting with Jim Gansman |
| 12 | 3/17/19 | 0.50 | Mike | Hayes | Draft email to Committee with results of settlement conference on Friday, 3/15 |
| 13 | 3/18/19 | 0.80 | James | Gansman | Call w/Kelly, Cecily, alan,Liz and Mike regarding meetings with Debtor and strategy to talk to whole committee tomorrow |
| 14 | 3/18/19 | 0.67 | Mike | Hayes | Tel conference with Committee members, counsel and Jim Gansman re: strategy going forward. |
| 15 | 3/19/19 | 1.20 | James | Gansman | Call w committee and advisors re review of meetings w debtor and strategy going forward. |
| 16 | 3/19/19 | 1.00 | Mike | Hayes | Strategy meeting with UCc and counsel re: next steps including motions to be filed, possible request for mediation and to review offer made by Debtor.  Also, discussed Debtor's request to settle contingency case. |
| 17 | 4/12/19 | 0.40 | James | Gansman | Call w/ Alan Feld updating him on meeting w John Lucas Debtors counsel |
| 18 | 4/15/19 | 0.40 | James | Gansman | Call w/ Alan Feld and Kelly regarding Friday meeting w John Lucas |
| 19 | 5/2/19 | 0.17 | Mike | Hayes | Draft email to Mick Lauter re: mediation date |
| 20 | 5/3/19 | 0.17 | Mike | Hayes | Email to John Lucas confirming mediation dates |
| 21 | 5/6/19 | 0.33 | Mike | Hayes | 2 emails to Kelly Kinnon re: mediation and information needed from the borrower. |
| 22 | 5/29/19 | 0.60 | James | Gansman | Call w/ Mick and John Lucas to recap mediation and discuss settlements going forward.  Informed Lucas that we had Committee meeting scheduled today. |
| 23 | 6/3/19 | 0.50 | Mike | Hayes | Review email from Mick Lauter re: discussions with John Lucas re: settlement. |
| 24 | 6/3/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: settlement. |
| 25 | 6/5/19 | 1.00 | Mike | Hayes | Review detailed email from Kelly Kinnon re: claims and professional fees owed in case to determine potential distributions. |
| 26 | 6/18/19 | 0.50 | James | Gansman | Call w/ John Lucas on potential settlement of case |
| 27 | 6/18/19 | 0.90 | James | Gansman | Calls w/ Mick after my phone conversation w/ John Lucas re settlement. Review and comments on draft emails to the Committee from Alan, Mick and Mike re potential settlement |
| | 6/18/19 | 0.20 | Chris | Peirce | Review overhead analysis assumptions for committee |
| | 6/18/19 | 0.10 | Chris | Peirce | Calculate % of settled partner liability for $2MM settlement amount |
| | 6/18/19 | 0.10 | Chris | Peirce | Review letter to committee from Mick Lauter regarding call with John Lucas |
| | 6/19/19 | 0.60 | James | Gansman | Prep for depositions review of Mick's, Chris's and Mike's emails re potential questions at depos .  Comment on same |
| | 6/20/19 | 0.50 | James | Gansman | Prep for depos.  Response to lawyers, Committee members and Commenda issues |
| 28 | 6/20/19 | 0.70 | Chris | Peirce | Analyze settlement file provided by debtor, compare with clawback models already provided as well as committee settlement/clawback model, and email committee counsel opinion on debtor file |

| | Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|---|
| 1 | 6/20/19 | 0.20 | Chris | Peirce | Review emails from committee counsel regarding settlement discussion with John Lucas and subsequent response from committee members and counsel |
| 2 | 6/21/19 | 0.10 | Chris | Peirce | Review settlement and deposition summaries from Alan Feld and related discussion from committee |
| 3 | 6/21/19 | 0.17 | Mike | Hayes | Review Josh Wolfgram's email re: settlement. |
| | 6/24/19 | 0.40 | James | Gansman | Review and comment on Mikes settlement email to Committee. Review of comments from Kelly and Martin |
| 4 | 6/24/19 | 0.50 | James | Gansman | Call w/ Alan to discuss depositions and Settlement discussions |
| 5 | 6/24/19 | 0.17 | Mike | Hayes | Telephone conference with Jim Gansman re: settlement. |
| | 6/24/19 | 0.33 | Mike | Hayes | Draft email to UCC re: Commenda's opinion on settlement. |
| 6 | 7/2/19 | 0.40 | James | Gansman | Review of email from Mick on NJ Partners and call w Mick on update of case |
| | 7/12/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: settlement options. |
| 7 | 7/12/19 | 0.17 | Mike | Hayes | Review another email from Mick Lauter re: settlement and NJ partners. |
| 8 | 7/12/19 | 0.33 | Mike | Hayes | Review email from Mick Lauter re: NJ and Dallas partners liabilities. |
| | 7/12/19 | 0.33 | Mike | Hayes | Review email from C Peirce re : NJ and Dallas partners and their liability |
| 9 | 7/12/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter  re: Rogeau's emails and NJ partners. |
| | 7/12/19 | 0.33 | Mike | Hayes | Draft email to Mick Lauter re: NJ partners |
| 10 | 7/12/19 | 0.17 | Mike | Hayes | Draft email to Mick Lauter re: liability ranges of non-settling partners. |
| | 7/13/19 | 3.00 | Mike | Hayes | Review email from Chris Peirce and detailed analysis re: NJ and Dallas partner liability. |
| 11 | 7/13/19 | 0.17 | Mike | Hayes | Draft email to Chris Peirce re: non-settling partners. |
| 12 | 7/16/19 | 1.00 | Mike | Hayes | Review email from Mick Lauter and review chart of NJ and Dallas liability with him. |
| | 7/25/19 | 0.40 | James | Gansman | With John Lucas to discuss where Debtor is in negotiating w clients. Hopeful to have response on Friday or Monday. |
| 13 | 7/29/19 | 0.30 | James | Gansman | Call w/ John Lucas and Mick to review Debtor's latest settlement offer. |
| 14 | 7/29/19 | 0.50 | James | Gansman | Follow up call w/ Mick re Debtors settlement nd emails re same w advisors |
| | 7/29/19 | 0.40 | James | Gansman | Review of data sent over by Debtor on new settlement proposal |
| 15 | 7/29/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: deadline regarding settlement opportunities. |
| | 7/29/19 | 0.17 | Mike | Hayes | Review email from Jim Gansman re: deadline to settle. |
| 16 | 7/30/19 | 0.80 | James | Gansman | Call with Alan, Mick and Mike to discuss settlement offer and then another call with each individually after call with John Lucas |
| 17 | 7/30/19 | 0.40 | James | Gansman | Call w/ Jon Lucas to talk settlement and ways to get to the $2 million number. Lucas is going back to dissolution committee and will come back tomorrow |
| | 7/30/19 | 0.33 | Mike | Hayes | Review email from jim Gansman re: settlement options. |
| 18 | 7/30/19 | 0.33 | Mike | Hayes | Draft email to Mick Lauter re: $1.83MM settlement offer. |
| 19 | 7/31/19 | 0.70 | James | Gansman | Call with John Lucas re revised settlement number to 1.93 million, calls w/ Mick and Mike re same and emails re same |
| | 7/31/19 | 0.33 | Mike | Hayes | Review email from Kelly Kinnon re: dates to meet with Debtor. |
| 20 | 7/31/19 | 0.50 | Mike | Hayes | Review email from Mick Lauter re: meeting dates to settle. |
| 21 | 7/31/19 | 0.83 | Mike | Hayes | Draft email to UCC re: excluding 7 partners from settlement. |
| | 7/31/19 | 0.17 | Mike | Hayes | Draft email to John Lucas seeking update on A/R |
| 22 | 7/31/19 | 0.17 | Mike | Hayes | Draft email to UCC re: addition of 2 partners to settlement pool. |
| | 7/31/19 | 1.00 | Mike | Hayes | Telephone call with John Lucas, Alan Feld, Mick Lauter and Jim Gansman re: settlement with and without 47 partners. |
| 23 | 7/31/19 | 0.17 | Mike | Hayes | Draft email to Mick Lauter re: agreeing with his his analysis on 4 partners. |
| 24 | 7/31/19 | 0.33 | Mike | Hayes | Draft email to Mick Lauter re: liability of non-settling partners. |
| | 7/31/19 | 0.33 | Mike | Hayes | Draft email to Mick Lauter re: settlement scenarios. |
| 25 | 7/31/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: settlement scenarios |

## G.    ANALYSIS OF STORAGE COMPANY EXPENSES

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/4/19 | 0.50 | Mike | Hayes | Telephonic call with Kelly Kinnon< Jim Gansman and Alan Feld re: |

| | | | | motion to compromise filed by Debtor. |
|---|---|---|---|---|
| 3/13/19 | 0.30 | James | Gansman | Review of Kelly's email to committee regarding Monday meeting; emails regarding continuance of GRM settlement |
| 3/27/19 | 0.40 | James | Gansman | review of Lars motion objecting to the GRM settlement |
| 4/3/19 | 1.10 | James | Gansman | Attend court hearing on GRM telephonically |
| 4/3/19 | 0.50 | Mike | Hayes | Attend court hearing on objection to GRM Settlement |
| 4/4/19 | 0.17 | Mike | Hayes | Draft email to Kelly Kinnon on results of yesterday's objection to GRM settlement. |

## H. REVIEW OF ISSUES RELATED TO EXTENSION OF EXCLUSIVITY PERIOD AND PLAN CONFIRMATION

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/26/19 | 0.40 | James | Gansman | review of emails from Liz re April 4 hearing and discussion w Alan Feld |
| 4/16/19 | 0.50 | James | Gansman | Call w/ Kelly and Alan regarding John Lucas's proposal on extending exclusivity. |
| 4/16/19 | 0.40 | James | Gansman | Call W/Alan regarding mediation w Debtor and exclusivity motion |
| 4/17/19 | 0.20 | James | Gansman | Call w/ John Lucas re filing of exclusivity motion |
| 4/18/19 | 0.70 | James | Gansman | Review of John Lucas email, call to Alan Feld to discuss then conference call w/Alan and John re extension of exclusivity til 5/16 and mediation dates |
| 4/24/19 | 0.60 | James | Gansman | Call w/ Kelly and Alan to discuss the 2 settlements and extension of exclusivity until early June |
| 4/25/19 | 0.20 | James | Gansman | Call w Alan Feld re calling Lucas re motion for exclusivity |
| 4/25/19 | 0.30 | James | Gansman | Call w/ Jon Lucas to discuss exclusivity and mediation |
| 4/25/19 | 0.30 | James | Gansman | review of email from Kelly to Committee on Alan's emails on Lucas filing motion to extend exclusivity |
| 4/30/19 | 0.60 | James | Gansman | Call w/ Mick to give overview of case to determine whether they can serve as committee counsel. |
| 5/16/19 | 0.50 | James | Gansman | Review of John Lucas's motion and emails with our counsel re same and strategy to deal w motion |
| 5/17/19 | 0.40 | James | Gansman | Call w John Lucas to discuss exclusivity period and problems with his motion |
| 5/17/19 | 0.60 | James | Gansman | Calls w/ Alan Feld and Mick Lauter regarding my conversation w John Lucas an strategy re same |
| 5/17/19 | 0.50 | James | Gansman | Review of emails and our motion presented to Committee regarding motion to extend exclusivity |
| 5/29/19 | 1.00 | James | Gansman | Call w/ full Creditors Committee to discuss mediation, settlement proposal, exclusivity and motion for derivative standing. |
| 6/3/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter and Alan Feld re: derivative standing. |
| 6/5/19 | 0.60 | James | Gansman | Review of Committee brief objecting to exclusivity and review of changes by Committee members |
| 6/17/19 | 0.90 | Chris | Peirce | Review Trustee Objection, Document request of Debtor, and liquidation plan |

## J. ANALYSIS OF COLLECTION OF ACCOUNTS RECEIVABLE.

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/23/19 | 0.33 | Mike | Hayes | Email to Liz Green and Kelly Kinnon re: the status of the Debtor's a/r and further action that can be taken. |
| 3/23/19 | 0.17 | Mike | Hayes | Review emails from Liz Green and Kelly Kinnon on a/r. |
| 3/23/19 | 0.17 | Mike | Hayes | Email to Liz Green suggesting 1-2 hour meeting with a/r collections firm. |
| 3/23/19 | 0.17 | Mike | Hayes | Draft email to Liz Green and Kelly Kinnon re: settlement of contingency case and review Liz Green's email re: the same. |

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/26/19 | 0.50 | James | Gansman | of Uribe contingency litigation, call w Chris and emails re same |
| 3/26/19 | 0.30 | Chris | Peirce | Call with Jim Gansman to review analysis of Maria Uribe contingency case and Richard Herman fees with both firms |
| 4/2/19 | 1.50 | Mike | Hayes | Review accounts receivable reports submitted by Debtor in preparation for tomorrow's call with A/R collection firm. |
| 4/3/19 | 1.20 | James | Gansman | Call w/George and John Lucas of Dissolution Committee and Mike re review of outstanding A/R of Sedgwick |
| 4/3/19 | 1.50 | Mike | Hayes | Telephonic conference with John Lucas and George Abodeely to discuss top 20 remaining A/R and methodology of his form in the collection process. |
| 4/4/19 | 0.50 | Mike | Hayes | Draft email to UCC on status of A/R collections and results of yesterdays meeting. |
| 4/19/19 | 0.30 | James | Gansman | Call w/ John Lucas regarding Uribe and These-Krupp settlements |
| 4/19/19 | 0.10 | James | Gansman | Emails to Kelly and Alan re settlements with These-Krupp and Uribe |
| 4/19/19 | 0.40 | James | Gansman | Phone conversation w Alan Feld re call w John Lucas on Uribe and Thysen Krupp settlements.  Call w/ Mike hayes re same |
| 4/23/19 | 0.30 | James | Gansman | with John Lucas regarding Uribe and These-Krupp and mediation for 5/23 |
| 4/24/19 | 0.30 | James | Gansman | Call w/ Kelly to review Uribe and These-Krupp potential settlements. Review of extension of exclusivity  tied to mediation. |
| 5/2/19 | 1.00 | Mike | Hayes | Review of accounts receivable reports and forward same to Mick Lauter |
| 5/4/19 | 1.00 | Mike | Hayes | Review A/R and track responsible partners. |
| 5/6/19 | 0.17 | Mike | Hayes | Review email from John Lucas re: On-Site information. |
| 5/8/19 | 0.40 | James | Gansman | call w/Mick and John Lucas regarding Uribe settlement. |
| 5/8/19 | 0.50 | James | Gansman | Review of Micks email to committee on Uribe settlement, call w/ him re same and response to Kelly's email to Committee on Uribe |
| 5/30/19 | 0.33 | Mike | Hayes | Review of email from Mick Lauter re: cash position of Debtor and compare against previous information provided. |
| 6/10/19 | 0.30 | James | Gansman | Call with Mick and John Lucas to discuss settlement of 2 A/R claims. Gave Committee blessing on both |
| 7/8/19 | 0.33 | Mike | Hayes | Draft email to Kelly Kinnon re: status of A/R |
| 7/18/19 | 0.83 | Mike | Hayes | Review email from Kelly Kinnon re: accounts receivable. |
| 7/18/19 | 0.83 | Mike | Hayes | Review long email from Kelly Kinnon re: monies owed from UK. |
| 7/18/19 | 0.17 | Mike | Hayes | Review response email from Mick Lauter re: UK monies and a/r. |

## K.  REVIEW OF MONTHLY OPERATING REPORTS.

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/29/19 | 0.50 | James | Gansman | review of Feb. monthly cash flow statement filed with the court. Emails re same |
| 6/3/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: debtor's non-payment of $175,000. |
| 6/3/19 | 0.33 | Mike | Hayes | Review of email from Kelly Kinnon re: outstanding professional fees in case. |
| 6/17/19 | 0.17 | Mike | Hayes | Email from John Lucas re: information for MOR and reply with the same. |

## L.  MEDIATION PREP AND ATTENDANCE

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/20/19 | 0.17 | Mike | Hayes | Revoew email from Liz Green re: Committee information needed. |
| 3/20/19 | 0.17 | Mike | Hayes | Review email from Liz Green re: timing of transfers and respond back. |
| 3/20/19 | 0.17 | Mike | Hayes | Review email from Liz Green re: mediator choices. |
| 3/20/19 | 0.17 | Mike | Hayes | Review email from Alan Feld re: choices of mediator. |
| 3/20/19 | 0.17 | Mike | Hayes | Revoew of email from Kelly Kinnon re: mediator choices. |
| 3/20/19 | 0.17 | Mike | Hayes | Email from Liz Green re; issues including 2004 exam. |
| 3/22/19 | 0.17 | Mike | Hayes | Review email from Liz Green re: email forwarded from John Lucas re: mediators, objection to settlement claim, 2004 exam and insolvency dates |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 3/22/19 | 0.17 | Mike | Hayes | Review email from Kelly Kinnon re: mediators and getting it done soon. |
| | 3/22/19 | 0.17 | Mike | Hayes | Email from Liz Green re: Judge Montali and mediation. |
| 2 | 4/9/19 | 0.30 | James | Gansman | Email correspondence w Committee and counsel regarding choosing of Arbitrator |
| 3 | 4/12/19 | 1.20 | James | Gansman | Meeting w John Lucas Debtors Counsel to discuss mediation and insolvency dates. |
| 4 | 4/15/19 | 0.70 | James | Gansman | Call w/Alan Feld and John Lucas regarding mediation |
| | 4/15/19 | 0.20 | James | Gansman | Follow up call with John Lucas regarding potential mediation dates w/ Cooper. May 22-23 seem to be first available |
| 5 | 4/23/19 | 0.40 | James | Gansman | Call w/ Alan to discuss call with John Lucas re settlements and mediation |
| 6 | 5/1/19 | 0.40 | James | Gansman | Call w Alan Feld and John Lucas of Debtor to discuss mediation date and mediation statement |
| | 5/2/19 | 0.60 | James | Gansman | Call w/ Alan and Kelly regarding change of Committee counsel, mediation and period of exclusivity. |
| 7 | 5/8/19 | 0.30 | James | Gansman | Call w/ Mick re statement for mediator |
| 8 | 5/9/19 | 0.60 | James | Gansman | Call w/ Mike and Mick regarding mediation statement that needs to be drafted. |
| | 5/13/19 | 0.30 | James | Gansman | Review and Comment on emails concerning the hiring of Diamond Mc Carthey as contingency counsel to go after individual plaintiffs |
| 9 | 5/13/19 | 0.40 | James | Gansman | Review of emails between Mick and Mike re insolvency date |
| 10 | 5/14/19 | 0.20 | Chris | Peirce | Call with Mike Hayes to discuss mediation statement deliverables |
| | 5/14/19 | 0.40 | Chris | Peirce | Review bank statements to obtain dates of letter of credit transactions |
| 11 | 5/14/19 | 0.40 | Chris | Peirce | Review Sedgwick budget documents for monthly net income plan for graphs used in mediation statement |
| 12 | 5/14/19 | 0.20 | Chris | Peirce | Revise graphs showing cash balance trend, net income by month, and % of net income by office for mediation statement |
| 13 | 5/14/19 | 0.70 | Chris | Peirce | Call with Mike Hayes and Michael Lauter to discuss Sedgwick case and items needed to complete mediation statement |
| 14 | 5/14/19 | 0.80 | Chris | Peirce | Research budget data including date budget was created, revised budget plan, and revised cash collection, WIP, etc report from debtor |
| | 5/14/19 | 1.10 | Chris | Peirce | Research key dates in case and build timeline graphic to illustrate history of major events |
| 15 | 5/14/19 | 0.20 | Chris | Peirce | Call with Mark Dow to discuss cash basis budget using cash collected instead of billed amount |
| 16 | 5/15/19 | 0.60 | Chris | Peirce | Review mediation statement from Michael Lauter and provide missing information including dates and amounts of prior year distributions made in 2017 |
| 17 | 5/16/19 | 0.50 | Chris | Peirce | Research and provide historical cash balances by month from 2015-2017 |
| | 5/16/19 | 0.30 | Chris | Peirce | Research and provide line of credit history from 2015-2016 |
| 18 | 5/16/19 | 0.20 | Chris | Peirce | Review prior settlement scenarios from debtor to add to mediation settlement |
| 19 | 5/19/19 | 0.30 | James | Gansman | Call w/ Allan to discuss John's discussion that he can settle cases (9019 motion) without Committee |
| | 5/20/19 | 0.30 | James | Gansman | Call w/ Mick re 9019 issue and not getting debtor brief before mediation |
| 20 | 5/20/19 | 0.80 | James | Gansman | Call w/ Committee and counsel to prep for mediation |
| 21 | 5/20/19 | 0.20 | James | Gansman | Review of Committee Minutes shared by Mick |
| | 5/20/19 | 0.33 | Mike | Hayes | Email to Mick Lauter re: non-sharing of mediation statements and review of Alan Feld's email re: same. |
| 22 | 5/20/19 | 0.17 | Mike | Hayes | Review of email from Kelly Kinnon re: mediation. |
| 23 | 5/20/19 | 1.33 | Mike | Hayes | Email from Mick Lauter re: Debtor's mediation statement and review of the same. |
| 24 | 5/21/19 | 0.10 | Chris | Peirce | Call with Mike Hayes to discuss settlement scenarios |
| | 5/21/19 | 1.50 | Chris | Peirce | Develop settlement amounts for new scenarios |
| 25 | 5/21/19 | 0.50 | Chris | Peirce | Add retiree and non-equity partners to settlement document |
| | 5/21/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: clawback Analysis. |
| 26 | 5/21/19 | 1.75 | Mike | Hayes | Telephone conference with Mick Lauter and Michael Cooper re: UCC's position. |
| 27 | 5/21/19 | 0.17 | Mike | Hayes | Follow up telephone call with Mick Lauter and discussion with Michael Cooper. |
| | 5/21/19 | 0.17 | Mike | Hayes | Review email from John Lucas re: a/r, fees and cash. |
| 28 | 5/21/19 | 0.17 | Mike | Hayes | Draft email to Mick Lauter and Alan Feld re: Commenda's position on liability of attorneys. |

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 5/21/19 | 5.50 | Mike | Hayes | Work with Chris Peirce in updating Clawback Analysis to include non-equity partners and retirees. Review email from Chris Peirce re: same. |
| 5/22/19 | 2.40 | James | Gansman | Review of scenarios put together by Commenda, Review of brief prepared by Debtor while on plane |
| 5/22/19 | 0.10 | Chris | Peirce | Review emails regarding settlement scenarios |
| 5/22/19 | 0.10 | Chris | Peirce | Call with Mike Hayes to discuss new settlement modeling requests |
| 5/22/19 | 0.90 | Chris | Peirce | Produce analyis showing original settlement scenarios without REV |
| 5/22/19 | 0.10 | Chris | Peirce | Send Michael Lauter and Mike Hayes 2016 reviewed financials with note regarding covenant non-compliance |
| 5/22/19 | 0.17 | Mike | Hayes | Review emai from Kelly Kinnon re: attendance at mediation |
| 5/22/19 | 1.50 | Mike | Hayes | Further review and update of Clawback Analysis |
| 5/23/19 | 0.90 | James | Gansman | Prep for mediation with Kelly Mick and Alan. Discussed scenarios prepared by Commenda |
| 5/23/19 | 8.20 | James | Gansman | Attendance at all day Mediation w Michael Cooper of Wendel Marks, Dissolution Committee, Jon Lucas, Kyle, Alan, Mick, Kelly and myself |
| 5/23/19 | 0.70 | James | Gansman | Update Call w/ Committee to discuss where we stand on mediation |
| 5/23/19 | 0.80 | Chris | Peirce | Mediation call with Kelly Kinnon, Alan Feld, Michael Lauter, Jim Gansman, and Mike Hayes to review settlement scenarios |
| 5/23/19 | 0.40 | Chris | Peirce | Update clawback model to separate between partners willing to settle and unwilling to settle |
| 5/23/19 | 0.60 | Chris | Peirce | Full creditor committee call on settlement options |
| 5/23/19 | 0.40 | Chris | Peirce | Call with mediator and creditor committee to discuss settlement scenarios, insolvency dates, amounts offered previously |
| 5/23/19 | 0.70 | Chris | Peirce | Research and review data regarding partner details for each scenario |
| 5/23/19 | 0.20 | Chris | Peirce | Add May 31 insolvency date to settlement scenarios |
| 5/23/19 | 4.50 | Mike | Hayes | Attend mediation and side calls via conference call |
| 5/28/19 | 0.70 | James | Gansman | Call w/ Mick, Alan, Mike and Chris to discuss outcome of mediation and building outcome scenarios for Committee |
| 5/28/19 | 0.70 | Chris | Peirce | Call with Mick Lauter, Alan Feld, Jim Gansman, and Mike Hayes to review mediation meeting, discuss total professional fees involved, and discuss next steps including follow up call with John Lucas and sensitivity analysis. |
| 5/28/19 | 0.50 | Mike | Hayes | Review email from Mick Lauter and Kelly Kinnon re: results of mediation. |
| 5/29/19 | 0.20 | Chris | Peirce | Send final settlement/mediation analysis to Mick Lauter, Jim Gansman, and Mike Hayes and compare with debtor's settlement amount trying to tie to an insolvency date |
| 5/29/19 | 0.90 | Chris | Peirce | Call with creditor committee to review last week's mediation meeting, discuss settlement options, and discuss next steps |
| 5/29/19 | 1.00 | Mike | Hayes | Meeting with Committee re: follow up to Mediation. |

## M. FEE APPLICATION PREPARATION

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 3/1/19 | 5.00 | Mike | Hayes | Prepare Commenda's First Interim Fee Application |
| 3/4/19 | 5.00 | Chris | Peirce | Work on fee application pulling time entries, categorizing, totaling hours and fees, and updating the fee application document |
| 4/4/19 | 0.60 | James | Gansman | Attend Telephonic court hearing on fee applications. |
| 4/5/19 | 1.50 | Mike | Hayes | Prepare Supplemental Declaration in support of Fee Application. |
| 6/30/19 | 8.00 | Mike | Hayes | Prepare 2nd Interim Fee Application |
| 7/21/19 | 2.00 | Chris | Peirce | List detail entries, summarize by person and task with hours and fees |
| 7/25/19 | 0.40 | Chris | Peirce | Update fee app detail and send to Mike Hayes |
| 7/31/19 | 2.00 | Chris | Peirce | Prepare detail by task and person with total hours and fees and expenses |

## N. REVIEW 9019 SETTLMENT MOTION

| Date | Hours | First Name | Last Name | Notes |
|---|---|---|---|---|
| 6/5/19 | 0.33 | Mike | Hayes | Review email from Mick Lauter re" Debtor's new strategy. |
| 6/6/19 | 0.80 | Chris | Peirce | Recalculate settlement scenarios with additional partners willing to |

| Date | Hours | First Name | Last Name | Notes |
|------|-------|-----------|-----------|-------|
| | | | | settle. Provide committee with debtor settlement % of total for partners willing to settle for 1/31 and 3/31 insolency dates |
| 6/6/19 | 0.20 | Chris | Peirce | Review debtor statement regarding exclusivity, motion with former partners, and exhibits for accuracy. |
| 6/6/19 | 0.20 | Chris | Peirce | Research volume of documents provided by debtor for rebuttal to debtors claim of documents provided |
| 6/6/19 | 0.80 | James | Gansman | Phone conversations with both Mick and Alan to discuss the Debtor's 9019 motion. |
| 6/6/19 | 0.40 | James | Gansman | Review of emails by counsel, Chris's analysis and Committee members regarding Debtor 9019 motion |
| 6/6/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: discovery needed. |
| 6/6/19 | 0.17 | Mike | Hayes | Email from Kelly Kinnon re: discovery and potential insurance claims. |
| 6/7/19 | 1.10 | James | Gansman | Review of Debtors 9019 motion |
| 6/7/19 | 0.30 | James | Gansman | Review of emails from Committee members and counsel re motion |
| 6/10/19 | 0.40 | James | Gansman | Review of emails regarding strategy relating to rebuttal of 9019 motion, conversations w/ Mike Hayes re same |
| 6/10/19 | 0.17 | Mike | Hayes | Email from Mick Lauter re: requesting Commenda put together email with evidence still needed to evaluate Debtor's motion. |
| 6/10/19 | 0.17 | Mike | Hayes | Email from Mick Lauter re: identify of three Dissolution Committee members. |
| 6/11/19 | 0.50 | James | Gansman | Review of emails regarding Discovery issues in response to 9019 motion |
| 6/11/19 | 2.50 | Mike | Hayes | Review documents requested to date from Debtor as well as items received a nd compile list of documents still needed from Debtor in order to fully litigate insolvency/clawback issue. |
| 6/11/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: lease information needed |
| 6/11/19 | 0.17 | Mike | Hayes | Reply to Mick Lauter re: his email re: leases |
| 6/11/19 | 0.50 | Mike | Hayes | Draft email to Mick Lauter and Alan Feld re: additional evidence needed. |
| 6/12/19 | 0.30 | James | Gansman | Emails with Alan regarding hiring of Sean Southard as contingency counsel and emails to Sean to set up meeting |
| 6/12/19 | 0.30 | James | Gansman | Conversations w Mike Hayes to discuss strategy to review DSI work product |
| 6/13/19 | 0.60 | James | Gansman | Conversations w Sean Southard about being Contingency Counsel in plan put forward by Creditor Committee |
| 6/13/19 | 0.17 | Mike | Hayes | Prepare email to Mick Lauter re: discovery needed. |
| 6/14/19 | 1.00 | James | Gansman | Interview Sean Southard by Mick, Alan and I to be contingency counsel to sue Partners |
| 6/14/19 | 1.00 | Mike | Hayes | Review email and document request list from Shadi Farzan re: discovery. |
| 6/14/19 | 0.17 | Mike | Hayes | Email to Shadi Farzan re: discovery request. |
| 6/20/19 | 2.00 | Mike | Hayes | Draft email to Erinn Contreras re: questions to ask at deposition. |
| 6/21/19 | 0.50 | Mike | Hayes | Review Alan Feld's email re: results of deposition and potential settlement. |
| 7/2/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: communication from NJ partners. |
| 7/2/19 | 0.50 | Mike | Hayes | Review of email from Chris Peirce re: NJ partners. |

## O.    REV AND OVERHEAD ANALYSIS

| Date | Hours | First Name | Last Name | Notes |
|------|-------|-----------|-----------|-------|
| 3/12/19 | 0.50 | Mike | Hayes | Review REV analysis |
| 6/11/19 | 0.17 | Mike | Hayes | Review email from Chris Peirce re: overhead/REV calculations. |
| 6/12/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: Overhead |
| 6/12/19 | 0.17 | Mike | Hayes | Email from Chris Peirce re: overhead. |
| 3/12/19 | 0.50 | Mike | Hayes | Review REV analysis |
| 6/11/19 | 0.17 | Mike | Hayes | Review email from Chris Peirce re: overhead/REV calculations. |
| 6/12/19 | 0.17 | Mike | Hayes | Review email from Mick Lauter re: Overhead |
| 6/12/19 | 0.17 | Mike | Hayes | Email from Chris Peirce re: overhead. |

## P.    REVIEW OF DEBTOR'S PLAN

| Date | Hours | First Name | Last Name | Notes |
|------|-------|-----------|-----------|-------|

| | | | | |
|---|---|---|---|---|
| 6/5/19 | 2.00 | Mike | Hayes | Received and review Mick Lauter's brief re: exclusivity and Debtor's Plan |
| 6/5/19 | 0.17 | Mike | Hayes | Email to Mick Lauter re: brief he prepared and circulated, making comments to the same. |
| 6/7/19 | 0.50 | Mike | Hayes | Draft email to Alan feld and Mick Lauter re: evidence needed to proceed on trial on insolvency. |
| 6/17/19 | 2.00 | Mike | Hayes | Review email from Mick Lauter re: Debtor's Plan and Disclosure Statement and review both. |
| 6/18/19 | 0.50 | Mike | Hayes | Email to Mick Lauter re: comments to Debtor's Plan. |
| 6/19/19 | 0.33 | Mike | Hayes | Email from Mick Lauter re: DSI's spreadsheets as they relate to depos of Messrs. Parvin and Celebrezze. |
| 6/19/19 | 0.17 | Mike | Hayes | Review DSI's spreadsheets. |
| 6/19/19 | 0.33 | Mike | Hayes | Review of email from Mick Lauter re: Debtor's models. |
| 6/19/19 | 0.17 | Mike | Hayes | Review of email from Chris Peirce re: Debtor's model and reply to the same. |
| 7/18/19 | 1.00 | Mike | Hayes | Status call with Mick Lauter re: plan and status of case. |
| 7/18/19 | 0.83 | Mike | Hayes | Review email from a Kelly Kinnon re: landlord claims. |

**EXHIBIT B**

**COSTS**

| DATE | PERSON | VENDOR | TYPE | AMOUNT | NOTES |
|------|--------|--------|------|--------|-------|
| 3/10/19 | Mike Hayes | SWA | Airfare | $157.00 | MSP-SFO |
| 3/10/19 | Mike Hayes | Aloft Hotel | Hotel | $135.26 | Hotel in San Francisco |
| 3/11/19 | Mike Hayes | UAL | Airfare | $168.47 | SFO-ORD |
| 3/11/19 | Mike Hayes | UAL | WIFI | $13.99 | WIFI-write notes regarding settlement meeting |
| 3/10/19 | Jim Gansman | AA | Airfare | $330.30 | NY-SFO |
| 3/10/19 | Jim Gansman | Budget | Rental Car | $64.73 | Car Rental SF |
| 3/10/19 | Jim Gansman | Marriott | Hotel | $170.10 | SF Hotel |
| 3/11/19 | Jim Gansman | Delta | Airfare | $163.30 | SFO-NY |
| 4/03/19 | Jim Gansman | Court Call | Telecom | $36.95 | Attend court hearing |
| 4/04/19 | Jim Gansman | Court Call | Telecom | $39.68 | Attend court hearing |
| 5/22/19 | Jim Gansman | Delta/AA | Airfare | $417.60 | NY-LA-SFO |
| 5/22/19 | Jim Gansman | Delta | WIFI | $16.00 | Draft emails re: mediation |
| 5/23/19 | Jim Gansman | Delta | Airfare | $434.30 | SFO-NY |
| 5/23/19 | Jim Gansman | Palace Hotel | Hotel | $454.36 | Hotel in SF, mediation |
| 5/23/19 | Jim Gansman | VIA | Car Service | $62.88 | Transportation from NY to Home, over 1 hour |
| Total | | | | $2,664.92 | |

August 15, 2019

***DELIVERED VIA EMAIL***

Kelly Kinnon
Committee Chairperson
Official Committee of Unsecured Creditors
of Sedgwick LLP
Kelly.Kinnon@barings.com

Re:     In re Sedgwick LLP, Case No. 18-31087

Dear Kelly:

We enclose a copy of our second interim fee application (the "Application") for allowance of compensation and reimbursement of expenses incurred as counsel to the Official Committee of Unsecured Creditors of Sedgwick LLP, and my declaration in support of the Application.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you have no objections to the Application please indicate so by signing in the space below and returning a copy of this letter to my attention.  Should you have any questions, objections or other concerns regarding the Application, please do not hesitate to contact our office.

The total of our fees through July 31, 2019 is now $241,963.89 against our cap of $245,000.  In August, we have exceeded the cap.

Also, this letter was modeled after the same one Mick Lauter used for his firm.


Very truly yours,

Michael Hayes

Commenda Asset Resolution Partners


Enclosures

NO OBJECTION


By: _____        Dated: _____ ____, 2019
           Kelly Kinnon
              Chair
     for the Official Committee
     of Unsecured Creditors of
           Sedgwick LLP


SMRH:4822-7175-6701.1