John Schweisberger
Derek Barto
Armanino LLP
11766 Wilshire Blvd, Suite 900
Los Angeles, CA 90025
Telephone: 310.745.4148
Facsimile: 310.312.0358
Email: John.Schweisberger@armaninollp.com
        Derek.Barto@armaninollp.com

Accountants for Sedgwick, LLP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re: | Case No.: 18-31087 (HLB) |
|---|---|
| **SEDGWICK, LLP,** | Chapter 11 |
| Debtor. | **AMENDED SECOND INTERIM APPLICATION OF ARMANINO LLP AS ACCOUNTANT FOR THE DEBTOR FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH JULY 31, 2019** |

Date:       September 5th, 2019
Time:       10:00 a.m.
Place:      United States Bankruptcy Court
            450 Golden Gate Avenue, 16th Floor
            Courtroom 19
Judge:      Honorable Hannah L. Blumenstiel

Armanino LLP ("**Armanino**"), hereby submits its *Second Interim Application for Allowance and Payment of Compensation for the Period February 1, 2019 through July 31, 2019* (the "**Application**"), in connection with its representation as accountant to Sedgwick, LLP, the above-captioned debtor and debtor in possession (the **"Debtor"**). The Application requests entry of an order allowing, on an interim basis, compensation to Armanino for services rendered to the Debtor during the period from February 1, 2019 through July 31, 2019 (the "**Fee Period**").

Armanino seeks interim approval of compensation and reimbursement of expenses during the Fee Period totaling $88,200, which sum represents compensation for services rendered in the amount of $88,200 and reimbursement for expenses incurred in the amount of $0.  This Application

1  is based upon the contents hereof, together with the exhibits, the declaration of John Schweisberger

2  filed concurrently herewith, the pleadings, papers, and records on file in these cases, and any

3  evidence or argument that the Court may entertain at the time of the hearing on the Application.

**I.**

**STATEMENT OF FACTS**

**A.**     **General Background**

On October 2, 2018 (the "**Petition Date**") the Debtor filed with this Court a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  As of December 31, 2017, the Debtor

discontinued providing legal services and on January 1, 2018, the Debtor by way of its dissolution

committee commenced winding down the firm.  In that context, the Debtor continues to operate its

business and manage properties as debtor and debtor in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or an

examiner in this chapter 11 case, and no official committee has yet been appointed by the Office of

the United States Trustee.

The factual background regarding the Debtor, including its current and historical business

operations and the events precipitating the commencement of its chapter 11 case, is set forth in detail

in the *Declaration of Gregory C. Read in Support of First Day Motions* [Docket No. 2].

**B.**     **Employment of Armanino**

On October 15, 2018, the Debtor filed its *Application to Employ Armanino LLP as*

*Accountant Effective as of the Petition Date* [Docket No. 42] (the "**Retention Application**").  On

October 30, 2018, the Court entered its *Order Granting Application to Employ Armanino LLP*

*Effective as of the Petition Date* [Docket No. 70] (the "**Retention Order**").  A true and correct copy

of the Retention Order is attached hereto as **Exhibit A**.

Pursuant to the terms of the Retention Application and Retention Order, Armanino is to

receive a monthly fixed fee of $14,700 for its services as accountant to the Debtor.

2

## II.

### NARRATIVE STATEMENT OF SERVICES RENDERED

In accordance with the Retention Order, Armanino provided back office services in connection with the wind down of the Debtor's firm, effective as of the Petition Date, on the terms set forth in the Application. Further in accordance with the Retention Order, Armanino maintained records of time spent working on this matter in quarter-hour increments, as set forth in **Exhibit B.**

**A.** **List of Expenses by Category**

During the Fee Period, Armanino incurred no hard expenses.

**B.** **Client Review of Billing Statements**

Pursuant to the Northern District Guidelines, a cover letter enclosing this Application is being sent to the Debtor concurrently. The letter invites the Debtor to discuss with Armanino and/or the Office of the United States Trustee any objections, concerns, or questions the Debtor may have with regard to the requested compensation and reimbursement set forth in the Application. A copy of the transmittal letter is attached hereto as **Exhibit C**.

**C.** **Notice of Application and Hearing**

Notice of the submission of this Application and the hearing thereon will be provided to the Office of the United States Trustee, the Debtor, all parties requesting special notice and other interested parties in accordance with the Local Bankruptcy Rules. Complete copies of the Application will be promptly furnished to any other party upon specific request. Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

The professional services and related expenses that are the subject of this Application were rendered and incurred in connection with this case, and in discharge of Armanino's professional responsibilities as accountant to the Debtor. Armanino's services were necessary, and beneficial to the Debtor in this case. Armanino believes that the fees requested by this Application are reasonable and necessary, and are contemplated by the Bankruptcy Code and this Court's Retention Order. Accordingly, Armanino requests interim allowance in the amount of $88,200, consisting of fixed monthly fees in the amount of $88,200 and costs in the amount of $0.

3

**D.** **Available Funds**

Armanino understands that the Debtor has sufficient funds available for the payment of fees and costs requested herein.

**III.**

**CONCLUSION**

The compensation presently sought by Armanino is interim. Neither Armanino, nor any member or associates of Armanino, have any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded Armanino with any other person, except among other members and associates of Armanino. Armanino believes that the services rendered for which compensation is sought in this Application have been beneficial to the estate, and that the sums requested for the services rendered are fair and reasonable.

WHEREFORE, Armanino respectfully requests that this Court (a) authorize allowance and direct payment of fees, and (b) award interim compensation, as follows:

1.  Allow interim compensation to Armanino in the amount of $88,200 and reimbursement of expenses in the amount of $0, and directing payment of such amounts to Armanino; and

2.  Grant such other and further relief as may be appropriate under the circumstances.

Dated: August 29th, 2019          ARMANINO LLP




John Schweisberger


Accountants for Sedgwick, LLP

4

Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: rpachuslki@pszjlaw.com
        jfiero@pszjlaw.com
        jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>              Debtor. | Case No.: 18-31087 (HLB)<br><br>Chapter 11<br><br>**AMENDED DECLARATION OF JOHN SCHWEISBERGER IN SUPPORT OF SECOND INTERIM APPLICATION OF ARMANINO LLP AS ACCOUNTANT FOR THE DEBTOR FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH JULY 31, 2019**<br><br>Date:     September 5th, 2019<br>Time:    10:00 a.m.<br>Place:    United States Bankruptcy Court<br>            450 Golden Gate Avenue, 16th Floor<br>            Courtroom 19<br>Judge:   Honorable Hannah L. Blumenstiel |

I, John Schweisberger, declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

      1.     I am a Partner of Armanino LLP ("**Armanino**").  I submit this declaration in support of the *Second Interim Application of Armanino LLP as Accountant for the Debtor for Allowance and*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

*Payment of Compensation for the Period February 1, 2019 through July 31, 2019* (the "<u>Application</u>")[1].

2. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. Armanino incurred reasonably and necessary expenses during the Fee Period in the amount of <u>$88,200</u>.

4. Armanino believes the foregoing rates for expenses are the market rates that the majority of accounting charge clients for such services.

5. Armanino has not been paid or promised any compensation from any source for services rendered in connection with this case.

6. Armanino has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

7. Armanino believes that the compensation sought herein is in conformity with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California*.

8. The compensation sought herein was billed at rates no less favorable than those customarily billed by Armanino and generally accepted by Armanino's clients.

9. I have personally reviewed time and billings in this matter and they represent true and correct charges to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2019, at 12:00pm.

ARMANINO LLP

John Schweisberger

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_SF:92963.2 77998/002

# **EXHIBIT A**

## **(Retention Order)**



1  Richard M. Pachulski (CA Bar No. 90073)
2  John D. Fiero (CA Bar No. 136557)
   John W. Lucas (CA Bar No. 271038)
3  Pachulski Stang Ziehl & Jones LLP
   150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5  Email: rpachuslki@pszjlaw.com
          jfiero@pszjlaw.com
6          jlucas@pszjlaw.com

**CHANGES MADE BY COURT**

**Signed and Filed: October 30, 2018**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

7  Proposed Attorneys for Sedgwick, LLP

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11  In re:                              Case No.: 18-31087 (HLB)

12      **SEDGWICK, LLP,**              Chapter 11

13                         Debtor.      **ORDER GRANTING APPLICATION
                                        TO EMPLOY ARMANINO LLP AS**
14                                      **ACCOUNTANT EFFECTIVE AS OF
                                        THE PETITION DATE**
15
                                        **[No Hearing Required]**
16

17       This matter coming before the Court on the *Debtor's Application to Employ Armanino Fees*

18  *Limited as London Collections Agent Effective as of the Petition Date* (the "**Application**")[1], filed by

19  Sedgwick, LLP, the above-captioned debtor and debtor in possession (the "**Debtor**"); the Court

20  having reviewed the Application, the record in this case, and the John Schweisberger Declaration;

21  the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

22  and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the

23  Application was reasonable and appropriate under the circumstances; and the Court having

24  determined that the legal and factual bases set forth in the Application establish just cause for the

25  relief granted herein;

26       **IT HEREBY IS ORDERED THAT**:

27       1.      The Application is **GRANTED**.

28

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2.      The Debtor is authorized, pursuant to sections 327(a) and 328 of the Bankruptcy Code, to retain Armanino LLP as its account to provide back office services in connection with the wind down of the Debtor's firm, effective as of the Petition Date, on the terms set forth in the Application and the Schweisberger Declaration, with compensation to be at the expense of the estate as provided therein.

3.      Armanino shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules **and Guidelines**, and such other interim compensation procedures as may be fixed by order of this Court.


***END OF ORDER***

DOCS_SF:98045.1 77998/002

## COURT SERVICE LIST

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:98045.1 77998/002

# **EXHIBIT B**

## **(Invoices and Time Detail)**

DOCS_SF:97962.2 77998/002

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 01/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 480111 | $ 14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA 94549

**Sedgwick LLP (in Dissolution)***
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA 92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA 94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 01/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 480111 | $ 14,700.00 |

**Professional Services Rendered Through 01/31/2019:**

February fixed fee for dissolution accounting services

| | | |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services. Invoices are payable upon receipt. We appreciate you keeping your account current.

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 02/28/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 486317 | $ 14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA 94549

**Sedgwick LLP (in Dissolution)***
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA 92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA 94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 02/28/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 486317 | $ 14,700.00 |

**Professional Services Rendered Through 02/28/2019:**

March fixed fee for dissolution accounting services

| | | |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services. Invoices are payable upon receipt. We appreciate you keeping your account current.

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 03/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 492947 | $    14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA  94549

**Sedgwick LLP (in Dissolution)\***
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA  92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA  94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 03/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 492947 | $    14,700.00 |

**Professional Services Rendered Through 03/31/2019:**

April fixed fee for dissolution accounting services

| | | |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services.  Invoices are payable upon receipt.  We appreciate you keeping your account current.

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 04/30/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 501858 | $ 14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA  94549

**Sedgwick LLP (in Dissolution)\***
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA  92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA  94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 04/30/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 501858 | $ 14,700.00 |

**Professional Services Rendered Through 04/30/2019:**

May fixed fee for dissolution accounting services

| | | |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services.  Invoices are payable upon receipt.  We appreciate you keeping your account current.

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 05/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 511782 | $   14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA  94549

**Sedgwick LLP (in Dissolution)***
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA  92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA  94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 05/31/2019 | 120166.0 | Sedgwick LLP (in Dissolution)* | 511782 | $   14,700.00 |

**Professional Services Rendered Through 05/31/2019:**

June fixed fee for dissolution accounting services

|  |  |  |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services.  Invoices are payable upon receipt.  We appreciate you keeping your account current.

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 06/30/2019 | 120166.0 | Sedgwick, LLP | 521823 | $ 14,700.00 |

**Remit EFT to:**
Routing No. 121144696
Acct. No. 1005420
Armanino LLP
c/o California Bank of Commerce
3595 Mt. Diablo Blvd., 2nd Floor
Lafayette, CA 94549

**Sedgwick, LLP**
**Curtis Parvin**
**2646 Dupont Drive**
**Suite 60 # 503**
**Irvine, CA 92612**

**Make checks payable to:**
Armanino LLP
PO Box 398285
San Francisco, CA 94139-8285

**Return Top Portion With Remittance**

**Retain Bottom Portion For Your Records**

Armanino LLP , PO Box 398285 San Francisco, CA 94139-8285 (925) 790-2600

**armanino**

| Invoice Date | Client No. | Client Name | Invoice No. | Amount Due |
|---|---|---|---|---|
| 06/30/2019 | 120166.0 | Sedgwick, LLP | 521823 | $ 14,700.00 |

**Professional Services Rendered Through 06/30/2019:**

July fixed fee for dissolution accounting services

| | | |
|---|---|---|
| Total | $ | 14,000.00 |
| Technology and Admin. Fee | | 700.00 |
| Current Amount Due | $ | 14,700.00 |

Payment instructions (including credit card payments): **http://www.armaninollp.com/client-payment-instructions/**

Thank you for the opportunity to provide you with our services. Invoices are payable upon receipt. We appreciate you keeping your account current.

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 2/1/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 2/1/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/2/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 2/4/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 2/4/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/5/2019 | Ruan, R | Outsourced accounting and reporting services | 3.50 |
| 2/5/2019 | Soto, A | Outsourced accounting and reporting services | 0.25 |
| 2/6/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/6/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 2/6/2019 | Barto, D | Outsourced accounting and reporting services | 1.00 |
| 2/6/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/7/2019 | Ruan, R | Outsourced accounting and reporting services | 6.00 |
| 2/8/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 2/8/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 2/10/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 2/11/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 2/11/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/12/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 2/13/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 2/14/2019 | Blandon, W | Outsourced accounting and reporting services | 1.25 |
| 2/14/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 2/14/2019 | Soto, A | Outsourced accounting and reporting services | 0.25 |
| 2/15/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/15/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 2/15/2019 | Soto, A | Outsourced accounting and reporting services | 0.25 |
| 2/18/2019 | Blandon, W | Outsourced accounting and reporting services | 1.25 |
| 2/18/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 2/19/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/19/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 2/19/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 2/20/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/20/2019 | Blandon, W | Outsourced accounting and reporting services | 1.25 |
| 2/20/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/21/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 2/21/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/21/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 2/22/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 2/22/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 2/25/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 2/26/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 2/26/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 2/26/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 2/27/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 2/28/2019 | Laufman, J | Outsourced accounting and reporting services | 0.50 |
| 2/28/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 2/28/2019 | Blandon, W | Outsourced accounting and reporting services | 2.50 |
| 2/28/2019 | Soto, A | Outsourced accounting and reporting services | 0.50 |
| 3/1/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 3/1/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 3/4/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 3/5/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 3/6/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 3/6/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 3/7/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 3/7/2019 | Soto, A | Outsourced accounting and reporting services | 0.25 |
| 3/8/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 3/8/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 3/8/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 3/10/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 3/11/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 3/11/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 3/12/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 3/12/2019 | Soto, A | Outsourced accounting and reporting services | 0.25 |
| 3/13/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 3/14/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 3/14/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 3/15/2019 | Blandon, W | Outsourced accounting and reporting services | 1.50 |
| 3/15/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 3/17/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 3/18/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 3/18/2019 | Ruan, R | Outsourced accounting and reporting services | 5.25 |
| 3/19/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 3/19/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 3/20/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 3/20/2019 | Ruan, R | Outsourced accounting and reporting services | 5.50 |
| 3/21/2019 | Ruan, R | Outsourced accounting and reporting services | 7.50 |
| 3/21/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 3/22/2019 | Ruan, R | Outsourced accounting and reporting services | 6.50 |
| 3/25/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 3/25/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 3/26/2019 | Barto, D | Outsourced accounting and reporting services | 1.00 |
| 3/26/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 3/27/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 3/27/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 3/28/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 3/28/2019 | Blandon, W | Outsourced accounting and reporting services | 2.50 |
| 3/29/2019 | Ruan, R | Outsourced accounting and reporting services | 3.50 |
| 3/31/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 4/1/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 4/1/2019 | Ruan, R | Outsourced accounting and reporting services | 5.50 |
| 4/2/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 4/2/2019 | Blandon, W | Outsourced accounting and reporting services | 1.75 |
| 4/3/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 4/3/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/4/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 4/5/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 4/5/2019 | Blandon, W | Outsourced accounting and reporting services | 1.25 |
| 4/5/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/5/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/8/2019 | Blandon, W | Outsourced accounting and reporting services | 1.50 |
| 4/8/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 4/9/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/9/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 4/9/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/10/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/10/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 4/10/2019 | Blandon, W | Outsourced accounting and reporting services | 1.50 |
| 4/10/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 4/11/2019 | Ruan, R | Outsourced accounting and reporting services | 5.50 |
| 4/11/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 4/12/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 4/12/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 4/12/2019 | Blandon, W | Outsourced accounting and reporting services | 2.00 |
| 4/12/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 4/12/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/12/2019 | Ruan, R | Outsourced accounting and reporting services | 6.50 |
| 4/14/2019 | Ruan, R | Outsourced accounting and reporting services | 5.50 |
| 4/15/2019 | Ruan, R | Outsourced accounting and reporting services | 7.00 |
| 4/15/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/15/2019 | Blandon, W | Outsourced accounting and reporting services | 1.25 |
| 4/16/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 4/16/2019 | Blandon, W | Outsourced accounting and reporting services | 1.75 |
| 4/16/2019 | Ruan, R | Outsourced accounting and reporting services | 8.00 |
| 4/17/2019 | Ruan, R | Outsourced accounting and reporting services | 7.00 |
| 4/17/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 4/18/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/18/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 4/18/2019 | Blandon, W | Outsourced accounting and reporting services | 1.50 |
| 4/18/2019 | Ruan, R | Outsourced accounting and reporting services | 6.50 |
| 4/19/2019 | Ruan, R | Outsourced accounting and reporting services | 7.00 |
| 4/22/2019 | Ruan, R | Outsourced accounting and reporting services | 7.25 |
| 4/22/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/22/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 4/23/2019 | Ruan, R | Outsourced accounting and reporting services | 8.00 |
| 4/23/2019 | Egan, A | Outsourced accounting and reporting services | 0.75 |
| 4/23/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 4/24/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 4/24/2019 | Ruan, R | Outsourced accounting and reporting services | 7.50 |
| 4/25/2019 | Ruan, R | Outsourced accounting and reporting services | 7.50 |
| 4/25/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/25/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 4/26/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 4/26/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 4/29/2019 | Blandon, W | Outsourced accounting and reporting services | 1.00 |
| 4/29/2019 | Ruan, R | Outsourced accounting and reporting services | 7.00 |
| 4/30/2019 | Ruan, R | Outsourced accounting and reporting services | 8.00 |
| 5/1/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/1/2019 | Ruan, R | Outsourced accounting and reporting services | 7.00 |
| 5/2/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/2/2019 | Ruan, R | Outsourced accounting and reporting services | 4.00 |
| 5/3/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 5/4/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 5/6/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 5/6/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/6/2019 | Ruan, R | Outsourced accounting and reporting services | 4.75 |
| 5/7/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 5/7/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/7/2019 | Ruan, R | Outsourced accounting and reporting services | 6.25 |
| 5/8/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/8/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |
| 5/9/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/9/2019 | Ruan, R | Outsourced accounting and reporting services | 6.50 |
| 5/10/2019 | Ruan, R | Outsourced accounting and reporting services | 5.50 |
| 5/10/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/13/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/13/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/13/2019 | Ruan, R | Outsourced accounting and reporting services | 5.00 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 5/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/14/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 5/14/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 5/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/15/2019 | Ruan, R | Outsourced accounting and reporting services | 6.50 |
| 5/15/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/16/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 5/16/2019 | Ruan, R | Outsourced accounting and reporting services | 3.50 |
| 5/16/2019 | Barto, D | Outsourced accounting and reporting services | 1.50 |
| 5/17/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/17/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 5/17/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/17/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/17/2019 | Ruan, R | Outsourced accounting and reporting services | 3.50 |
| 5/20/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 5/20/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 5/20/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 5/20/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 5/21/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/21/2019 | Ruan, R | Outsourced accounting and reporting services | 0.75 |
| 5/22/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/22/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/24/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 5/24/2019 | Lopez, M | Outsourced accounting and reporting services | 0.25 |
| 5/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/24/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 5/24/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/24/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/28/2019 | Lopez, M | Outsourced accounting and reporting services | 0.50 |
| 5/28/2019 | Ruan, R | Outsourced accounting and reporting services | 4.50 |
| 5/28/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/28/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 5/28/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/29/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 5/29/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 5/29/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |
| 5/30/2019 | Egan, A | Outsourced accounting and reporting services | 1.25 |
| 5/31/2019 | Egan, A | Outsourced accounting and reporting services | 1.00 |
| 5/31/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 5/31/2019 | Wu, C | Outsourced accounting and reporting services | 1.00 |
| 6/3/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 6/3/2019 | Egan, A | Outsourced accounting and reporting services | 0.75 |
| 6/3/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |
| 6/3/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 6/4/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |
| 6/4/2019 | Lopez, M | Outsourced accounting and reporting services | 0.50 |
| 6/4/2019 | Lopez, M | Outsourced accounting and reporting services | 1.25 |
| 6/4/2019 | Lopez, M | Outsourced accounting and reporting services | 0.50 |
| 6/5/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 6/7/2019 | Egan, A | Outsourced accounting and reporting services | 1.00 |
| 6/7/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 6/10/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |
| 6/12/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/12/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/12/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 6/12/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 6/13/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/13/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/13/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 6/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/14/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/14/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/14/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/17/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 6/17/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/17/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/17/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/17/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 6/17/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 6/18/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/18/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/18/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 6/20/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/20/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 6/20/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 6/20/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/21/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 6/21/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 6/25/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/25/2019 | Ruan, R | Outsourced accounting and reporting services | 0.75 |
| 6/25/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 6/26/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 6/26/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 6/26/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/28/2019 | Ruan, R | Outsourced accounting and reporting services | 2.50 |
| 6/28/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 6/28/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/1/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/2/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/2/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/2/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/2/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 7/3/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/5/2019 | Ruan, R | Outsourced accounting and reporting services | 0.75 |
| 7/5/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/5/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/5/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/8/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 7/8/2019 | Ruan, R | Outsourced accounting and reporting services | 0.25 |
| 7/8/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/8/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 7/9/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 7/9/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/9/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 7/9/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/10/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/10/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/10/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/10/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 7/11/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/11/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 7/11/2019 | Egan, A | Outsourced accounting and reporting services | 0.50 |
| 7/11/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 7/11/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/12/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 7/12/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |

**Armanino LLP**
**Time Report - Sedgwick LLP**
**February 1, 2019 Through July 31, 2019**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 7/12/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/12/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/12/2019 | Blandon, W | Outsourced accounting and reporting services | 0.50 |
| 7/12/2019 | Barto, D | Outsourced accounting and reporting services | 2.00 |
| 7/15/2019 | Barto, D | Outsourced accounting and reporting services | 2.00 |
| 7/15/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/15/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 7/16/2019 | Barto, D | Outsourced accounting and reporting services | 2.50 |
| 7/16/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/16/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/16/2019 | Egan, A | Outsourced accounting and reporting services | 0.25 |
| 7/17/2019 | Archuleta, K | Outsourced accounting and reporting services | 0.50 |
| 7/17/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/17/2019 | Ruan, R | Outsourced accounting and reporting services | 3.00 |
| 7/18/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/19/2019 | Blandon, W | Outsourced accounting and reporting services | 0.75 |
| 7/19/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/19/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/19/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/22/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/22/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/23/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/23/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/23/2019 | Blandon, W | Outsourced accounting and reporting services | 0.25 |
| 7/24/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/24/2019 | Barto, D | Outsourced accounting and reporting services | 1.00 |
| 7/25/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/26/2019 | Ruan, R | Outsourced accounting and reporting services | 2.00 |
| 7/26/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/26/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/26/2019 | Ruan, R | Outsourced accounting and reporting services | 1.50 |
| 7/29/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/30/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/31/2019 | Ruan, R | Outsourced accounting and reporting services | 1.00 |
| 7/31/2019 | Ruan, R | Outsourced accounting and reporting services | 0.50 |
| 7/31/2019 | Barto, D | Outsourced accounting and reporting services | 1.50 |
| | | Total | 580.75 |

**EXHIBIT C**

**(Transmittal Letter)**

DOCS_SF:97962.2 77998/002

August 29th, 2019


Mr. Curtis D. Parvin
2646 Dupont Drive, Suite 60 #503
Irvine, CA 92612

     **Re:**    **In re: Sedgwick LLP**
            **<u>Chapter 11 Case No. 18-31087 (HLB)</u>**

Dear Curtis:

     Enclosed please find Armanino's second interim fee application in the above-captioned case, along with its exhibits and supporting declaration. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The court will consider timely-filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

                            Very truly yours,

                            John Schweisberger

Enclosures

DOCS_SF:97962.2 77998/002

**<u>EXHIBIT D</u>**

**(Biographies)**



**JOHN SCHWEISBERGER**
**PARTNER**
**ARMANINO LLP ● LAW FIRM SERVICES GROUP**
**LOS ANGELES, CALIFORNIA**

        John is a Partner of the Law Firm Services Group at Armanino, the only major firm in the U.S. with an accounting and consulting practice dedicated solely to law firms. John is responsible for consulting with Managing Partners and law firm executives on key business issues such as firm strategy, partner compensation and post-merger integration. He also leads the practice's outsourcing, analytics and compensation survey groups.

John has served as COO of a law firm, CEO of an accounting firm and Managing Partner of a technology consulting firm, providing him a unique perspective on successful professional services organizations.



**DEREK BARTO**
**PRINCIPAL**
**ARMANINO LLP ● LAW FIRM SERVICES GROUP**
**LOS ANGELES, CALIFORNIA**

Derek Barto is a Principal in Armanino's Law Firm Services Group where he spends 100% of his time providing tax advice and consulting with law firms ranging in size from start-up law firms with less than 10 attorneys to multi-office firms with over 200 attorneys operating in multiple states. He provides consulting services on critical issues that law firm leaders encounter including advising on mergers and acquisitions, law firm start-ups and dissolutions, partner compensation methodologies, organizational restructuring, profit improvement as well as accounting and tax related matters. He also provides outsourced and temporary controller/CFO services to law firms of all sizes.

Derek is a CPA with a Master's Degree in accounting from Wake Forest University and has also earned a Master's Degree in Law Firm Management from George Washington University.

**RYAN RUAN**
**CONSULTANT**
**ARMANINO LLP ● LAW FIRM SERVICES GROUP**
**LOS ANGELES, CALIFORNIA**

Ryan Ruan is a consultant in the Law Firm Services Team of Armanino LLP. He graduated from the University of California, Los Angeles in 2015, with a Bachelor of Sciences degree, major in financial and actuarial mathematics and minor in accounting. Before joining Armanino, he worked as a staff accountant at Patriot Environmental Services and Zico Beverage Inc., a Coca Cola Company.