John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jlucas@pszjlaw.com

Attorneys for Sedgwick, LLP


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Alan M. Feld, Cal. Bar No. 155345
Michael M. Lauter, Cal. Bar No. 246048
Shadi Farzan, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        afeld@sheppardmullin.com
              mlauter@sheppardmullin.com
              sfarzan@sheppardmullin.com

Attorneys for the Official Committee
of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**SEDGWICK, LLP,**<br><br>Debtor. | Case No.: 18-31087-HLB<br><br>Chapter 11<br><br>**SECOND JOINT STATUS CONFERENCE REPORT**<br><br>Date: November 21, 2019<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>Courtroom 19<br>San Francisco, CA 94102<br>Judge: Honorable Hannah L. Blumenstiel |

Sedgwick LLP, the debtor and debtor in possession in the above-captioned case (the "**Debtor**") and the Official Committee of Unsecured Creditors (the "**Committee**") hereby submit this joint status conference statement in response to the Court's docket entry rescheduling the status conference and the date for a new status conference report entered by the Court on October 10, 2019.

The Debtor filed its first, second, third, fourth status, and fifth status conference statements on December 13, 2018, February 6, 2019, May 9, 2019, July 11, 2019, and August 8, 2019, respectively, and the Debtor and Committee filed their first joint status conference statement on October 10, 2019 [Docket No. 293]. The information in the previously filed status statements will not be included herein and only describe events that have occurred since the filing of the last statement.  The Debtor and Committee respectfully state as follows:

## I.

## PLAN OF LIQUIDATION

On November 7, 2019, the Debtor and the Committee filed their *Joint Plan of Liquidation of Sedgwick, LLP* [Docket No. 295] (the "**Plan**"), *Disclosure Statement in Support of Joint Plan of Liquidation of Sedgwick LLP* [Docket No. 296] (the "**Disclosure Statement**"), and *Joint Motion for an Order (I) Approving Disclosure Statement, (II) Approving the Form and Manner of Service of the Disclosure Statement Notice, (III) Establishing Procedures for the Solicitation and Tabulation of Votes on Plan, (IV) Scheduling Hearing on Confirmation of Plan, and (V) Approving Related Matters* [Docket No. 297] (the "**Solicitation Motion**").

The Debtor and Committee scheduled a hearing on the approval of the Disclosure Statement and Solicitation Motion on December 12, 2019 at 10:00 a.m., with objections or responses due by 4:00 p.m. on December 5, 2019.

As set forth in greater detail in the Plan and Disclosure Statement, the Debtor, forty-seven of the Debtor's former equity partners, and the Committee reached a settlement that resolves all claims the Debtor has against these former equity partners in exchange for cash consideration in the amount of $1,931,500. The Plan also transfers all of the Debtor's other affirmative claims (and other assets) in a liquidating trust and designates a liquidating trustee who will oversee the evaluation, prosecution, or settlement of such claims for the benefit of the holders of allowed claims against the Debtor's estate.

On November 7, 2019, the Debtor and the Committee filed the *Stipulation Granting Standing on the Official Committee of Unsecured Creditors to Prosecute and/or Settle Certain Claims and Causes of Action on Behalf of the Debtors Bankruptcy Estate* [Docket No. 301] (the "**Standing Stipulation**"). The Standing Stipulation was approved by the Court on November 8, 2019 [Docket No. 302].

As set forth in the Standing Stipulation, the Debtor granted the Committee the right to investigate, prosecute, and/or settle the Debtor's affirmative claims against any of the non-settling partners designated in the Standing Stipulation. The Plan provides the liquidating trustee with the same powers but the Debtor and the Committee agree that investigation, prosecution and/or settlement of such claims should commence as soon as possible.

**IV**

**NOTICE**

Notice of this Status Conference Statement was served on (i) the Office of the United States Trustee; (ii) counsel to the Official Committee of Unsecured Creditors; and (iii) all parties requesting service.

Dated: November 14, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
John W. Lucas

Attorneys for Sedgwick, LLP

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Michael M. Lauter*
Michael M. Lauter

Attorneys for the Committee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA