# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sedgwick LLP | Case No.      18-31087 (HLB) |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    Nov-19        **PETITION DATE:**    10/02/18

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here   **X**
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,283,586 | $1,231,160 | |
| | b. Total Assets | $2,022,086 | $1,998,160 | $2,783,810 |
| | c. Current Liabilities | $601,000 | $565,881 | |
| | d. Total Liabilities | $12,699,624 | $12,664,505 | $69,500,513 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $212,984 | $44,535 | $2,591,960 |
| | b. Total Disbursements | $160,557 | $18,168 | $2,946,919 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $52,426 | $26,367 | ($354,958) |
| | d. Cash Balance Beginning of Month | $1,035,101 | $1,008,734 | $1,442,486 |
| | e. Cash Balance End of Month (c + d) | $1,087,528 | $1,035,101 | $1,087,528 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $137,053 | ($91,571) | ($1,671,395) |
| 5. | **Account Receivables (Pre and Post Petition)** | $195,000 | $195,000 | |
| 6. | **Post-Petition Liabilities** | $601,000 | $565,881 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;     U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

Note: The outside accountants are continuing to review information in the debtor's book and records and may revise these amounts
    in future operating reports.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date: 01/02/2020                         Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (Cash Basis)
For the Month Ended _____ 11/30/19

| | Current Month | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $169,618 | | $169,618 | 1 | Gross Sales | $1,651,881 | |
| $0 | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $169,618 | | $169,618 | 3 | Net Sales | $1,651,881 | |
| $0 | | $0 | 4 | less: Cost of Goods Sold        (Schedule 'B') | $0 | |
| $169,618 | | $169,618 | 5 | Gross Profit | $1,651,881 | |
| $5 | | $5 | 6 | Interest | $67 | |
| $0 | | $0 | 7 | Other Income:    Miscellaneous Income | $15,143 | |
| $28,456 | | $28,456 | 8 | Other Income:    Refund from IRS | $61,624 | |
| $0 | | $0 | 9 | Other Income:    Refund from Fifth Third of Pre Petition Charges | $45,833 | |
| $198,079 | | $198,079 | 10 | **Total Revenues** | $1,774,548 | |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| $0 | | $0 | 14 | Contract Labor | $73,249 | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | | 26 | Other Expenses: | | |
| $672 | | ($672) | 27 | Payment to Dissolution Committee Members | $118,346 | |
| $0 | | $0 | 28 | Delivery | $4,669 | |
| $549 | | ($549) | 29 | Bank Service Charge | $10,987 | |
| $250 | | ($250) | 30 | Software Maintenance | $32,962 | |
| $0 | | $0 | 31 | Fifth Third (Refund of Incorrect Charges Post Petition) | $0 | |
| $0 | | $0 | 32 | Monthly Storage and Destruction/ Settlement Payment | $887,481 | |
| $0 | | $0 | 33 | CA Franchise Tax Board | $800 | |
| $0 | | $0 | 34 | State Department of New York | $3,249 | |
| $0 | | $0 | 35 | On-Site/Receivable Collection Percentage | $128,973 | |
| $0 | | $0 | 36 | C&C Fees Limited/Receivable Collection Percentage | $11,499 | |
| $0 | | $0 | 37 | HR/Payroll Record Storage | $1,986 | |
| $0 | | $0 | 38 | Miller Advertising Agency | $4,176 | |
| $0 | | $0 | 39 | Thompson Flanagan Insurance Premium | $46,440 | |
| $1,470 | | ($1,470) | 40 | **Total Expenses** | $1,324,817 | $0 |
| $196,609 | | $196,609 | 41 | **Subtotal** | $449,731 | $0 |
| | | | | **Reorganization Items:** | | |
| ($59,556) | | $59,556 | 42 | Professional Fees | ($2,121,126) | |
| | | $0 | 43 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 44 | Interest Earned on Accumulated Cash from | | |
| | | | 45 | Resulting Chp 11 Case | | |
| | | $0 | 46 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 47 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 48 | | | |
| ($59,556) | $0 | ($59,556) | 49 | **Total Reorganization Items** | ($2,121,126) | $0 |
| $137,053 | $0 | $137,053 | 50 | **Net Profit (Loss) Before Federal & State Taxes** | ($1,671,395) | $0 |
| | | | 51 | Federal & State Income Taxes | | |
| $137,053 | $0 | $137,053 | 52 | **Net Profit (Loss)** | ($1,671,395) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    11/30/19

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $1,087,528 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $195,000 |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | $359 |
| 6 | Professional retainers | | $700 |
| 7 | Other: Work-in-Progress | | $0 |
| 8 | | | |
| 9 | **Total Current Assets** | | $1,283,586 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Investment in UK Partnership by US | | $700,000 |
| 25 | Various Tax Refund | | $38,500 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $738,500 |
| 29 | **Total Assets** | | $2,022,086 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $1,225 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $599,776 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:    Accrued Disbursements Posted to Cases | | |
| 42 | Due to affiliates | | |
| 43 | Other liabilities | | |
| 44 | **Total Current Liabilities** | | $601,000 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $601,000 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $143,442 |
| 49 | General unsecured claims | F | $11,955,182 |
| 50 | **Total Pre-Petition Liabilities** | | $12,098,624 |
| 51 | **Total Liabilities** | | $12,699,624 |

**Partner Capital**

| | | | |
|---|---|---|---:|
| 52 | Partner Capital/(Deficit) at time of filing | | $4,774,139 |
| 53 | Partner Capital | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($1,671,395) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | Other: | | |
| 58 | Market value adjustment | | ($13,780,282) |
| 59 | **Total Partner Capital (Deficit)** | | ($10,677,538) |
| 60 | **Total Liabilities and Partner Capital (Deficit)** | | $2,022,086 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $1,225 | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | $195,000 | | |
| Total accounts receivable/payable | $195,000 | $1,225 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $195,000 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|   Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | Less - | |
|   Work-in-progress | | Inventory End of Month | |
|   Finished goods | | Shrinkage | |
| | | Personal Use | |
| Other - Explain | | | |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No _____

How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost __
  LIFO cost __
  Lower of cost or market __
  Retail method __
  Other __
   Explain

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| Furniture and Equipment | $0 | $0 |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| Computer Software | $0 | |
| | | |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| Leasehold Improvements | $0 | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $143,442 | $143,442 |
| General unsecured claims | $69,357,071 | $11,955,182 |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

Revised 1/1/98

**Schedule H**
**Cash Balances**

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Citibank | Citibank | Citibank | Citibank | Citibank |
| Account Type | Checking | Checking | Checking | IMMA | Checking |
| Account No. | 1260 | 2391 | 7424 | 0093 | 8848 |
| Account Purpose | Operating | Controlled Disb. | Payroll | Money Market | 401K |
| Balance, End of Month | $795,634 | $0 | $42,903 | $30,563 | $29 |

| | Account 6 | Account 7 | Account 8 | Account 9 | Account 10 |
|---|---|---|---|---|---|
| Bank | Citibank | Citibank | Citibank | Citibank | Citibank |
| Account Type | Checking | Checking | IMMA | Checking | Checking |
| Account No. | 9645 | 9203 | 8923 | | |
| Account Purpose | Atty Business Acct | NK Acct | Money Market | WDC LOC | Ft Lauderdale LOC |
| Balance, End of Month | $1,000 | $1,000 | $359 | $67,150 | $166,000 |

| | Account 11 | Account 12 | Account 13 | Account 14 | Account 15 |
|---|---|---|---|---|---|
| Bank | Citibank | Citibank | Citibank | Citibank | Citibank |
| Account Type | Checking | Checking | Checking | Checking | Checking |
| Account No. | 7762 | 2936 | 2681 | 5340 | 2707 |
| Account Purpose | Money Purch Plan | Operating Acct | Atty Def Savings | Cafeteria Plan | Staff Deferred Savings |
| Balance, End of Month | $100 | $181,225 | $110 | $33,328 | $360 |

Total Funds on Hand for all Accounts    $1,319,762

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**Schedule I**
**Current Month Disbursement after Petition Date**

| Date | Payee | Wire/ACH | | Amount |
|---|---|---|---|---|
| 11/4/2019 | AIG | Wire | $ | 5,392.95 |
| 11/4/2019 | Navigators | Wire | $ | 508.35 |
| 11/4/2019 | Curtis Parvin | Wire | $ | 671.50 |
| 11/6/2019 | Naomi Vary | Check | $ | 3,073.00 |
| 11/6/2019 | Karen Morrish | Check | $ | 3,168.28 |
| 11/6/2019 | Tristan Hall | Check | $ | 6,397.00 |
| 11/18/2019 | US Trustee | Check | $ | 6,451.23 |
| 11/19/2019 | Citibank | ACH | $ | 548.88 |
| 11/22/2019 | Microsoft | Wire | $ | 250.00 |
| 11/22/2019 | Pillsbury Winthrop Shaw Pittman | Wire | $ | 126,535.53 |
| 11/25/2019 | David Murphy | Check | $ | 12,574.00 |
| 11/27/2019 | Duncan Strachan | Check | $ | 888.00 |
| | | Total | $ | 166,459 |

**Schedule J**
**Payments Made to Officers, Insiders, Shareholders, Relatives**
**(Reference Page 1 Question 11)**

| Date | Payee | | Amount | Reason |
|---|---|---|---|---|
| 11/4/2019 | Curtis Parvin | $ | 672 | Payment to Dissolution Committee Member |
| | Total | $ | 672 | |

**Schedule K**
**Payments Made to Professionals**
**(Reference Page 1 Question 9)**

| Date | Payee | | Amount | Reason |
|---|---|---|---|---|
| 11/22/2019 | Pillsbury Winthrop Shaw Pittman | $ | 126,536 | Professional Fees Application Payment |
| | | $ | 126,536 | |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** ___11/30/19___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $5 | $72 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Fees | $169,618 | $1,658,382 |
| 8 | Client Costs | $20,806 | $181,059 |
| 9 | Client Duplicate or Overpayments/Refunds of Same | ($5,901) | ($36,359) |
| 10 | Recurring Client Payment | $0 | $600 |
| 11 | Unapplied Cash Receipt | $0 | $27,364 |
| 12 | Tax Refund | $28,456 | $154,629 |
| 13 | Refund from vendor | $0 | $41,343 |
| 14 | Citibank Collateral Returned | $0 | $514,829 |
| 15 | Recovery of US Taxes from London Partner | $0 | $2,376 |
| 16 | Recovery of Personal Expense From Former Partner | $0 | $1,833 |
| 17 | Fifth Third Refund of Incorrect Charges Pre Petition | $0 | $45,833 |
| 18 | **Total Cash Receipts** | $212,984 | $2,591,960 |
| | **Cash Disbursements** | | |
| 19 | Payments for Inventory | $0 | $0 |
| 20 | Selling | $0 | $0 |
| 21 | Administrative | $0 | $4,669 |
| 22 | Capital Expenditures | $0 | $0 |
| 23 | Principal Payments on Debt | $0 | $0 |
| 24 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 25 | Personal Property | $0 | $0 |
| 26 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 27 | Salaries | $0 | $0 |
| 28 | Draws | $0 | $0 |
| 29 | Commissions/Royalties | $0 | $0 |
| 30 | Expense Reimbursements | $0 | $0 |
| 31 | Other | $0 | $0 |
| 32 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 33 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 34 | Employee Withholding | $0 | $0 |
| 35 | Employer Payroll Taxes | $0 | $0 |
| 36 | Real Property Taxes | $0 | $0 |
| 37 | Other Taxes | $0 | $0 |
| 38 | Other Cash Outflows: | | |
| 39 | Payment to Dissolution Committee Members | $672 | $118,346 |
| 40 | Contract Labor | $0 | $73,249 |
| 41 | Software Maintenance Fee | $250 | $33,212 |
| 42 | Bank Service Charge | $549 | $10,987 |
| 43 | CA Franchise Tax Board | $0 | $800 |
| 44 | State Department of New York | $0 | $3,249 |
| 45 | Fifth-Third (Refund of Incorrect Charges Post Petition) | $0 | $0 |
| 46 | Monthly Storage and Destruction/ GRM Settlement Payment | $0 | $887,481 |
| 47 | HR/Payroll Record Storage | $0 | $1,986 |
| 48 | Miller Advertising Agency | $0 | $4,176 |
| 49 | On-Site/Receivable Collection Percentage | $0 | $128,973 |
| 50 | C&C Fees Limited | $0 | $11,499 |
| 51 | U.S. Trustee | $6,451 | $26,935 |
| 52 | Biscayne Tower | $0 | $15,000 |
| 53 | Thompson Flanagan/Insurance Premium | $0 | $46,440 |
| 54 | Armanino LLP | $0 | $115,360 |
| 55 | Pillsbury Winthrop Shaw Pittman | $126,536 | $126,536 |
| 56 | Pachulski Stang Ziehl & Jones LLP | $0 | $673,487 |
| 57 | DSI | $0 | $161,993 |
| 58 | Commenda Asset Resolution Partners | $0 | $222,452 |
| 59 | Baker Tilly | $0 | $95,436 |
| 60 | Sheppard Mullin | $0 | $155,534 |
| 61 | 2017 Tax True up to Partners | $26,100 | $26,100 |
| 62 | RSM UK Tax and Accounting | $0 | $3,020 |
| | **Total Cash Disbursements:** | $160,557 | $2,946,919 |
| | **Net Increase (Decrease) in Cash** | $52,426 | ($354,958) |
| | **Cash Balance, Beginning of Period** | $1,035,101 | $1,442,486 |
| | **Cash Balance, End of Period** | $1,087,528 | $1,087,528 |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    11/30/19

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $218,880 | $2,603,571 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $5 | $72 |
| 4 | Cash Paid to Suppliers | $0 | $0 |
| 5 | Cash Paid for Selling Expenses | $0 | $0 |
| 6 | Cash Paid for Administrative Expenses | $799 | $1,136,493 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | $0 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $0 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $0 | $0 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | $0 | $0 |
| 21 | Contract Labor | $0 | $73,249 |
| 22 | Payment to Dissolution Committee Members | $672 | $118,345 |
| 23 | Fifth-Third (Refund of Incorrect Charges Post Petition) | $0 | $0 |
| 24 | Fifth-Third (Refund of Incorrect Charges Pre Petition) | $0 | ($45,833) |
| 25 | Refund of duplicate payment | $5,901 | $59,891 |
| 26 | Recovery of US Taxes from London Partner | $0 | ($2,376) |
| 27 | Settlement to Biscayne Tower | $0 | $15,000 |
| 28 | Professional Fees Applications | $126,536 | $1,550,797 |
| 29 | 2017 Tax True up to Partners | $26,100 | $26,100 |
| 30 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $58,878 | ($328,023) |
| | **Cash Flows From Reorganization Items** | | |
| 31 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | $0 |
| 32 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $0 |
| 33 | U.S. Trustee Quarterly Fees | $6,451 | $26,935 |
| 34 | | | |
| 35 | **Net Cash Provided (Used) by Reorganization Items** | ($6,451) | ($26,935) |
| 36 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $52,426 | ($354,959) |
| | **Cash Flows From Investing Activities** | | |
| 37 | Capital Expenditures | $0 | $0 |
| 38 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | $0 |
| 39 | | | |
| 40 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| 41 | **Cash Flows From Financing Activities** | | |
| 42 | Net Borrowings (Except Insiders) | $0 | $0 |
| 43 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 44 | Capital Contributions | $0 | $0 |
| 45 | Principal Payments | $0 | $0 |
| 46 | | | |
| 47 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 48 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $52,426 | ($354,959) |
| 49 | **Cash and Cash Equivalents at Beginning of Month** | $1,035,101 | $1,442,486 |
| 50 | **Cash and Cash Equivalents at End of Month** | $1,087,528 | $1,087,528 |

Revised 1/1/98

**SEDGWICK LLP**
**CITIBANK - Operating (G/Ls 106, 107)**
**Nov-19**

| | |
|---|---|
| **BALANCE PER BANK STATEMENT (Account 1260)** | 795,633.81 |
| OS Checks | - |
| ADJUSTED BANK BALANCE | 795,633.81 |

| | |
|---|---|
| **BALANCE PER GENERAL LEDGER** | 767,361.99 |
| **ADJUSTED BALANCE PER GENERAL LEDGER** | 767,361.99 |
| Total variance | 28,271.82 |

Research in progress - Deposits received to be posted:

| | | |
|---|---|---|
| 6/24/2019 | Wire From ARGO RE LTD (Jerald is following up) | 802.94 |
| 11/18/2019 | Duplicate deposit on bank statement (Reversed on 12/6/2019) | 28,456.00 |
| | | 29,258.94 |

Research in progress - Disb

| | | |
|---|---|---|
| 11/27/2019 | Payment to Duncan Strachan for 2017 tax true up (Booked in Dec 2019) | (888.00) |
| | | (888.00) |

| | |
|---|---|
| Variance Apr - Jan | **28,370.94** |
| Difference to reconcile | **(99.12)** |

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**0093**
**Statement Period**
**Nov 1 - Nov 30, 2019**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

SEDGWICK LLP
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY            MO 64108-2662

## CitiBusiness®  ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | $30,562.94 |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS IMMA #      0093** | | | |
| Average Daily Collected Balance | | | $30,552.89 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## SAVINGS ACTIVITY

**CitiBusiness IMMA**

| **0093** | | | **Beginning Balance:** | $30,557.92 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $30,562.94 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/29 | INTEREST EARNED | | 5.02 | 30,562.94 |

Interest earned year to date  $55.88

| **Your CitiBusiness IMMA Account Rates** | | | | | | |
|---|---|---|---|---|---|---|
| For Balances of | $0 to $24,999 | $25,000 to $49,999 | $50,000 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $9,999,999 | $10,000,000 and over |
| 11/01 - 11/18 | 0.100% | 0.200% | 0.200% | 0.300% | 0.300% | 0.300% | 0.300% |
| 11/19 - 11/30 | 0.100% | 0.200% | 0.200% | 0.250% | 0.250% | 0.250% | 0.250% |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Insured Money Market | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
    **1260**
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
    Page 1 of 3

SEDGWICK LLP
(OPERATING ACCOUNT)
ATTN: CONTROLLER
2301 MCGEE ST STE. 500
KANSAS CITYMO  64108

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

#### Relationship Summary:

| | |
|---|---|
| **Checking** | **$795,633.81** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #**    **2806** | | | |
| Average Daily Collected Balance | | | $0.00 |
| **Total Charges for Services** | | | **$0.00** |
| **CITIBUSINESS CHECKING #**    **7424** | | | |
| Average Daily Collected Balance | | | $42,903.13 |
| DEPOSIT SERVICES | | | |
|     DEPOSIT ASSESSMENT | 42,903 | | 6.37 |
| **Total Charges for Services** | | | **$6.37** |
| **CITIBUSINESS CHECKING #**    **2936** | | | |
| Average Daily Collected Balance | | | $181,225.16 |
| DEPOSIT SERVICES | 181,225 | | |
|     DEPOSIT ASSESSMENT | | | 26.93 |
| CITIBUSINESS ONLINE | 1 | 20.0000 | 20.00 |
|     ACH - CBUSOL WEB ACH MODULE | | | |
| AUTOMATED CLEARING HOUSE (ACH) | 1 | 27.0000 | 27.00 |
|     ACH - MONTHLY MAINTENANCE FEEWCM | 12 | .0000 | 0.00 |
| DEPOSIT SERVICES | | | |
|     REMOTE CHECK MAINTENANCE | | | **$73.93** |
| **Total Charges for Services** | | | |
| **CITIBUSINESS CHECKING #**    **5340** | | | $33,328.07 |
| Average Daily Collected Balance | 33,328 | | 4.95 |
| DEPOSIT SERVICES | | | |
|     DEPOSIT ASSESSMENT | | | **$4.95** |
| **Total Charges for Services** | | | |

CITIBUSINESS CHECKING #    **1260**

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019      Continued

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| Average Daily Collected Balance | | | $688,674.81 |
| DEPOSIT SERVICES | | | |
|     DEPOSIT ASSESSMENT | 688,674 | | 102.35 |
|     MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
|     DEPOSIT TICKETS | 1 | .9000 | 0.90 |
|     ITEMS DEPOSITED | 3 | .2000 | 0.60 |
| CITIBUSINESS ONLINE | | | |
|     ACH - CBUSOL WEB ACH MODULE | 1 | 20.0000 | 20.00 |
| CASH MANAGEMENT | | | |
|     ZBA PARENT | 1 | 45.0000 | 45.00 |
| CONTROLLED DISBURSEMENT | | | |
|     MATCH PAID MAINTENANCE | 1 | 60.0000 | 60.00 |
|     ACCOUNT RECONCILEMENT - FULL | 1 | 90.0000 | 90.00 |
|     MONTHLY MAINTENANCE FEE | 1 | 140.0000 | 140.00 |
|     PAYEE NAME VERIFICATION | 1 | 25.0000 | 25.00 |
|     CD-ROM CHECK IMAGE MAINTENANCE | 1 | 30.0000 | 30.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|     ACH - MONTHLY MAINTENANCE FEEWCM | 1 | 27.0000 | 27.00 |
| CITIBUSINESS ONLINE | | | |
|     CBOL - OUT. DOMESTIC WIRE TXFR | 7 | 17.0000 | 119.00 |
| **WAIVE | | | |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|     ACH CREDIT RECEIVED | 3 | .1700 | 0.51 |
|     ACH DEBIT BLOCK | 2 | 17.6666 | 35.33 |
|     ACH DEBIT FILTER | 1 | 4.7500 | 4.75 |
| **Total Charges for Services** | | | **$603.44** |
| **CITIBUSINESS CHECKING #     2391** | | | |
| Average Daily Collected Balance | | | $0.00 |
| DEPOSIT SERVICES | | | |
|     MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| CITIBUSINESS ONLINE | | | |
|     ACH - CBUSOL WEB ACH MODULE | 1 | 20.0000 | 20.00 |
| CASH MANAGEMENT | | | |
|     ZBA CHILD (1-4) | 1 | 25.0000 | 25.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|     ACH - MONTHLY MAINTENANCE FEEWCM | 1 | 27.0000 | 27.00 |
|     ACH ITEM ORIGINATED WCM | 2 | .2100 | 0.42 |
|     ACH BATCH PROCESSED WCM | 1 | 12.0000 | 12.00 |
|     ACH DEBIT RECEIVED | 1 | .1700 | 0.17 |
|     ACH DEBIT BLOCK | 1 | 17.6666 | 17.67 |
|     ACH DEBIT FILTER | 1 | 4.7500 | 4.75 |
| **Total Charges for Services** | | | **$129.01** |
| **Total Non-Interest Bearing Account Charges** | | | **$743.77** |
| Average collected balances | | | $764,906.01 |
| Balances eligible for Earnings Credit | | | $764,906.01 |
| Balances Required to Offset Service Charges | | | $2,919,297.25 |
| Earnings Credit allowance at   0.30000% | | | $194.89 |

Case: 18-31087   Doc# 322   Filed: 01/02/20   Entered: 01/02/20 14:28:56   Page 16 of 28

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019    Continued

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| Charges Subject to Earnings Credit | | | $743.77 |
| **Net Service Charge** | | | **$548.88** |
| Charges debited from account #    1260 | | | |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| | 1260 | | | |
|---|---|---|---|---|
| | | Beginning Balance: | | $714,756.43 |
| | | Ending Balance: | | $795,633.81 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/04 | CBUSOL INTERNATIONAL WIRE OUT | 5,392.95 | | 709,363.48 |
| 11/04 | CBUSOL TRANSFER DEBIT<br>WIRE TO Navigators Insurance Company | 508.35 | | 708,855.13 |
| 11/04 | CBUSOL TRANSFER DEBIT<br>WIRE TO Curtis Parvin | 671.50 | | 708,183.63 |
| 11/06 | DEPOSIT | | 190,424.10 | 898,607.73 |
| 11/06 | WITHDRAWAL | 3,073.00 | | 895,534.73 |
| 11/06 | WITHDRAWAL | 3,168.28 | | 892,366.45 |
| 11/06 | WITHDRAWAL | 6,397.00 | | 885,969.45 |
| 11/18 | DEPOSIT | | 28,456.00 | 914,425.45 |
| 11/18 | DEPOSIT<br>FOR REFERENCE # 4868096 | | 28,456.00 | 942,881.45 |
| 11/18 | WITHDRAWAL | 6,451.23 | | 936,430.22 |
| 11/19 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 548.88 | | 935,881.34 |
| 11/22 | CBUSOL TRANSFER DEBIT<br>WIRE TO Bank of America | 250.00 | | 935,631.34 |
| 11/22 | CBUSOL TRANSFER DEBIT<br>WIRE TO Pillsbury Winthrop Shaw Pittman | 126,535.53 | | 809,095.81 |
| 11/25 | WITHDRAWAL | 12,574.00 | | 796,521.81 |
| 11/27 | WITHDRAWAL | 888.00 | | 795,633.81 |
| | **Total Debits/Credits** | **166,458.72** | **247,336.10** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

000
CITIBANK, N. A.
**Account**

**SEDGWICK LLP**
**PAYROLL**
**CONTROLLER**
**2301 MCGEE ST., SUITE 500**
**KANSAS CITY          MO 64108-2662**

**7424**

**Statement Period**
**Nov 1 - Nov 30, 2019**

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$42,903.13** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| | |
|---|---|
| **7424** | |
| **Beginning Balance:** | $42,903.13 |
| **Ending Balance:** | $42,903.13 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802* | Citibank, N.A. |
| | (For Speech and Hearing | P.O. Box 790184 |
| | Impaired Customers Only | St Louis, MO 63179 |
| | TDD: 800-788-0002) | |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    395 / 00395
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
     **9203**
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
                              Page 1  of  2

SEDGWICK, LLP
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY          MO 64108-2662

## CitiBusiness®  ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,000.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #       9203** | | | |
| Average Daily Collected Balance | | | $1,000.00 |
| DEPOSIT SERVICES | | | |
|   DEPOSIT ASSESSMENT | 1,000 | | 0.14 |
| **WAIVE | | | |
|   MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| Average collected balances | | | $1,000.00 |
| Balances eligible for Earnings Credit | | | $0.00 |
| Earnings Credit allowance at  0.00000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $0.00 |
| **Net Service Charge** | | | **$0.00** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

## CHECKING ACTIVITY

**CitiBusiness Checking**

| | | |
|---|---|---|
| **9203** | **Beginning Balance:** | $1,000.00 |
| | **Ending Balance:** | $1,000.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
          7762
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
                    Page 1  of  1

SEDGWICK LLP
MONEY PURCHASE PLAN
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY            MO 64108-2662

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$100.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #**    7762 | | | |
| Average Daily Collected Balance | | | $100.00 |
| DEPOSIT SERVICES | | | |
|    DEPOSIT ASSESSMENT | 100 | | 0.01 |
| **WAIVE | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| 7762 | | |
|---|---|---|
| | Beginning Balance: | $100.00 |
| | Ending Balance: | $100.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802* | Citibank, N.A. |
| | (For Speech and Hearing | P.O. Box 790184 |
| | Impaired Customers Only | St Louis, MO 63179 |
| | TDD: 800-788-0002) | |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
                **8923**
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
                Page 1  of  2

SEDGWICK LLP
CONTROLLER
2301 MCGEE ST., SUITE 500
KANSAS CITY          MO 64108-2662

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | **$359.42** |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS IMMA #        8923** | | | |
| Average Daily Collected Balance | | | $359.36 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE **WAIVE | 1 | 5.0000 | 5.00 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## SAVINGS ACTIVITY

**CitiBusiness IMMA**

| **8923** | | | Beginning Balance: | $359.39 |
|---|---|---|---|---|
| | | | Ending Balance: | $359.42 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/29 | INTEREST EARNED | | 0.03 | 359.42 |

Interest earned year to date  $0.33

| **Your CitiBusiness IMMA Account Rates** | | | | | | |
|---|---|---|---|---|---|---|
| For Balances of | $0 to $24,999 | $25,000 to $49,999 | $50,000 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $9,999,999 | $10,000,000 and over |
| 11/01 - 11/18 | 0.100% | 0.200% | 0.200% | 0.300% | 0.300% | 0.300% | 0.300% |
| 11/19 - 11/30 | 0.100% | 0.200% | 0.200% | 0.250% | 0.250% | 0.250% | 0.250% |

| CUSTOMER SERVICE INFORMATION |
| --- |

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:        YOU CAN WRITE:

Insured Money Market        866-513-7802*        Citibank, N.A.
                            (For Speech and Hearing        P.O. Box 790184
                            Impaired Customers Only        St Louis, MO 63179
                            TDD: 800-788-0002)

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

000
CITIBANK, N. A.

**Account**

**2936**

SEDGWICK LLP
OPERATING ACCOUNT
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY          MO 64108-2662

**Statement Period**
**Nov 1 - Nov 30, 2019**

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$181,225.16** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| 2936 | | |
|---|---|---|
| | **Beginning Balance:** | $181,225.16 |
| | **Ending Balance:** | $181,225.16 |

Statement Period Rates
Nov. 1, 2019    0.000%

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    911 / 00911
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F030

000
CITIBANK, N. A.
**Account**
            9645
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
Dobbie,Emma
(212) 559-8381
            Page 1  of  1

SEDGWICK LLP
ATTORNEY BUSINESS ACCOUNT
ATTN: CONTROLLER
2301 MCGEE ST, SUITE 500
KANSAS CITY            MO 64108-2662

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,000.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #      9645** | | | |
| Average Daily Collected Balance | | | $1,000.00 |
| DEPOSIT SERVICES | | | |
|    DEPOSIT ASSESSMENT | 1,000 | | 0.14 |
| **WAIVE | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| 9645 | Beginning Balance: | $1,000.00 |
|---|---|---|
| | Ending Balance: | $1,000.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-788-0002) | |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services     396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
**2681**
**Statement Period**
**Nov 1 - Nov 30, 2019**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
Page 1 of 1

SEDGWICK LLP
ATTORNEY DEFERRED SAVINGS PLAN
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY          MO 64108-2662

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$109.98** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #     2681** | | | |
| Average Daily Collected Balance | | | $109.98 |
| DEPOSIT SERVICES | | | |
| DEPOSIT ASSESSMENT | 109 | | 0.01 |
| **WAIVE | | | |
| MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| **2681** | Beginning Balance: | $109.98 |
|---|---|---|
| | Ending Balance: | $109.98 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.
* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.

**Account**

SEDGWICK LLP
CAFETERIA PLAN TRUST ACCOUNT
ATTN: CONTROLLER
2301 MCGEE ST, SUITE 500
KANSAS CITY         MO 64108-2662

**5340**

**Statement Period**
**Nov 1 - Nov 30, 2019**

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$33,328.07** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| **5340** | **Beginning Balance:** | $33,328.07 |
|---|---|---|
| | **Ending Balance:** | $33,328.07 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank CBO Services    396 / 00396
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F013

000
CITIBANK, N. A.
**Account**
   2707
**Statement Period**
Nov 1 - Nov 30, 2019
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
   Page 1 of 1

SEDGWICK LLP
STAFF DEFERRED SAVINGS PLAN
CONTROLLER
2301 MCGEE ST. SUITE 500
KANSAS CITY          MO 64108-2662

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$360.22** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2019 THRU OCTOBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #     2707** | | | |
| Average Daily Collected Balance | | | $360.22 |
| DEPOSIT SERVICES | | | |
|    DEPOSIT ASSESSMENT | 360 | | 0.05 |
| **WAIVE | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Checking**

| 2707 | | |
|---|---|---|
| | Beginning Balance: | $360.22 |
| | Ending Balance: | $360.22 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802*<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | Citibank, N.A.<br>P.O. Box 790184<br>St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.