John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jlucas@pszjlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SEDGWICK, LLP,<br><br>                Debtor. | Case No. 18-31087<br><br>Chapter 11<br><br>**DECLARATION OF JOHN W. LUCAS IN SUPPORT OF STIPULATION REGARDING AMENDMENT TO JOINT CHAPTER 11 PLAN IN RESOLUTION OF OBJECTION THERETO**<br><br>[Related to Docket No. 327] |

I, John W. Lucas, declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the above-captioned Debtor, and I submit this declaration in support of the *Stipulation Regarding Amendment to Joint Chapter 11 Plan in Resolution of Objection Thereto* [Docket No. 327] (the "**Stipulation**"), pursuant to which the Debtor, Committee, and the Tanenbaum Group agreed to eliminate the California Code of Civil Procedure § 877.6 relief sought in the Plan and partner settlement thereunder.

2. Prior to filing of the Stipulation, on or about 9:32 p.m. (Pacific Time) on January 15, 2020, I sent an email to the forty-seven settling partners under the Plan and Settlement asking each of them whether or not they consent to the removal of the requested relief pursuant to California

Code of Civil Procedure § 877.6. I received written communications from all forty-seven partners affirmatively stating that they are agreement with the change.

3. In response, counsel to the Committee and myself prepared the Stipulation and confirmed with counsel to the Tanenbaum Group that I had obtained consent from the forty-seven partners before I filed the Stipulation.

4. I respectfully submit this declaration in response to the Court's order [Docket No. 329] as I believe this declaration responds to the issue raised by the Court in the foregoing order.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct of my own personal knowledge. Executed this 16th day of January, 2020, at San Francisco, California.

*/s/ John W. Lucas*
John W. Lucas