**Entered on Docket**
**January 17, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 17, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
John W. Lucas (CA Bar No. 271038)
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jlucas@pszjlaw.com

ATTORNEYS FOR THE DEBTOR, SEDGWICK, LLP

GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915 e-mail:
grougeau@brlawsf.com

Counsel for MICHAEL A. TANENBAUM
JAMES H. KEALE, and THOMAS D. ROBERTSON

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
ALAN M. FELD, Cal. Bar No. 155345
MICHAEL M. LAUTER, Cal. Bar No. 246048
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail afeld@sheppardmullin.com
 mlauter@sheppardmullin.com
 sfarzan@sheppardmullin.com

Attorneys for the Official Committee
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Sedgwick LLP,<br><br>   Debtor. | Case No. 18-31087<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING AMENDMENT TO JOINT CHAPTER 11 PLAN IN RESOLUTION OF OBJECTION THERETO** |

SMRH:4851-9853-2786.1

The Court, having reviewed the *Stipulation Regarding Amendment to Joint Chapter 11 Plan in Resolution Of Objection Thereto* [Docket No. 327] (the "Stipulation") filed on January 16, 2020 by and among Sedgwick LLP, the above-referenced debtor and debtor-in-possession (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and former partners Michael A. Tanenbaum, James H. Keale, and Thomas D. Robertson (the "Tanenbaum Group"), and finding good cause therefor,

**HEREBY ORDERS THAT:**

1. The Stipulation is **APPROVED**.

**\*\*\*END OF ORDER\*\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | ECF Parties by ECF |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |