1  (i) John W. Lucas (CA Bar No. 271038)
   Pachulski Stang Ziehl & Jones LLP
2  150 California Street, 15th Floor
   San Francisco, California 94111-4500
3  Telephone:    415.263.7000
   Facsimile:    415.263.7010
4  Email:        jlucas@pszjlaw.com

5  Attorneys for Debtor

6

7                 **UNITED STATES BANKRUPTCY COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9                     **SAN FRANCISCO DIVISION**

10

11  In re:                          Case No.: 18-31087-HLB

12  SEDGWICK, LLP,                  Chapter 11

13                        Debtor.   **DECLARATION OF PATRICIA JEFFRIES**
                                    **CERTIFYING VOTING ON JOINT PLAN**
14                                  **OF LIQUIDATION OF SEDGWICK, LLP**
                                    **PROPOSED BY THE DEBTOR AND THE**
15                                  **OFFICIAL COMMITTEE OF**
                                    **UNDSECURED CREDITORS**
16
                                    Plan Confirmation Hearing:
17
                                    Date:     January 30, 2020
18                                  Time:     10:00 a.m. (Pacific Time)
                                    Place:    United States Bankruptcy Court
19                                            450 Golden Gate Avenue
                                              Courtroom 19
20                                            San Francisco, California 94102
                                    Judge:    Honorable Hannah L. Blumenstiel
21

22        I, Patricia Jeffries, declare as follows:

23        1.    I am a certified paralegal employed by Pachulski Stang Ziehl & Jones, LLP, counsel for

24  the above-captioned debtor and debtor in possession herein (the "**Debtor**").  My business address is

25  150 California Street, 15th Floor, San Francisco, CA 94111

26        2.    I submit this declaration in connection with tabulating the ballots received (the "**Ballots**")

27  in connection with the *Joint Plan of Liquidation of Liquidation of Sedgwick, LLP* [Docket No. 313]

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

(the "**Plan**").[1]  I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify thereto.

3.      I have tabulated the ballots submitted in connection with the Plan.  I reviewed each ballot as it was received and tabulated the results of voting on the Plan.  All original ballots received were kept in the ordinary course.  All of the ballots described in this declaration were received on or before January 16, 2020, which was the deadline set by this Court for submitting ballots.

4.      Under the Plan, the holders of claims in Class 3 (Interests), as such claims or interests relate to the Plan, were impaired and deemed to reject because such holders will not receive anything under the Plan on account of such claims or interests.  Accordingly, the holders of claims and interests in these classes were not solicited.

5.      Under the Plan, the holders of claims in (a) Class 1 (Insured Malpractice Claims) and (b) Class 2 (General Unsecured Claim), as such claims relate to the Plan, were impaired and entitled to vote (the "**Voting Classes**").

6.      On December 13, 2019, the Court entered an *Order (I) Approving Disclosure Statement, (II) Approving the Form and Manner of Service of the Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes on Plan, (IV) Scheduling Hearing on Confirmation of Plan of Reorganization, and (V) Approving Related Matters* [Docket No. 310] (the "**Solicitation Procedures Order**").

7.      On December 17, 2019, pursuant to the Solicitation Procedures Order, I caused ballots to be mailed to the holders of claims in the Voting Classes.

8.      The attached chart (the "**Ballot Tabulation**") reflects ballots that I received from holders of claims in the Voting Classes voting on the Plan.  A true and correct copy of the Ballot Tabulation is attached hereto as **Exhibit A**.

9.      Copies of the ballots I received are annexed hereto as **Exhibit B**.

10.      As reflected in the Ballot Tabulation, certain ballots were not counted because the ballots either: (i) failed to include a claim amount, (ii) failed to accept or reject the Plan, or (iii) no such scheduled or filed claim is in existence.

---

[1]  Capitalized terms not defined herein shall have the meanings set forth in the Plan.

1    11.    The Ballot Tabulation reflects that in Class 1, no ballots were received.  Accordingly,

2    Class 1 has not accepted the Plan.

3    12.    The Ballot Tabulation reflects that in Class 2 nineteen (19) ballots were received, and

4    of those 19 ballots, 13 properly executed ballots accepted the Plan.  The total amount of the allowed

5    accepting claims in Class 2 was $14,152,050.11.  There were no Class 2 ballots rejecting the Plan.

6    Accordingly, Class 2 unanimously accepted the Plan.

7    I declare under penalty of perjury that the foregoing is true and correct to the best of my

8    knowledge, information and belief.

9    Executed on this 17th day of January 2020, at San Francisco, California.

10

11    */s/ Patricia Jeffries*
      Patricia Jeffries

# **EXHIBIT A**

## **(Ballot Tabulation)**

DOCS_SF:102576.1 77998/002

Ballot Analysis Summary

| CLASS | ($) VALUE | | COUNT | |
|---|---|---|---|---|
| 1 | | | | |
| ACCEPT | 0.00 | 0.00% | 0 | 0.00% |
| REJECT | $0.00 | 0.00% | 0 | 0.00% |
| | **$0.00** | **0.00%** | **0** | **0.00%** |
| 2 | | | | |
| ACCEPT | 14,152,050.11 | 100.00% | 19 | 100.00% |
| REJECT | $0.00 | 0.00% | 0 | 0.00% |
| | **$14,152,050.11** | **100.00%** | **19** | **100.00%** |

| DISALLOWED BALLOTS[1] | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | $71,868.64 | 5 | $0.00 | 0 |

[1] These items were not counted in the tabulation of votes based on one or more of the following factors: (1) no proof of claim filed (or claim withdrawn) and no amount scheduled or (2) Claimant not entitled to vote.

LA_DOCS-278237

Class 1 (Insured Malpractice Claims)

| Name | Date Received | Accept | Reject | Ballot Amount | Amount Counted | Filed Claim Amount | Scheduled Amount | Notes |
|------|---------------|--------|--------|---------------|----------------|--------------------|------------------|-------|
| | | | | | | | | |
| | | | | 0.00 | | | | |
| **Total Accepted** | | **0** | | | **0.00** | **0.00** | **0.00** | |
| **Total Rejected** | | | **0** | **0.00** | **0.00** | **0.00** | **0.00** | |

| | |
|---|---|
| **Number of  Ballots Received** | **0** |
| **Number of Allowed Ballots** | **0** |
| **Number of Allowed Ballots Accepting Plan** | **0** |
| **Number of Allowed Ballots Rejecting Plan** | **0** |
| **Percentage of Number of Allowed Ballots Accepting Plan** | **0.00%** |
| **Percentage of Number of Allowed Ballots Rejecting Plan** | **0.00%** |
| **Total Allowed Amount Counted Accepting Plan** | **$            -** |
| **Total Allowed Amount Counted Rejecting Plan** | **$            -** |
| **Percentage of Amount of Allowed Ballots Accepting Plan** | **0.00%** |
| **Percentage of Amount of Allowed Ballots Rejecting Plan** | **0.00%** |

LA_DOCS-278237

Class 2 (General Unsecured Claims)

| Name | Date Received | Accept | Reject | Ballot Amount | Amount Counted | Filed Claim Amount | Scheduled Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Steuber Corporation | 12/26/2019 | 1 | 0 | 2,665.58 | 2,665.58 | 2,665.58 | 0.00 | |
| BKDR Inc aka CEO Advisors | 12/26/2019 | 1 | 0 | 20,000.00 | 0.00 | 0.00 | 5,000.00 | Box not checked to accept or reject |
| Association Vision | 12/27/2019 | 1 | 0 | None listed | 0.00 | $ 1,436.00 | $ 1,436.00 | No claim amount listed on ballot |
| Creditors' Adjustment Bureau, Inc. | 1/2/2020 | 1 | 0 | 9,249.89 | 9,249.89 | 9,249.89 | 9,249.89 | Assignee of LinkedIn |
| Loose leaf Filing Service, Inc. | 1/2/2020 | 1 | 0 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | |
| Garvey's Office Products | 1/6/2020 | 1 | 0 | 2,733.05 | 2,733.05 | 0.00 | 2,849.51 | |
| Insight Investments, LLC | 1/7/2020 | 1 | 0 | 5,379,524.08 | 5,379,524.08 | 5,379,524.08 | Unknown | |
| CPF 801 Tower LLC | 1/9/2020 | 1 | 0 | 2,013,448.24 | 2,013,448.24 | 2,013,448.24 | 17,500,000.00 | |
| BMO Harris Bank, NA | 1/10/2020 | 1 | 0 | 341,344.11 | 341,344.11 | 341,344.11 | 395,000.00 | |
| BMO Harris Bank, NA | 1/10/2020 | 0 | 0 | 45,275.27 | 0.00 | 45,275.27 | 0.00 | Box not checked to accept or reject |
| Joseph K. Powers | 1/13/2020 | 1 | 0 | None Listed | 0.00 | 951,816.00 | 0.00 | No claim amount listed on ballot |
| Nicholas Heldt | 1/13/2020 | 1 | 0 | 710,887.00 | 710,887.00 | 710,887.00 | 0.00 | |
| React Technical, Inc. | 1/13/2020 | 1 | 0 | 593.37 | 0.00 | 0.00 | 0.00 | No scheduled or filed claim in existence |
| Robert Towey | 1/13/2020 | 1 | 0 | None listed | 0.00 | 188,474.55 | 0.00 | No claim amount listed on ballot |
| Babst Calland | 1/14/2020 | 1 | 0 | 9,783.70 | 9,783.70 | 9,783.90 | 4,441.15 | |
| 333 Bush, LLC | 1/16/2020 | 1 | 0 | 5,350,586.00 | 5,350,586.00 | 5,350,586.00 | 18,000,000.00 | |
| Swiss Re International SE | 1/16/2020 | 1 | 0 | 32,982.84 | 32,982.84 | 32,982.84 | 0.00 | |
| Columbia Casualty Company | 1/16/2020 | 1 | 0 | 80,807.97 | 80,807.97 | 80,807.97 | 0.00 | |
| Certain Underwriters of Lloyd's London | 1/16/2020 | 1 | 0 | 216,037.65 | 216,037.65 | 216,037.65 | 0.00 | |
| Kelly Reed | 1/16/2020 | 1 | 0 | 26,000.00 | 0.00 | 0.00 | 0.00 | No scheduled or filed claim in existence |
| | | | | 14,243,918.75 | | | | |
| **Total Accepted** | | **19** | | | **14,152,050.11** | **15,336,319.08** | **35,919,976.55** | |
| **Total Rejected** | | | **0** | **0.00** | **0.00** | **0.00** | **0.00** | |

| | |
|---|---|
| Number of  Ballots Received | 19 |
| **Number of Allowed Ballots** | **13** |
| **Number of Allowed Ballots Accepting Plan** | **19** |
| **Number of Allowed Ballots Rejecting Plan** | **0** |
| **Percentage of Number of Allowed Ballots Accepting Plan** | **100%** |
| **Percentage of Number of Allowed Ballots Rejecting Plan** | **0%** |
| **Total Allowed Amount Counted Accepting Plan** | **14,152,050.11** |
| **Total Allowed Amount Counted Rejecting Plan** | **0.00** |
| **Percentage of Amount of Allowed Ballots Accepting Plan** | **100%** |
| **Percentage of Amount of Allowed Ballots Rejecting Plan** | **0%** |

Disallowed Ballots

| Name | Date Received | Accept | Reject | Ballot Amount | Amount Counted | Filed Claim Amount | Scheduled Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| BKDR Inc aka CEO Advisors | 12/26/2019 | 1 | 0 | 20,000.00 | 0.00 | 0.00 | 5,000.00 | Box not checked to accept or reject |
| Association Vision | 12/27/2019 | 1 | 0 | None listed | 0.00 | $ 1,436.00 | $ 1,436.00 | No claim amount listed on ballot |
| BMO Harris Bank, NA | 1/10/2020 | 0 | 0 | 45,275.27 | 0.00 | 45,275.27 | 0.00 | Box not checked to accept or reject |
| Joseph K. Powers | 1/13/2020 | 1 | 0 | None Listed | 0.00 | 951,816.00 | 0.00 | No claim amount listed on ballot |
| React Technical, Inc. | 1/13/2020 | 1 | 0 | 593.37 | 0.00 | 0.00 | 0.00 | No scheduled or filed claim in existence |
| Robert Towey | 1/13/2020 | 1 | 0 | None listed | 0.00 | 188,474.55 | 0.00 | No claim amount listed on ballot |
| Kelly Reed | 1/16/2020 | 1 | 0 | 26,000.00 | 0.00 | 0.00 | 0.00 | No scheduled or filed claim in existence |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Accepted | | 5 | | $ 71,868.64 | $ - | $ 1,187,001.82 | $ 1,436.00 | |
| Total Rejected | | 0 | | $ - | $ - | $ - | $ - | |

# EXHIBIT B

## (Ballots)

DOCS_SF:102576.1 77998/002

**ALLOWED BALLOTS**

DOCS_SF:102576.1 77998/002

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.

☐ **REJECT** the Plan.

Creditor Name: *Steuber Corporation*          Claim Amount: $ *2,665.58*

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name   *Philip H. Steuber*          If by Authorized Agent, Name and Title

Name: _____

Title: _____

Signature _____

Address: _____

_____

_____

Telephone Number: _____

Date Complete: _____

**RECEIVED**

DEC 26 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

DOCS_SF:102377.2 77998/002                          2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
     **Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
     **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _Loose Leaf Filing Service, INC_     Claim Amount: $ _2,000.⁰⁰_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _Suzanne Fastlaben-Davis_     If by Authorized Agent, Name and Title

Name: _Suzanne Fastlaben-Davis_

Title: _Office Administrator_

Address: _9155 Las Tunas Dr_

_Temple City, CA 91780_

Signature _Suzanne Fastlaben-Davis_

Telephone Number: _626-285-6868_

Date Complete: _12-26-19_

**RECEIVED**

JAN 2 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77998/002          2

6037646

## PLEASE READ THE ATTACHED VOTING INFORMATION
## AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT

> PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _Creditors Adjustment Bureau Inc assignee of LinkedIn_          Claim Amount: $ _9,249.89_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name     _Brian L. Mitteldorf_          If by Authorized Agent, Name and Title

Name: _Brian L. Mitteldorf_

Title: _President_

Signature _____          Address: _14226 Ventura Blvd._

_Sherman Oaks, CA 91423_

RECEIVED

JAN 2 2020

Telephone Number: _818-990-4800_
_818-990-3904 FAX_
Date Complete: _12-30-2019_
_File #6037646_

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77998/002          2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**



| | |
|---|---|
| In re: | Case No. 18-31087 (HLB) |
| SEDGWICK, LLP, | Chapter 11 |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF LIQUIDATION

> ### THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> ### PLAN IS JANUARY 16, 2020 AT 4:00 P.M. (PACIFIC TIME)

This Ballot is submitted to you to solicit your vote to accept or reject the *Joint Plan of Liquidation of Sedgwick, LLP*, dated as of December 16, 2019 (as may be amended or modified, the "Plan"), which is being proposed by the above-captioned debtor and debtor-in-possession (the "Debtor") and which is described in the accompanying disclosure statement, dated October electronic format on a USB drive, 2019 (the "Disclosure Statement"). On December 13, 2019, the Court entered an order [Docket No. 310] approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order"). Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan may be made binding on you whether or not you vote if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code; and (c) the Bankruptcy Court enters an order confirming the Plan. Even if the requisite acceptances are not obtained, however, the Bankruptcy Court may still confirm the Plan if the Bankruptcy Court finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**To have your vote counted, you must complete, sign, and return this Ballot by first-class mail, personal delivery, or overnight courier to counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111 (Attn: Patricia Jeffries) so that this Ballot is received by the deadline indicated above. *Ballots received after 4:00 p.m. (Pacific Time) on January 16, 2020 will not be counted. Ballots submitted by e-mail or facsimile transmission will not be accepted.***

DOCS_SF:102377.2 77998/002

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☑ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☑ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _Garvey's Office Products_     Claim Amount: $ _2,733.05_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _Bernard Garvey_     If by Authorized Agent, Name and Title

Name: _Bernard Garvey_

Title: _President_

Signature _Bernard Garvey_

Address: _7500 N Caldwell Ave_
_Niles, IL 60714_

Telephone Number: _847 588 1315_

Date Complete: _12/31/19_

RECEIVED

JAN 6 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77998/002          2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.               ☐ **REJECT** the Plan.

Creditor Name: ___Insight Investments, LLC___       Claim Amount: $ ___5,379,524.08___

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _____    If by Authorized Agent, Name and Title

Name: ___Joaquin M. C de Baca___

Title: ___Parter___

Signature _____

Address: ___Mayer Brown LLP___

___1221 Avenue of the Americas___

___New York, New York 10020-1001___

Telephone Number: ___(212) 506-2500___

Date Complete: ___January 6, 2020___

RECEIVED

JAN – 7 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SE:102377.2 77998/002

2

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.

☐ **REJECT** the Plan.

Creditor Name: _CPF 801 TOWER LLC_          Claim Amount: $_2,013,448.24_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _Kelly Kinnon_

Signature _[signature]_

If by Authorized Agent, Name and Title

Name: _Kelly Kinnon_

Title: _Sr. Counsel_

Address: _2321 Rosecrans Ave_
_Su. 4225_
_El Segundo, CA 90245_

Telephone Number: _310-305-4355_

Date Complete: _1/8/2020_

**RECEIVED**

JAN 9 2020

DOCS_SF:102377.2 77998/002

2

PACHULSKI STANG ZIEHL & JONES LLP

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
  **Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
  **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _BMO HARRIS BANK, NA_          Claim Amount: $ _341,344.11_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _JOSH WOLFGRAM_          If by Authorized Agent, Name and Title

Name: _JOSH WOLFGRAM_

Title: _AVP_

Signature _[signature]_

Address: _BMO HARRIS BANK_
_P.O. BOX 2035_
_MILWAUKEE, WI 53201_

Telephone Number: _262-814-5852_

Date Complete: _1-9-20_

RECEIVED

JAN 1 0 2020

PACHULSKI STANG ZIEHL & JONES LLP

2

**PLEASE READ THE ATTACHED VOTING INFORMATION**
**AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

    ☐ **As an Insured Malpractice Claim**      ☑ **As General Unsecured Claim**
       **Under Section 4.1 of the Plan (Class 1).**     **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

    ☑ **ACCEPT** the Plan.              ☐ **REJECT** the Plan.

Creditor Name: _Nicholas Heldt_      Claim Amount: $ _710,887.00_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name     _Nicholas Heldt_      If by Authorized Agent, Name and Title

Name: _____

Title: _____

Signature _Nicholas W Heldt_

Address: _6017 Margarido Dr._
                _Oakland, CA 94618_
                _____

**RECEIVED**

JAN 1 3 2020

PACHULSKI STANG ZIEHL & JONES LLP

Telephone Number: _(415) 235-6538_
Date Complete: _1/9/20_

2

JAN 14 2020

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is not an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ As an Insured Malpractice Claim            ☒ As General Unsecured Claim
Under Section 4.1 of the Plan (Class 1).            Under Section 4.2 of the Plan (Class 2)

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ ACCEPT the Plan.            ☐ REJECT the Plan.

Creditor Name: _Babst Calland_            Claim Amount: $ _9,783.²⁰_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name    **Mark D. Shepard**            If by Authorized Agent, Name and Title

Name: **Mark D. Shepard**

Title: **Shareholder**

Signature _[signature]_

Address: **Babst Calland Clements and Zomnir, PC**

**603 Stanwix Street**

**Pittsburgh, PA 15222**

Telephone Number: **(412) 394-6546**

Date Complete: **January 10, 2020**

RECEIVED

JAN 14 2020

PACHULSKI STANG ZIEHL & JONES LLP

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.

☐ **REJECT** the Plan.

Creditor Name: _333 Bush, LLC_

Claim Amount: $ _$5,350,586.⁰⁰_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _333 Bush, LLC_   If by Authorized Agent, Name and Title

Name: _Trisha Alexander_

Title: _Director - Asset Management_

Signature _[signature]_

Address: _c/o Tishman Speyer Properties,_

_#authorized_   _One Bush Street #500 L.P. #_
_agent for_
_333 Bush, LLC_   _San Francisco, CA 94104_

Telephone Number: _415-344-6265_

Date Complete: _1/14/20_

**RECEIVED**

JAN 1 6 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77998/002

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3.  IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Selection.**  If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**            ☑ **As General Unsecured Claim**
**Under Section 4.1 of the Plan (Class 1).**         **Under Section 4.2 of the Plan (Class 2)**

**Item 2.  Class Vote.**  The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☑ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

Creditor Name: _Swiss Re International SE_          Claim Amount: $ _32,982.84_

**Item 3.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _____Eric Moon_____    If by Authorized Agent, Name and Title

Name: _Eric Moon, Esq._

Title: _Partner_

Signature _____Eric Moon_____

Address: _Atheria Law P.C._
_595 Market St. Suite 1300_
_San Francisco, CA 94105_

Telephone Number: _415-278-7105_

Date Complete: _1/7/2020_

**RECEIVED**

JAN **1 6** 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

DOCS_SF:102377.2 77998/002                    2

> PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
> ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
> "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
> CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
> CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
> BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**          ☒ **As General Unsecured Claim**
   **Under Section 4.1 of the Plan (Class 1).**      **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _Columbia Casualty Company_          Claim Amount: $ _80,807.97_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _Eric Moon_          If by Authorized Agent, Name and Title

Name: _Eric Moon, Esq._

Title: _Partner_

Signature _[signature]_

Address: _Atheria Law, P.C._
_595 Market St. Suite 1300_
_San Francisco, CA 94105_

Telephone Number: _415 - 278 - 7105_

Date Complete: _1/7/2020_

**RECEIVED**

JAN **1 6** 2020

PACHULSKI STANG ZIEHL & JONES LLP
DOCS_SF:102377.2 77998/002

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: _Certain Underwriters at Lloyd's London_ Claim Amount: $_216,037.65_

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _Eric Moon_          If by Authorized Agent, Name and Title

Name: _Eric Moon, Esq._

Title: _Partner_

Signature _Eric Moon_

Address: _Atheria Law, P.C._
_595 Market St. Suite 1300_
_San Francisco, CA 94105_

Telephone Number: _415-278-7105_

Date Complete: _1/7/2020_

RECEIVED

JAN 1 6 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.1 75998/002          2

**DISALLOWED BALLOTS**

DOCS_SF:102576.1 77998/002

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☐ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan. *AKA*   .        ☐ **REJECT** the Plan.

Creditor Name: *BKDR INC/CEO ADVISORS*   Claim Amount: $ *20,000.00*

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name *Eunice M. Stroop*   If by Authorized Agent, Name and Title

Signature *Eunice M. Stroop*

*BKDR Inc.*

*CEO ADVISORS*

Name: _____

Title: _____

Address: _____

_____

_____

Telephone Number: _____

Date Complete: _____

PACHULSKI STANG ZIEHL & JONES LLP
DEC 26 2019
RECEIVED

DOCS_SF:102377.2 77998/002                    2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.

☐ **REJECT** the Plan.

Creditor Name: _Association Vision_        Claim Amount: $ _____

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name _____Al Rickard_____         If by Authorized Agent, Name and Title

Name: _Al Rickard_

Title: _President_

Signature _____

Address: _Association Vision_
_4501 Hazelnut Court_
_Chantilly, VA 20151_

Telephone Number: _703-402-9713_

Date Complete: _12-22-19_

**RECEIVED**

DEC 2 7 2019

**PACHULSKI STANG ZIEHL & JONES LLP**
DOCS_SF:102377.2 77998/002

2

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
Under Section 4.1 of the Plan (Class 1).

☑ **As General Unsecured Claim**
Under Section 4.2 of the Plan (Class 2)

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor Name: BMO  HARRIS  BANK, NA          Claim Amount: $ 45,275.27

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name      JOSH  WOLFGRAM          If by Authorized Agent, Name and Title

Name: _JOSH  WOLFGRAM_

Title: _AVP_

Signature _M Wolfgram_

Address: _BMO  HARRIS  BANK_
_P. O. BOX  2035_
_MILWAUKEE, WI  53201_

Telephone Number: _262-814-5852_

Date Complete: _01-09-2020_

RECEIVED

JAN 1 0 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77098/002          2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

> PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
> ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
> "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
> CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
> CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
> BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☑ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☑ **ACCEPT** the Plan.            ☐ **REJECT** the Plan.

Creditor Name: _JOSEPH K POWEAN_      Claim Amount: $_____

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _JOSEPH K POWEAN_      If by Authorized Agent, Name and Title

Name: _____

Title: _____

Signature _(signature)_

Address: _3 TERRACE DRIVE_
_PORT WASHINGTON, NY 11050_

_____

Telephone Number: _516 - 455 - 6317_

Date Complete: _JAN 6, 2020_

**RECEIVED**

JAN 1 3 2020

PACHULSKI STANG ZIEHL & JONES LLP

DOCS_SF:102377.2 77998/002

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is not an "Insured Malpractice Claim," you must select the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan (Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019, hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
   **Under Section 4.1 of the Plan (Class 1).**

☑ **As General Unsecured Claim**
   **Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☑ ACCEPT the Plan.          ☐ REJECT the Plan.

Creditor Name: __React Technical, Inc.__          Claim Amount: $ __593.37__

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

Name __Marc Platinsky__          If by Authorized Agent, Name and Title

Signature _____

Name: _____

Title: _____

Address: __34-02 Review Ave__

__LIC, NY  11101__

_____

Telephone Number: __718-392-3400__

Date Complete: _____

**RECEIVED**

JAN 1 3 2020

PACHULSKI STANG ZIEHL & JONES LLP
DOCS_SF:102377.2 77998/002

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Selection.** If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☑ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2. Class Vote.** The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☑ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

Creditor Name: _Robert Towey_ Claim Amount: $_____

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _Robert Towey_

Signature _____

If by Authorized Agent, Name and Title

Name: _____

Title: _____

Address: _____

_____

_____

Telephone Number: _____

Date Complete: _____

**RECEIVED**

**JAN 1 3 2020**

**PACHULSKI STANG ZIEHL & JONES LLP**

DOCS_SF:102377.2 77998/002

2

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE FOR COMPLETING THE BALLOT**

PLEASE COMPLETE ITEMS 1, 2, AND 3.  IF NO BOX IS CHECKED OR BOTH BOXES
ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF NEITHER THE
"ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE
CHECKED IN ITEM 2, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Selection.**  If your claim is <u>not</u> an "Insured Malpractice Claim," you must select
the box below that corresponds with "General Unsecured Claim Under Section 4.2 of the Plan
(Class 2)." Accordingly, the undersigned, the holder of a Claim, as of December 12, 2019,
hereby elects to have such Claim treated as follows (check only one box):

☐ **As an Insured Malpractice Claim**
**Under Section 4.1 of the Plan (Class 1).**

☒ **As General Unsecured Claim**
**Under Section 4.2 of the Plan (Class 2)**

**Item 2.  Class Vote.**  The undersigned, the holder, as of December 12, 2019, of a Claim as set
forth in Item 1 above in the amount set forth below, votes as follows (check only one box):

☒ **ACCEPT** the Plan.

☐ **REJECT** the Plan.

Creditor Name: _Kelly Reed_

Claim Amount: $ _26,000_

**Item 3.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly
executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan
or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as
having been cast.

Name _Kelly Reed_

Signature _Kelly Reed_

If by Authorized Agent, Name and Title

Name: _____

Title: _____

Address: _____

_____

_____

Telephone Number: _____

Date Complete: _____

**RECEIVED**

JAN **1 6** 2020

**PACHULSKI STANG ZIEHL & JONES LLP**
DOCS_SF:102377.2 77998/002

2